AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF, SHIRLEY GOLDIE PULWER and LAUREN SOTLOFF <br><br> *Plaintiff(s)* <br> v. <br> QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK, a Foreign Multinational Commercial Bank <br><br> *Defendant(s)* | Civil Action No.  9:22-cv-80726-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    QATAR CHARITY, a Foreign Non-Profit Organization
    Building 18, Street 132
    Zone 69
    DOHA, QATAR

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    GEORGE A. MINSKI, ESQ.
    (gminski@minskilaw.com)
    LAW OFFICES OF GEORGE A. MINSKI, P.A.
    2500 HOLLYWOOD BOULEVARD, SUITE 214
    HOLLYWOOD, FL 33020

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 13, 2022

Angela E. Noble
Clerk of Court

s/ M. Brown
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF, SHIRLEY GOLDIE PULWER and LAUREN SOTLOFF

*Plaintiff(s)*

v.   Civil Action No.   9:22-cv-80726-DMM

QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK, a Foreign Multinational Commercial Bank

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> QATAR NATIONAL BANK (Q.P.S.C.)
> Qatar National Bank Building
> Al Corniche Street
> DOHA, QATAR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> GEORGE A. MINSKI, ESQ.
> (gminski@minskilaw.com)
> LAW OFFICES OF GEORGE A. MINSKI, P.A.
> 2500 HOLLYWOOD BOULEVARD, SUITE 214
> HOLLYWOOD, FL 33020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: May 13, 2022

SUMMONS

s/ M. Brown

Deputy Clerk
U.S. District Courts