UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 22-CV-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,
  Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C), a Foreign Multinational Commercial Bank
  Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

  In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of STEVEN PERLES, Esquire, of the PERLES LAW FIRM PC, 816 Connecticut Ave. NW, 12th Floor, Washington D.C. 20006, Telephone: 202-955-9055, for purposes of appearance as co-counsel on behalf of the Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit STEVEN PERLES to receive electronic filings in this case, and in support thereof states as follows:

  1.  STEVEN PERLES, Esq., is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar & District Court.

  2.  Movant, GEORGE A. MINSKI, Esquire, of THE LAW OFFICES OF GEORGE A, MINSKI, P.A., 2500 Hollywood Boulevard, Suite 214, Hollywood, FL 33020, telephone number, 305-7932-2200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court

with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.   In accordance with the local rules of this Court, STEVEN PERLES, has made payment of this Court $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.   STEVEN PERLES, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to STEVEN PERLES at email address: sperles@perleslaw.com

WHEREFORE, George A. Minski, Esq., moves this Court to enter an Order, providing for STEVEN PERLES, to appear before this Court on behalf of the Plaintiffs, ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF. SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to STEVEN PERLES, Esq.

Respectfully submitted,

By: /s/*George A. Minski, Esq.*
George A. Minski, Esq.
FBN. 724726
**LAW OFFICES OF GEORGE A. MINSKI, P.A**.
*Co-Counsel for Plaintiffs*
2500 Hollywood Boulevard
Hollywood, FL 33020
Dade: 305-792-2200
Broward: 954-362-4214
Email: gminski@minskilaw.com
Primary email: dgomez@minskilaw.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 22-CV-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,
    Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C), a Foreign Multinational Commercial Bank
    Defendants.
_____/

## CERTIFICATION OF STEVEN PERLES

STEVEN PERLES, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of District of Columbia Bar & District Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

    /s/Steven Perles, Esq.
    STEVEN PERLES, Esq.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 22-CV-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

    Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C), a Foreign Multinational Commercial Bank

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for STEVEN PERLES, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED STEVEN PERLES, may appear and participate in this action on behalf of the Plaintiffs, ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF. The Clerk shall provide electronic notification of all electronic filings to STEVEN PERLES, Esq., at sperles@perleslaw.com.

    DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record