UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 22-CV-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,
    Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C), a Foreign Multinational Commercial Bank
    Defendants.
_____/

MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of JOSHUA PERLES, Esquire, of the PERLES LAW FIRM PC, 816 Connecticut Ave. NW, 12th Floor, Washington D.C. 20006, Telephone: 202-955-9055, for purposes of appearance as co-counsel on behalf of the Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit JOSHUA PERLES to receive electronic filings in this case, and in support thereof states as follows:

    1.    JOSHUA PERLES is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar & District Court].

    2.    Movant, GEORGE A. MINSKI, Esquire, of THE LAW OFFICES OF GEORGE A, MINSKI, P.A., 2500 Hollywood Boulevard, Suite 214, Hollywood, FL 33020, telephone number, 305-7932-2200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's

electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, JOSHUA PERLES, has made payment of this Court $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. JOSHUA PERLES, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to JOSHUA PERLES at email address: jperles@perleslaw.com

WHEREFORE, George A. Minski, Esq., moves this Court to enter an Order, providing for JOSHUA PERLES, to appear before this Court on behalf of the Plaintiffs, ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF, SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to JOSHUA PERLES, Esquire.

Respectfully submitted,

By: /s/*George A. Minski, Esq.*
George A. Minski, Esq.
FBN. 724726
**LAW OFFICES OF GEORGE A. MINSKI, P.A**.
*Co-Counsel for Plaintiffs*
2500 Hollywood Boulevard
Hollywood, FL 33020
Dade: 305-792-2200
Broward: 954-362-4214
Email: gminski@minskilaw.com
Primary email: dgomez@minskilaw.com