UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 22-CV-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,
    Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C), a Foreign Multinational Commercial Bank
    Defendants.

_____/

## DECLARATION OF JOSHUA K PERLES

I, Joshua K. Perles, declare pursuant to 28 U.S.C. § 1746, subject to penalties of perjury, as follows:

1. I am an attorney in the law firm Perles Law Firm, PC, counsel for Plaintiffs in the above referenced action. I respectfully submit this Declaration in support of Plaintiffs' Motion [for leave to Conduct Fed. R. Civ. P. 4(f) Service]. I am fully familiar with the facts and circumstances set forth herein.

2. PLF represents the Plaintiffs in three lawsuits filed in the U.S. District Court for the Eastern District of Columbia against Qatar Charity and Qatar National Bank, both defendants in this action, as well as Masraf Al Rayan.

3. As in this matter, the plaintiffs in those three cases allege Qatar Charity and Qatar National Bank engaged in acts of terror finance in violation of the Anti Terrorism Act ("ATA"), 18 U.S.C. § 2331 *et seq.*, and they are captioned as follows:

   a) *Force v. Qatar Charity*, No. 20-cv-2578-BMC (EDNY)

   b) *Przewozman v. Qatar Charity*, No. 20-cv-6088-NGG-RLM (EDNY)

   c) *Henkin v. Qatar Charity*, No. No. 21-cv-5716-AMD-VMS (EDNY)

4. In all three of the aforementioned EDNY actions, the DLA Piper LLP US attorneys John M. Hillebrecht (john.hillebrecht@dlapiper.com), Jessica A. Masella (jessica.masella@dlapiper.com), Kevin Walsh (kevin.walsh@dlapiper.com), and Michael George Lewis (michael.lewis@dlapiper.com) entered an appearance on behalf of Qatar Charity.

5. In all three of the aforementioned EDNY actions, the Ropes and Gray attorneys Michael G. McGovern (michael.mcgovern@ropesgray.com), Brittany Grace Norfleeet (brittany.norfleet@ropesgray.com), Douglass H Hallward-Driemeier (douglas.hallward-driemeier@ropesgray.com), and Mary Brust (mary.brust@ropesgray.com) entered an appearance on behalf of Qatar Charity.

6. I and my co-counsel in these three EDNY actions communicated with each of these attorneys at the above listed email addresses in regards to those matters.

7. On February 18, 2022, an associate at DLA Piper LLP US emailed counsel for plaintiffs in *Przewozman v. Qatar Charity*, No. 20-6088-NGG-RLM (EDNY) on behalf of Qatar Charity and Qatar National Bank seeking plaintiffs' consent for service via e-mail of all motion papers, to which plaintiffs consented.

8. Plaintiffs in the three EDNY actions, Qatar Charity, and Qatar National Bank have fully briefed motions to dismiss for failure to state a claim.

9. Plaintiffs in the three EDNY actions successfully served copies of the summons, complaint, and certified Arabic translation of each on Qatar Charity via FedEx at Building 18, Street 132, Zone 69, Doha, Qatar, and on Qatar National Bank at Qatar National Bank Building, Al Corniche Street, Doha, Qatar.

10. In the three EDNY actions it took over two years from the filing of the earliest complaint (June 10, 2020) for defendant Qatar National Bank to receive service by letters rogatory (August 1, 2022). Qatar Charity has yet to acknowledge receipt of service by letters rogatory.

**Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing declaration is true and correct and based upon my personal knowledge.**

Dated: August 10, 2022

/s/Joshua K. Perles
Joshua K Perles