R Create an Alert for This Case on RECAP

ACO

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:20-cv-02578-BMC

| | |
|---|---|
| Force et al v. Qatar Charity et al | Date Filed: 06/10/2020 |
| Assigned to: Judge Brian M. Cogan | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question: Tort Action | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Stuart Force**
*individually and as personal representative of the Estate of Taylor Force*

represented by **Patrick Louis Rocco**
Fleischman Bonner & Rocco LLP
81 Main Street
White Plains
Ste 515
New York, NY 10601
914-278-5100
Fax: 914-591-5245
Email: procco@fbrllp.com
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
The Berkman Law Office, LLC
111 Livingston Street
Ste. 1928
Brooklyn, NY 11201
718-855-3627
Email: rtolchin@berkmanlaw.com
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
Fleischman Bonner & Rocco LLP
81 Main Street
Suite 515
White Plains, NY 10601
914-278-5104
Fax: 917-591-5245
Email: sdavies@fbrllp.com
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
Fleischman Bonner & Rocco LLP
447 Springfield Avenue, Second Floor
Summit, NJ 07901
732-895-6870
Email: tcaroccia@fbrllp.com

**EX A.**

*ATTORNEY TO BE NOTICED*

**James P. Bonner**
Fleischman Bonner & Rocco LLP
447 Springfield Avenue
Second Floor
Summit, NJ 07901
908-516-2066
Fax: 908-516-2049
Email: jbonner@fbrllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robbi Force**                    represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristin Ann Force**              represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rina Ariel**
*individually, and as personal representative*
*of the Estate of H.Y.A. (a minor), and as*
*guardian of S.R.A. and K.A. (minors)*

represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amichai Ariel**
*individually, and as personal representative*
*of the Estate of H.Y.A. (a minor),and as*
*guardian of S.R.A. and K.A. (minors) and*

represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eli M. Borochov**

represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shari Mayer Borochov**                    represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronen Steven Borochov**                   represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devora Sue Borochov**                          represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josef S. Borochov**                            represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shira Nechama Borochov**                       represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Avraham M. Borochov**                    represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abraham Ron Fraenkel**                    represented by   **Patrick Louis Rocco**
*individually, and as personal representative*                           (See above for address)
*of the Estate of Y.N.F. (a minor), and as*                              *ATTORNEY TO BE NOTICED*
*guardian of A.H.H.F., A.L.F., N.E.F., N.S.F.*
*and S.R.F. (minors)*                                      **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Devora Sprecher Fraenkel**         represented by   **Patrick Louis Rocco**
*individually, and as personal representative*                           (See above for address)

*of the Estate of Y.N.F. (a minor), and as*
*guardian of A.H.H.F., A.L.F., N.E.F., N.S.F.*
*and S.R.F. (minors)*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tzvi Amitay Fraenkel**                     represented by  **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yehudah Glick**                            represented by  **Patrick Louis Rocco**
*individually and as guardian of S.G. (a*                   (See above for address)
*minor)*                                                    *ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neria David Glick**                              represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shlomo Glick**                                  represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hallel Glick**                                  represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Micah Lakin Avni**
*individually, and as personal representative
of the Estate of Richard Lakin, and as
guardian of Y.L., R.A. and V.A. (minors)*

represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manya Lakin**
*individually, and as personal representative
of the Estate of Richard Lakin, and as
guardian of D.A.B. (a minor)*

represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | |
|---|---|
| **Rita Avni**<br>*individually, and as guardian of E.A., R.A.*<br>*and V.A. (minors)* | represented by **Patrick Louis Rocco**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | |
|---|---|
| **Shachar Boteach** | represented by **Patrick Louis Rocco**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | |
|---|---|
| **Shmuel Elimelech Braun**<br>*individually, and as personal representative*<br>*of the Estate of C.Z.B. (a minor)* | represented by **Patrick Louis Rocco**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Robert Joseph Tolchin**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Chana Braun**                                    represented by   **Patrick Louis Rocco**
*individually, and as personal representative*                      (See above for address)
*of the Estate of C.Z.B. (a minor)*                                *ATTORNEY TO BE NOTICED*

                                                                    **Robert Joseph Tolchin**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Susan Marlene Davies**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Thomas M Caroccia**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **James P. Bonner**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Shimson Sam Halperin**                           represented by   **Patrick Louis Rocco**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Robert Joseph Tolchin**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Susan Marlene Davies**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Thomas M Caroccia**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **James P. Bonner**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Halperin**                                  represented by   **Patrick Louis Rocco**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Robert Joseph Tolchin**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Susan Marlene Davies**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Thomas M Caroccia**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **James P. Bonner**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Murray Braun**                                   represented by   **Patrick Louis Rocco**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Robert Joseph Tolchin**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Susan Marlene Davies**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Thomas M Caroccia**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **James P. Bonner**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Esther Braun**                                   represented by   **Patrick Louis Rocco**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Robert Joseph Tolchin**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Menachem Mendel Rivkin**                          represented by   **Patrick Louis Rocco**
*individually, and as guardian of S.S.R.,*                        (See above for address)
*M.M.R., R.M.R. S.Z.R. and S.R. (minors)*                        *ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Bracha Rivkin**                          represented by   **Patrick Louis Rocco**
*individually, and as guardian of S.S.R.,*                        (See above for address)
*M.M.R., R.M.R. S.Z.R. and S.R. (minors)*                        *ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yoav Golan**                                    represented by   **Patrick Louis Rocco**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Robert Joseph Tolchin**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Susan Marlene Davies**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Thomas M Caroccia**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **James P. Bonner**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rotem Shoshana Golan**                          represented by   **Patrick Louis Rocco**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Robert Joseph Tolchin**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Susan Marlene Davies**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Thomas M Caroccia**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **James P. Bonner**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yehudit Golan**                                 represented by   **Patrick Louis Rocco**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Robert Joseph Tolchin**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Susan Marlene Davies**
                                                                   (See above for address)

