Query    Reports    Utilities    Help    Log Out

R Create an Alert for This Case on RECAP

ACO

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:20-cv-06088-NGG-RLM

Przewozman et al v. Qatar Charity et al  
Assigned to: Judge Nicholas G. Garaufis  
Referred to: Magistrate Judge Roanne L. Mann  
Cause: 28:1331 Fed. Question

Date Filed: 12/15/2020  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Chaim Dov Przewozman**  represented by  **Patrick Louis Rocco**  
Fleischman Bonner & Rocco LLP  
81 Main Street  
White Plains  
Ste 515  
New York, NY 10601  
914-278-5100  
Fax: 914-591-5245  
Email: procco@fbrllp.com  
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**  
Fleischman Bonner & Rocco LLP  
81 Main Street  
Suite 515  
White Plains, NY 10601  
914-278-5104  
Fax: 917-591-5245  
Email: sdavies@fbrllp.com  
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**  
Fleischman Bonner & Rocco LLP  
447 Springfield Avenue, Second Floor  
Summit, NJ 07901  
732-895-6870  
Email: tcaroccia@fbrllp.com  
*ATTORNEY TO BE NOTICED*

**James P. Bonner**  
Fleischman Bonner & Rocco LLP  
447 Springfield Avenue  
Second Floor  
Summit, NJ 07901  
908-516-2066  
Fax: 908-516-2049

EX B

Email: jbonner@fbrllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hadassah Przewozman**
*individually, as personal representative of Estate of Pinches Menachem Przewozman, and as parent and natural guardian of Y.P. and P.P., minors*

represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chaya Rachel Przewozman**
*individually and as parent and natural guardian of A.M.P. and F.P., minors*

represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Przewozman-Rozenbaum**

represented by **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Yafa Przewozman** | represented by | **Patrick Louis Rocco** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Susan Marlene Davies** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Thomas M Caroccia** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James P. Bonner** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tzvi Yosef Przewozman** | represented by | **Patrick Louis Rocco** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Susan Marlene Davies** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Thomas M Caroccia** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James P. Bonner** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Qatar Charity** | represented by | **John M. Hillebrecht** |
| | | DLA Piper LLP US |
| | | 1251 Avenue Of The Americas |
| | | New York, NY 10020 |
| | | 212-335-4590 |
| | | Fax: 917-778-8590 |
| | | Email: john.hillebrecht@dlapiper.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jessica A. Masella** |
| | | DLA Piper LLP (US) |
| | | 1251 Avenue of the Americas |
| | | New York, NY 10020 |
| | | 212-335-4829 |
| | | Email: jessica.masella@dlapiper.com |

*ATTORNEY TO BE NOTICED*

**Kevin Walsh**
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
212-335-4500
Fax: 212-335-4501
Email: kevin.walsh@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Michael George Lewis**
DLA Piper, LLP
1251 Avenue Of The Americas, 27th Floor
New York, NY 10020
(212)335-4945
Fax: (917)778-8722
Email: michael.lewis@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Qatar National Bank** represented by **Michael G McGovern**
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
212-596-9000
Email: michael.mcgovern@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brittany Grace Norfleet**
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
212-596-9228
Email: brittany.norfleet@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas H Hallward-Driemeier**
Ropes & Gray LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
202-508-4776
Email: douglas.hallward-driemeier@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Brust**
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
212-841-0670

Email: mary.brust@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Masraf Al Rayan**   represented by   **Aryeh Kaplan**
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
786-913-4900
Fax: 786-913-4901
Email: aryeh.kaplan@pillsburylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carolina A. Fornos**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
212-858-1000
Fax: 212-858-1500
Email: carolina.fornos@pillsburylaw.com
*ATTORNEY TO BE NOTICED*

**Markenzy Lapointe**
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue
Suite 3100
Miami, FL 33131
786-913-4805
Fax: 786-913-4901
Email: markenzy.lapointe@pillsburylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2020 | 1 | COMPLAINT against All Defendants filing fee $ 402, receipt number ANYEDC-13838947 Was the Disclosure Statement on Civil Cover Sheet completed -yes,, filed by Tzvi Yosef Przewozman, Chaya Rachel Przewozman, Hadassah Przewozman, Chaim Dov Przewozman, Sara Przewozman-Rozenbaum, Yafa Przewozman. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons Qatar Charity, # 3 Proposed Summons Qatar National Bank, # 4 Proposed Summons Masraf Al Rayan) (Bonner, James) (Entered: 12/15/2020) |
| 12/15/2020 | | Case Assigned to Judge Nicholas G. Garaufis and Magistrate Judge Roanne L. Mann. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 12/15/2020) |
| 12/15/2020 | 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a |

| | | |
|---|---|---|
| | | blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 12/15/2020) |
| 12/15/2020 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 12/15/2020) |
| 12/15/2020 | 4 | Summons Issued as to All Defendants. (Attachments: # 1 Summons, # 2 Summons) (Davis, Kimberly) (Entered: 12/15/2020) |
| 12/15/2020 | | Notice of Related Case: **The Civil Cover Sheet filed in this civil action indicates a related case.** (Davis, Kimberly) (Entered: 12/15/2020) |
| 12/15/2020 | 5 | NOTICE of Appearance by Susan Marlene Davies on behalf of All Plaintiffs (aty to be noticed) (Davies, Susan) (Entered: 12/15/2020) |
| 12/15/2020 | 6 | NOTICE of Appearance by Patrick Louis Rocco on behalf of All Plaintiffs (aty to be noticed) (Rocco, Patrick) (Entered: 12/15/2020) |
| 01/04/2021 | 7 R | MOTION for Issuance of Letters Rogatory *for the purpose of serving process in the State of Qatar* by Chaim Dov Przewozman, Chaya Rachel Przewozman, Hadassah Przewozman, Tzvi Yosef Przewozman, Yafa Przewozman, Sara Przewozman-Rozenbaum. (Bonner, James) (Entered: 01/04/2021) |
| 01/04/2021 | 8 R | MEMORANDUM in Support re 7 R MOTION for Issuance of Letters Rogatory *for the purpose of serving process in the State of Qatar* filed by All Plaintiffs. (Bonner, James) (Entered: 01/04/2021) |
| 01/04/2021 | 9 R | AFFIDAVIT/DECLARATION in Support re 7 R MOTION for Issuance of Letters Rogatory *for the purpose of serving process in the State of Qatar Declaration of Joshua K. Perles, Esq.* filed by All Plaintiffs. (Attachments: # 1 R Exhibit 1 (Complaint), # 2 R Exhibit 2 (Summonses), # 3 R Exhibit 3 (Proposed Letters Rogatory - Qatar Charity), # 4 R Exhibit 4 (Proposed Letters Rogatory - Qatar National Bank), # 5 R Exhibit 5 (Proposed Letters Rogatory - Masraf al Rayan), # 6 R Exhibit 6 (USDOJ, Preparation of Letters Rogatory)) (Bonner, James) (Entered: 01/04/2021) |
| 01/05/2021 | 10 R | ORDER granting 7 R Motion for Issuance of Letters Rogatory. So Ordered by Judge Nicholas G. Garaufis on 1/5/2021. (Attachments: # 1 R Qatar National Bank, # 2 R Masraf Al Rayan) (Lee, Tiffeny) (Entered: 01/06/2021) |
| 11/05/2021 | 11 R | Letter to the Clerk of Court regarding international service pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii). (Fedex Envelopes addressed to Qatar Charity, Qatar National Bank, and Masraf Al Rayan left in FedEx drop box in Clerk's Office.) (Lee, Tiffeny) (Entered: 11/05/2021) |
| 11/18/2021 | 12 | NOTICE of Appearance by Michael G McGovern on behalf of Qatar National Bank (aty to be noticed) (McGovern, Michael) (Entered: 11/18/2021) |
| 11/18/2021 | 13 | Corporate Disclosure Statement by Qatar National Bank (McGovern, Michael) (Entered: 11/18/2021) |
| 11/18/2021 | 14 | NOTICE of Appearance by Carolina A. Fornos on behalf of Masraf Al Rayan (aty to be noticed) (Fornos, Carolina) (Entered: 11/18/2021) |
| 11/18/2021 | 15 | Corporate Disclosure Statement by Masraf Al Rayan (Fornos, Carolina) (Entered: |

| | | |
|---|---|---|
| | | 11/18/2021) |
| 11/19/2021 | 16 | MOTION to Appear Pro Hac Vice *for Markenzy Lapointe* Filing fee $ 150, receipt number ANYEDC-15046413. by Masraf Al Rayan. (Attachments: # 1 Affidavit of Markenzy Lapointe, # 2 Certificates of Good Standing) (Lapointe, Markenzy) (Entered: 11/19/2021) |
| 11/19/2021 | 17 | MOTION to Appear Pro Hac Vice *for Aryeh L. Kaplan* Filing fee $ 150, receipt number CNYEDC-15046493. by Masraf Al Rayan. (Attachments: # 1 Affidavit of Aryeh L. Kaplan, # 2 Certificates of Good Standing) (Kaplan, Aryeh) (Entered: 11/19/2021) |
| 11/19/2021 | | ORDER granting 16 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Roanne L. Mann on 11/19/2021. (LK) (Entered: 11/19/2021) |
| 11/19/2021 | | ORDER granting 17 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Roanne L. Mann on 11/19/2021. (LK) (Entered: 11/19/2021) |
| 11/19/2021 | 18 | NOTICE of Appearance by Aryeh Kaplan on behalf of Masraf Al Rayan (notification declined or already on case) (Kaplan, Aryeh) (Entered: 11/19/2021) |
| 11/19/2021 | 19 | NOTICE of Appearance by Markenzy Lapointe on behalf of Masraf Al Rayan (notification declined or already on case) (Lapointe, Markenzy) (Entered: 11/19/2021) |
| 11/22/2021 | 20 | Letter MOTION for pre motion conference *and request for an extension of time to respond to the Complaint* by Masraf Al Rayan. (Fornos, Carolina) (Entered: 11/22/2021) |
| 11/23/2021 | 21 | NOTICE of Appearance by Mary Brust on behalf of Qatar National Bank (aty to be noticed) (Brust, Mary) (Entered: 11/23/2021) |
| 11/23/2021 | 22 | MOTION to Appear Pro Hac Vice *by Douglas H. Hallward-Driemeier* Filing fee $ 150, receipt number ANYEDC-15056657. by Qatar National Bank. (Attachments: # 1 Affidavit of Douglas H. Hallward-Driemeier in Support, # 2 Certificates of Good Standing) (Hallward-Driemeier, Douglas) (Entered: 11/23/2021) |
| 11/23/2021 | 23 | MOTION to Appear Pro Hac Vice *by Brittany G. Norfleet* Filing fee $ 150, receipt number ANYEDC-15056737. by Qatar National Bank. (Attachments: # 1 Affidavit of Brittany G. Norfleet in Support, # 2 Certificate of Good Standing) (Norfleet, Brittany) (Entered: 11/23/2021) |
| 11/23/2021 | 24 | Letter *to Clerk of Court re proof of FEDEX delivery to Qatar National Bank and Masraf al Rayan* by Chaim Dov Przewozman, Chaya Rachel Przewozman, Hadassah Przewozman, Tzvi Yosef Przewozman, Yafa Przewozman, Sara Przewozman-Rozenbaum (Attachments: # 1 Exhibit 1 (Delivery to Qatar National Bank), # 2 Exhibit 2 (Delivery to Masraf al Rayan)) (Davies, Susan) (Entered: 11/23/2021) |
| 11/23/2021 | | ORDER: Defendant Masraf Al Rayan's 20 motion for pre-motion conference and extension of time to respond to the complaint is GRANTED. Masraf Al Rayan shall respond by January 31, 2022. The parties are directed to contact the court's Deputy at |

| | | |
|---|---|---|
| | | Joseph_Reccoppa@nyed.uscourts.gov to schedule the pre-motion conference. Ordered by Judge Nicholas G. Garaufis on 11/23/2021. (Kelly, Sean) (Entered: 11/23/2021) |
| 11/23/2021 | | ORDER granting 22 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Roanne L. Mann on 11/23/2021. (LK) (Entered: 11/23/2021) |
| 11/23/2021 | | ORDER granting 23 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Roanne L. Mann on 11/23/2021. (LK) (Entered: 11/23/2021) |
| 11/23/2021 | 25 | Letter MOTION to Adjourn Conference *scheduling pending related case determination* by Chaim Dov Przewozman, Chaya Rachel Przewozman, Hadassah Przewozman, Tzvi Yosef Przewozman, Yafa Przewozman, Sara Przewozman-Rozenbaum. (Bonner, James) (Entered: 11/23/2021) |
| 11/24/2021 | 26 | Letter *request for a pre-motion conference* by Qatar National Bank (McGovern, Michael) (Entered: 11/24/2021) |
| 11/26/2021 | 27 | (WITHDRAWN) Proposed Summons. Re 4 Summons Issued by Chaim Dov Przewozman, Chaya Rachel Przewozman, Hadassah Przewozman, Tzvi Yosef Przewozman, Yafa Przewozman, Sara Przewozman-Rozenbaum (Davies, Susan) *Modified. (Latka-Mucha, Wieslawa)* (Entered: 11/26/2021) |
| 11/27/2021 | 28 | Proposed Summons. by Chaim Dov Przewozman, Chaya Rachel Przewozman, Hadassah Przewozman, Tzvi Yosef Przewozman, Yafa Przewozman, Sara Przewozman-Rozenbaum (Davies, Susan) (Entered: 11/27/2021) |
| 11/28/2021 | 29 R | Letter MOTION to Reassign Case *as related to Force, et al. v. Qatar Charity, et al., 1:20-cv-2578-BMC* by Chaim Dov Przewozman, Chaya Rachel Przewozman, Hadassah Przewozman, Tzvi Yosef Przewozman, Yafa Przewozman, Sara Przewozman-Rozenbaum. (Bonner, James) (Entered: 11/28/2021) |
| 11/30/2021 | 30 | AMENDED SUMMONS REISSUED as to **Qatar Charity**. (Latka-Mucha, Wieslawa) (Entered: 11/30/2021) |
| 12/01/2021 | 31 | Letter MOTION for Issuance of Letters Rogatory *(Amended) for service on Qatar Charity* by Chaim Dov Przewozman, Chaya Rachel Przewozman, Hadassah Przewozman, Tzvi Yosef Przewozman, Yafa Przewozman, Sara Przewozman-Rozenbaum. (Attachments: # 1 Exhibit Proposed Amended Letter Rogatory for Service on Qatar Charity) (Davies, Susan) (Entered: 12/01/2021) |
| 12/06/2021 | 32 R | Letter *Response to Plaintiffs' letter dated November 28, 2021 (Dkt. no. 29) on behalf of Masraf Al Rayan, Qatar Charity, and Qatar National Bank Q.P.S.C.* by Masraf Al Rayan (Fornos, Carolina) (Entered: 12/06/2021) |
| 12/13/2021 | 33 | ORDER granting Plaintiff's 31 Motion for Issuance of Letter Rogatory. The Clerk of Court is respectfully directed to prepare one exemplified copy of: (i) the 30 Amended Summons to Qatar Charity issued on November 30, 2021; and (ii) the 1 R Complaint |

| | | |
|---|---|---|
| | | filed on December 15, 2020. So Ordered by Judge Nicholas G. Garaufis on 12/13/2021. (fwd'd for preparation) (Lee, Tiffeny) (Entered: 12/13/2021) |
| 12/17/2021 | | ORDER: Defendant Qatar National Bank's 26 motion for pre-motion conference and extension of time to respond to the complaint is GRANTED nunc pro tunc. The parties are directed to contact the court's Deputy at Joseph_Reccoppa@nyed.uscourts.gov to schedule the pre-motion conference. Ordered by Judge Nicholas G. Garaufis on 12/17/2021. (Kelly, Sean) (Entered: 12/17/2021) |
| 12/17/2021 | | ORDER: Plaintiff's 29 R motion to reassign the case is DENIED. Division of Business Rule 50.3.1(a) provides that a civil case is "related" when "because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." After consultation with Judge Cogan and a review of the filings, the court concludes that reassigning the case to Judge Cogan would not result in a substantial savings of judicial resources. Accordingly, Plaintiff's 25 motion to adjourn is also DENIED. Ordered by Judge Nicholas G. Garaufis on 12/17/2021. (Kelly, Sean) (Entered: 12/17/2021) |
| 12/20/2021 | 34 | Letter *to Clerk of Court re Proof of Delivery of Amended Summons and Complaint to Qatar Charity* by Chaim Dov Przewozman, Chaya Rachel Przewozman, Hadassah Przewozman, Tzvi Yosef Przewozman, Yafa Przewozman, Sara Przewozman-Rozenbaum (Attachments: # 1 Appendix FEDEX Proof of Delivery) (Davies, Susan) (Entered: 12/20/2021) |
| 01/03/2022 | 35 | NOTICE of Appearance by John M. Hillebrecht on behalf of Qatar Charity (aty to be noticed) (Hillebrecht, John) (Entered: 01/03/2022) |
| 01/03/2022 | 36 | NOTICE of Appearance by Kevin Walsh on behalf of Qatar Charity (aty to be noticed) (Walsh, Kevin) (Entered: 01/03/2022) |
| 01/03/2022 | 37 | NOTICE of Appearance by Jessica A. Masella on behalf of Qatar Charity (aty to be noticed) (Masella, Jessica) (Entered: 01/03/2022) |
| 01/03/2022 | 38 | NOTICE of Appearance by Michael George Lewis on behalf of Qatar Charity (aty to be noticed) (Lewis, Michael) (Entered: 01/03/2022) |
| 01/03/2022 | 39 | NOTICE of Appearance by Michael George Lewis on behalf of Qatar Charity (notification declined or already on case) (Lewis, Michael) (Entered: 01/03/2022) |
| 01/03/2022 | 40 | Corporate Disclosure Statement by Qatar Charity (Hillebrecht, John) (Entered: 01/03/2022) |
| 01/03/2022 | 41 R | Letter MOTION for Extension of Time to File Answer re 1 R Complaint, by Qatar Charity. (Hillebrecht, John) (Entered: 01/03/2022) |
| 01/04/2022 | | ORDER granting with, plaintiff's consent, 41 R Motion for Extension of Time to Answer re 41 R Letter MOTION for Extension of Time to File Answer re 1 R Complaint, Qatar Charity answer due 1/31/2022. Ordered by Magistrate Judge Roanne L. Mann on 1/4/2022. (LK) (Entered: 01/04/2022) |
| 01/20/2022 | 42 R | Letter MOTION for pre motion conference *and to extend page limit for moving brief* by Qatar Charity. (Hillebrecht, John) (Entered: 01/20/2022) |
| 01/21/2022 | | ORDER: Defendant Qatar Charity's 42 R motion for pre-motion conference and extension of time to respond to the complaint is GRANTED. The parties are directed to contact the court's Deputy at Joseph_Reccoppa@nyed.uscourts.gov to schedule the pre-motion conference. Ordered by Judge Nicholas G. Garaufis on 1/21/2022. (Kelly, Sean) (Entered: 01/21/2022) |

| | | |
|---|---|---|
| 01/27/2022 | 43 R | Letter MOTION for Extension of Time to File Answer re 1 R Complaint, by Masraf Al Rayan. (Fornos, Carolina) (Entered: 01/27/2022) |
| 01/28/2022 | | ORDER: Defendants' joint 43 R request for an extension of time to answer Plaintiffs' 1 R Complaint is GRANTED. Defendants shall file their respective responses by February 11, 2022. Ordered by Judge Nicholas G. Garaufis on 1/28/2022. (Kelly, Sean) (Entered: 01/28/2022) |
| 02/02/2022 | 44 R | Letter *Response to Pre-Motion Conference Requests (ECF Nos. 20, 26, 42)* by Chaim Dov Przewozman, Chaya Rachel Przewozman, Hadassah Przewozman, Tzvi Yosef Przewozman, Yafa Przewozman, Sara Przewozman-Rozenbaum (Rocco, Patrick) (Entered: 02/02/2022) |
| 02/04/2022 | | Minute Entry for proceedings held before Judge Nicholas G. Garaufis. On February 4, 2022, the court held a pre-motion conference via videoconference. Counsel for Plaintiffs and Defendants present. Defendants application for leave to file a Motion to Dismiss is GRANTED. The court set the following briefing schedule: Defendants will serve their motions to dismiss by February 14, 2022; Plaintiffs' opposition by Friday, April 1, 2022; Defendants' replies on April 15, 2022. Defendants' and Plaintiffs' request for leave to file excess pages is GRANTED. Defendants' opening memorandum in support of their respective motions to dismiss and Plaintiffs' memorandum in opposition to those motions are limited to 35 pages. Defendants shall file their fully briefed motions in accordance with the court's bundling rule as set forth in Individual Rule V.B. The parties are referred to the court's Individual Rule V for the filing instructions. The court reserves decision on Plaintiffs' request for jurisdictional discovery. (Court Reporter Charleane Heading.) (Kelly, Sean) (Entered: 02/04/2022) |
| 02/07/2022 | | ORDER: The following briefing schedule corrects the schedule provided in the court's February 4, 2022 Minute Entry. Defendants will serve their motions to dismiss by Friday, February 18, 2022; Plaintiffs' opposition by Friday, April 1, 2022; Defendants' replies on Friday, April 15, 2022. Ordered by Judge Nicholas G. Garaufis on 2/7/2022. (Kelly, Sean) (Entered: 02/07/2022) |
| 03/29/2022 | 45 | NOTICE of Appearance by Thomas M Caroccia on behalf of All Plaintiffs (aty to be noticed) (Caroccia, Thomas) (Entered: 03/29/2022) |
| 04/11/2022 | 46 | Joint MOTION for Extension of Time to File Response/Reply *and for extension of page limit for reply briefs* by Masraf Al Rayan. (Fornos, Carolina) (Entered: 04/11/2022) |
| 04/11/2022 | 47 | ORDER. Defendants' joint 46 motion for extension of time to file their responses and for excess pages are GRANTED. Ordered by Judge Nicholas G. Garaufis on 4/11/2022. (Kelly, Sean) (Entered: 04/11/2022) |
| 04/20/2022 | 48 R | Fully Briefed MOTION to Dismiss for Failure to State a Claim */Notice of Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan* by Masraf Al Rayan. (Attachments: # 1 Memorandum in Support of Motion, # 2 Transmittal Letter to Plaintiffs' Counsel, # 3 Memorandum in Opposition to Motion, # 4 Declaration of Patrick J. McArdle, # 5 Affidavit in Opposition /Declaration of James P. Bonner in Opposition to Motion, # 6 Exhibit 1-Rocket & Mortar Attacks Against Israel By Date (Part 1), # 7 Exhibit 1-Rocket & Mortar Attacks Against Israel By Date (Part 2), # 8 Exhibit 2-Biden Turns to Countries, # 9 Exhibit 3-Wikileaks TSE Doc, # 10 Exhibit 4-devex.com-Opinion USAID must protect the integrity of its humanitarian aid programs, # 11 Exhibit 5-devex.com-GAO report USAID partners violated antiterror laws in West Bank Gaza, # 12 Exhibit 6-UA GAO, # 13 Exhibit 7-Jerusalem Post, # 14 Exhibit 8-How the United Nations Indirectly Funds Hamas, # 15 Exhibit 9-Germany, Switzerland, Qatar, # 16 Exhibit 10-Article 11, |

| | | |
|---|---|---|
| | | # 17 Exhibit 11-Strauss v. Institute of Intl Bankers Amicus (Sept 25 2019), # 18 Exhibit 12-QC Geographic Range of Action, # 19 Exhibit 13-QC 2020 Audited Financial Statements, # 20 Transmittal Letter to Defendant's Counsel, # 21 Memorandum in Support Reply Brief in Further Support of Defendant Masraf Al Rayan's Motion to Dimiss the Complaint, # 22 Transmittal Letter to Plaintiffs's Counsel) (Fornos, Carolina) (Entered: 04/20/2022) |
| 04/20/2022 | 49 R | Letter MOTION for Hearing re 48 R Fully Briefed MOTION to Dismiss for Failure to State a Claim /*Notice of Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan* by Masraf Al Rayan. (Fornos, Carolina) (Entered: 04/20/2022) |
| 04/20/2022 | 50 R | Fully Briefed MOTION to Dismiss for Failure to State a Claim / *Qatar National Bank"s Notice of Motion to Dismiss Plaintiffs' Complaint /* by Qatar National Bank. (Attachments: # 1 Qatar Bank's Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Complaint, # 2 Plaintiffs' Omnibus Memorandum of Law in Opposition to Motions to Dismiss of Defendants Qatar Charity, Qatar National Bank and Masraf Al Rayan, # 3 Declaration of Patrick J. McArdle, # 4 Exhibit 1 to McArdle Declaration, # 5 Declaration of James P. Bonner in Opposition to Defendants' Motions to Dismiss, # 6 Exhibit 1 to Bonner Declaration - Rocket & Mortar Attacks Against Israel By Date (Part 1), # 7 Exhibit 1 to Bonner Declaration - Rocket & Mortar Attacks Against Israel By Date (Part 2), # 8 Exhibit 2 to Bonner Declaration - Biden Turns to Countries, # 9 Exhibit 3 to Bonner Declaration - Wikileaks TSE Doc, # 10 Exhibit 4 to Bonner Declaration - devex.com-Opinion USAID must protect the integrity of its humanitarian aid programs, # 11 Exhibit 5 to Bonner Declaration - devex.com-GAO report USAID partners violated antiterror laws in West Bank Gaza, # 12 Exhibit 6 to Bonner Declaration - UA GAO, # 13 Exhibit 7 to Bonner Declaration - Jerusalem Post, # 14 Exhibit 8 to Bonner Declaration - How the United Nations Indirectly Funds Hamas, # 15 Exhibit 9 to Bonner Declaration - Germany, Switzerland, Qatar, # 16 Exhibit 10 to Bonner Declaration - Article 11, # 17 Exhibit 11 to Bonner Declaration - Strauss v. Institute of Intl Bankers Amicus (Sept 25 2019),, # 18 Exhibit 12 to Bonner Declaration - QC Geographic Range of Action, # 19 Exhibit 13 to Bonner Declaration - QC 2020 Audited Financial Statements, # 20 Qatar National Bank's Reply Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Complaint) (McGovern, Michael) (Entered: 04/20/2022) |
| 04/20/2022 | 51 R | Letter MOTION for Hearing re 50 R Fully Briefed MOTION to Dismiss for Failure to State a Claim / *Qatar National Bank"s Notice of Motion to Dismiss Plaintiffs' Complaint /* by Qatar National Bank. (McGovern, Michael) (Entered: 04/20/2022) |
| 04/20/2022 | 52 R | Fully Briefed MOTION to Dismiss for Failure to State a Claim by Qatar Charity. (Attachments: # 1 Defendant Qatar Charitys Memorandum of Law in Support of its Motion to Dismiss the Complaint, # 2 Declaration of Michael G. Lewis in Support of Qatar Charitys Motion to Dismiss the Complaint, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Plaintiffs Omnibus Memorandum of Law in Opposition to Motions to Dismiss of Defendants Qatar Charity, Qatar National Bank and Masraf Al Rayan, # 42 Declaration of James P. Bonner in Opposition to Defendants Motions to Dismiss, # 43 Exhibit 1 (Part 1), # 44 Exhibit 1 (Part 2), # 45 Exhibit 2, # 46 Exhibit 3, # 47 Exhibit 4, # 48 |

| | | |
|---|---|---|
| | | Exhibit 5, # 49 Exhibit 6, # 50 Exhibit 7, # 51 Exhibit 8, # 52 Exhibit 9, # 53 Exhibit 10, # 54 Exhibit 11, # 55 Exhibit 12, # 56 Exhibit 13, # 57 of Patrick J. McArdle in Opposition to Defendants Motions to Dismiss, # 58 Exhibit 1, # 59 Defendant Qatar Charitys Reply Memorandum in Further Support of its Motion to Dismiss the Complaint, # 60 Declaration of Michael G. Lewis in Support of Qatar Charitys Reply Memorandum in Support of its Motion to Dismiss the Complaint, # 61 Exhibit 1, # 62 Exhibit 2, # 63 Exhibit 3, # 64 Exhibit 4, # 65 Exhibit 5, # 66 Exhibit 6, # 67 Exhibit 7, # 68 Exhibit 8, # 69 Exhibit 9, # 70 Exhibit 10) (Hillebrecht, John) (Entered: 04/20/2022) |
| 04/20/2022 | 53 R | Letter MOTION for Hearing re 52 R Fully Briefed MOTION to Dismiss for Failure to State a Claim by Qatar Charity. (Hillebrecht, John) (Entered: 04/20/2022) |
| 08/01/2022 | 54 | Letter *Regarding Service* by Qatar National Bank (McGovern, Michael) (Entered: 08/01/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/10/2022 14:22:46 | | | |
| **PACER Login:** | gm724726 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-06088-NGG-RLM |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |