Query   Reports   Utilities   Help   Log Out

R Create an Alert for This Case on RECAP

ACO

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:21-cv-05716-AMD-VMS

| | |
|---|---|
| Henkin et al v. Qatar Charity et al | Date Filed: 10/13/2021 |
| Assigned to: Judge Ann M Donnelly | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Vera M. Scanlon | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

**Anne Chana Henkin**  represented by  **Noel J. Nudelman**
*Individually*

Heideman Nudelman & Kalik, PC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
202-463-1818
Fax: 202-463-2999
Email: njnudelman@hnklaw.com
*ATTORNEY TO BE NOTICED*

**Patrick Louis Rocco**
Fleischman Bonner & Rocco LLP
81 Main Street
White Plains
Ste 515
New York, NY 10601
914-278-5100
Fax: 914-591-5245
Email: procco@fbrllp.com
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
Fleischman Bonner & Rocco LLP
81 Main Street
Suite 515
White Plains, NY 10601
914-278-5104
Fax: 917-591-5245
Email: sdavies@fbrllp.com
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
Fleischman Bonner & Rocco LLP
447 Springfield Avenue, Second Floor
Summit, NJ 07901
732-895-6870

**EX C**

        Email: tcaroccia@fbrllp.com
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
Fleischman Bonner & Rocco LLP
447 Springfield Avenue
Second Floor
Summit, NJ 07901
908-516-2066
Fax: 908-516-2049
Email: jbonner@fbrllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anne Chana Henkin** represented by **Noel J. Nudelman**
*As Personal Representative of the Estate of* (See above for address)
*Judah Herzel Henkin* *ATTORNEY TO BE NOTICED*

        **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aderet Rivkah Henkin Stern** represented by **Noel J. Nudelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eliashir Elijah Henkin**　　　　　　　　represented by　**Noel J. Nudelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacob Bechor-Shalom Henkin**　　　　　represented by　**Noel J. Nudelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas M Caroccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Gil Henkin**　　　　　　　　　represented by　**Noel J. Nudelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Louis Rocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Marlene Davies**
(See above for address)

                                                  *ATTORNEY TO BE NOTICED*

                   **Thomas M Caroccia**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

                   **James P. Bonner**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taama Freida Henkin Yaakovson**    represented by   **Noel J. Nudelman**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

                   **Patrick Louis Rocco**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

                   **Susan Marlene Davies**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

                   **Thomas M Caroccia**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

                   **James P. Bonner**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Fuld**    represented by   **Noel J. Nudelman**
*Individually*                             (See above for address)
                   *ATTORNEY TO BE NOTICED*

                   **Patrick Louis Rocco**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

                   **Susan Marlene Davies**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

                   **Thomas M Caroccia**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

                   **James P. Bonner**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Miriam Fuld**<br>*As Personal Representative of the Estate of Ari Yoel Fuld* | represented by | **Noel J. Nudelman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick Louis Rocco**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan Marlene Davies**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas M Caroccia**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**James P. Bonner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Miriam Fuld**<br>*As the Natural Guardian of N.S.F. (a minor)* | represented by | **Noel J. Nudelman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick Louis Rocco**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan Marlene Davies**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas M Caroccia**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**James P. Bonner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Naomi Fuld** | represented by | **Noel J. Nudelman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick Louis Rocco**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan Marlene Davies**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

                                         **Thomas M Caroccia**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **James P. Bonner**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tamar Gila Fuld**                                  represented by   **Noel J. Nudelman**
                                                                             (See above for address)
                                                                             *ATTORNEY TO BE NOTICED*

                                         **Patrick Louis Rocco**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Susan Marlene Davies**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Thomas M Caroccia**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **James P. Bonner**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eliezar Yakir Fuld**                                represented by   **Noel J. Nudelman**
                                                                             (See above for address)
                                                                             *ATTORNEY TO BE NOTICED*

                                         **Patrick Louis Rocco**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Susan Marlene Davies**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Thomas M Caroccia**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **James P. Bonner**
                                       (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harvey Jonas Yonah Fuld**                        represented by   **Noel J. Nudelman**
                                                                             (See above for address)

                       ATTORNEY TO BE NOTICED

                       **Patrick Louis Rocco**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

                       **Susan Marlene Davies**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

                       **Thomas M Caroccia**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

                       **James P. Bonner**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Alice Fuld**             represented by  **Noel J. Nudelman**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

                       **Patrick Louis Rocco**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

                       **Susan Marlene Davies**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

                       **Thomas M Caroccia**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

                       **James P. Bonner**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Yaakov Fuld**           represented by  **Noel J. Nudelman**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

                       **Patrick Louis Rocco**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

                       **Susan Marlene Davies**
                       (See above for address)
                       *ATTORNEY TO BE NOTICED*

                       **Thomas M Caroccia**
                       (See above for address)

                    *ATTORNEY TO BE NOTICED*

                    **James P. Bonner**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eytan Fuld**          represented by  **Noel J. Nudelman**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Patrick Louis Rocco**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Susan Marlene Davies**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Thomas M Caroccia**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **James P. Bonner**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hillel Chaim Shlomo Fuld**    represented by  **Noel J. Nudelman**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Patrick Louis Rocco**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Susan Marlene Davies**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Thomas M Caroccia**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **James P. Bonner**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Qatar Charity**          represented by  **John M. Hillebrecht**
                    DLA Piper LLP US

|  |  |  |
|---|---|---|
|  |  | 1251 Avenue Of The Americas<br>New York, NY 10020<br>212-335-4590<br>Fax: 917-778-8590<br>Email: john.hillebrecht@dlapiper.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jessica A. Masella**<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>212-335-4829<br>Email: jessica.masella@dlapiper.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Walsh**<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>212-335-4500<br>Fax: 212-335-4501<br>Email: kevin.walsh@dlapiper.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael George Lewis**<br>DLA Piper, LLP<br>1251 Avenue Of The Americas, 27th Floor<br>New York, NY 10020<br>(212)335-4945<br>Fax: (917)778-8722<br>Email: michael.lewis@dlapiper.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Qatar National Bank** | represented by | **Michael G McGovern**<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>212-596-9000<br>Email: michael.mcgovern@ropesgray.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brittany Grace Norfleet**<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>212-596-9228<br>Email: brittany.norfleet@ropesgray.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Douglas H Hallward-Driemeier** |

|   |   |   |
|---|---|---|
|  |  | Ropes & Gray LLP<br>2099 Pennsylvania Ave NW<br>Washington, DC 20006<br>202-508-4776<br>Email: douglas.hallward-driemeier@ropesgray.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mary Brust**<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>212-841-0670<br>Email: mary.brust@ropesgray.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Masraf Al Rayan** | represented by | **Aryeh Kaplan**<br>Pillsbury Winthrop Shaw Pittman LLP<br>600 Brickell Avenue, Suite 3100<br>Miami, FL 33131<br>786-913-4900<br>Fax: 786-913-4901<br>Email: aryeh.kaplan@pillsburylaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Carolina A. Fornos**<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019<br>212-858-1000<br>Fax: 212-858-1500<br>Email: carolina.fornos@pillsburylaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Markenzy Lapointe**<br>Pillsbury Winthrop Shaw Pittman LLP<br>600 Brickell Avenue<br>Suite 3100<br>Miami, FL 33131<br>786-913-4805<br>Fax: 786-913-4901<br>Email: markenzy.lapointe@pillsburylaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2021 | 1 R | COMPLAINT against All Defendants filing fee $ 402, receipt number ANYEDC-14929922 Was the Disclosure Statement on Civil Cover Sheet completed -No,, filed by |

| | | |
|---|---|---|
| | | Naomi Fuld, Taama Freida Henkin Yaakovson, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Eytan Fuld, Anne Chana Henkin(Individually), Hillel Chaim Shlomo Fuld, Daniel Yaakov Fuld, Eliezar Yakir Fuld, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Tamar Gila Fuld, Harvey Jonas Yonah Fuld, Mary Alice Fuld, Miriam Fuld(Individually), Eliashir Elijah Henkin, Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Jacob Bechor-Shalom Henkin. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Proposed Summons Proposed Summons QNB, # 3 Proposed Summons Proposed Summons MAR, # 4 Proposed Summons Proposed Summons QC) (Bonner, James) (Entered: 10/13/2021) |
| 10/13/2021 | 2 | NOTICE of Appearance by Patrick Louis Rocco on behalf of All Plaintiffs (aty to be noticed) (Rocco, Patrick) (Entered: 10/13/2021) |
| 10/13/2021 | 3 | NOTICE of Appearance by Susan Marlene Davies on behalf of All Plaintiffs (aty to be noticed) (Davies, Susan) (Entered: 10/13/2021) |
| 10/13/2021 | 4 | Letter MOTION for Refund of Fees Paid Electronically by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson. (Attachments: # 1 Exhibit Payment Confirmation 1, # 2 Exhibit Payment Confirmation 2) (Bonner, James) (Entered: 10/13/2021) |
| 10/14/2021 | | Case Assigned to Judge Ann M Donnelly and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 10/14/2021) |
| 10/14/2021 | 5 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 10/14/2021) |
| 10/14/2021 | 6 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 10/14/2021) |
| 10/14/2021 | 7 | Summons Issued as to Masraf Al Rayan, Qatar Charity, Qatar National Bank. (Attachments: # 1 Summons, # 2 Summons) (Davis, Kimberly) (Entered: 10/14/2021) |
| 10/14/2021 | | Notice of Related Case: **The Civil Cover Sheet filed in this civil action indicates a related case.** (Davis, Kimberly) (Entered: 10/14/2021) |
| 10/15/2021 | 8 | ORDER granting 4 Motion for Refund of Fees Paid Electronically. Ordered by Clerk of Court on 10/15/2021. (Marziliano, August) (Entered: 10/15/2021) |
| 10/31/2021 | 9 | Proposed Summons. Re 7 Summons Issued by Daniel Yaakov Fuld, Eliezar Yakir Fuld, |

| | | |
|---|---|---|
| | | Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson (Davies, Susan) (Entered: 10/31/2021) |
| 10/31/2021 | 10 | Proposed Summons. Re 7 Summons Issued by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson (Davies, Susan) (Entered: 10/31/2021) |
| 10/31/2021 | 11 | Proposed Summons. Re 7 Summons Issued by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson (Davies, Susan) (Entered: 10/31/2021) |
| 11/01/2021 | 12 | Summons Issued as to Masraf Al Rayan, Qatar Charity, Qatar National Bank. (Attachments: # 1 summons issued, # 2 summons issued) (Guzzi, Roseann) (Entered: 11/01/2021) |
| 11/05/2021 | 13 | MOTION for Issuance of Letters Rogatory *to Serve Defendants in the State of Qatar* by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson. (Davies, Susan) (Entered: 11/05/2021) |
| 11/05/2021 | 14 | MEMORANDUM in Support re 13 MOTION for Issuance of Letters Rogatory *to Serve Defendants in the State of Qatar* filed by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson. (Davies, Susan) (Entered: 11/05/2021) |
| 11/05/2021 | 15 | AFFIDAVIT/DECLARATION in Support re 13 MOTION for Issuance of Letters Rogatory *to Serve Defendants in the State of Qatar Declaration of Susan M. Davies* filed by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As |

| | | |
|---|---|---|
| | | Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson. (Attachments: # 1 Exhibit 1 (Complaint), # 2 Exhibit 2 (Amended Summonses), # 3 Exhibit 3 (Proposed Letters Rogatory, Qatar Charity), # 4 Exhibit 4 (Proposed Letters Rogatory - Qatar National Bank), # 5 Exhibit 5 (Proposed Letters Rogatory - Masraf Al Rayan), # 6 Exhibit 6 (US Department of State, Preparation of Letters Rogatory)) (Davies, Susan) (Entered: 11/05/2021) |
| 11/10/2021 | 16 R | ORDER: Request for international judicial assistance (Letters Rogatory). Ordered by Judge Ann M. Donnelly on 11/10/2021. (Greene, Donna) (Entered: 11/10/2021) |
| 11/10/2021 | 17 R | ORDER: Request for international judicial assistance (Letters Rogatory). Ordered by Judge Ann M. Donnelly on 11/10/2021. (Greene, Donna) (Entered: 11/10/2021) |
| 11/10/2021 | 18 R | ORDER: Request for international judicial assistance (Letters Rogatory). Ordered by Judge Ann M. Donnelly on 11/10/2021. (Greene, Donna) (Entered: 11/10/2021) |
| 11/23/2021 | 19 | Letter *to Clerk of Court re proof of FEDEX delivery to Qatar National Bank and Masraf al Rayan* by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson (Attachments: # 1 Exhibit 1 (Delivery to Qatar National Bank), # 2 Exhibit 2 (Masraf Al Rayan)) (Davies, Susan) (Entered: 11/23/2021) |
| 11/26/2021 | 20 | Proposed Summons. Re 12 Summons Issued by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson (Davies, Susan) (Entered: 11/26/2021) |
| 11/28/2021 | 21 | Letter MOTION to Reassign Case *as related to Force, et al. v. Qatar Charity, et al., 1:20-cv-2578-BMC* by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson. (Bonner, James) (Entered: 11/28/2021) |
| 11/29/2021 | 22 | Amended Summons Issued as to Qatar Charity. (Guzzi, Roseann) (Entered: 11/29/2021) |
| 11/29/2021 | 23 | NOTICE of Appearance by Carolina A. Fornos on behalf of Masraf Al Rayan (aty to be noticed) (Fornos, Carolina) (Entered: 11/29/2021) |
| 11/29/2021 | 24 | Corporate Disclosure Statement by Masraf Al Rayan (Fornos, Carolina) (Entered: 11/29/2021) |
| 11/29/2021 | 25 | MOTION to Appear Pro Hac Vice *for Aryeh L. Kaplan* Filing fee $ 150, receipt number |

| | | |
|---|---|---|
| | | ANYEDC-15066545. by Masraf Al Rayan. (Attachments: # 1 Affidavit of Aryeh L. Kaplan, # 2 Certificates of Good Standing) (Kaplan, Aryeh) (Entered: 11/29/2021) |
| 11/29/2021 | 26 | MOTION to Appear Pro Hac Vice *for Markenzy Lapointe* Filing fee $ 150, receipt number ANYEDC-15066577. by Masraf Al Rayan. (Attachments: # 1 Affidavit of Markenzy Lapointe, # 2 Certificates of Good Standing) (Lapointe, Markenzy) (Entered: 11/29/2021) |
| 11/29/2021 | 27 | Letter MOTION for Extension of Time to File Answer re 1 R Complaint,,, by Masraf Al Rayan. (Fornos, Carolina) (Entered: 11/29/2021) |
| 11/29/2021 | 28 | NOTICE of Appearance by Michael G McGovern on behalf of Qatar National Bank (aty to be noticed) (McGovern, Michael) (Entered: 11/29/2021) |
| 11/29/2021 | 29 | Corporate Disclosure Statement by Qatar National Bank (McGovern, Michael) (Entered: 11/29/2021) |
| 11/29/2021 | 30 | Letter MOTION for Extension of Time to File Answer re 1 R Complaint,,, by Qatar National Bank. (McGovern, Michael) (Entered: 11/29/2021) |
| 11/29/2021 | | ORDER granting 26 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 11/29/2021. (Lozar, Ryan) (Entered: 11/29/2021) |
| 11/29/2021 | | ORDER granting 25 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 11/29/2021. (Lozar, Ryan) (Entered: 11/29/2021) |
| 11/29/2021 | | ORDER granting 27 , 30 Consent Motions for Extension of Time to Answer or Otherwise Respond. Qatar National Bank's and Masraf Al Rayan's answer or other response due 1/31/2022. Ordered by Magistrate Judge Vera M. Scanlon on 11/29/2021. (Lozar, Ryan) (Entered: 11/29/2021) |
| 11/30/2021 | 31 | NOTICE of Appearance by Markenzy Lapointe on behalf of Masraf Al Rayan (notification declined or already on case) (Lapointe, Markenzy) (Entered: 11/30/2021) |
| 11/30/2021 | 32 | NOTICE of Appearance by Aryeh Kaplan on behalf of Masraf Al Rayan (notification declined or already on case) (Kaplan, Aryeh) (Entered: 11/30/2021) |
| 12/01/2021 | 33 | Letter MOTION for Issuance of Letters Rogatory *(Amended) for service on Qatar Charity* by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson. (Attachments: # 1 Exhibit Proposed Amended Letter Rogatory for Service on Qatar Charity) (Davies, Susan) (Entered: 12/01/2021) |
| 12/06/2021 | 34 | Letter *Response to Plaintiffs' letter dated November 28, 2021 (Dkt. no. 21) on behalf of* |

| | | |
|---|---|---|
| | | *Masraf Al Rayan, Qatar Charity, and Qatar National Bank Q.P.S.C.* by Masraf Al Rayan (Fornos, Carolina) (Entered: 12/06/2021) |
| 12/07/2021 | 35 | ORDER: Request for international judicial assistance (Letters Rogatory). Ordered by Judge Ann M. Donnelly on 12/7/2021. (Greene, Donna) (Entered: 12/07/2021) |
| 12/08/2021 | 36 | NOTICE of Appearance by Mary Brust on behalf of Qatar National Bank (aty to be noticed) (Brust, Mary) (Entered: 12/08/2021) |
| 12/08/2021 | 37 | MOTION to Appear Pro Hac Vice , *re: Brittany G. Norfleet* Filing fee $ 150, receipt number ANYEDC-15098201. by Qatar National Bank. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (Norfleet, Brittany) (Entered: 12/08/2021) |
| 12/08/2021 | 38 | MOTION to Appear Pro Hac Vice , *re: Douglas H. Hallward-Driemeier* Filing fee $ 150, receipt number ANYEDC-15098420. by Qatar National Bank. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (Hallward-Driemeier, Douglas) (Entered: 12/08/2021) |
| 12/08/2021 | 39 | Letter MOTION for Issuance of Letters Rogatory *Exemplified Copies of Letters Rogatory for Service of Process on Defendants Qatar National Bank and Masraf al Rayan* by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson. (Davies, Susan) (Entered: 12/08/2021) |
| 12/09/2021 | | ORDER granting 39 Motion for Issuance of Letters Rogatory. The Clerk of Court is directed to prepare one exemplified copy of: (i) the Letters Rogatory to 17 R Qatar National Bank and 18 R Masraf al Rayan; (ii) the Summonses issued to [7-2] Qatar National Bank and [7-1] Masraf al Rayan; and (iii) two exemplified copies of 1 R the Complaint. Ordered by Judge Ann M. Donnelly on 12/9/2021. (Rosenthal, Joshua) (Entered: 12/09/2021) |
| 12/09/2021 | | ORDER granting 37 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 12/9/2021. (Lozar, Ryan) (Entered: 12/09/2021) |
| 12/09/2021 | | ORDER granting 38 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 12/9/2021. (Lozar, Ryan) (Entered: 12/09/2021) |
| 12/09/2021 | | ORDER denying 21 Motion to Reassign Case. The plaintiffs' motion to reassign the case is denied. Division of Business Rule 50.3.1(a) provides that a civil case is "related" when "because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." After |

| | | |
|---|---|---|
| | | consultation with Judge Cogan and a review of the filings, I conclude that reassigning the case to Judge Cogan would not result in a substantial savings of judicial resources. Ordered by Judge Ann M. Donnelly on 12/9/2021. (Rosenthal, Joshua) (Entered: 12/09/2021) |
| 12/20/2021 | 40 | Letter *to Clerk of Court re Proof of Delivery of Amended Summons and Complaint to Qatar Charity* by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson (Attachments: # 1 Appendix FEDEX Proof of Delivery) (Davies, Susan) (Entered: 12/20/2021) |
| 12/20/2021 | 41 | NOTICE of Appearance by Noel J. Nudelman on behalf of All Plaintiffs (aty to be noticed) (Nudelman, Noel) (Entered: 12/20/2021) |
| 01/03/2022 | 42 | NOTICE of Appearance by John M. Hillebrecht on behalf of Qatar Charity (aty to be noticed) (Hillebrecht, John) (Entered: 01/03/2022) |
| 01/03/2022 | 43 | NOTICE of Appearance by Kevin Walsh on behalf of Qatar Charity (aty to be noticed) (Walsh, Kevin) (Entered: 01/03/2022) |
| 01/03/2022 | 44 | NOTICE of Appearance by Jessica A. Masella on behalf of Qatar Charity (aty to be noticed) (Masella, Jessica) (Entered: 01/03/2022) |
| 01/03/2022 | 45 | NOTICE of Appearance by Michael George Lewis on behalf of Qatar Charity (aty to be noticed) (Lewis, Michael) (Entered: 01/03/2022) |
| 01/03/2022 | 46 | Corporate Disclosure Statement by Qatar Charity (Hillebrecht, John) (Entered: 01/03/2022) |
| 01/03/2022 | 47 | Letter MOTION for Extension of Time to File Answer re 1 Complaint,,, by Qatar Charity. (Hillebrecht, John) (Entered: 01/03/2022) |
| 01/04/2022 | | ORDER granting 47 Consent Motion for Extension of Time to Answer. Qatat Charity's answer or other response due 1/31/2022. Ordered by Magistrate Judge Vera M. Scanlon on 1/4/2022. (Lozar, Ryan) (Entered: 01/04/2022) |
| 01/19/2022 | 48 | Letter MOTION for pre motion conference *and to extend page limit for moving brief* by Masraf Al Rayan. (Fornos, Carolina) (Entered: 01/19/2022) |
| 01/19/2022 | 49 | Letter MOTION for pre motion conference *and to extend page limit for moving brief* by Qatar National Bank. (McGovern, Michael) (Entered: 01/19/2022) |
| 01/20/2022 | 50 | Letter MOTION for pre motion conference *and to extend page limit for moving brief* by Qatar Charity. (Hillebrecht, John) (Entered: 01/20/2022) |
| 01/24/2022 | 51 | Letter MOTION for Leave to File Excess Pages *in a single letter response to Defendants' pre-motion conference requests ECF 48-50* by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson. (Rocco, Patrick) (Entered: 01/24/2022) |

| | | |
|---|---|---|
| 01/24/2022 | | ORDER granting 51 R Motion for Leave to File Excess Pages. The plaintiffs may file a single letter of up to seven pages in response to the defendants' three letter motions. Ordered by Judge Ann M. Donnelly on 1/24/2022. (Rosenthal, Joshua) (Entered: 01/24/2022) |
| 01/26/2022 | 52 R | Letter *Response to Pre-Motion Conference Requests (ECF Nos. 48-50)* by Anne Chana Henkin(Individually) (Rocco, Patrick) (Entered: 01/26/2022) |
| 01/26/2022 | | ORDER granting 48 R 49 R 50 R Motions for Pre Motion Conference. A pre-motion conference for the defendants' anticipated motions to dismiss is set for February 16, 2022 at 2:30 p.m. in Courtroom 4G North. Each defendant is also permitted to file a 35 page memorandum of law in support of their motion. Ordered by Judge Ann M. Donnelly on 1/26/2022. (Rosenthal, Joshua) (Entered: 01/26/2022) |
| 01/28/2022 | 53 R | Letter *Addressed to Honorable Ann M. Donnelly* by Masraf Al Rayan, Qatar Charity, Qatar National Bank (McGovern, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | | ORDER: The Court is in receipt of 53 R the defendants' letter. The defendants' deadline to respond to the complaint is stayed pending the February 16, 2022 pre-motion conference. *See* Rule 4.A. of my Individual Practices and Rules ("Rules 12(a) and 56(b) set out time requirements for the filing of answers and motions permitted under those rules. For the purposes of these requirements, a pre-motion conference letter will be considered the equivalent of the motion itself."). Ordered by Judge Ann M. Donnelly on 1/28/2022. (Rosenthal, Joshua) (Entered: 01/28/2022) |
| 02/11/2022 | | RESCHEDULING ORDER: The pre-motion conference for the defendants' anticipated motions to dismiss set for February 16, 2022 at 2:30 p.m. will instead be held at 11:00 a.m., in Courtroom 4G North. Ordered by Judge Ann M. Donnelly on 2/11/2022. (Greene, Donna) (Entered: 02/11/2022) |
| 02/16/2022 | | Minute Order. A pre-motion conference was held before Judge Ann M. Donnelly on February 16, 2022. Patrick Rocco appeared for the plaintiffs. John Hillebrecht, Michael McGovern, Brittany Norfleet, Mary Brust and Carolina Fornos appeared for the defendants. Case called. Discussion held. The defendants will file their motions to dismiss by March 18, 2022; the plaintiffs will file their responses by May 3, 2022; and the defendants will file their replies, if any, by May 17, 2022. (Court Reporter ToniAnn Lucatorto.) (Rosenthal, Joshua) (Entered: 02/16/2022) |
| 03/18/2022 | 54 R | Notice of MOTION to Dismiss *Plaintiffs' Complaint* by Qatar National Bank. (Attachments: # 1 R Memorandum of Law in Support of Motion to Dismiss Plaintiffs' Complaint) (McGovern, Michael) (Entered: 03/18/2022) |
| 03/18/2022 | 55 | Letter MOTION for Hearing re 54 R Notice of MOTION to Dismiss *Plaintiffs' Complaint (Request for Oral Argument)* by Qatar National Bank. (McGovern, Michael) (Entered: 03/18/2022) |
| 03/18/2022 | 56 | MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan)* by Masraf Al Rayan. (Attachments: # 1 R Memorandum in Support of Defendant Masraf Al Rayan' s Motion to Dismiss the Complaint) (Fornos, Carolina) (Entered: 03/18/2022) |
| 03/18/2022 | 57 | Letter MOTION for Hearing re 56 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan)* by Masraf Al Rayan. (Fornos, Carolina) (Entered: 03/18/2022) |
| 03/18/2022 | 58 | MOTION to Dismiss for Failure to State a Claim by Qatar Charity. (Attachments: # 1 |

| | | |
|---|---|---|
| | | ® Memorandum in Support, # 2 Declaration of Michael Lewis, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 ® Exhibit 23, # 26 ® Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38) (Hillebrecht, John) (Entered: 03/18/2022) |
| 03/18/2022 | 59 ® | Letter MOTION for Hearing re 58 MOTION to Dismiss for Failure to State a Claim by Qatar Charity. (Hillebrecht, John) (Entered: 03/18/2022) |
| 03/29/2022 | 60 ® | NOTICE of Appearance by Thomas M Caroccia on behalf of All Plaintiffs (aty to be noticed) (Caroccia, Thomas) (Entered: 03/29/2022) |
| 05/03/2022 | 61 ® | MEMORANDUM in Opposition re 54 ® Notice of MOTION to Dismiss *Plaintiffs' Complaint*, 58 MOTION to Dismiss for Failure to State a Claim , 56 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan)* filed by All Plaintiffs. (Caroccia, Thomas) (Entered: 05/03/2022) |
| 05/03/2022 | 62 | DECLARATION re 58 MOTION to Dismiss for Failure to State a Claim , 54 ® Notice of MOTION to Dismiss *Plaintiffs' Complaint*, 56 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan) Declaration of James P. Bonner* by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12) (Caroccia, Thomas) (Entered: 05/03/2022) |
| 05/03/2022 | 63 | DECLARATION re 54 ® Notice of MOTION to Dismiss *Plaintiffs' Complaint*, 58 MOTION to Dismiss for Failure to State a Claim , 56 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan) Declaration of Patrick J. McArdle* by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson (Attachments: # 1 Exhibit 1) (Caroccia, Thomas) (Entered: 05/03/2022) |
| 05/03/2022 | 64 ® | Letter MOTION for Hearing re 54 ® Notice of MOTION to Dismiss *Plaintiffs' Complaint*, 58 MOTION to Dismiss for Failure to State a Claim , 56 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan)* by Daniel Yaakov Fuld, Eliezar Yakir Fuld, Eytan Fuld, Harvey Jonas Yonah Fuld, Hillel Chaim Shlomo Fuld, Mary Alice Fuld, Miriam Fuld(As Personal |

| | | |
|---|---|---|
| | | Representative of the Estate of Ari Yoel Fuld), Miriam Fuld(Individually), Miriam Fuld(As the Natural Guardian of N.S.F. (a minor)), Naomi Fuld, Tamar Gila Fuld, Anne Chana Henkin(As Personal Representative of the Estate of Judah Herzel Henkin), Anne Chana Henkin(Individually), Eliashir Elijah Henkin, Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Aderet Rivkah Henkin Stern, Taama Freida Henkin Yaakovson. (Caroccia, Thomas) (Entered: 05/03/2022) |
| 05/10/2022 | 65 R | Letter MOTION for Leave to File Excess Pages by Masraf Al Rayan. (Fornos, Carolina) (Entered: 05/10/2022) |
| 05/10/2022 | | ORDER granting 65 R Motion for Leave to File Excess Pages. The defendants may each file reply briefs up to 35 pages. Ordered by Judge Ann M. Donnelly on 5/10/2022. (Rosenthal, Joshua) (Entered: 05/10/2022) |
| 05/17/2022 | 66 R | REPLY in Support re 56 MOTION to Dismiss for Failure to State a Claim *(Notice of Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan)* /REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANT MASRAF AL RAYANS MOTION TO DISMISS THE COMPLAINT filed by Masraf Al Rayan. (Fornos, Carolina) (Entered: 05/17/2022) |
| 05/17/2022 | 67 R | REPLY in Support re 54 R Notice of MOTION to Dismiss *Plaintiffs' Complaint* filed by Qatar National Bank. (McGovern, Michael) (Entered: 05/17/2022) |
| 05/17/2022 | 68 | REPLY in Support re 58 MOTION to Dismiss for Failure to State a Claim filed by Qatar Charity. (Attachments: # 1 Declaration of Michael G. Lewis, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10) (Hillebrecht, John) (Entered: 05/17/2022) |
| 08/01/2022 | 69 | Letter *Regarding Service* by Qatar National Bank (McGovern, Michael) (Entered: 08/01/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/10/2022 14:42:14 | | | |
| **PACER Login:** | gm724726 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-05716-AMD-VMS |
| **Billable Pages:** | 21 | **Cost:** | 2.10 |