UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:22-cv-80726

ARTHUR BARRY SOTLOFF Individually and
as the Administrator of the Estate of STEVEN
JOEL SOTLOFF; SHIRLEY GOLDIE
PULWER, and LAUREN SOTLOFF,

   Plaintiffs,

vs.

QATAR CHARITY and QATAR NATIONAL
BANK (Q.P.S.C.),

   Defendants.
_____/

## NOTICE OF APPEARANCE

 PLEASE TAKE NOTICE that Edward M. Mullins, and Daniel Alvarez Sox of Reed Smith LLP, hereby appear as counsel for Defendant Qatar National Bank (Q.P.S.C), in the above-captioned action and requests that copies of all notices and other papers be served upon the undersigned electronically or at their office and address set forth below.

       Respectfully submitted,

       By: */s/ Daniel A. Sox*
       Edward M. Mullins, Esq.
       FBN 863920
       Daniel A. Sox, Esq.
       FBN 108573
       emullins@reedsmith.com
       dsox@reedsmith.com
       **REED SMITH LLP**
       200 South Biscayne Blvd., Ste. 2600
       Miami, FL 33131
       Telephone: +1 786 747 0200
       Facsimile: +1 786 747 0299

       -and-

Michael G. McGovern*
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
michael.mcgovern@ropesgray.com

Douglas Hallward-Driemeier*
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
douglas.hallward-driemeier@ropesgray.com
*Pro hac vice application pending

*Counsel for Defendant Qatar National Bank (Q.P.S.C.)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2022 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

*/s/ Daniel A. Sox*
Daniel A. Sox, Esq.

2