UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80726

ARTHUR BARRY SOTLOFF Individually and as
Administrator of the Estate of STEVEN JOEL SOTLOFF;
SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

                              Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization
And QATAR NATONAL BANK (Q.P.S.C), a Foreign
Multinational Commercial Bank

                              Defendants.

_____/

## CERTIFICATION OF MICHAEL G. MCGOVERN

**Michael G. McGovern**, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of **Bars of the District of Columbia and State of New York, and the United States District Courts for the Southern District of New York, Eastern District of New York, and Northern District of Illinois**; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                            */s/ Michael G. McGovern*
                                                                **Michael G. McGovern**