**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF, <br><br> *Plaintiffs*, <br><br> v. <br><br> QATAR CHARITY and QATAR NATIONAL BANK (Q.P.S.C.), <br><br> *Defendants*. | Case No. 9:22-cv-80726 |

**QATAR NATIONAL BANK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND FOR LEAVE OF COURT TO EXCEED PAGE LIMITS**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), Defendant Qatar National Bank (Q.P.S.C.) ("Qatar National Bank") hereby files its Unopposed Motion for Extension of Time to Respond to the Complaint and for Leave of Court to Exceed Page Limits, and in support thereof states as follows:

1.      On May 13, 2022, Plaintiffs filed their Complaint in this Court. *See* Dkt. 1.

2.      Plaintiffs attempted to serve the Complaint and summons on Qatar National Bank by DHL mailing to Qatar National Bank's headquarters in Doha, Qatar, received on September 8, 2022.

3.      Assuming that service was valid (which Qatar National Bank contests), the deadline for Qatar National Bank to respond to the Complaint would be September 29, 2022.

1

4.     Undersigned counsel for Qatar National Bank was recently retained in this matter, and has not yet had an opportunity to adequately investigate the claims and allegations raised in the Complaint, which are complex and which span nearly 300 enumerated paragraphs.

5.     Counsel for Defendant Qatar Charity has yet to appear, nor is there any indication that Defendant Qatar Charity has been served yet in this action.  It may serve the interests of judicial economy to await service on Qatar Charity, such that Defendants' briefing schedules can be aligned.

6.     For these reasons, Qatar National Bank seeks an extension of time of 28 days, up to and including October 27, 2022 to file its response to the Complaint.

7.     Plaintiffs have indicated that they have no opposition to extending the time for Qatar National Bank to respond to the Complaint up to and including October 27, 2022.

8.     This request for extension is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

9.     Qatar National Bank intends to respond to the Complaint by filing a motion to dismiss with an accompanying memorandum of law.  Absent permission from this Court, Local Rule 7.1(c)(2) allows for up to 20 pages for opening briefs, and up to 10 pages for reply briefs. Because the claims and allegations raised in the Complaint are complex and span nearly 300 enumerated paragraphs, Qatar National Bank seeks to leave of court to exceed page limits to allow for up to thirty-five (35) pages for its opening memorandum of law, and up to thirty (30) pages for its reply memorandum of law, accompanying its forthcoming motion to dismiss.

10.    Plaintiffs have indicated that they have no opposition to extending the page limits for Qatar National Bank's memoranda of law accompanying their forthcoming motion to dismiss,

so long as they are also granted thirty-five (35) pages for their memorandum of law in opposition to Qatar National Bank's forthcoming motion to dismiss.

11.     This request for leave of court to exceed page limits is reasonable under the circumstances and will not prejudice any party.

WHEREFORE, Defendant Qatar National Bank respectfully requests the Court to enter an Order granting an extension of time for Qatar National Bank to respond to the Complaint up to and including October 27, 2022, and granting leave to exceed page limits as detailed above.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Qatar National Bank certifies that they have conferred with Plaintiffs in a good faith effort to resolve the issues raised in this motion, and that Plaintiffs have indicated that they do not oppose the relief requested.

Dated: September 23, 2022                    Respectfully submitted,


                                             */s/ Edward M. Mullins*

                                             Edward M. Mullins
                                             **REED SMITH LLP**
                                             200 South Biscayne Boulevard, 26th Floor
                                             Miami, Florida 33131
                                             Telephone: (786) 747-0200
                                             Facsimile: (786) 747-0299
                                             emullins@reedsmith.com

                                             Michael G. McGovern*
                                             **ROPES & GRAY LLP**
                                             1211 Avenue of the Americas
                                             New York, New York 10036-8704
                                             Telephone: (212) 596-9000
                                             Facsimile: (212) 596-9090
                                             michael.mcgovern@ropesgray.com

                                             Douglas Hallward-Driemeier*
                                             **ROPES & GRAY LLP**
                                             2099 Pennsylvania Avenue, NW

Washington, DC 20006-6807
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
douglas.hallward-driemeier@ropesgray.com

*Pro hac vice application pending*

*Counsel for Defendant Qatar National Bank
(Q.P.S.C.)*