IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

   *Plaintiffs*,

v.

QATAR CHARITY and QATAR NATIONAL BANK (Q.P.S.C.),

   *Defendants*.

Case No. 9:22-cv-80726

**[PROPOSED] ORDER GRANTING QATAR NATIONAL BANK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND FOR LEAVE OF COURT TO EXCEED PAGE LIMITS**

THIS MATTER is before the Court upon Defendant Qatar National Bank's Unopposed Motion for Extension of Time to Respond to the Complaint and for Leave of Court to Exceed Page Limits, filed on September 23, 2022.

The Court, having review the Motion and being advised fully in the premises, hereby

ORDERS AND ADJUDGES as follows:

Defendant Qatar National Bank's Unopposed Motion for Extension of Time to Respond to the Complaint and for Leave of Court to Exceed Page Limits is granted. Qatar National Bank shall file its response to the Complaint on or before October 27, 2022. In the event Qatar National Bank files a motion to dismiss the Complaint, Qatar National Bank will have thirty-five (35) pages for its opening memorandum of law, Plaintiffs will have thirty-five (35) pages for its opposing memorandum of law, and Qatar National Bank will have thirty (30) pages for its reply memorandum of law.

DONE and ORDERED in chambers, West Palm Beach, Florida, this ___ day of September, 2022.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*William Matthewman, U.S. Magistrate Judge*
*All counsel of record*