UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80726

ARTHUR BARRY SOTLOFF Individually and as
Administrator of the Estate of STEVEN JOEL SOTLOFF;
SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

        Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization
And QATAR NATONAL BANK (Q.P.S.C), a Foreign
Multinational Commercial Bank

        Defendants.
_____/

## CERTIFICATION OF BRITTANY G. NORFLEET

**Brittany G. Norfleet**, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the **Bar of the State of New York and the United States District Court for the Eastern District of New York**; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

              */s/ Brittany G. Norfleet*
              **Brittany G. Norfleet**