**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
Case No.: 9:22-cv-80726

ARTHUR BARRY SOTLOFF Individually and as
Administrator of the Estate of STEVEN JOEL SOTLOFF;
SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

                        Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization
And QATAR NATONAL BANK (Q.P.S.C), a Foreign
Multinational Commercial Bank

                        Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for **Phillip Z. Yao,** Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

      ORDERED AND ADJUDGED that:

      The Motion is GRANTED. **Phillip Z. Yao**, may appear and participate in this action on behalf of **Defendant Qatar National Bank (Q.P.S.C.)**. The Clerk shall provide electronic notification of all electronic filings to **Phillip Z. Yao,** at phillip.yao@ropesgray.com.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___ day of September, 2022.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*William Matthewman, U.S. Magistrate Judge*
*All counsel of record*