UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as
Administrator of the Estate of STEVEN JOEL SOTLOFF;
SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization
And QATAR NATONAL BANK (Q.P.S.C), a Foreign
Multinational Commercial Bank

Defendants.

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Harout J. Samra of DLA Piper LLP (US), hereby appears as counsel for Defendant Qatar Charity in the above-captioned action and requests that copies of all notices and other papers be served upon the undersigned electronically or at their office and address set forth below.  This Notice of Appearance does not constitute consent to service of process or personal jurisdiction.  Furthermore, Qatar Charity expressly reserves the right to raise all available defenses to the claims alleged in the Complaint in the above-captioned matter.

Dated:  October 17, 2022

Respectfully submitted,
 */s/ Harout J. Samra*
Harout J. Samra (FL Bar ID #70523)
**DLA PIPER LLP (US)**
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
305-423-8534
harout.samra@dlapiper.com

*Counsel for Defendant Qatar Charity*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

/s/ *Harout J. Samra*