UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as
Administrator of the Estate of STEVEN JOEL SOTLOFF;
SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization
And QATAR NATONAL BANK (Q.P.S.C), a Foreign
Multinational Commercial Bank

Defendants.
_____/

## RULE 7.1. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Qatar Charity through its undersigned counsel, certifies as follows:

1. Qatar Charity has no parent corporation, and no public corporation owns 10% or more of the shares of Qatar Charity.

Dated: October 17, 2022          Respectfully submitted,

**DLA PIPER LLP (US)**

By: /s/ Harout J. Samra
Harout J. Samra (FL Bar ID #70523)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
305-423-8534
harout.samra@dlapiper.com

        John M. Hillebrecht*
        Kevin Walsh*
        Jessica A. Masella*
        Lane Earnest McKee*
        Michael G. Lewis*
           *Motion for *pro hac vice* admission forthcoming
        1251 Avenue of the Americas
        New York, New York 10020
        212-335-4500
        john.hillebrecht@us.dlapiper.com
        kevin.walsh@us.dlapiper.com
        jessica.masella@us.dlpiper.com
        lane.mckee@us.dlapiper.com
        michael.lewis@us.dlapiper.com

        *Attorneys for **Defendant Qatar Charity***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

*/s/ Harout J. Samra*