UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as
Administrator of the Estate of STEVEN JOEL SOTLOFF;
SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization
And QATAR NATONAL BANK (Q.P.S.C), a Foreign
Multinational Commercial Bank

Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Michael G. Lewis** of the law firm of **DLA Piper LLP US, 1251 Avenue of the Americas, New York, NY 10020, Phone #: 212-335-4500**, for purposes of appearance as co-counsel on behalf of **Defendant Qatar Charity** in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Michael G. Lewis** to receive electronic filings in this case, and in support thereof states as follows:

1. **Michael G. Lewis** is not admitted to practice in the Southern District of Florida and is a member in good standing of the **Bar of the State of New York.**

2. **Harout J. Samra**, Esquire, of the law firm **DLA Piper LLP (US), 200 South Biscayne Blvd., Suite 2500, Miami, FL & Phone #: (305) 423-8534**, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, **Michael G. Lewis** has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. **Michael G. Lewis**, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to **Michael G. Lewis** at email address: michael.lewis@dlapiper.com.

5. This Motion to Appear *Pro Hac Vice* is being filed while contesting service of process as ineffective and noting a lack of personal jurisdiction over Qatar Charity.  Qatar Charity reserves all rights to assert all defenses to the claims alleged in the Complaint.

WHEREFORE, **Harout J. Samra**, moves this Court to enter an Order for **Michael G. Lewis,** to appear before this Court on behalf of **Defendant Qatar Charity**, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to **Michael G. Lewis**.

| | |
|---|---|
| Dated: October 17, 2022 | Respectfully submitted,<br><br>   */s/ Harout J. Samra*<br>Harout J. Samra (FL Bar ID #70523)<br>**DLA PIPER LLP (US)**<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>305-423-8534<br>harout.samra@dlapiper.com<br><br>*Attorneys for Defendant Qatar Charity* |

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

*/s/ Harout J. Samra*