UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as
Administrator of the Estate of STEVEN JOEL SOTLOFF;
SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization
And QATAR NATONAL BANK (Q.P.S.C), a Foreign
Multinational Commercial Bank

Defendants.
_____/

**DEFENDANT QATAR CHARITY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND FOR LEAVE OF COURT TO EXCEED PAGE LIMITS**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), Defendant Qatar Charity hereby files its Unopposed Motion for Extension of Time to Respond to the Complaint and for Leave of Court to Exceed Page Limits, and in support thereof states as follows:

1. On May 13, 2022, Plaintiffs filed their Complaint in this Court. (*See* ECF No. 01).

2. Plaintiffs' counsel purportedly attempted service of the Summons and Complaint on Qatar Charity by DHL mailing sometime in September 2022.

3. Qatar Charity contests that it has been effectively served by Plaintiffs in this action and reserves all rights to challenge the same and assert all defenses to the claims alleged in the Complaint, including that the Court lacks personal jurisdiction over Qatar Charity.

4. Qatar Charity intends to respond to the Complaint by filing a motion to dismiss with accompanying memorandum of law.

5. Undersigned counsel was just recently authorized to represent Qatar Charity in this matter and requires additional time to adequately investigate the claims and allegations contained in the Plaintiffs' 290-paragraph Complaint and prepare its motion.

6. Local Rule 7.1(c)(2) allows for up to 20 pages for opening briefs, and up to 10 pages for reply briefs. As this Court has acknowledged in granting, in part, a similar motion filed by Defendant Qatar National Bank, this case "appears to be complex and the complaint is lengthy." (ECF No. 25).

7. Having conferred with counsel for Plaintiffs, the parties jointly propose, and consent to without objection, the following proposed briefing schedule and corresponding page limitations:

   a. Qatar Charity to file its motion to dismiss of up to 25 pages on or before November 7, 2022;

   b. Plaintiffs to file their brief in opposition of up to 25 pages on or before November 23, 2022; and

   c. Qatar Charity to file its reply brief of up to 13 pages on or before December 1, 2022.

8. Plaintiffs have indicated that they have no opposition to Qatar Charity's request for an extension of page limits provided that they are also granted 25 pages for their opening brief.

9. The page limits requested herein are consistent with those ordered by this Court in connection with Qatar National Bank's anticipated motion to dismiss (ECF No. 25) and will not prejudice any party.

WHEREFORE, Defendant Qatar Charity respectfully requests the Court enter an Order granting an extension of time for Qatar Charity to respond to the Complaint up to an including November 7, 2022 and leave to exceed the page limits as detailed above.

### LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Qatar Charity certifies that they have conferred with Plaintiffs in a good faith effort to resolve the issues raised in this motion, and that Plaintiffs have indicated that they do not oppose the relief requested.

Dated: October 17, 2022         Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Harout J. Samra*
Harout J. Samra (FL Bar ID #70523)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
305-423-8534
harout.samra@dlapiper.com

Of Counsel:

John M. Hillebrecht*
Kevin Walsh*
Jessica A. Masella*
Lane Earnest McKee*
Michael G. Lewis*
   *Motion for *pro hac vice* admission forthcoming
1251 Avenue of the Americas
New York, New York 10020
212-335-4500
john.hillebrecht@us.dlapiper.com
kevin.walsh@us.dlapiper.com
jessica.masella@us.dlpiper.com
lane.mckee@us.dlapiper.com
michael.lewis@us.dlapiper.com

*Attorneys for **Defendant Qatar Charity***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

*/s/ Harout J. Samra*