UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as
Administrator of the Estate of STEVEN JOEL SOTLOFF;
SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization
And QATAR NATONAL BANK (Q.P.S.C), a Foreign
Multinational Commercial Bank

Defendants.

_____/

**[PROPOSED] ORDER GRANTING QATAR CHARITY'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND
FOR LEAVE OF COURT TO EXCEED PAGE LIMITS**

THIS MATTER is before the Court upon Defendant Qatar Charity's Unopposed Motion for Extension of Time to Respond to the Complaint and for Leave of Court to Exceed Page Limits, filed on October 17, 2022.

The Court, having review the Motion and being advised fully in the premises, hereby **ORDERS AND ADJUDGES** as follows:

Defendant Qatar Charity's Unopposed Motion for Extension of Time to Respond to the Complaint and for Leave of Court to Exceed Page Limits is **GRANTED**. Qatar Charity shall file its response to the Complaint on or before November 7, 2022. In the event Qatar Charity files a motion to dismiss the Complaint, Qatar Charity will have thirty-five (35) pages for its opening memorandum of law, Plaintiffs will have thirty-five (35) pages for its opposing memorandum of law, and Qatar Charity will have thirty (30) pages for its reply memorandum of law.

DONE and ORDERED in chambers, West Palm Beach, Florida, this ___ day of October, 2022.

                                                                    _____
                                                                    DONALD M. MIDDLEBROOKS
                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
*All counsel of record*