IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,<br><br>Plaintiffs,<br><br>v.<br><br>QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C.), a Foreign Multinational Commercial Bank,<br><br>Defendants. | Case No. 9:22-cv-80726 (DMM) |

**DECLARATION OF HAROUT J. SAMRA IN SUPPORT OF QATAR CHARITY'S OPPOSITION TO PLAINTIFFS' *EX PARTE* MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE UPON THE FOREIGN DEFENDANTS**

I, Harout J. Samra, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a licensed attorney with the law firm of DLA Piper LLP (US) located at 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131. I am in good standing and duly admitted to practice law in the Southern District of Florida. I make this declaration in support of Qatar Charity's Opposition to Plaintiffs' *Ex Parte* Motion for an Order Authorizing Alternative Service Upon the Foreign Defendants in the above captioned matter in which DLA Piper serves as counsel for Qatar Charity.

2. Attached hereto as Exhibit 1 is a true and correct copy of Qatar Civil & Commercial Procedure Law (Law No. 13 of 1990) as retrieved from https://lexismiddleeast.com/law/Qatar/Law_13_1990 on or about January 26, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of *Schrier v. Qatar Islamic Bank*, No. 20-cv-60075, Slip Op. (S.D. Fla. Mar. 11, 2021).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2022
       Miami, Florida

_____
Harout J. Samra