*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matan Golan**                      represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cici Jacobson**                    represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eddy Jacobson**      represented by   **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raphael Lisker**      represented by   **Patrick Louis Rocco**
*individually, and as guardian of D.Z.L. (a minor)*
*also known as*
Rafi Lisker
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shoshana Lisker**      represented by   **Patrick Louis Rocco**
*individually, and as guardian of D.Z.L. (a minor)*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Issac Lisker**                    represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Avital Kerem Lisker**                    represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tamar Penina Lisker**                    represented by **Patrick Louis Rocco**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noam Michael Shamba**
*individually, and as guardian of H.S.,*
*T.M.S., O.S., M.S., N.E.S. and N.S. (minors)*

represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yana Shamba**
*individually, and as guardian of H.S.,*
*T.M.S., O.S., M.S., N.E.S. and N.S. (minors)*

represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yaffa Glick**                              represented by    **Patrick Louis Rocco**
*individually and as guardian of S.G. (a*                      (See above for address)
*minor)*                                                       *ATTORNEY TO BE NOTICED*

                                                               **Robert Joseph Tolchin**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Susan Marlene Davies**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Thomas M Caroccia**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James P. Bonner**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Qatar Charity**                            represented by    **John M. Hillebrecht**
                                                               DLA Piper LLP US
                                                               1251 Avenue Of The Americas
                                                               New York, NY 10020
                                                               212-335-4590
                                                               Fax: 917-778-8590
                                                               Email: john.hillebrecht@dlapiper.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jessica A. Masella**
                                                               DLA Piper LLP (US)
                                                               1251 Avenue of the Americas
                                                               New York, NY 10020
                                                               212-335-4829
                                                               Email: jessica.masella@dlapiper.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Kevin Walsh**
                                                               DLA Piper LLP (US)
                                                               1251 Avenue of the Americas
                                                               New York, NY 10020
                                                               212-335-4500

Fax: 212-335-4501
Email: kevin.walsh@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Michael George Lewis**
DLA Piper, LLP
1251 Avenue Of The Americas, 27th Floor
New York, NY 10020
(212)335-4945
Fax: (917)778-8722
Email: michael.lewis@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Qatar National Bank**                    represented by   **Michael G McGovern**
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
212-596-9000
Email: michael.mcgovern@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brittany Grace Norfleet**
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
212-596-9228
Email: brittany.norfleet@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Douglas H Hallward-Driemeier**
Ropes & Gray LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
202-508-4776
Email: douglas.hallward-
driemeier@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Brust**
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
212-841-0670
Email: mary.brust@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Masraf Al Rayan**                    represented by   **Aryeh Kaplan**
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131

786-913-4900
Fax: 786-913-4901
Email: aryeh.kaplan@pillsburylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carolina A. Fornos**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
212-858-1000
Fax: 212-858-1500
Email: carolina.fornos@pillsburylaw.com
*ATTORNEY TO BE NOTICED*

**Markenzy Lapointe**
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue
Suite 3100
Miami, FL 33131
786-913-4805
Fax: 786-913-4901
Email:
markenzy.lapointe@pillsburylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2020 | 1 R | COMPLAINT against All Defendants filing fee $ 400, receipt number ANYEDC-12907876 Was the Disclosure Statement on Civil Cover Sheet completed -NO,, filed by Yoav Golan, Rotem Shoshana Golan, Manya Lakin, Shari Mayer Borochov, Shimson Sam Halperin, Neria David Glick, Robbi Force, Stuart Force, Shlomo Glick, Menachem Mendel Rivkin, Yehudah Glick, Noam Michael Shamba, Sara Halperin, Chana Braun, Murray Braun, Shoshana Lisker, Rachel Devora Sprecher Fraenkel, Micah Lakin Avni, Shmuel Elimelech Braun, Josef S. Borochov, Bracha Rivkin, Matan Golan, Shira Nechama Borochov, Avital Kerem Lisker, Rita Avni, Yaffa Glick, Shachar Boteach, Abraham Ron Fraenkel, Esther Braun, Eli M. Borochov, Cici Jacobson, Kristin Ann Force, Devora Sue Borochov, Jonathan Issac Lisker, Avraham M. Borochov, Tzvi Amitay Fraenkel, Raphael Lisker, Ronen Steven Borochov, Rina Ariel, Yehudit Golan, Yana Shamba, Eddy Jacobson, Tamar Penina Lisker, Hallel Glick, Amichai Ariel. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons to Qatar Charity, # 3 Proposed Summons to Qatar National Bank, # 4 Proposed Summons to Masraf Al Rayan) (Bonner, James) (Entered: 06/10/2020) |
| 06/10/2020 | 2 R | NOTICE of Appearance by Patrick Louis Rocco on behalf of All Plaintiffs (aty to be noticed) (Rocco, Patrick) (Entered: 06/10/2020) |
| 06/10/2020 | 3 R | NOTICE of Appearance by Susan Marlene Davies on behalf of All Plaintiffs (aty to be noticed) (Davies, Susan) (Entered: 06/10/2020) |
| 06/10/2020 | 4 R | NOTICE of Appearance by Robert Joseph Tolchin on behalf of All Plaintiffs (aty to be noticed) (Tolchin, Robert) (Entered: 06/10/2020) |
| 06/10/2020 | | Case Assigned to Judge Brian M. Cogan. Please download and review the Individual |

| | | |
|---|---|---|
| | | Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 06/10/2020) |
| 06/10/2020 | 5 R | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent _unless_ all parties have signed the consent.** (Davis, Kimberly) (Entered: 06/10/2020) |
| 06/10/2020 | 6 R | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 06/10/2020) |
| 06/10/2020 | 7 | Summons Issued as to All Defendants. (Attachments: # 1 Summons, # 2 Summons) (Davis, Kimberly) (Entered: 06/10/2020) |
| 06/10/2020 | | SCHEDULING ORDER: Counsel for all parties are directed to appear before the Honorable Brian M. Cogan for an Initial Status Conference on 7/22/2020 at 12:30 pm in Chambers 704S. Principal trial counsel must appear at this and all subsequent conferences. Plaintiff's counsel is directed to notify all attorneys in this action of the conference schedule in writing. Counsel is directed to review Judge Cogan's Individual Practices, which may be obtained on the Court's website at https://www.nyed.uscourts.gov/content/judge-brian-m-cogan. Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Cogan's Rules. Ordered by Judge Brian M. Cogan on 6/10/2020. (Weisberg, Peggy) (Entered: 06/10/2020) |
| 07/16/2020 | 8 R | Letter MOTION to Adjourn Conference *(Initial Status Conference)* by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba. (Bonner, James) (Entered: 07/16/2020) |
| 07/20/2020 | | ORDER granting in part 8 R . Initial Status Conference adjourned to 9/23/2020 at 11:45 AM in Chambers 704S. Ordered by Judge Brian M. Cogan on 7/20/2020. (Weisberg, Peggy) (Entered: 07/20/2020) |
| 09/09/2020 | 9 R | Proposed Summons. Re 7 Summons Issued by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem |

| | | |
|---|---|---|
| | | Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba (Bonner, James) (Entered: 09/09/2020) |
| 09/09/2020 | 10 R | Proposed Summons. Re 9 R Proposed Summons/Civil Cover Sheet,,, by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba (Bonner, James) (Entered: 09/09/2020) |
| 09/09/2020 | 11 R | Proposed Summons. by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba (Bonner, James) (Entered: 09/09/2020) |
| 09/10/2020 | 12 R | Amended Summons Issued as to Masraf Al Rayan. (Guzzi, Roseann) (Entered: 09/10/2020) |
| 09/10/2020 | 13 R | Amended Summons Issued as to Qatar Charity. (Guzzi, Roseann) (Entered: 09/10/2020) |
| 09/10/2020 | 14 R | Amended Summons Issued as to Qatar National Bank. (Guzzi, Roseann) (Entered: 09/10/2020) |
| 09/11/2020 | 15 R | MOTION for Issuance of Letters Rogatory *and to Adjourn Preliminary Conference* by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba. (Bonner, James) (Entered: 09/11/2020) |
| 09/11/2020 | 16 R | MEMORANDUM in Support re 15 R MOTION for Issuance of Letters Rogatory *and to Adjourn Preliminary Conference* filed by All Plaintiffs. (Bonner, James) (Entered: 09/11/2020) |

| | | |
|---|---|---|
| 09/11/2020 | 17 | AFFIDAVIT/DECLARATION in Support re 15 R MOTION for Issuance of Letters Rogatory *and to Adjourn Preliminary Conference* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1 (Complaint), # 2 Exhibit 2 (Amended Summonses), # 3 R Exhibit 3 (Proposed Letters Rogatory - service on Qatar Charity), # 4 Exhibit 4 (Proposed Letters Rogatory - service on Qatar National Bank), # 5 R Exhibit 5 (Proposed Letters Rogatory - service on Masraf Al Rayan), # 6 Exhibit 6 (U.S. Department of State, "Preparation of Letters Rogatory") (Bonner, James) (Entered: 09/11/2020) |
| 09/17/2020 | 18 R | ORDER granting 15 R Motion for Issuance of Letters Rogatory. Ordered by Judge Brian M. Cogan on 9/16/2020. (Attachments: # 1 Masraf Al Rayan, # 2 Qatar Charity) (Marziliano, August) (Entered: 09/17/2020) |
| 09/18/2020 | | ORDER granting in part Request to Adjourn. Initial Status Conference adjourned to 10/27/2020 at 10:15 AM. Ordered by Judge Brian M. Cogan on 9/18/2020. (Weisberg, Peggy) (Entered: 09/18/2020) |
| 10/22/2020 | | **NOTICE of Hearing:** Initial Status Conference scheduled for 10/27/2020 at 10:15 am will be held by telephone. Parties are directed to use the toll-free number 888-684-8852 and access code 6427877#. (Weisberg, Peggy) (Entered: 10/22/2020) |
| 10/23/2020 | 19 R | Letter MOTION to Adjourn Conference by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba. (Bonner, James) (Entered: 10/23/2020) |
| 10/23/2020 | | ORDER granting in part 19 R . Telephonic Initial Status Conference is adjourned to 2/4/2021 at 10:00 AM. Parties are directed to use the toll-free number 888-684-8852 and access code 6427877#. Ordered by Judge Brian M. Cogan on 10/23/2020. (Weisberg, Peggy) (Entered: 10/23/2020) |
| 02/02/2021 | 20 R | Fourth MOTION to Adjourn Conference *Initial Status Conference* by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba. (Bonner, James) (Entered: 02/02/2021) |
| 02/03/2021 | | ORDER granting 20 R . Telephonic Initial Status Conference adjourned to 4/8/2021 at 10:00 AM. Parties are directed to use toll-free number 888-684-8852, access code 6427877# and security code 2578#. Ordered by Judge Brian M. Cogan on 2/3/2021. (Weisberg, Peggy) (Entered: 02/03/2021) |
| 04/05/2021 | 21 R | Fifth MOTION to Adjourn Conference *Initial Status Conference on April 8, 2021* by |

| | | |
|---|---|---|
| | | Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba. (Bonner, James) (Entered: 04/05/2021) |
| 04/05/2021 | | ORDER granting 21 Ⓡ . Telephonic Initial Status Conference adjourned to 7/6/2021 at 10:00 AM. Parties are directed to use toll-free number 888-684-8852, access code 6427877# and security code 2578#. Ordered by Judge Brian M. Cogan on 4/5/2021. (Weisberg, Peggy) (Entered: 04/05/2021) |
| 07/02/2021 | 22 Ⓡ | Letter MOTION to Adjourn Conference *Initial Status Conference on July 6, 2021* by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba. (Bonner, James) (Entered: 07/02/2021) |
| 07/02/2021 | | ORDER granting 22 Ⓡ . Initial Status Conference adjourned to 10/7/2021 at 10:00 AM. Parties are directed to use toll-free number 888-684-8852, access code 6427877# and security code 2578#. Ordered by Judge Brian M. Cogan on 7/2/2021. (Weisberg, Peggy) (Entered: 07/02/2021) |
| 10/05/2021 | 23 Ⓡ | Letter MOTION to Adjourn Conference *Initial Status Conference on October 7, 2021* by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba. (Bonner, James) (Entered: 10/05/2021) |
| 10/05/2021 | | ORDER granting 23 Ⓡ . Initial Status Conference adjourned to 2/9/2022 at 10:00 AM. Parties are directed to use toll-free number 888-684-8852, access code 6427877# and security code 2578#. Ordered by Judge Brian M. Cogan on 10/5/2021. (Weisberg, Peggy) (Entered: 10/05/2021) |
| 11/23/2021 | 24 Ⓡ | Letter *to Clerk of Court re proof of FEDEX delivery to Qatar National Bank and Masraf al Rayan* by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen |

| | | |
|---|---|---|
| | | Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba (Attachments: # 1 Exhibit 1 (Delivery to Qatar National Bank), # 2 Exhibit 2 (Delivery to Masraf al Rayan)) (Davies, Susan) (Entered: 11/23/2021) |
| 11/26/2021 | 25 Ⓡ | Proposed Summons. Re 13 Ⓡ Summons Issued by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba (Davies, Susan) (Entered: 11/26/2021) |
| 11/29/2021 | 26 Ⓡ | Amended Summons Issued as to Qatar Charity. (Guzzi, Roseann) (Entered: 11/29/2021) |
| 11/29/2021 | 27 Ⓡ | NOTICE of Appearance by Carolina A. Fornos on behalf of Masraf Al Rayan (aty to be noticed) (Fornos, Carolina) (Entered: 11/29/2021) |
| 11/29/2021 | 28 Ⓡ | Corporate Disclosure Statement by Masraf Al Rayan (Fornos, Carolina) (Entered: 11/29/2021) |
| 11/29/2021 | 29 | MOTION to Appear Pro Hac Vice for Aryeh L. Kaplan Filing fee $ 150, receipt number ANYEDC-15066213. by Masraf Al Rayan. (Attachments: # 1 Affidavit of Aryeh L. Kaplan, # 2 Certificates of Good Standing) (Kaplan, Aryeh) (Entered: 11/29/2021) |
| 11/29/2021 | 30 | MOTION to Appear Pro Hac Vice for Markenzy Lapointe Filing fee $ 150, receipt number ANYEDC-15066293. by Masraf Al Rayan. (Attachments: # 1 Affidavit of Markenzy Lapointe, # 2 Certificates of Good Standing) (Lapointe, Markenzy) (Entered: 11/29/2021) |
| 11/29/2021 | 31 Ⓡ | Letter MOTION for Extension of Time to File Answer re 1 Ⓡ Complaint,,,, by Masraf Al Rayan. (Fornos, Carolina) (Entered: 11/29/2021) |
| 11/29/2021 | 32 Ⓡ | NOTICE of Appearance by Michael G McGovern on behalf of Qatar National Bank (aty to be noticed) (McGovern, Michael) (Entered: 11/29/2021) |
| 11/29/2021 | 33 Ⓡ | Corporate Disclosure Statement by Qatar National Bank (McGovern, Michael) (Entered: 11/29/2021) |
| 11/29/2021 | 34 Ⓡ | Letter MOTION for Extension of Time to File Answer re 1 Ⓡ Complaint,,,, by Qatar National Bank. (McGovern, Michael) (Entered: 11/29/2021) |
| 11/29/2021 | | ORDER granting 29 30 Motions for Leave to Appear Pro Hac Vice as counsel for defendant Masraf Al Rayan. The attorneys Aryeh L. Kaplan and Markenzy Lapointe shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorneys shall file a notice of appearance and ensure that they receive |

| | | |
|---|---|---|
| | | electronic notification of activity in this case. Also, each attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Judge Brian M. Cogan on 11/29/2021. (Weisberg, Peggy) (Entered: 11/29/2021) |
| 11/29/2021 | | ORDER granting 31 🅡 34 🅡 . Defendants MAR and QNB's time to file their answer is extended to 1/31/2022. Ordered by Judge Brian M. Cogan on 11/29/2021. (Weisberg, Peggy) (Entered: 11/29/2021) |
| 11/30/2021 | 35 🅡 | NOTICE of Appearance by Markenzy Lapointe on behalf of Masraf Al Rayan (notification declined or already on case) (Lapointe, Markenzy) (Entered: 11/30/2021) |
| 11/30/2021 | 36 🅡 | NOTICE of Appearance by Aryeh Kaplan on behalf of Masraf Al Rayan (notification declined or already on case) (Kaplan, Aryeh) (Entered: 11/30/2021) |
| 12/01/2021 | 37 | Letter MOTION for Issuance of Letters Rogatory *(Amended) for service on Qatar Charity* by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba. (Attachments: # 1 Exhibit Proposed Amended Letter Rogatory for Service on Qatar Charity) (Davies, Susan) (Entered: 12/01/2021) |
| 12/07/2021 | 38 🅡 | ORDER granting 37 Request for International Judicial Assistance Motion for Issuance of Letters Rogatory. ( Ordered by Judge Brian M. Cogan on 12/7/2021 ) (Guzzi, Roseann) (Entered: 12/07/2021) |
| 12/08/2021 | 39 🅡 | NOTICE of Appearance by Mary Brust on behalf of Qatar National Bank (aty to be noticed) (Brust, Mary) (Entered: 12/08/2021) |
| 12/08/2021 | 40 | MOTION to Appear Pro Hac Vice *, re: Douglas H. Hallward-Driemeier* Filing fee $ 150, receipt number ANYEDC-15098333. by Qatar National Bank. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (Hallward-Driemeier, Douglas) (Entered: 12/08/2021) |
| 12/09/2021 | | ORDER granting 40 Douglas Hallward-Driemeier's Motion for Leave to Appear Pro Hac Vice as counsel for defendant Qatar National Bank. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Judge Brian M. Cogan on 12/9/2021. (Weisberg, Peggy) (Entered: 12/09/2021) |
| 12/09/2021 | 41 | MOTION to Appear Pro Hac Vice *, re: Brittany G. Norfleet* Filing fee $ 150, receipt number ANYEDC-15100938. by Qatar National Bank. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (Norfleet, Brittany) (Entered: 12/09/2021) |
| 12/09/2021 | 42 | MOTION for Refund of Fees Paid Electronically *ANYEDC-15097852, refund on payment for pro hac vice motion, the filing of which was not completed.* by Qatar National Bank. (Norfleet, Brittany) (Entered: 12/09/2021) |
| 12/10/2021 | 43 | ORDER granting 42 Motion for Refund of Fees Paid Electronically Ordered by Clerk |

| | | |
|---|---|---|
| | | of Court on 12/10/2021. (Marziliano, August) (Entered: 12/10/2021) |
| 12/17/2021 | | ORDER granting 41 Brittany Norfleet's Motion for Leave to Appear Pro Hac Vice as counsel for defendant Qatar National Bank. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Judge Brian M. Cogan on 12/17/2021. (Weisberg, Peggy) (Entered: 12/17/2021) |
| 12/20/2021 | 44 R | Letter *to Clerk of Court re Proof of Delivery of Amended Summons and Complaint to Qatar Charity* by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba (Attachments: # 1 Appendix FEDEX Proof of Delivery) (Davies, Susan) (Entered: 12/20/2021) |
| 01/03/2022 | 45 | NOTICE of Appearance by John M. Hillebrecht on behalf of Qatar Charity (aty to be noticed) (Hillebrecht, John) (Entered: 01/03/2022) |
| 01/03/2022 | 46 | NOTICE of Appearance by Kevin Walsh on behalf of Qatar Charity (aty to be noticed) (Walsh, Kevin) (Entered: 01/03/2022) |
| 01/03/2022 | 47 | NOTICE of Appearance by Jessica A. Masella on behalf of Qatar Charity (aty to be noticed) (Masella, Jessica) (Entered: 01/03/2022) |
| 01/03/2022 | 48 | NOTICE of Appearance by Michael George Lewis on behalf of Qatar Charity (aty to be noticed) (Lewis, Michael) (Entered: 01/03/2022) |
| 01/03/2022 | 49 | Corporate Disclosure Statement by Qatar Charity (Hillebrecht, John) (Entered: 01/03/2022) |
| 01/03/2022 | 50 R | Letter MOTION for Extension of Time to File Answer re 1 R Complaint,,,, by Qatar Charity. (Hillebrecht, John) (Entered: 01/03/2022) |
| 01/04/2022 | | ORDER granting 50 R . Defendant Qatar Charity's time to answer extended to 1/31/2022. Ordered by Judge Brian M. Cogan on 1/4/2022. (Weisberg, Peggy) (Entered: 01/04/2022) |
| 01/18/2022 | 51 R | Letter MOTION for pre motion conference *and to extend page limit for moving brief* by Masraf Al Rayan. (Fornos, Carolina) (Entered: 01/18/2022) |
| 01/18/2022 | | SCHEDULING ORDER. Plaintiff is directed to file a detailed response to 51 R defendant MAR's letter by 1/24/2022. Initial Status Conference set for 2/9/2022 is reset to 1/28/2022 at 11:30 am and will be held via Zoom. It shall also constitute a premotion conference on defendant's anticipated motion to dismiss. A Zoomgov link will be sent to counsel of record shortly. Ordered by Judge Brian M. Cogan on 1/18/2022. (Weisberg, Peggy) (Entered: 01/18/2022) |
| 01/18/2022 | 52 R | Letter *requesting a pre-motion conference* by Qatar National Bank (McGovern, Michael) (Entered: 01/18/2022) |

| 01/18/2022 | | SCHEDULING ORDER: Plaintiff is directed to file a detailed response to 52 [R] defendant QNBs letter by 1/24/2022. The detailed response to MAR and QNB shall be filed as a single submission, and in this instance only, the three-page limit for plaintiff's response is increased to five pages. The premotion conference via Zoom will be held on 1/28/2022. Ordered by Judge Brian M. Cogan on 1/18/2022. (Weisberg, Peggy) (Entered: 01/18/2022) |
|---|---|---|
| 01/18/2022 | 53 [R] | Letter MOTION for pre motion conference *and to extend page limit for moving brief* by Qatar Charity. (Hillebrecht, John) (Entered: 01/18/2022) |
| 01/19/2022 | | ORDER granting 53 [R] Qatar Charity's Letter Motion. Plaintiff's detailed response to 51 [R] 52 [R] 53 [R] is due by 1/24/2022 and shall be filed as a single submission. The page limit is increased to 8 pages. Premotion Conference by Zoom will be held on 1/28/2022. Ordered by Judge Brian M. Cogan on 1/19/2022. (Weisberg, Peggy) (Entered: 01/19/2022) |
| 01/21/2022 | | ORDER re premotion conference scheduled for 1/28/2022 at 11:30 am. The parties of record are directed to use the video link sent by email. Public audio is available by dialing toll free number 888-684-8852 and entering access code 6427877. Ordered by Judge Brian M. Cogan on 1/21/2022. (Clarke, Melonie) (Entered: 01/21/2022) |
| 01/24/2022 | 54 [R] | Letter *Response to Pre-Motion Conference Requests (ECF Nos. 51-53)* by Stuart Force (Rocco, Patrick) (Entered: 01/24/2022) |
| 01/28/2022 | | Minute Entry and Order for Initial Status Conference and Premotion Conference held before Judge Brian M. Cogan on 1/28/2022. All parties present via zoom. Defendants' motions due 2/14/2022; plaintiffs' response due 2/28/2022; defendants' reply due 3/7/2022. See transcript for details. (Court reporter: Linda Danelczyk). (Weisberg, Peggy) (Entered: 01/28/2022) |
| 02/14/2022 | 55 | MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan)* by Masraf Al Rayan. (Attachments: # 1 [R] Memorandum in Support of Defendant Masraf Al Rayan's Motion to Dismiss the Complaint) (Fornos, Carolina) (Entered: 02/14/2022) |
| 02/14/2022 | 56 | Notice of MOTION to Dismiss *Plaintiffs' Complaint* by Qatar National Bank. (Attachments: # 1 [R] Memorandum of Law in Support of Motion to Dismiss Plaintiffs' Complaint) (McGovern, Michael) (Entered: 02/14/2022) |
| 02/14/2022 | 57 [R] | MOTION to Dismiss for Failure to State a Claim by Qatar Charity. (Hillebrecht, John) (Entered: 02/14/2022) |
| 02/14/2022 | 58 [R] | MEMORANDUM in Support re 57 [R] MOTION to Dismiss for Failure to State a Claim filed by Qatar Charity. (Hillebrecht, John) (Entered: 02/14/2022) |
| 02/15/2022 | 59 | AFFIDAVIT/DECLARATION in Opposition re 57 [R] MOTION to Dismiss for Failure to State a Claim filed by Qatar Charity. (Attachments: # 1 Exhibit 1 USAID Malaysia, # 2 Exhibit 2 USAID-Pakistan Progress Report, # 3 Exhibit 3 New Strait Times Article, # 4 Exhibit 4 Associated Press Article, # 5 Exhibit 5 UNRWA Press Release, # 6 Exhibit 6 UN Press Release, # 7 Exhibit 7 Haaretz Article, # 8 Exhibit 8 Reuters Article 1 (2021), # 9 Exhibit 9 L.A. Times Article, # 10 [R] Exhibit 10 Ackerman v. State of Israel Judgment, # 11 Exhibit 11 President Biden Remarks, # 12 Exhibit 12 Sec. of State Blinken Remarks, # 13 Exhibit 13 The Hill Article, # 14 Exhibit 14 President Biden Letter, # 15 Exhibit 15 Directive 3-22P, # 16 [R] Exhibit 16 WikiLeaks Cable, # 17 Exhibit 17 Baker Tweet, # 18 Exhibit 18 UN Daily Press Briefing, # 19 Exhibit19 Reuter Article 2 (2017), # 20 Exhibit 20 Qatar Charity Press Release 1 (2017), # 21 Exhibit 21 UNHCR Qatar Charity Profile, # 22 Exhibit 22 2013 Annual Report, # 23 |

|  |  |  |
|---|---|---|
|  |  | Exhibit 23 2014 Annual Report, # 24 Exhibit 24 2015 Annual Report, # 25 R Exhibit 25 2013 Annual Report Ramallah, # 26 Exhibit 26 UNHCR Press Release, # 27 Exhibit 27 Doha News Article, # 28 Exhibit 28 Peninsula Article, # 29 Exhibit 29 Orbis Qatar Charity Profile, # 30 Exhibit 30 Start Network Announcement, # 31 Exhibit 31 Start Network Our Members Page, # 32 Exhibit 32 Morocco World News Article, # 33 Exhibit 33 Qatar Tribune Article, # 34 Exhibit 34 Qatar Charity Governance Page, # 35 Exhibit 35 Ihsan Definition, # 36 Exhibit 36 Map of Mosque Masjid Al-Ihsan, # 37 Exhibit 37 Qatar Charity Press Release (2020), # 38 Exhibit 38 Wilks Tweet) (Hillebrecht, John) (Entered: 02/15/2022) |
| 02/17/2022 | 60 R | Letter MOTION for pre motion conference *concerning jurisdictional discovery; extension of time to respond to Defendants' motions to dismiss; motion for order authorizing alternative service of process* by Amichai Ariel, Rina Ariel, Micah Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba. (Attachments: # 1 Exhibit 1 (Proposed Interrogatories to Qatar Charity), # 2 Exhibit 2 (Proposed Document Requests to Qatar Charity), # 3 Exhibit 3 (Proposed Rule 30(b)(6) Matters for Qatar Charity), # 4 Exhibit 4 (Proposed Interrogatories to Bank Defendants), # 5 Exhibit 5 (Proposed Document Requests to Bank Defendants), # 6 Exhibit 6 (Proposed Rule 30(b)(6) Matters for Bank Defendants) (Rocco, Patrick) (Entered: 02/17/2022) |
| 02/22/2022 | 61 R | Letter *in response to Plaintiffs' letter motion dated February 17, 2022, ECF No. 60* by Qatar National Bank (McGovern, Michael) (Entered: 02/22/2022) |
| 02/22/2022 | 62 R | Letter *in response to Plaintiffs' letter motion dated February 17, 2022, ECF No. 60* by Masraf Al Rayan (Fornos, Carolina) (Entered: 02/22/2022) |
| 02/22/2022 | 63 R | Letter *in response to Plaintiffs' letter motion dated February 17, 2022, ECF No. 60* by Qatar Charity (Hillebrecht, John) (Entered: 02/22/2022) |
| 02/28/2022 |  | ORDER granting in part 60 R . Plaintiff's time to respond to defendant's motion to dismiss is extended until 3/11/2022; defendants' reply is extended until 3/18/2022. Discovery was not stayed in this case pending defendant's motion to dismiss. Ordered by Judge Brian M. Cogan on 2/28/2022. (Weisberg, Peggy) (Entered: 02/28/2022) |
| 03/01/2022 | 64 R | Letter *requesting clarification of the Court's February 28, 2022 order* by Qatar National Bank (McGovern, Michael) (Entered: 03/01/2022) |
| 03/02/2022 |  | ORDER. The prior order on 2/28/2022 incorrectly stated that discovery could proceed. The stay of discovery will continue as discussed at the premotion conference on 1/28/2022. Jurisdictional discovery is not necessary at this time and the parties should adhere to the amended briefing schedule set forth in the 2/28/2022 Order. Plaintiffs' requested premotion conference is waived and the Court will consider plaintiffs' motion for alternative service based upon the papers submitted and any additional briefing plaintiffs' provide in their opposition to the motion to dismiss. Ordered by Judge Brian M. Cogan on 3/2/2022. (Weisberg, Peggy) (Entered: 03/02/2022) |
| 03/02/2022 | 65 R | Letter MOTION for Extension of Time to File *Plaintiffs' Opposition and Defendants' Replies on Motions to Dismiss ECF 55, 56, 57* by Amichai Ariel, Rina Ariel, Micah |

| | | |
|---|---|---|
| | | Lakin Avni, Rita Avni, Avraham M. Borochov, Devora Sue Borochov, Eli M. Borochov, Josef S. Borochov, Ronen Steven Borochov, Shari Mayer Borochov, Shira Nechama Borochov, Shachar Boteach, Chana Braun, Esther Braun, Murray Braun, Shmuel Elimelech Braun, Kristin Ann Force, Robbi Force, Stuart Force, Abraham Ron Fraenkel, Rachel Devora Sprecher Fraenkel, Tzvi Amitay Fraenkel, Hallel Glick, Neria David Glick, Shlomo Glick, Yaffa Glick, Yehudah Glick, Matan Golan, Rotem Shoshana Golan, Yehudit Golan, Yoav Golan, Sara Halperin, Shimson Sam Halperin, Cici Jacobson, Eddy Jacobson, Manya Lakin, Avital Kerem Lisker, Jonathan Issac Lisker, Raphael Lisker, Shoshana Lisker, Tamar Penina Lisker, Bracha Rivkin, Menachem Mendel Rivkin, Noam Michael Shamba, Yana Shamba. (Rocco, Patrick) (Entered: 03/02/2022) |
| 03/03/2022 | | ORDER granting 65 R . Plaintiffs' opposition due 3/25/2022; defendants' replies due 4/8/2022. Ordered by Judge Brian M. Cogan on 3/3/2022. (Weisberg, Peggy) (Entered: 03/03/2022) |
| 03/24/2022 | 66 R | NOTICE of Appearance by Thomas M Caroccia on behalf of All Plaintiffs (aty to be noticed) (Caroccia, Thomas) (Entered: 03/24/2022) |
| 03/25/2022 | 67 R | AFFIDAVIT/DECLARATION in Opposition re 56 Notice of MOTION to Dismiss *Plaintiffs' Complaint*, 57 R MOTION to Dismiss for Failure to State a Claim , 55 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan) Declaration of James P. Bonner* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14) (Bonner, James) (Entered: 03/25/2022) |
| 03/25/2022 | 68 R | MEMORANDUM in Opposition re 57 R MOTION to Dismiss for Failure to State a Claim , 55 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan)*, 56 Notice of MOTION to Dismiss *Plaintiffs' Complaint* filed by All Plaintiffs. (Bonner, James) (Entered: 03/25/2022) |
| 03/25/2022 | 69 | AFFIDAVIT/DECLARATION in Opposition re 57 R MOTION to Dismiss for Failure to State a Claim , 56 Notice of MOTION to Dismiss *Plaintiffs' Complaint Declaration of Patrick J. McArdle* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1) (Bonner, James) (Entered: 03/26/2022) |
| 03/26/2022 | 70 R | MEMORANDUM in Opposition re 57 R MOTION to Dismiss for Failure to State a Claim , 55 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan)*, 56 Notice of MOTION to Dismiss *Plaintiffs' Complaint (This is a corrected version of ECF 68, Table of Contents only has been corrected)* filed by All Plaintiffs. (Bonner, James) (Entered: 03/26/2022) |
| 04/06/2022 | 71 R | Letter MOTION for Extension of Time to File Response/Reply as to 57 R MOTION to Dismiss for Failure to State a Claim , 55 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan)*, 56 Notice of MOTION to Dismiss *Plaintiffs' Complaint* by Qatar Charity. (Hillebrecht, John) (Entered: 04/06/2022) |
| 04/08/2022 | | ORDER granting 71 R . Deadline for all defendants to respond to plaintiffs' opposition extended to 4/13/2022. Ordered by Judge Brian M. Cogan on 4/8/2022. (Weisberg, Peggy) (Entered: 04/08/2022) |

| 04/13/2022 | 72 R | REPLY in Support re 55 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan)* */REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANT MASRAF AL RAYANS MOTION TO DISMISS THE COMPLAINT* filed by Masraf Al Rayan. (Fornos, Carolina) (Entered: 04/13/2022) |
| --- | --- | --- |
| 04/13/2022 | 73 R | REPLY to Response to Motion re 56 Notice of MOTION to Dismiss *Plaintiffs' Complaint* filed by Qatar National Bank. (McGovern, Michael) (Entered: 04/13/2022) |
| 04/13/2022 | 74 R | AFFIDAVIT/DECLARATION in Support re 57 R MOTION to Dismiss for Failure to State a Claim *Declaration of Michael G. Lewis in Support Of Qatar Charity's Reply Memorandum in Support of its Motion to Dismiss the Complaint* filed by Qatar Charity. (Attachments: # 1 R Reply Exhibit 1, # 2 R Reply Exhibit 2, # 3 R Reply Exhibit 3, # 4 R Reply Exhibit 4, # 5 R Reply Exhibit 5, # 6 R Reply Exhibit 6, # 7 R Reply Exhibit 7, # 8 R Reply Exhibit 8, # 9 R Reply Exhibit 9, # 10 R Reply Exhibit 10) (Hillebrecht, John) (Entered: 04/13/2022) |
| 04/13/2022 | 75 R | REPLY in Support re 57 R MOTION to Dismiss for Failure to State a Claim filed by Qatar Charity. (Hillebrecht, John) (Entered: 04/13/2022) |
| 04/28/2022 | 76 R | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on January 28, 2022, before Judge Brian M. Cogan. Court Reporter/Transcriber Linda D. Danelczyk, Telephone number 718-613-2330. Email address: LindaDan226@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 5/19/2022. Redacted Transcript Deadline set for 5/29/2022. Release of Transcript Restriction set for 7/27/2022. (Danelczyk, Linda) (Entered: 04/28/2022) |
| 08/01/2022 | 77 | Letter *Regarding Service* by Qatar National Bank (McGovern, Michael) (Entered: 08/01/2022) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 08/10/2022 14:18:13 | | |
| **PACER Login:** | gm724726 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-02578-BMC |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |