# Exhibit 1

## Lexis® Middle East

# Qatar Law No. 13/1990
# On the Issuance of the Civil and Commercial Procedure Law
*Civil and Commercial Procedure Law; Advocacy Law*

| | |
|---|---|
| *Type* | Law |
| *Issued on* | 17 Jun 1990 (corresponding to 24 Dhi Al-Qi'dah 1410 H) |
| *Nature* | Law |
| *Jurisdiction* | Qatar |
| *Copyright* | LexisNexis |

Document link: https://www.lexismiddleeast.com/law/Qatar/Law_13_1990



# Table of contents

**Book 1 - Litigation Before Courts** *(art. 22 - 210)* .................................................................................................... 8

  Part 1 - Jurisdiction of Ratione Materiae and Claim-Value *(art. 22 - 30)* ............................................................ 8

  Part 2 - Filing and Registration of a Claim *(art. 31 - 39)* ..................................................................................... 10

  Part 3 - Appearance and Absence of Litigants *(art. 40 - 58)* ............................................................................. 11

    Chapter 1 - Appearance and Power or Representation *(art. 40 - 50)* ........................................................ 11

    Chapter 2 - Default of Appearance *(art. 51 - 58)* ..................................................................................... 12

  Part 4 - Procedure and Order of the Session *(art. 59 - 69)* ................................................................................. 13

  Part 5 - Pleas, Non-Voluntary and Voluntary Intervention and Incidental Claims *(art. 70 - 82)* ........................ 14

    Chapter 1 - Pleas *(art. 70 - 74)* ................................................................................................................ 14

    Chapter 2 - Non-Voluntarily and Voluntarily Intervention *(art. 75 - 78)* .................................................. 15

    Chapter 3 - Contingent Claims *(art. 79 - 82)* ........................................................................................... 15

  Part 6 - Suspension, Interruption, Abatement, Lapse of Time Limitation and Abandonment of the Litigation *(art. 83 - 97)* ...................................................................................................................................................... 16

    Chapter 1 - Suspension of the Litigation *(art. 83 - 84)* ............................................................................. 16

    Chapter 2 - Interruption of the Litigation *(art. 85 - 87)* ............................................................................. 16

    Chapter 3 - Abatement and Lapse by Time-limitation of the Litigation *(art. 88 - 92)* ................................ 17

    Chapter 4 - Abandonment of the Litigation *(art. 93 - 97)* ......................................................................... 17

  Part 7 - Lack of Jurisdiction and Judges' Recusal or Withdrawal *(art. 98 - 116)* .................................................. 18

  Part 8 - Judgments *(art. 117 - 140)* .................................................................................................................... 20

    Chapter 1 - Issuance of Judgments *(art. 117 - 130)* ................................................................................. 20

    Chapter 2 - Costs of Claim *(art. 131 - 137)* .............................................................................................. 22

    Chapter 3 - Correction and Interpretation of Judgments *(art. 138 - 140)* .................................................. 22

  Part 9 - Orders on Petitions *(art. 141 - 146)* ....................................................................................................... 23

  Part 10 - Payment Orders *(art. 147 - 154)* .......................................................................................................... 23

  Part 11 - Means of Recourse Against Judgments *(art. 155 - 184)* ...................................................................... 25

    Chapter 1 - General Provisions *(art. 155 - 162)* ....................................................................................... 25

    Chapter 2 - The Appeal *(art. 163 - 177)* ................................................................................................... 26

    Chapter 3 - A Petition for Review *(art. 178 - 184)* .................................................................................... 27

  Part 12 - Third Party Opposition *(art. 185 - 189)* ................................................................................................ 28

  Part 13 - Arbitration *(art. 190 - 210)* ................................................................................................................... 29

**Book 2 - Evidence** *(art. 211 - 361)* ..................................................................................................................... 32

  Part 1 - General Provisions *(art. 211 - 215)* ....................................................................................................... 32

  Part 2 - Documentary Evidence *(art. 216 - 259)* ................................................................................................ 32

    Chapter 1 - Official Documents *(art. 216 - 219)* ...................................................................................... 32

    Chapter 2 - Informal Documents *(art. 220 - 227)* ..................................................................................... 33

    Chapter 3 - Application for Production of Documents Held by a Party *(art. 228 - 233)* ............................... 34

    Chapter 4 - Verification of Documents *(art. 234 - 259)* ............................................................................ 35

  Part 3 - Testimony of Witnesses *(art. 260 - 297)* ............................................................................................... 37

  Part 4 - Presumptions and Stare Decisis *(art. 298 - 301)* ................................................................................... 41

    Chapter 1 - Presumptions *(art. 298 - 299)* ............................................................................................... 41

    Chapter 2 - Stare Decisis (The Force of Res Judicata ) *(art. 300 - 301)* .................................................... 42

  Part 5 - Acknowledgement and Interrogation of Litigants *(art. 302 - 312)* ........................................................ 42

    Chapter 1 *(art. 302 - 304)* ....................................................................................................................... 42

    Chapter 2 - Interrogation of Parties *(art. 305 - 312)* ................................................................................ 42

  Part 6 - The Oath *(art. 313 - 328)* ...................................................................................................................... 43

    Chapter 1 - Decisive Oath *(art. 313 - 325)* ............................................................................................... 43

    Chapter 2 - Suppletory Oath ( Juramentum Judicale ) *(art. 326 - 328)* ...................................................... 44

  Part 7 - Inspection *(art. 329 - 332)* ..................................................................................................................... 45

  Part 8 - Expertise *(art. 333 - 361)* ...................................................................................................................... 45

**Book 3 - Execution** *(art. 362 - 518)* ................................................................................................................... 48

  Part 1 - General Provisions *(art. 362 - 397)* ....................................................................................................... 48

    Chapter 1 - On the Writ of Execution and Related Matters *(art. 362 - 373)* .............................................. 48

    Chapter 2 - The Expeditious Enforcement *(art. 374 - 378)* ...................................................................... 50

    Chapter 3 - On the Enforcement of Foreign Judgments, Orders and Official Deeds *(art. 379 - 383)* .......... 51

    Chapter 4 - Properties Subject to Enforcement *(art. 384 - 393)* ............................................................... 51

    Chapter 5 - Oppositions to Execution and Other Relevant Disputes *(art. 394 - 397)* ................................ 53

  Part 2 - On the Provisional Seizure of Movable Property *(art. 398 - 404)* ........................................................... 53

  Part 3 - Travel Ban Order *(art. 405 - 407)* ......................................................................................................... 54



Part 4 - Executory Attachments *(art. 408 - 513)* ................................................................................................................... 54
    Chapter 1 - On the Attachment and Sale of the Debtor's Personal Property *(art. 408 - 444)* ................................ 54
    Chapter 2 - On Garnishment *(art. 445 - 469)* .................................................................................................................. 58
    Chapter 3 - Attachment and Sale of Shares, Instruments, Revenues, Portions *(art. 470 - 472)* ....................... 61
    Chapter 4 - Execution Against the Real Property *(art. 473 - 495)* .............................................................................. 61
    Chapter 5 - Collateral Possessory Claim *(art. 496 - 498)* ............................................................................................. 65
    Chapter 6 - Distribution of the Proceeds of the Execution *(art. 499 - 513)* ............................................................ 65
Part 5 - Imprisonment of the Judgment Debtor *(art. 514 - 518)* ........................................................................................ 67

Book 4 - Offer and Deposit *(art. 519 - 525)* .............................................................................................................................. 68

Book 5 - Fees *(art. 526 - 573)* ...................................................................................................................................................... 69
Part 1 - General Provisions *(art. 526 - 530)* ............................................................................................................................ 69
Part 2 - Fees on Lawsuits *(art. 531 - 554)* .............................................................................................................................. 69
    Chapter 1 - On the Assessment of the Amount of Due Fees *(art. 531 - 547)* ........................................................ 69
    Chapter 2 - On Fees Assessment Order and its Opposition *(art. 548 - 550)* ......................................................... 72
    Chapter 3 - Exempt From Fees *(art. 551 - 554)* ............................................................................................................ 72
Part 3 - Fees on the Copies, Certificates and Orders *(art. 555 - 559)* .............................................................................. 72
Part 4 - On Deposit Fees *(art. 560 - 562)* ................................................................................................................................ 73
Part 5 - On Notices and Execution Fees *(art. 563 - 573)* ...................................................................................................... 73

Notes ................................................................................................................................................................................................. 75



The terms "High Civil Court", "Minor Civil Court" and "Judicial Courts" were replaced by the terms "Full Jurisdiction Court", "Summary Court" and "Courts" wherever mentioned in this law, by virtue of Article 1 of Qatar Law No. 13/2005, of 05/04/2005; therefore a mention is in order.

**Abrogating**

**Qatar Law No. 4/1962, and**

**Qatar Law No. 5/1962, and**

**Qatar Law No. 8/1962, and**

**Qatar Law No. 22/1963, and**

**Amended by**

**Qatar Law No. 7/1995 of 15/06/1995, and**

**Qatar Law No. 13/2005 of 05/04/2005.**

**Qatar Law No. 13/2017 dated 16/08/2017 and**

**Qatar Law No. 3/2019 dated 07/01/2019.**

We, Khalifa Bin Hamad Al-Thani, Prince of the State of Qatar,

After perusal of the amended provisional constitution, especially Articles 23, 34 and 51, and

Labor Law, Qatar Law No. 3/1962 and the amending laws thereof; and

Qatar Law No. 4/1962 on the Establishment of the Labor Court and the amending laws thereof, and

Qatar Law No. 5/1962 on the Issuance of the Law on Labor Court Procedures and the amending laws thereof; and

Qatar Law No. 8/1962 on Judicial Fees before Labor Court, and the amending laws thereof, and

Qatar Law No. 22/1963 on Acceptable Litigation System before the Labor Court of Qatar, and

Qatar Law No. 14/1964 on the Regulation of Real Estate Registration and the amending laws thereof; and

Qatar Decree-Law No. 13/1969 on Imposition of some fees to support to the Palestinian combatants and families of the Martyrs and the amending laws thereof; and

Qatar Law No. 5/1970 on Determination of the Powers of Ministers and designation of the Functions of Ministries and other Government Authorities, and the amending laws thereof; and

Qatar Law No. 13/1971 on Judicial Courts System and the amending laws thereof; and

Qatar Law No. 14/1971 on the Issuance of the Criminal Law of Qatar amended by Qatar Law No. 2/1988, and

Qatar Law No. 15/1971 on the Issuance of the Criminal Procedure Law, and the amending laws thereof; and

Qatar Law No. 16/1971 on the Issuance of the Law on Civil and Commercial Matters, amended by Qatar Law No. 10/1982, and

Qatar Law No. 18/1971 on the Regulation of the Transfer of the Judicial Authority to the National Judicial Courts, and

Qatar Law No. 20/1980 on Regulation of Advocacy, and

Upon the proposal of the Minister of Justice, and

The draft Law submitted by the Council of Ministers, and

After the opinion of the Consultative Council,

Have promulgated the following law:

## Article 1

The provisions of the civil and commercial procedure law accompanying this law shall be implemented, and Qatar Law No. 4 /1962, Qatar Law No. 5/1962, Qatar Law No. 8/1962, Qatar Law No. 22/1963 aforementioned and the amending laws thereof shall be abrogated; and shall also be abrogated any provision in contradiction with the provisions of this law.

## Article 2

Procedure laws shall apply to pending claims or to proceedings completed before the date of their entry into force; except for:

1- Real Estate enforcement procedures that shall continue to proceed in accordance with the provisions of the Law or the old regulation during which a decision on the knock-down of the auction is issued.

2- Laws amending jurisdiction when implemented after the conclusion of hearings.

3- Laws amending time limits, when the time limit has started to run before their entry into force.

4- Laws creating or abrogating any means of recourse, shall not apply to judgments rendered before the date of their entry into force.

## Article 3

Any proceeding which is correctly carried out during a law in effect shall remain valid unless otherwise is specified.



Originated time limitations shall only run after the date of implementation of the Law which originated them.

## Article 4

| *The text of Article 4 was replaced by virtue of Article 2 of Qatar Law No. 13/2005 of 05/04/2005, and became as follows:*

The courts shall be competent to adjudicate the following matters:

1- Civil and commercial claims and disputes except what is excluded by a law.

2- Claims and disputes on Obligations, public works and supplying contracts or any other administrative contracts.

Claims and disputes on personal status and estates.

## Article 5

**The text of Article 5 was abrogated by virtue of Article 3 of Qatar Law No. 13/2005 of 05/04/2005**

## Article 6

| *Article 6 was abrogated by virtue of Article 4 of Qatar Law No. 13/2017 dated 16/08/2017.*

## Article 7

All the competent authorities, each within its concern, must implement this Law, and shall come into force as of 1/10/1990, and shall be published in the official gazette.

Issued in the Emiri Diwan,

On 24/11/1410 H

Corresponding to: 17/6/1990

**Khalifa Bin Hamad Al Thani**

**Prince of State of Qatar**

This Law was published in the official gazette of the State of Qatar, issue no. 13 of 1990, p. 2967.

## Article 1

No claim or plea shall be admitted unless its applicant has an existing interest decided by the law. Nevertheless, having a possible interest will suffice if the purpose of the claim is to take precaution to avoid imminent damage or prove a right where there is a risk of the loss of its evidence when disputed.

## Article 2

[1 p.75]

Every notification or enforcement must be made by service through the Police or any authority designated by the Chief of the Supreme Judiciary Council, at the request of litigants, clerks' office or by an order from the court.

Litigants or their representatives may address the proceedings and submit their papers to the clerks' office to be served or executed unless otherwise specified by the law.

Officials or policemen entrusted with service of the notice or enforcement shall be held liable for their torts in the course of their duties.

## Article 3

If the Law specifies an inevitable time limit to adopt a procedure by notification, the time limit shall not be considered unless the disputed party has been notified within such time.

## Article 4

No service of any notification or enforcement may be carried out before seven o'clock in the morning, after five in the evening or on official holidays, unless in urgent instances and by a written authorization from the interim judge.

This authorization must be proven in the original notice and its copy.

Any judge of the Court of Appeal and the civil court may act as a summary judge.

## Article 5

Every notice must comprise the following information:

1- Date in day, month and year and hour of notification.



2- Applicant's name, title, profession or occupation, place of domicile, and the name, title, profession or occupation and place of domicile of his representative, or if working on for others.

3- The name of the bailiff, his capacity and the employing party, so as to his signature on the original notice and its copy.

4- The name, title, profession or occupation and place of domicile of the addressee, or his last domicile in case where his domicile is unknown.

5- Name of the person to whom a copy of the notice was delivered, his title, capacity and signature on the original acknowledgement of receipt, or a proof and reason of his abstention.

6- Subject of the notice, the claims and documents of the applicant.

### Article 6

The notice shall be made in duplicate, one original and a copy. If there are several defendants, copies equal to their number must be served.

The bailiff must sign on the original and the copy; the copy must be delivered to the addressee, and the original be returned to the court clerks' office.

### Article 7

The papers to be served must be delivered to addressee in person or at his place of domicile. They may be delivered at the elected place of domicile in the instances indicated by the law.

If the person entrusted with the service of the notice fails to find the addressee at his place of domicile, the paper shall be delivered to the person who declares himself as his representative, employee or residing therein of the spouses, relatives or in-laws.

If the addressee is a public officer, the court may order that he shall be notified at his place of work.

### Article 8

If the person entrusted with the service of the notice fails to find a duly authorized person to be delivered the paper in accordance with the preceding Article, or if any of the aforementioned persons abstain from signing the original acknowledgment of receipt or from receiving the copy, he must indicate so in the original notice and its copy, and must deliver the copy on the same day to the police headquarter wherein the place of domicile of the addressee is situated within its jurisdiction.

The person entrusted with the service of the notice must, within twenty four hours, address to the addressee at his place of domicile, a registered mail in which he states that the copy has been delivered to the police headquarter, and must indicate so in the original notice.

The court may consider that the notice, pursuant this Article, is effective as of the date of delivery of the copy to the police headquarter, or may order to be re-performed in any other manner which it deems appropriate.

### Article 9

If a party fails to designate a place of domicile although required by the law, or if his statement is incomplete or incorrect, he shall be notified at the court clerk's office of all the papers which would duly be notified at his chosen domicile.

If a party changes his original or chosen domicile without informing the other party of this matter, a notification at that domicile shall be deemed valid. The copy, if necessary, may be delivered to the police headquarter.

### Article 10

Except for the matters subject to any other law, a copy of the notice must be delivered in the following manner:

**The text of paragraph One of Article 10 was replaced by virtue of Article 1 of Qatar Law No. 7/1995 of 15/06/1995 and became as follows:**

1- To the ministers, directors of the administrative units or the heads of authorities or their deputies as regards ministries, administrative units and other government authorities, except for statements of claims and appeals and the judgments, which shall be delivered to the State litigation department of the Ministry of justice.

2- To the chairman of the Board of Directors, the director or any joint partner or their representatives as regards establishments, companies, associations or other juristic persons.

3- To the Branch director or agent as regards a foreign company which has a branch or agent in Qatar.

4- To the unit commander to whom the addressee subordinates as regards army men.

5- To Legal tutors, guardians or custodians as regards minors and incapacitated.

6- To the prison officer as regards prisoners.

7- To the shipmaster, as regards seamen and crew of commercial vessels.

https://www.Lexismiddleeast.com



8- To the Ministry of foreign affairs to deliver through diplomatic means as regards persons having a known domicile abroad. The reply of the Ministry which indicates delivery to the addressee shall suffice.

9- To the police commander as regards persons of unknown domicile whether inside the country or abroad, provided that the notice shall include the last known domicile. In this instance, the court may order the service of notice by publication in two Qatari daily newspapers.

## Article 11

Notwithstanding the preceding Articles, the court may notify any person inside the country or abroad whether at his place of residence or place of work by registered mail or in any other manner which it deems appropriate.

## Article 12

Distance period for whoever his place of residence is abroad shall be sixty days.

This period shall not be implemented against a person who is notified in Qatar during his presence therein.

It is allowed by an order from the summary and interim judge to shorten this term pursuant to convenient transportation and urgency conditions.

This order shall be notified with the served paper.

## Article 13

If the last day happens to be an official holiday, the time limit shall extend to the first following working day.

## Article 14

If the law appoints a date for appearance or carrying out the procedure, estimated by days, months or years, the first day of notification or occurrence of the incident from which the period runs according to the law shall not be assessed. If the period of which must lapse before the procedure, such procedure shall not be performed unless after the lapse of the last day of the time limit.

The time limit shall terminate by the lapse of the last day if it is an incidence in which the procedure must be carried out.

If the time limit is estimated by hours, the hour from which it shall start and the hour on which it shall end will be calculated as aforementioned.

Time limits specified by month or year shall be calculated by the solar calendar, unless otherwise indicated by the law.

## Article 15

Non-compliance with the time limits and the procedures specified in Articles (2), (3), (4), (5), (6), (7), (8), (10) of this law shall result in nullity.

## Article 16

No procedure may be declared void unless the nullity is expressly provided in the law, or has become defective due to which the purpose of the procedure has not been achieved. A judgment of nullity shall not be rendered although specified by the law, if the purpose of the procedure was achieved.

## Article 17

Except for the instances where the nullity is related to the public order, a plea of nullity shall only be raised by the party in whose favor the nullity is provided, and shall be waived if he has waived it or has submitted his defense which indicates that the procedure is considered to be valid.

A plea of nullity may not be raised by the party who has caused it.

## Article 18

The null procedure may be corrected even after raising a plea of nullity, provided that it shall be carried out within the time limit determined by the law to adopt such procedure. If a time limit for the procedure is not provided by the law, the court shall determine an adequate time limit for its correction; therefore, the procedure shall only be considered as of the date of its correction.

## Article 19

If the procedure is null, but the elements of another procedure is provided, the latter shall be considered valid.

If a part of procedure is null, this part only shall be nullified.

Nullity of procedure shall not result in the nullity of previous or subsequent proceedings unless based on them.



## Article 20

A clerk must attend with the judge all the sessions and procedures of evidence and draws the minutes to be signed by him and the judge, otherwise the procedure shall be deemed null and void.

## Article 21

No court assistant is allowed to perform any task included within his duties as regards lawsuits related to himself, spouses, relatives or in-laws up to the fourth degree, otherwise the act shall be deemed null and void.

# Book 1 - Litigation Before Courts

## Part 1 - Jurisdiction of Ratione Materiae and Claim-Value

### Article 22

*The text of Article 22 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 dated 5/04/2005, then by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, and became as follows:*

The Court of First Instance composed of a single judge and referred to as "Court of Restricted Jurisdiction" shall have the competence to render first instance judgments in civil and commercial claims, claims for compensation for the material acts of administrative authorities and the harmful actions not resulting from administrative decisions, in which the value of the claim is not in excess of five hundred thousand Riyals, and the judgment rendered thereby may not be appealed if the value of the claim is not in excess of thirty thousand Riyals.

### Article 23

Courts of restricted jurisdiction shall not be competent to decide on a contingent claim or a claim correlated to the original claim if not included within its jurisdiction pursuant to its value or kind.

If a claim of this kind is submitted to the court, it is entitled to decide the original claim only if it will not disrupt the course of justice, otherwise, it must simultaneously decide the referral of the original claim and the contingent or correlated claim to the full jurisdiction court; the referral judgment shall be irrevocable.

### Article 24

*The text of article 24 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 5/04/2005, then by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, and became as follows:*

The Court of First Instance composed of three judges and referred to as "Full Jurisdiction Court" shall be competent to render a judgment of first instance in civil and commercial claims and disputes and administrative contracts in which the value of the claim is in excess of one hundred thousand Riyals, the unvalued claims, personal status and estates disputes. Its decision shall be final in claims as regards inheritance, will, dedication (waqf) and dowry if the value of the claim is not in excess of thirty thousand Riyals, in addition to claims regarding visit and travel of children in custody, custodial abode, and custody fees.

And it shall be the only court that is competent to adjudicate bankruptcy lawsuits, preventive compromise lawsuit, possession lawsuits and other lawsuits specified to be included within its jurisdiction by the law regardless of its value.

And it shall also be competent to examine appeals against judgments rendered by the court of restricted jurisdiction or the summary judge.

### Article 25

The court of appeal shall be competent to examine appeals submitted against the judgment of first instance rendered by the full jurisdiction court or the summary judge of at the restricted courts.

### Article 25 (bis)

*Article 25(bis) was added by virtue of Article 2 of Qatar Law No. 3/2019 dated 07/01/2019, as follows:*

One or more circuits may be assigned at the Court of First Instance and the Court of Appeal by decision of the Supreme Judiciary Council, to examine the claims to which any ministries or other government bodies or public entities and institutions are a party.

### Article 26

[2 p.75]

The summary judge is a judge of the courts of full or restricted jurisdiction, pursuant to the jurisdiction rules specified for the disputed right. The procedures of that court shall be followed, unless otherwise indicated by the law. In urgent cases which is at risk of being forfeited, the lawsuit shall be temporary adjudicated by the summary judge without prejudice to the right.

https://www.lexismiddleeast.com



Such matter, shall not affect the jurisdiction of the trial court to examine these matters if referred through collaterally means.

In urgent cases, the litigants may be assigned to appear before the summary judge at his domicile. Means of communication between the plaintiff and both the clerk and the judge shall be regulated by a decision from Chief of Supreme Judiciary Council.

Appeal against judgments rendered by the summary judge shall be submitted before the court of appeal pursuant to the preceding two articles.

## Article 27
[3 p.75]

The summary court shall be competent to impose judicial guardianship on a movable or an immovable property or a set of assets whether disputed or of which the right is not proven, if the beneficiary of the property has reasonable reasons that ascertain the urgent danger to the property if kept in the possession of the holder.

The guardian may be appointed upon the agreement of the concerned parties or by the judge if they fail to agree. The guardian may be any of the guardians listed on the "Judicial Guardians Roll", which a decision from the Chief of the Supreme Judiciary Council shall regulate its situations and the conditions for registration therein.

## Article 28
The provisions mentioned hereinafter shall apply where a judgment on guardianship is silent as to determine the obligations, rights and powers of the guardian:

a- The guardian shall be responsible to preserve, manage and return funds with the received yields to its approved owner. And he is required to exert the effort of an ordinary man for the purpose of preservation and management of the property. He may not be replaced by any of the concerned persons, whether directly or indirectly, without the consent of others.

b- Except for management, the guardian is only allowed to act upon the consent of all the concerned persons or if authorized by the courts.

c- The guardian may receive remuneration unless he has waived it.

d- The guardian must commit to submit to the concerned persons an account of what he has received or disbursed corroborated with the substantiating documents.

e- The guardian, upon the termination of guardianship, must set out to return the property subject of guardianship to whoever is selected by the concerned parties or appointed by the judge.

## Article 29
The value of the lawsuit shall be determined at the date of its submission. Shall be included in the value whatever is due at that date such as compensations, proceeds, expenses and other valued additions. In addition to all new requests on fees due after the submission of the lawsuit until the date of judgment. In all instances, the value of the building or the implants, if requested to be removed, shall be considered.

The evaluation shall be based on the last claims of the litigants.

## Article 30
The value of the claims shall be considered as follows:

1- The value of movable properties shall be considered for the related lawsuits.

2- Lawsuits regarding revenue; when disputing its bond rating shall be determined on basis of the salary of twenty years, if perpetual, and on the basis of ten year if it is for a lifetime.

3- Lawsuits regarding the validity, nullity or rescission of a contract, shall be determined on the value of the object of the contract. As regards consideration contracts, the lawsuit shall be valued based on the certain value of the consideration.

4- Lawsuits regarding declaration of the validity, nullity or rescission of a continuance contract shall be evaluated on basis of the total cash consideration for the whole term of contract. When the contract is partially executed, the lawsuit on its rescission shall be valued based on the remaining term. The lawsuit regarding extension of the contract shall be valued on basis of the cash consideration for the period during which the dispute has arisen.

5- Lawsuits between the creditor and his debtor on the validity or nullity of seizure of a personal property or on a pledge, privilege or lien right shall be valued on basis of the guaranteed debt. If the lawsuit is initiated by a third-party in which he claims the properties either seized or burdened with the mentioned rights, the claim-value shall be based on the value of these properties.

6- Claims on the validity of a signature and original forgery claims shall be valued based on the amount of the right proven in the paper requested to render the judgment as regards the validity of its signature or forgery.



## Part 2 - Filing and Registration of a Claim

### Article 31

| *Article 31 was replaced by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2018, to become as follows:*

The lawsuit shall be filed to the court at the request of the plaintiff by a statement of claim deposited at the clerk's office of the competent court and served to the defendant. The statement of claim shall include the following information:

1- The names, the addresses, the telephone numbers and the fax and emails (if any) of the litigants or their representatives.

2- The date of submission of the statement of claim.

3- The court to which the lawsuit is filed, the day and time of appearance before the court.

5- An explanation of the merits of the lawsuit, the plaintiff's claims and the grounds thereof.

5- Any other data that the Supreme Judiciary Council may add.

### Article 32

The claim shall be deemed filed and effective on the date of deposit of the pleadings at the clerks' office, even if the court is not competent.

### Article 33

The plaintiff, when submitting the original statement of pleading to the clerks' office, is required to pay the fixed fee in full, and submit copies equal in number to the defendants number and a copy to the clerks' office, and must support his pleadings with all the documents which support his claim.

### Article 34

| *Article 34 was replaced by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, to become as follows:*

The clerk's office shall enter the lawsuit on the date of submitting the statement of claim in the register of cases after recording the date of the set hearing on the original statement of claim and its copies, in the presence of the plaintiff or his representative.

The clerk's office shall single out a file for the lawsuit in which shall be deposited the original statement of claim allocated to the clerk's office and showing the payment of the fee.

The clerk's office shall deliver copies of the statement of claim and the notice for each of the defendants on the following day at most to the authority entrusted with the service of the notice, to serve the statement of claim to the concerned persons within three days, and shall record the claim, name of the plaintiff and the hearing set for examining same and invite them to peruse the case file and to submit their documents and statements of defence. The defendants shall, in all lawsuits except for summary cases where the time limit for appearance is reduced, deposit at the clerk's office their statements of defence accompanied by all their documents, at least three days prior to the hearing set for examining the case. They may deposit them during the pleading and during the period of suspension of the proceedings for adjudication if authorised by the court to do so.

### Article 35

The time-limit to appear before the court of restricted jurisdiction, the full jurisdiction court and the court of appeal is five days.

The time-limit to appear in summary claims is twenty four hours. In the case of urgency, this time-limit may be shortened from one hour to another, on condition that the notice shall be notified to the litigant in person. The abstention by litigant from receiving the notice in this instance shall be considered as notification to the litigant in person, unless the claim is a marine claim.

An order from the interim judge shall be rendered to shorten the time-limits in the aforementioned instances, and which a copy of it shall be notified to the litigant with the statement of claim.

### Article 36

| *Article 36 was abrogated by virtue of Article 3 of Qatar Law No. 3/2019 dated 07/01/2019.*

### Article 37

| *Article 37 was replaced by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, to become as follows:*

The non-observance of the deadline prescribed in the third paragraph of Article 34 of this Law shall not result in the nullity of the statement of claim. The non-observance of the appearance deadlines shall likewise not result in nullity, without prejudice to the right of the served to postpone until the deadline is reached.



### Article 38

If the pleading has not been served as regards the date of session, another session may be fixed and notified to the concerned persons.

### Article 39

Any of the clerks or the person entrusted with the service of the notice; as a result of his negligence, shall be ordered by the court to which the claim is brought to pay a fine not in excess of one hundred riyals; and its judgment in this respect shall be final.

## Part 3 - Appearance and Absence of Litigants

## Chapter 1 - Appearance and Power or Representation

### Article 40

The litigants shall appear on the day appointed to examine the claim either in person or by their representatives whether advocates or jurists as specified in the two Articles (16), (17) of Qatar Law No. 20/1980 on The Regulation of Advocacy aforementioned.

The court may accept that litigants be represented by their spouses, relatives or in-laws up to the fourth degree.

### Article 41

The representative must state that his appearance is made on behalf of the principal and prove his power of representation.

A paper submitted by the representative will suffice to prove the power of representation. If this paper is not official, the signature of the principal must be ratified by the competent official authority.

The court; when necessary, may authorize the representative to submit a proof of representation within a time-limit determined thereof provided that this matter be performed in the session of hearing at most.

A power of representation may be granted by the principal to the representative in the session through a statement to be recorded in the minutes.

### Article 42

Immediately after the power of representation is issued by any party, the domicile of his representative shall be considered for the service of papers necessary to proceed with the claim in the litigation stage in which he is represented.

### Article 43

A power of representation shall empower the representative to perform the acts and proceedings necessary to file, proceed with and submit a defense in the claim, adopt precautionary measures until a judgment on the merits is issued in the litigation stage in which he is represented, and notify the judgment and receive the fees and costs, without prejudice to the special proxy when required by the law.

### Article 44

A special proxy is required for the validity of acknowledgement of a claimed right, waiver of right, referral to conciliation or arbitration, taking, requesting or rendering back an oath, abandonment of proceeding, waiver of judgment or any recourse against it, termination of seizure, termination of guarantees regardless of the remaining debt, and to submit a claim of forgery, a claim for the recusal of the judge or expert, to accept and give offers or any other disposition in which a special proxy is required by the law.

### Article 45

The representative may designate other attorneys if he is not explicitly prohibited in the power of representation from such delegation.

### Article 46

If there are several representatives, each of them is allowed to work individually on the case unless prohibited from such work by a term in the power of representation.

### Article 47

Decisions taken by the representative in the session in the presence of his principal shall be considered as being decided by the principal himself unless he denies or renounce such a matter during the examination of the case in the same hearing.



### Article 48

The claim proceedings shall continue against the representative who resigns from representation or who is discharged from his power of representation unless the other litigant is notified of that another representative is appointed, or of the intention of the principal to proceed with the claim in person.

### Article 49

The court may order the litigants to appear in person on a day fixed by it. If one party is unable to appear, the court or any delegated judge may travel to his place to hear his statements on a date fixed by it. The clerk must notify the other litigant of this date, and draft the minutes in which the statements of the litigants are recorded and be signed by the judge, the clerk and the litigants.

### Article 50

It is not allowed for any judge or court assistants to appear in court on behalf of the litigants or represent them in the proceeding, whether orally, in writing or by consultation. Nevertheless, they are so allowed as regards a person whom they legally represent, their spouses and relatives up to the fourth degree.

## Chapter 2 - Default of Appearance

### Article 51

*Article 51 was replaced by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, to become as follows:*

If the plaintiff and the defendant both fail to appear, or if the defendant appears alone and refrains from presenting any claims, the court shall adjudicate the case if it is ripe for judgment, otherwise it shall decide to strike out the case.

A struck out case shall be removed from the docket of cases examined by the court and shall not be adjudicated, but all the effects thereof shall remain.

If sixty days lapse from the date of striking out the case and none of the litigants apply for proceeding with the case or both litigants fail to appear after proceeding therewith, the case shall be ruled null and void.

A struck out case may be reinstated once, and the reinstatement shall restore the case to its original status prior to striking it out.

The court shall rule in the case if the plaintiff(s) or some of them fail to appear at the first hearing but the defendant appears thereat unless he withdraws and leaves the case to be struck out.

### Article 52

The litigation shall be considered to be performed in the presence of the defendant, if he has appeared in any session or has submitted a statement of defense, even if he later fails to appear.

The plaintiff may neither submit new claims in the session where his adversaries fail to appear, nor amend, increase or lessen the first claims. The defendant also, in the absence of the plaintiff, is not allowed to request a decision on any claim.

### Article 53

If the plaintiff fails to appear in the first session, where the defendant appears alone and submit claims, the court shall decide to adjourn the case to another session which must be notified to the plaintiff, if this latter fails to appear, the defendant may request for a judgment on the merits; this judgment shall be considered after trial.

### Article 54

If there are several plaintiffs, where some of them fail to appear in the first session, the case shall be adjourned to another session with notification of the defaulting parties. The judgment in the claim shall be considered as rendered in the presence of all of them.

### Article 55

If the defendant fails to appear in the first session, and where the statement of claim has been personally served on him, the court shall rule on the lawsuit. If it has not been served personally on him, the court, in other than summary lawsuits, must adjourn the case to a subsequent session and re-notify the defaulting party. In both cases, the judgment in the claim shall be considered a judgment after trial.

### Article 56

Where there are several defendants, and where some of them fail to appear, the court must adjourn the case to another session, re-notify and warn the defaulting party that the judgment to be rendered shall be considered a judgment after trial.



### Article 57

If it is established to the court, upon the default of defendant, that the service of the statement of claim is null and void, it must adjourn the case to another session so as to he will be duly summoned.

### Article 58

Any judgment which is rendered against a defaulting party who appears before the end of the session shall be considered as if never existed.

## Part 4 - Procedure and Order of the Session

### Article 59

Court sessions are open to public unless the court decides, simultaneously or at the request of any party, that it shall be secret in maintenance of the public order or to protect morals and sanctity of family life.

### Article 60

The session shall be ruled and administered by its president. For this purpose, he may require any person who contravenes its order to leave the courtroom, if such person disobeys and persist in disobedience, the court may immediately sentence him to imprisonment for twenty four hours or to a fine not in excess of five hundred riyals; its judgment shall be irrevocable.

If the prejudice is performed by court-related personnel, the court may, during the session, impose the disciplinary penalties enforceable by its administrative presidency.

The court, until before the end of the session, may revoke the judgment rendered according to the two preceding paragraphs.

### Article 61

The President of session shall address the questions to the litigants and witnesses. The members of the trial bench may address any question they deem appropriate after consulting the president.

### Article 62

During proceedings, the statements of the litigants must be heard. They may only be interrupted if had deviated from the subject-matter of the claim or the requirements of defense, or if they had violated the order or abused each other or opposed to the right of a foreigner to litigate.

The defendant shall have the last speech.

### Article 63

The court may, pronounce even sua sponte injuction, order the deletion of predatory phrases or those against the morals or public order from any of the papers of the proceedings or memorandums.

### Article 64

The president of the session shall order the writing of report on every crime which is committed during its convention, and refer it to the police to adopt the necessary measure. If the committed crime is a felony or a misdemeanor, he may order the arrest of the perpetrator.

### Article 65

The court may put to trial any person who commits, during its convention, a misdemeanor against the full bench or any of the members or court-related personnel, and shall immediately render the penalty.

The court may also put to trial any person who gives a false testimony in the session, and render the penalty specified for the crime of perjury.

The judgment rendered by the court, in this instance shall be enforceable even if appealed.

### Article 65(bis)

*Article 65(bis) was added by virtue of Article 2 of Qatar Law No. 3/2019 dated 07/01/2019, as follows:*

The Court of First Instance shall expeditiously adjudicate the cases, and the competent chairs at the ministries, government bodies and public entities and institutions as well as the lawyers and the litigants shall provide the court with any information, files or papers needed to adjudicate the case within one week from the date of requesting them.

The hearing may not be adjourned more than once for the same reason, provided that the period of adjournment is not in excess of two weeks.



### Article 66

The parties may request the court, regardless of the status of the claim, to prove their agreement in the minutes of the session which shall be signed by them or by their representatives.

If their agreement is in writing, thus, the written agreement shall be attached to the minutes of the session and the contents shall be proven therein. The minutes of the session in both cases shall have the power of the writ of enforcement, and its copy shall be given to litigants pursuant to the rules decided for handing over the copies of judgments.

### Article 67

The court shall render a sentence of a fine not in excess of five hundred riyal against the court-related personnel or litigants who delay the deposit of the documents or who default to perform any of the proceedings on the date fixed by the court, and whoever causes the postponement of the lawsuit for a reason that could have been presented in a previous session, this shall be by a decision to be proven in the minutes of the session.

The decision on fine, shall have the same executory power of judgments, and shall not be subject to any means of recourse.

The court may exempt the person who is ordered to pay from all or part of the fine if he submits an acceptable reason.

The court may decide to suspend the lawsuit up to six months instead of imposing a fine on the plaintiff, and if was not objected by the defendant, if present. After the elapse of the period of suspension, the clerks' office may, at the request of any party, expedite the lawsuit to the nearest session which shall be notified to the litigants. If it is established that the plaintiff has not executed the court's order, the lawsuit may be decided to be considered as it never existed.

### Article 68

The courts language is Arabic. The courts should hear the litigants or witnesses unfamiliar with this language through a translator after taking the oath and before carrying out his task that he shall translate in due diligence and honesty.

### Article 69

The judgments will be issued and executed in the name of his highness, Prince of state of Qatar.

## Part 5 - Pleas, Non-Voluntary and Voluntary Intervention and Incidental Claims

## Chapter 1 - Pleas

### Article 70

A plea of lack of jurisdiction of the court, and a plea for the nullity of the writs of summons and other procedural pleas, must all be presented before any claim or defense in the lawsuit and before a plea of inadmissibility under penalty of lapse of the right to raise the un-submitted pleas.

The right of the appellant to raise these pleas shall lapse if they were not raised in the pleadings.

These pleas shall be adjudged separately before examining the merits of the lawsuit unless the court orders that they be joined to the merits of the case, at that point, the court shall indicate the decisions regarding each plea.

All the aspects on which the procedural plea is based must be raised together under penalty of the lapse of the right to raise the un-submitted pleas.

### Article 71

| *Article 71 was replaced by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, to become as follows:*

A plea of inadmissibility of the lawsuit for lack of capacity, legal capacity, interest or any other reason may be raised regardless of the status of the proceedings.

If the Court of First Instance considers that the plea of inadmissibility of the lawsuit due to the lack of capacity of the defendant is well-founded, it shall adjourn the proceedings to declare the person of capacity.

If the matter is related to a ministry, government body, public entity or institution or to a private juristic personality, it shall be sufficient in determining the capacity to indicate the name of the defendant in the statement of claim.

### Article 72

Nullity of pleadings, their writs of notice and the nullity of writs of summons emanating from a defective notice or court statement or date of session shall diminish by appearance of the notified person in the session or by the deposit of his statement of defense.



### Article 73

A plea of lack of jurisdiction of the court relating to its non-competence or due to the kind or value of the lawsuit, shall be raised sua sponte by the court, and may be raised regardless of the status of the lawsuit.

### Article 74

A plea of non-admissibility of the lawsuit by reason of res-judicata will be raised sua sponte by the by the court.

## Chapter 2 - Non-Voluntarily and Voluntarily Intervention

### Article 75

The litigant may intervene into the lawsuit any person having the litigation capacity at the time of its submission. The procedures and dates decided for filing a lawsuit shall be adopted when litigating against third parties.

### Article 76

The court may, even on its own initiative, order the intervention of a person for the benefit of justice or for revealing the truth in the lawsuit or of any person related to a party with joint relationship or an indivisible obligation or whoever is damaged by the judgment.

The court shall fix a session for the appearance of a person ordered to be intervened, and shall commission the clerks' office with his notification, or shall designate any litigant for carrying out such intervention through the ordinary procedures adopted for filing a lawsuit.

The intervened litigant may request for his withdrawal.

### Article 77

The court must respond to the request of the litigant to adjourn the lawsuit for the intervention of a guarantor. Intervention of the guarantor made by a litigant shall be through the ordinary procedures adopted for filing a lawsuit.

The court may, in one single judgment and if possible, rule upon the insurance request and the original claim; otherwise it shall rule upon the insurance claim after adjudicating the original lawsuit.

If an order for the joinder of the insurance claim and the original claim is given by the court, the judgment issued against the insurer, shall be considered, if necessary, as a judgment in favor of the original plaintiff even if no claims have been administered to him.

If the court deems the insurance claim as groundless, it may render the claimant requesting the insurance liable to pay for the costs emanating from delaying the adjudication of the claim.

### Article 78

Any concerned person may intervene in the lawsuit joining any of the litigants or requesting a judgment for himself by a correlated claim. The intervention shall be made by the ordinary procedures adopted for submitting a lawsuit before the day of session, or by an application to be submitted orally in the session, in the presence of the litigants and be proven in the minutes of the session.

Intervention shall not be accepted after the closure of hearings.

The court shall rule on every dispute relating to the intervention. Intervention must not result in delaying the adjudication of the original lawsuit if deemed ready for adjudication.

The court shall rule on the subject of the intervention claim with the original claim whenever possible, otherwise, the subject of the intervention claim shall be deferred until after its verification.

## Chapter 3 - Contingent Claims

### Article 79

Contingent claims shall be submitted to the court by the plaintiff or the defendant through the ordinary procedures for filing a lawsuit before the day of session, or by an oral request in the session in the presence of the litigants and shall be proven in the minutes of the session.

The claims shall not be accepted after the closure of hearing.

### Article 80

The plaintiff may submit any of the contingent claims:

a- That includes a correction of the original claim or amendment of its subject-matter to face circumstances which have appeared or verified after filing the lawsuit.



b- That includes an addition or changing in the cause of lawsuit; the subject of the original claim shall remain unchanged.

c- Any claim deemed subsidiary to the original claim, resultant from it or related to it with an inseparable link.

d- An application for an order of a provisional or interim measure.

e- Whatever is related to the original claim and authorized by the court to be submitted.

### Article 81

The defendant may submit any of the contingent claims:

a- A claim for a judicial set-off.

b- A claim for compensation for the damage inflicted to him by cause of the original lawsuit or by any of its procedures.

c- Any claim of which, if accepted, all or some of the claims of the plaintiff shall not be accepted, or be admitted under a restraint in favor of the defendant.

d- Any claim which is related to the original claim by an inseparable link.

e- Whatever is related to the original claim and authorized by the court to be submitted.

### Article 82

The court will rule on any dispute related to the admissibility of the contingent claims.

The contingent claims must not delay the adjudication of the original lawsuit if ready to be adjudicated.

The court shall rule on the subject-matter of the contingent claims and the original lawsuit together whenever possible, otherwise it shall defer the contingent claim until after its verification unless the judgment in the original claim is dependent on the adjudication of the contingent claim.

## Part 6 - Suspension, Interruption, Abatement, Lapse of Time Limitation and Abandonment of the Litigation

### Chapter 1 - Suspension of the Litigation

#### Article 83

The lawsuit may be suspended upon agreement between the parties to discontinue the proceedings for a period up to six months from the date of endorsement of their agreement by the court. Such suspension shall not affect any mandatory time-limit specified by the law for a certain procedure.

If any of the parties has not expedited the proceedings within the twenty days following the end of six months, the plaintiff shall be considered as abandoning his lawsuit and the appellant as abandoning his appeal.

#### Article 84

In instances other than those specified by the law for the voluntary or involuntary suspension of the lawsuit, the court may order the suspension of the lawsuit whenever it deems that the judgment on the merits is contingent on the adjudication of another matter on which the judgment shall be based.

Any party may expedite the lawsuit immediately after the extinguishment of the cause of suspension.

### Chapter 2 - Interruption of the Litigation

#### Article 85

The proceedings shall be interrupted by Law by the death of a party, loss of his litigation capacity, extinguishment of the capacity of the person who was proceeding on his behalf unless where the lawsuit is referred to be adjudicated on the merits, the court; thus, shall rule on the statements and final claims or may postpone it at the request of the person substituting the deceased person, the incapacitated or incapable person or at the request of the other party.

The lawsuit shall be deemed ready for adjudication on the merits where the litigants have presented their statements and final claims in the session of hearing before death, the loss of the litigation capacity or the extinguishment of capacity.

The proceedings shall not be interrupted by the death of the representative nor by the extinction of his proxy whether by withdrawal or disqualification, and the court may grant an adequate time-limit to the litigant whose representative has died or which representation has elapsed, to designate a new proxy.

#### Article 86

Interruption of the litigation shall result in the suspension of all the dates of hearings that were applicable to the litigants and the nullification of all procedures which are carried out during the interruption.



### Article 87

The lawsuit shall be continued by a summons to be served to the person substituting for the deceased person or the party who lost his litigation capacity or whose capacity is extinguished, or at the request of the other party or by a summons to be served to this party at the request of the person substituting for the litigant that caused interruption of the proceedings.

The proceedings shall also be continued if the heir or the person substituting for the party who lost his litigation capacity or whose capacity is extinguished attends the session fixed for its examination and initiated the proceeding.

## Chapter 3 - Abatement and Lapse by Time-limitation of the Litigation

### Article 88

The abatement of proceedings may be requested by any interested party, after the elapse of one year from the last valid litigation procedure, should the trial be discontinued due to the act of the plaintiff or his abstention from acting.

The time-limit set for the abatement of the proceedings in the interruption cases shall start to run from the day on which a notification is made to the heirs of the deceased litigant, or to the person substituting for the party who lost his litigation capacity or whose capacity is extinguished by the person requesting the abatement of the proceedings as regards the existence of a lawsuit initiated between him and the original litigant.

The term specified for the abatement of the proceedings shall run against all persons even if incapacitated or lacking capacity.

### Article 89

An application for the abatement of the proceedings shall be submitted to the court before which the lawsuit for the abatement of its proceedings is brought within the conditions specified for filing the lawsuit.

A plea for the abatement of the litigation may be raised if the plaintiff has expedited his lawsuit after the lapse of the year.

The claim or plea shall be submitted against all the plaintiffs or the appellants under penalty of inadmissibility.

### Article 90

A judgment on the abatement of the proceedings shall result in the nullity of relevant judgments on the verification procedure, and the cancellation of all the litigation procedures including the pleadings. But it shall not result in the lapse of the right in the root of the lawsuit, or in the irrevocable judgments rendered thereof, or in the proceedings previous to these judgments or the decisions issued by the parties or their oaths.

Such abatement shall not hinder the litigants from holding to the performed investigation procedures and expertise works unless void by themselves.

### Article 91

The appealed judgment shall be considered final in all cases where the abatement of the litigation to appeal is adjudged.

### Article 92

In all instances, the litigation shall terminate by the elapse of three years from the date of the last valid procedure.

## Chapter 4 - Abandonment of the Litigation

### Article 93

The plaintiff may abandon the litigation by a notice addressed to his litigant, or by an explicit statement in a memorandum signed by him or by his representative of which the litigant be aware of, or by an oral statement in the session and proven it the minutes of the session.

### Article 94

The abandonment will take effect only upon the acceptance of the same by the defendant should this latter has submitted his defense, nevertheless, his objection to the abandonment shall not be considered if a plea of lack of court's jurisdiction is submitted or its referral to another court, nullification of pleadings or another claim of which intends to prevent the court from continuing to examine the lawsuit.

### Article 95

The abandonment shall result in the cancellation of all the litigation procedures including the pleadings and rendering the abandoning party to be liable for the costs, without afflicting the right for which the lawsuit is brought.



### Article 96

A waiver of any procedure or paper of the hearings made by the litigant whether explicitly or implicitly, will deem the procedure or the paper as if never existed.

### Article 97

Waiver of judgment shall result in the waiver of the right proven therein.

## Part 7 - Lack of Jurisdiction and Judges' Recusal or Withdrawal

### Article 98

The judge shall not be competent to examine the lawsuit, and be prohibited from its adjudication even if not challenged by any party in the following instances:

1- If he himself is related by blood or marriage up to the fourth degree of kinship to one of the parties.

2- If he himself or his spouse had been in litigation with one of the parties or with his wife.

3- If he himself was a representative of one of the litigants in his private businesses or was his guardian or custodian, or a probable heir, or if there exists a relationship of blood or marriage up to the fourth degree between himself and the guardian or the custodian of one of the litigants or any of the members of the board of directors of the litigated company or any of its directors or joint partners where this member, director or partner has a personal interest in the lawsuit.

4- If he himself, his wife or any of his lineal relatives or in- laws or the person which he represents or be guardian, custodian has a personal interest in the existing lawsuit.

5- If he, previously, advised or was the legal advisor of any litigant in the lawsuit, or wrote any statements even if before working in the judiciary, or if he previously examined it as a judge, expert or arbitrator or gave his testimony therein.

6- If he himself is related by blood or marriage to any judge in the same circuit, any representative or defender of one of the litigants up to the fourth degree of kinship.

### Article 99

The act or decision given by the judge in the aforementioned instances, even if agreed upon by the litigant, shall be null and void.

### Article 100

The judge may be challenged for any of the following reasons:

1- If he himself or his wife is a party to a lawsuit similar to the one in dispute.

2- If himself or his wife is proceeding against any of the litigants or his wife after the lawsuit is brought up before the judge, unless this lawsuit is filed with intention to prevent him for examining the lawsuit brought up before him.

3- If there exists a litigation brought before the courts between his divorced wife from which he has a child, or any of his lineal relatives in blood or marriage and any of the litigants or his wife unless such litigation has been brought up after the claim is referred to the judge intending to seek to his recusal.

4- If any of the litigants is employed for him or if he is used to eating and lodging with him, or has received a gift from him before or after filing the lawsuit.

5- If there is an enmity or a notorious friendship between him and one of the parties which prevails that he shall not rule without bias.

### Article 101

*The text of Article 101 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 05/04/2005 and became as follows:*

The judge, in the instances mentioned in the preceding Article must inform the court in the council chamber of the reason of recusal in order to authorize him to withdraw from examining the lawsuit.

If the court is composed of a sole judge, the judge shall present the reasons of the withdrawal to the president of the Court of First Instance to authorize his withdrawal.

### Article 102

*The text of Article 102 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 05/04/2005 and became as follows:*

In other than the recusal cases abovementioned, the judge may, if felt embarrassed to examine the lawsuit for any reason, refer the matter of his withdrawal to the court in the council chamber or to the president of the court to decide on his withdrawal.



## Article 103

The judge, who deems that there exist as regards to his person grounds for recusal, and fails to recuse himself, may be challenged by the opposing litigant.

The application for recusal must be submitted before submitting any plea or defense, otherwise, the claimant shall lapse his right to request so.

If a recusal is submitted against a delegated judge, the application shall be filed within three days from the date of assignment if the assignment decision is issued in the presence of the claimant; if this decision is issued in his absence, the period of three days shall start from the date of his notification.

## Article 104

The application for recusal may be submitted if its' reasons have occurred after the specified time-limits, or if the claimant proves that he was not aware of these reasons until after the elapse of these dates.

In all instances, the right of the litigant to apply for recusal shall lapse if has not been reported before the closure of the hearing regarding a previous application for recusal submitted in the lawsuit of which he is notified of the session fixed for its examination, where the reasons for recusal exist until closure of the hearing.

## Article 105

*The text of Article 105 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 05/04/2005 and became as follows:*

Shall not be allowed to submit an application for recusal of all or some of the judges of the court of whom the remaining number shall not suffice for adjudicating the recusal application or the merits of the lawsuit when the recusal application is admitted.

## Article 106

*The text of Article 106 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 05/04/2005 and became as follows:*

The challenge shall be carried out by a report to be deposited at the court's clerks' office to which the challenged judge affiliates, and be signed by the applicant himself or his proxy delegated by a special power of proxy attached to the report.

The recusal report must include its reasons and be attached with the papers and the corroborating documents.

If the recusal is reported, the applicant must deposit three thousand riyals as a guarantee, and the guarantee must be equal in number to the number of the challenged judges.

## Article 107

*The text of Article 107 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 05/04/2005 and became as follows:*

The clerks' office in the court must refer the recusal report to its president within twenty four hours from depositing the report at the clerks' office, and the president must immediately make the report available to the challenged judge.

## Article 108

*The text of Article 108 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 05/04/2005 and became as follows:*

The challenged judge must reply in writing on the facts and reasons for the recusal within the four days after reviewing the recusal report.

If he fails to reply within the said period against the reasons for the recusal or if he has admitted them in his reply, where these reason are legally good for the recusal, the president of the court shall render a decision accepting the recusal application and the removal of the judge.

## Article 109

*The text of Article 109 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 05/04/2005 and became as follows:*

If the judge denies the reasons for the recusal, the president of the court shall designate the circuit which shall examine the recusal application on the next day following the elapse of the time limit indicated in the preceding article. The court's clerks' office must notify other litigants of the original lawsuit in the session fixed for its examination, so they submit their recusal claims pursuant to the last paragraph of article (104) of this Law, and this circuit must investigate the application in the council chamber, then adjudicate it after hearing the statements of the claimant and the remarks of the judge if necessary or if so requested; the judgment shall be pronounced in an open session.

It is not allowed in the investigation of the recusal application to interrogate the judge or administer the oath at him.



### Article 110

*The text of Article 110 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 05/04/2005 and became as follows:*

Notwithstanding the provisions of Article (108) of this Law, the president of the court must, in case of submitting recusal claims in a previous recusal application before closure of the hearing, refer these claims to the same circuit examining this application to render one judgment in all of them.

In all instances, the judgment rendered on the recusal application shall not be subject to any means of recourse.

### Article 111

*The text of Article 111 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 05/04/2005 and became as follows:*

In case of dismissal of the recusal application or forfeiture of the right therein or its inadmissibility, the court shall adjudge the claimant to be liable to pay a fine of at least two thousand riyals up to five thousand riyal and shall confiscate the guarantee.

In all instance, the fine shall be equal in number to the number of the challenged judges.

In the event of waiver of the recusal application, the court shall order the confiscation of the guarantee.

### Article 112

**The text of Article 112 was abrogated by virtue of Article 3 of Qatar Law No. 13/2005 of 05/04/2005.**

### Article 113

**The text of Article 113 was abrogated by virtue of Article 3 of Qatar Law No. 13/2005 of 05/04/2005.**

### Article 114

Submitting the recusal application shall result in the stay of the original lawsuit until a final judgment is rendered. Nevertheless, the court, in case of urgency, and at the request of the other litigant, may assign a judge to replace the challenged judge.

**The text of the last paragraph of article 114 was abrogated by virtue of Article 3 of Qatar Law No. 13/2005 of 05/04 /2005.**

### Article 115

In case of dismissal of the recusal application, forfeiture of the right therein or its inadmissibility or the verification of its waiver, the submission of another recusal application shall not result in the stay of the original lawsuit. Nevertheless, the court examining the recusal application may, at the request of the concerned persons, order the suspension of the proceedings in the original lawsuit. The provision of the preceding article shall apply in this instance.

### Article 116

If the judge files a lawsuit for compensation against the claimant of the recusal or submits a notice to the competent authority, he will then be lacking jurisdiction to adjudicate the lawsuit, and shall be required to recuse himself from examining it.

## Part 8 - Judgments

## Chapter 1 - Issuance of Judgments

### Article 117

The judges shall secretly and jointly deliberate on the judgments.

### Article 118

Only judges who have heard the case may participate in the deliberations, otherwise the judgment shall be deemed null and void.

### Article 119

The court, during the deliberation may neither hear the statements of any litigant or his proxy unless in the presence of his adversary, nor accept papers or memorandums from any litigant without make them available to the other party, under penalty of nullity.



Qatar Law No. 13/1990 Promulgating the Civil and Commercial Code of Procedure Law

## Article 120

The judgments shall be rendered by the majority votes, if the majority is not established, and if the opinions were divided into more than two parts, and after the second voting, the youngest judge must adjoin to the opinion of the senior judge to achieve the required majority.

## Article 121

The judgment shall be pronounced by reading out its operative part, or by reading out the operative part with its grounds. Pronouncement shall be made in an open session, otherwise the judgment shall be deemed null and void. Pronouncement of the judgment must be made in the presence of the judges who have participated in the deliberation. If it reveals impossible for one of them to appear, it is required that he has signed its draft.

In all instances, the draft judgment which contains its grounds must be deposited at the clerks' office and be signed by the president and the judges at time of pronouncement of the judgment, under penalty of its nullity.

## Article 122

*Article 122 was replaced by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, to become as follows:*

At the end of the pleading, the court may pronounce the judgment at the hearing or defer the pronouncement thereof to another close hearing it shall set.

The pronouncement of the judgments which are rendered during the proceedings and which do not terminate the dispute as well as the decisions opening up the court proceedings shall be deemed as a service to the litigants that were present at one of the hearings or that submitted their statements of defence, unless the sequence of the hearings is interrupted for any reason after their appearance, or their submission of the statements of defence, in which case the clerk's office shall serve the litigants with the judgment or the decision referred to in the manners prescribed by this Law.

## Article 123

If the case requires that the pronouncement of the judgment be deferred for the second time, the court shall declare this matter in the session and must appoint the day on which it shall be pronounced with statement of the reasons for postponement in the minutes of the session.

## Article 124

Opening of the hearing after the determination of a session for the pronouncement of the judgment shall only be allowed by a decision declared by the court in the session and for serious reasons only to be indicated in the minutes of the session.

## Article 125

The draft of the judgment which contains its operative part and reasons shall be retained in the file, no copies shall be given, but the parties may review it until the original copy of the judgment is completed.

## Article 126

The judgment must contain the reasons which it has relied on under penalty of nullity.

The judgment must state the issuing court, date and place of issuance, the names of judges who heard the hearing, participated in the judgment and attended its pronouncement, the name, title, capacity and domicile of each party, their appearance in court and absence.

The judgment must contain a presentation of the whole facts of the lawsuit, the claims of the litigants, a summary of their pleas and substantial defense, after; it shall state the groundings and the operative part of the judgment.

Deficiency in and the lack of factual reasoning of the judgment or the gross error in the names and capacities of the litigants, in addition to not mentioning the names of the judges who have rendered the judgment shall result in the annulment of the judgment.

## Article 127

The original copy of the judgment which includes the facts of the lawsuit, reasons and operative part must be signed by the president of the session and the clerk and it shall be retained in the file of the lawsuit within seven days from the day on which the draft is deposited.

## Article 128

A copy of the judgment, which shall be used in the enforcement, shall be stamped with the court seal and signed by the clerk after being appended with the executory formula. It shall only be handed over to the litigant who has an interest in the enforcement of the judgment, and where this judgment is enforceable.



### Article 129

If the clerks' office refrains from giving the first executory copy, the applicant may submit a complaint to the interim judge of the court which has rendered the judgment to decide this matter, pursuant to the procedures specified in the Part of Orders on Petitions.

### Article 130

A second executory copy may not be handed over to the same litigant unless where the first copy is lost. An application for the delivery of the second copy shall be submitted to the court which has rendered it by pleadings to be notified from one party to his adversary.

## Chapter 2 - Costs of Claim

### Article 131

The court, when issuing the judgment that ends litigation, may decide on its own initiative on the costs of the lawsuit. The costs of the lawsuit shall be decided to be borne by the party ordered to pay. Attorney's fees shall be included in the costs.

If there are several defendants, a judgment may be rendered to that the costs be equally distributed between them, or be proportionate to the interest of each of them in the lawsuit as to be assessed by the court. They shall not be jointly liable to pay the costs unless they are jointly liable for the adjudged original obligation.

### Article 132

The court may impose all or some of the costs on the prevailing if the right was undisputed by the defendant, or where the prevailing has caused disbursement of unnecessary costs, or if a litigant has not brought to the knowledge of his adversary the conclusive documents in the lawsuit or the content of these documents.

### Article 133

Where the two parties have not succeeded in all their claims, the judgment may decide that each party shall bear the costs paid by him or that the costs, as assessed by the court in the judgment, be distributed between them. It may also impose all the costs on one party.

### Article 134

The costs of intervention shall be imposed on the intervener having independent claims if his intervention in the lawsuit was not admitted or if his claims were dismissed.

### Article 135

The court may adjudge compensations for the costs emanating from a lawsuit or defense with mischievous intent.

Without prejudice to the provision of the previous paragraph, the court; when rendering the judgment on the merits, may impose a fine not in excess of five hundred riyal on the litigant who adopts a procedure, submit a claim, plea or defense in bad faith.

### Article 136

The costs of the lawsuit shall be assessed in the judgment, if possible, otherwise, they shall be assessed by the president of the authority which has rendered the judgment by an order on a petition brought by the prevailing party, and this order shall be notified to the party ordered to pay. The forfeiture specified in Article (146) shall not apply to this order.

### Article 137

Any party may submit a grievance against the order mentioned in the preceding Article. This grievance shall be performed by a report to the clerks' office in the court which has rendered the judgment within the eight day following the notification of the order. The clerks' office shall appoint the date on which the grievance shall be examined before the court in the council chamber, and the litigants be notified of such before three days from the appointed date.

## Chapter 3 - Correction and Interpretation of Judgments

### Article 138

Mere material errors either in writing or in computation shall not affect the validity of the judgment. The court shall rectify of any of these errors in its judgment by a decision to be issued on its own initiative or at the request of any party without a hearing.

The clerk of the court shall inscribe this rectification on the original copy of the judgment that must be signed by him and the president of the session.



The decision rejecting the correction shall not be subject to recourse independently of the judgment. The decision on the correction may independently be challenged, when the court misuses the right specified in the preceding paragraph, by way of the recourse recognized for the judgment subject of correction.

### Article 139

An application for the interpretation of any ambiguity or vagueness in the operative part of the judgment may be brought to the court that has rendered the judgment by the parties to litigation.

The application shall be submitted through the ordinary means for filing a lawsuit. The clerk of the session shall inscribe the decision on the correction on the margins of the original judgment; and the decision on the interpretation shall in all aspects be deemed supplementary to the judgment to interpretation, and shall be subject to the rules of the means of recourse applicable to this judgment.

### Article 140

Where some substantive motions are neglected by the court, the concerned person may serve to his adversary a notice for appearance before the same court to examine and adjudicate this application.

## Part 9 - Orders on Petitions

### Article 141

In the instances where a litigant show good reason for the issuance of an order, a petition shall be submitted to the interim judge of the competent court. This petition shall be made in duplicate and must contain the facts of the claim, the grounds thereof and be supported with the corroborating documents.

### Article 142

The order issued by the judge either in the acceptance or refusal must be written on one of the copies of the petition on the next day at most from its submission.

It is not required to mention the grounds on which his order is based unless it is contrary to a previous order, at this time, the reasons which have required a new order must be mentioned under penalty of nullity.

### Article 143

The clerks' office must retain the original petition, and on the next day of its issuance at most he must hand over the second copy to the applicant imprinted with the order.

### Article 144

The applicant whose petition is dismissed and the person subject to the order are entitled to submit a grievance to the competent court unless otherwise specified by the law. The grievance must be brought within seven days from the date of issuance of the order, unless the grievant is the ordered party, thus, it shall be submitted within seven days from the date of his notification.

The grievance must be justified under penalty of nullity.

The grievance shall be according to the ordinary procedures for filing a lawsuit before the court which may confirm, modify or cancel the order; its decision shall be challengeable through the ordinary means of recourse.

### Article 145

The grievance may be filed consequently to the original lawsuit of whatsoever status and even if during the hearing in the session.

### Article 146

The order on petition shall lapse if it is not submitted for enforcement within thirty days from its issuance. Such forfeiture will not prevent from issuing a new order.

## Part 10 - Payment Orders

### Article 147

*Paragraph 2 of Article 147 was replaced by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, to become as follows:*

Notwithstanding the general rules for filing first instance lawsuits, a money creditor, should his debt be definite, payable and proven in writing whether by an ordinary bond or by any of the endorsable commercial papers, and where the creditor is



restricted to claim the drawer, endorser, approving person, or the preventive insurer of any of them, may request for a payment order from the judge of the competent civil court after the debtor is first served with a payment notice of at least five days-time-limit.

Payment notice shall be made by a registered letter or in the manner agreed upon by the litigants, and a plea of non-payment shall substitute for said notice.

An application of a payment order submitted by the creditor shall not be accepted unless supported with a proof of payment of fees in full.

### Article 148

The payment order shall be issued upon a petition submitted by the creditor or his representative, supported with the debt bond and proof of payment notice. This bond shall remain at the clerks' office until the elapse of the grievance period specified in Article (151).

The petition shall be drafted in duplicate, and must contain the facts of the claim, the grounds thereof, the full name of the debtor and his domicile, and be attached with the corroborating documents thereof; the applicant must designate a chosen domicile in Qatar if he has no place of domicile or business therein.

A copy of the petition must be imprinted with the order within three days at most from its submission, and must indicate the original and complementary debts and expenses to be paid.

### Article 149

If the judge has not acceded to all the claims of the applicant, he must abstain from issuing the order, and must set a session to examine the lawsuit before the court, which shall be notified to the adversary by the clerks' office.

Rejecting that the order be enforceable shall not be deemed as rejection of certain claims pursuant to the provision of the previous paragraph.

### Article 150

The petition or the payment order rendered against the debtor must be notified in person to the debtor or at his domicile.

If the petition with the payment order is not served on the debtor within three months from the date of order, it shall be deemed as if never existed.

### Article 151

The debtor may submit a grievance against the order within thirty days from the date of its notification. The grievance shall be performed by subpoenaing the creditor to appear before the competent court. The notice of subpoena must comply with the requirements specified for the statement of claim.

The grievance must be justified under penalty of nullity, and the time-limit for appeal shall start as of the lapse of the time-limit for grievance or from the date on which the grievance is considered as if never existed.

The right to a grievance against the order shall lapse if it is directly appealed.

### Article 152

The grievant shall be considered as the plaintiff. The rules and procedures adopted before the court of first instance shall apply. If the grievant fails to appear in the first session decided to examine the grievance, the court may decide on its own initiative to consider the grievance as if never existed.

### Article 153

The provisions of summary enforcement shall apply to the payment order and to the decision on grievance pursuant to the instances indicated by this law.

### Article 154

Notwithstanding the provisions of articles (363), (401), (445) of this law, a garnishment order shall be issued by the judge who is competent to issue the payment order where a petition for writ of garnishment is submitted by the creditor subject to the provision of Article (147), and in the instances where the creditor is entitled to request the judge to issue an order of provisional seizure.

The creditor is required to submit a payment application and a proof of validity of garnishment to the said judge within eight days from the date of garnishment. The writ of garnishment served on the distrainee must contain a notice of submission of this application under penalty of nullity of garnishment.



## Part 11 - Means of Recourse Against Judgments

### Chapter 1 - General Provisions

#### Article 155

Any recourse against judgments shall only be made by the losing party, and not by a person who have accepted the judgment or whose claims have been approved unless otherwise specified by the law.

#### Article 156

Any recourse against judgments rendered during the proceedings and do not end the litigation, whether irrevocable or relating to evidence or proceedings, shall only be appealed after the issuance of the final judgment, except for interim and summary judgments, and those issued for the suspension of lawsuit and the enforceable judgments.

#### Article 157

The time-limit for recourse against a judgment shall run from the date of its issuance unless otherwise specified by the law. And this time-limit shall start from the date of notification of the judgment to the losing party in the instances where he fails to appear in all the sessions fixed to examine the lawsuit without having submitted a statement of his defense, and where the losing party fails to appear and submit a memorandum in all the sessions which follow the revival of the lawsuit after it has been suspended for any reason.

The time-limit shall also start from the date of notification of judgment if the litigation is interrupted for any reason, and where the judgment is issued without litigating the heirs of the deceased party or that who lost his litigation capacity or to be sued or whose capacity is extinguished.

The judgment shall be notified to the losing party in person or at his original domicile.

The time-limit shall run against the party who served the notice and the recipient.

#### Article 158

The appeal shall be notified to the adversary in person or at his original domicile. He may be notified at his chosen domicile indicated in the notice of judgment.

If the respondent is the plaintiff, and if his original domicile was not cited in the statement of claim, he may be notified at his chosen domicile indicated in the pleadings.

#### Article 159

Non-compliance of the time-limits for recourse against judgments shall result in the lapse of the right of recourse. And the court may decide on its own initiative on the lapse.

#### Article 160

The time-limit for recourse shall cease by the death of the losing party, the loss of his litigation capacity, or the extinguishment of the capacity of the person who was proceeding on his behalf. Such cessation shall not end unless after the notification of the judgment to the person who replaces the deceased party, or whose litigation capacity is lost, or who capacity is extinguished, and the lapse of the time-limits decided by the Law of the country of the deceased person to acquire the capacity of an heir if he is.

#### Article 161

If the prevailing party dies within the time-limit for recourse, the appeal may be submitted by his adversary and be notified to the last domicile of the deceased person to his heirs collectively and without indicating their names and capacities.

Where the lawsuit is brought and notified in the aforementioned manner, it must be re-notified to all the heirs personally cited by their names and capacities or at the domicile of each of them before the session fixed for the examination of the appeal or on the date decided by the court.

If the prevailing party, within the time-limit for recourse, loses his litigation capacity or if his representative who proceeded on his behalf has died or if his capacity is removed, the appeal may be submitted and notified to the person who lost his capacity or to the person whose representative has died or whose his capacity is removed provided that the appeal be re-notified to the substitute of the litigant in person or at his domicile before the session fixed to examine the appeal or on the date decided by the court.

#### Article 162

The appeal will only benefit the appellant, and shall only be protested against the respondent.



If the judgment is rendered in an indivisible matter, or collective obligation or in a lawsuit which the law requires certain persons to be disputed, any losing person who has not complied with the time-limit for recourse or who has accepted the judgment may, during the examination of the recourse submitted within the time-limit by any of the other parties, join the proceeding, otherwise, the court shall order the appellant to dispute him in the recourse.

If the recourse is brought against any of the prevailing parties within the time-limit, all other prevailing parties must be disputed even after the termination of the time limit in their regard.

The guarantor and the guaranteed may benefit from the recourse submitted by any of them against the judgment issued in the original lawsuit if they submitted a joint defense.

## Chapter 2 - The Appeal

### Article 163

*The text of Article 163 was replaced by virtue of Article 5 of Qatar Law No. 13/2005 dated 05/04/2005 and became as follows:*

The parties, in other than the instances excluded by law, may appeal against the judgments of the courts of first instance issued within its first instance jurisdiction.

They may agree, even before filing the lawsuit, that the judgment of the court of first instance be final, and the judgment shall not be appealed in this instance, unless in case of nullity of judgment or proceedings upon which the judgment is based. In this instance, the appellant, when submitting the appeal, is required to deposit in the treasury of the court of appeal a guarantee of two hundred riyals.

If there are several appellants, the deposit of one guarantee shall suffice if they have brought up their appeal in one pleading even if the grounds for recourse were different. The guarantee shall be confiscated by force of law, if the appeal is dismissed or rendered inadmissible or void without prejudice to the right of the adversary to claim for the costs in case of good reason.

### Article 164

The time-limit for appeal is thirty days unless otherwise specified by the law.

The time-limit for appeal is twenty days in urgent matters unless otherwise specified by the law.

### Article 165

If the judgment rendered is based on fraud committed by a litigant or on a forged paper, or a false testimony or for failure to produce a decisive paper in the lawsuit withheld by a litigant, the time-limit for appeal shall start only from the day on which the fraud is revealed or forgery is adjudicated by the acknowledgment of its perpetrator or by a decision, or from the day on which the perjurer is sentenced or the withheld paper is revealed.

### Article 166

Without prejudice to the provision of Article (169), the appeal submitted against a final judgment shall require all the previous judgments in the case be appealed unless were explicitly accepted.

An appeal against the judgment issued on a precautionary claim shall certainly result in that the judgment rendered in the original claim be also appealed. In this instance, the prevailing party cited in the original claim must be disputed even after the lapse of the time-limit.

### Article 167

The appeal shall be filed by a pleading to be deposited in the clerks' office of the court to which the appeal is brought pursuant to the situations decided for filing a lawsuit; the pleadings must comprise a statement of the appealed judgment and its date, the grounds of appeal and motions under penalty of nullity.

### Article 168

The clerks' office of the court to which the appeal is submitted is required to register the statement of appeal at the court's register provided for this purpose on the day of its submission, and request on the following day to adjoin the file of the first instance lawsuit.

The clerks' office of the court which has rendered the judgment must send the file of the lawsuit within ten days at most from the date of request.

The court to which the appeal is brought shall render an irrevocable judgment of a fine not in excess of two hundred Riyal against the person who neglects to send a request for the adjoining of the file or who fails to send it within the time-limit.



### Article 169

The appeal shall transfer the lawsuit in its condition before the issuance of the appealed judgment as regards the appealed matters only.

### Article 170

The court shall examine the appeal on basis of new evidence, pleas and grounds of defense in addition to whatever is previously submitted to the court of first instance.

### Article 171

The court revoking a judgment issued in the original claim must remit the case to the court of first instance to adjudicate the precautionary claims.

### Article 172

New claims shall not be admitted in the appeal, and the court may decide, on its own initiative, for its dismissal.

Nevertheless, wages, salaries and other supplements that fall due after submitting the final claims before the court of first instance may be added to the original claim, in addition to the surplus compensations after submitting these claims.

Changes and new causes shall not change the merits of the original claim.

### Article 173

The intervention of any person who has not been disputed in the lawsuit subject of the appealed judgment is not allowed, unless otherwise specified by the law.

Only persons requesting to join a party or who may be protested against by the judgment may intervene in the appeal, and may object to it pursuant to the provisions specified in this regard.

### Article 174

The respondent may until before the closure of the hearing, submit a cross-appeal in the ordinary procedures or by a memorandum with the grounds of his appeal

If the cross-appeal is filed after the elapse of the time-limit for appeal, or after accepting the judgment yet before filing the original appeal, it shall be deemed a collateral appeal that shall follow the original appeal and extinguish by its extinguishments.

### Article 175

In all instances, the court shall decide to accept the abandonment of the litigation in the appeal if the appellant waives his right by abandoning his right subject of the lawsuit, or if the time limit of the appeal has elapsed during the time of abandonment even if the appellant has not waived his right.

### Article 176

A judgment rendered for the acceptance of abandonment of the litigation in the original appeal shall result in the annulment of the collateral appeal, and the court at its discretion may render any litigant liable to pay the costs upon the circumstances and status of the lawsuit.

### Article 177

The lawsuit before the court to which the appeal is filed shall be subject to the same rules that apply to the lawsuit before the court of first instance with respect to either the procedures or the judgments unless otherwise specified by the law.

## Chapter 3 - A Petition for Review

### Article 178

The parties may submit a petition for review against final judgments in the following instances:

1- If the judgment obtained is based on fraud committed by any party or his representative.

2- If the party, after the judgment has acknowledged that the documents upon which the judgment is based are false, or if they are declared to be false.

3- If it has been adjudicated on a testimony of a witness that, since the judgment, have been judicially declared false.

4- If, the petitioner has obtained, since the document, decisive papers that have been withheld by the act of another party.

5- If the judgment grants something not requested by the litigants, or grants more than the requested.



6- If the points mentioned in the operative part of the judgment contradict one another.

7- If a judgment is rendered against a physical or juristic person who was not duly represented in the lawsuit except for the case of legal representation.

### Article 179

The time limit for the petition shall be thirty days. And shall run, in the instances specified in the first four paragraphs of the preceding article as of the date on which the fraud is revealed, or forgery is adjudicated by the acknowledgement by its perpetrator or by a decision, or on which the perjurer is sentenced, or the decisive paper is revealed; the time limit in the first three instances specified in paragraphs five, six and 7 of the preceding article shall start as of the date of notification of the judgment.

### Article 180

The petition shall be brought before the court which has rendered the judgment by pleadings to be deposited at the clerks' office pursuant to the situations decided for filing lawsuits.

The pleadings must include a statement of the petitioned judgment, its dates and the grounds of petition under penalty of nullity.

### Article 181

Filing the petition shall not result into the stay of execution of the judgment. Nevertheless the court which examines the petition may order the stay of execution, if so requested, and where the enforcement may result in a serious damage impossible to avoid.

The court may, when it orders the stay of execution, require the submission of a guarantee or whatever it may deem appropriate to maintain the right of the impugned party.

### Article 182

The court shall adjudicate first the admissibility of the petition, then, if admitted it shall fix a date for the hearing on the merits without the need for a new notice. Nevertheless, it may decide to admit the petition and the merits in one single judgment if the parties have submitted their claims on the merits.

The court may only examine the claims tackled by the petition.

### Article 183

If the petition is dismissed, the petitioner shall be sentenced to pay a fine not in excess of five hundred riyal. The petitioner may be sentenced to compensations in case of good reason.

### Article 184

The judgment of dismissal of petition, and the judgment on the merits after its admittance, shall not be subject to any recourse.

The judgment on the merits will substitute for the previous judgment, and the guarantee will be returned to the petitioner.

## Part 12 - Third Party Opposition

### Article 185

Any person whose interest is impeded by the judgment, even if he was neither a party to nor an intervener in the lawsuit, may oppose to this judgment on condition of submitting a proof of fraud or collusion committed by his representative or his serious negligence.

The joint creditors and debtors, the creditors and debtors of a joint indivisible obligation may oppose to the judgment issued against any creditor or debtor.

### Article 186

The opposition shall be brought to the court which has issued the judgment by the ordinary procedures for filing a lawsuit in which both the prevailing party and the losing party shall be disputed. The pleadings must state the challenged judgment, the grounds of opposition under penalty of nullity.

The court which is examining the opposition may be composed of the same judges who have rendered the judgment.

The opposing party, when filing the opposition, is required to deposit one hundred riyal as a guarantee, if the challenged judgment is rendered by the court of restricted jurisdiction or the full jurisdiction court and two hundred riyal if the judgment is rendered by the court of appeal. The clerks' office shall not accept the statement of opposition not supported with a proof of deposit of the guarantee.



If several opposing parties have submitted their opposition in the same proceeding, even if based on different grounds of opposition, a deposit of one guarantee shall suffice.

The persons who are exempted from the judicial fees shall be exempted from the deposit of this guarantee, as the government also shall be exempted from such deposit. If a judgment is rendered for the dismissal of the opposition, or its inadmissibility, abatement, annulment or rejection, the guarantee will be confiscated by force of law.

### Article 187

Third party opposition may be incidental to an existing lawsuit unless the court lacks jurisdiction due to the rule on ratione materiae, or claim-value or where the judgment is rendered by a higher court, at this point, an opposition shall only be allowed in form of an original lawsuit to be brought to the court which has issued the judgment.

### Article 188

The right to oppose the judgment shall remain unless the right of the opposing parties has lapsed due to time limitation.

### Article 189

An opposition against a judgment shall not stay the execution unless the court to which the objection is brought orders to stay the judgment for significant reasons.

The opposition shall result into the lawsuit shall be reexamined by the court with the respect to the points to which the opposition is limited only.

If an opposition is admitted by the court, it shall only cancel or amend the challenged judgment as regards the parts harmful to the opposing party.

The judgment on the opposition shall only benefit the party filing it. And it may be appealed pursuant to the rules decided in this regard.

## Part 13 - Arbitration

### Article 190

A certain dispute may be referred to arbitration by a special arbitration deed. All disputes arising out from the execution of a certain contract may also be subject of on arbitration agreement.

An arbitration agreement must be stipulated in writing.

The subject matter of the dispute must be specified in the arbitration deed or during the hearing, even if the arbitrators are assigned to conciliation, otherwise the arbitration shall be null and void.

Arbitration is not allowed where matters cannot be submitted to conciliation.

Arbitration is allowed to any person having legal capacity to act.

### Article 191

Neither a conciliator nor an arbitrator may be assigned in the capacity of conciliating arbitrators unless their names are mentioned in an arbitration agreement or in an independent agreement.

### Article 192

An arbitration clause shall result into the waiver of the rights of litigants to resort to the court of original jurisdiction.

If a dispute has arisen out as regards the execution of a contract with an arbitration clause, and where a party to the dispute has brought a lawsuit before the competent court, the other party may cling to the arbitration clause in a form of plea of inadmissibility of the lawsuit.

### Article 193

The arbitrator may not be a minor, an incapacitated or deprived of his civil right due to a criminal punishment or bankrupt unless he has been rehabilitated.

If many arbitrators are appointed, in all instances, their number must be odd, under penalty of nullity of the arbitration.

Without prejudice to the provisions of the special laws, the arbitrators must be specified in the arbitration agreement or in an independent agreement.

### Article 194

The acceptance by the arbitrator must be in writing unless he is appointed by the court. The arbitrator may not withdraw from arbitration after accepting his task unless for a serious reason, otherwise he shall be sentenced to pay to the litigants for the damage incurred.



Removal of arbitrators shall only be made by the agreement of all parties or by a decision from the court, and they may not be challenged unless for reasons that occur or appear after the conclusion of the arbitration deed. The challenge shall be requested by the procedures and for the same reasons specified for challenging a judge or of which he is considered incompetent to rule.

The challenging application shall be brought to the court of original jurisdiction within a time-limit of five days from the date of notification of the adversary of the appointment of the arbitrator.

The court's decision on the challenging application is appealable pursuant to the rules specified in Article (205).

## Article 195

If a dispute arises out, and if the litigants have not agreed on the arbitrators, or if one or more arbitrators agreed upon have abstained, withdrawn or removed from office, or if he becomes unable to perform his task, and where no agreement exists among litigants in this regard, any of them may request the court of original jurisdiction to appoint necessary arbitrators. The application shall be brought in the ordinary procedures for filing a lawsuit.

The court shall examine the application in the presence of other litigants or in their absence after they were summoned, the judgment on the appointment of arbitrators shall not be subject to any appeal. But the decision rejecting the appointment of arbitrators shall be appealable pursuant to the rules specified in Article (205).

## Article 196

The proceeding before the arbitrator shall be interrupted if any of the reasons for the interruption of litigation as specified in this law arises. The interruption shall result in the implications decided in this law.

## Article 197

The arbitrators are required to rule within the time-limit conditioned in the arbitration deed unless the litigants agree to its extension.

If the litigants have not agreed to a time-limit for the award to be rendered, the arbitrators are required to rule within three months from the date of accepting the mandate to arbitrate.

If the arbitrators fail to issue their award within the time-limit conditioned in the arbitration deed or within the time limit specified in the preceding paragraph, or they fail to arbitrate in the event of force majeure, any litigant may bring the issue to the court of original jurisdiction to add a new period or to adjudicate on the dispute or to appoint other arbitrators.

In case of the death of any litigant, removal of the arbitrator or submitting a challenging application, the time limit determined for the issuance of the arbitration award shall be extended to the period during which this reason will be terminated.

## Article 198

Without prejudice to the provisions of this part, the arbitrators shall render their award without being restricted to the hearing procedures specified in this law. Their award shall be consistent with the rules of the law unless they were assigned to conciliation and on condition not to violate the rules of public order and morals.

If it is agreed upon that the arbitration shall take place in Qatar, the laws of the State of Qatar shall be applicable on the elements of the dispute unless otherwise agreed upon by the parties.

## Article 199

If during the arbitration, an interlocutory matter beyond the jurisdiction of the arbitrators arises, or if a claim has been filed on paper forgery or if criminal proceedings have been launched on forgery or on any other criminal act, the arbitrators shall stop their functions and the time limit determined for the judgment to be rendered shall also be stopped until a final decision on the interlocutory matter is issued.

## Article 200

The arbitrators shall rule on basis of the arbitration deed and the statements of the litigants. The arbitrators are required to set a date for the litigants to submit their documents, memorandums and statements of defense. The litigants are required to submit to the arbitrators all the papers and documents in their possession and must adhere to the requests of the arbitrators.

The arbitral tribunal may request from the court of original jurisdiction to render a decision for the production of a significant document in the possession of a third party or to summon a witness to testify before the tribunal.

The arbitral tribunal may require the witnesses to take the oath. Any person who gives a false testimony shall be prosecuted for the crime of perjury committed before the court. The competent authority, after being notified by the tribunal, may investigate him and put him to trial so as to be punished by the specified penalty thereof.

## Article 201

The arbitrators shall resort to the court of original jurisdiction to perform the following:

https://www.lexismiddleeast.com



1- Sentencing the witnesses who fails to appear or abstain from answering with the penalties specified in part three of book two of this law.

2- Order judicial delegations required for the adjudication of the dispute.

## Article 202

The arbitration award shall be rendered; after deliberation, by the majority votes.

The award must be in writing and must specifically include a copy of the arbitration deed and an abstract of the statements and documents of the litigants, the reasons and text of the award, the place and date of issue, and the signatures of the arbitrators.

If one or more arbitrators abstain from signing the award, this issue must be stated. The award signed by the majority of the arbitrators shall be deemed valid.

The award shall be considered to be rendered as from the date it was signed by the arbitrators after being written even if before its pronouncement or deposit.

## Article 203

The original copy of all arbitrators awards, even on any investigation proceedings, must be deposited with the knowledge of one of them at the clerks' office of the court of original jurisdiction with the original arbitration deed within fifteen days following the date of their issuance, the court's clerk shall write a minute of this deposit of which a copy must be notified to the litigants.

If the arbitration is related to a case of appeal, the deposit must be made at the clerks' office of the court of appeal.

## Article 204

The arbitrators' award shall not be enforceable unless by an order issued by the judge of the court wherein the original award is deposited with its clerk's office at the request of one of the concerned parties.

The judge shall order the enforcement after having perused the award and the arbitration deed, and after ascertainment no reason to prevent the enforcement. The enforcement order shall be written at the bottom of the original award. The judge ordering the enforcement shall be competent to examine any matter related to the enforcement of the award.

## Article 205

The arbitrators' awards are appealable pursuant to the rules determined for the appeal of judgments rendered by the court of original jurisdiction within fifteen days from the date of deposit of the original award at the court clerks' office. The appeal shall be brought before the competent court of appeal.

Nevertheless the award shall not be appealable where the arbitrators act as conciliators or when they are appointed as arbitrators in the appeal, of if the litigants have explicitly waived their right of appeal.

## Article 206

Except for the two instances 5 and 6 of Article (178), the arbitrators' awards may be challenged by petition for review pursuant to the rules specified thereof as regards the courts' judgments.

The petition shall be brought to the court of original jurisdiction.

## Article 207

Any concerned person may request for the annulment of the arbitrators' award in the following instances:

1- If it is rendered without an arbitration deed, or is based on a void and null deed or which has lapsed by time limitation or if the arbitrator has exceeded the limits of the deed, or has violated any of the rules of the public order or morals.

2- If paragraphs (3), (4) or (5) of Article (190) or paragraph (1) of Article (193) are violated.

3- If the award is rendered by arbitrators not appointed according to the law, or if it is rendered by some of them without being so empowered in the absence of the others.

4- If the there is something invalid in the ruling or in the proceeding that has affected the award.

## Article 208

The annulment request shall be brought by the ordinary procedures to the court of original jurisdiction. Waiver of this right made by the litigant before the issuance of the arbitrators' award shall not preclude from accepting the request for annulment.

Lodging a lawsuit for annulment of the arbitrators' award shall result in the stay of execution unless the court decides to proceed with the execution.



### Article 209

The award may be affirmed, or wholly or partially be annulled by a decision from the court to which the request for the annulment of the arbitration award is brought.

In the event of annulment of the arbitration award whether in whole or in part, the court may remit the case to the arbitrators to amend any defects in their award or to adjudicate on the dispute by itself if it deems it appropriate for adjudication.

The decision to be rendered shall not be subject to any opposition. But it may be appealed pursuant to the conditions specified in the law.

### Article 210

The fees of the arbitrators shall be determined by the agreement of the parties in the arbitration deed or in a subsequent agreement upon the request of any of the concerned party in the presence of the others or in their absence after having been summoned; its decision shall be final.

# Book 2 - Evidence

## Part 1 - General Provisions

### Article 211

The creditor must prove the obligation, and the debtor must prove its denial.

### Article 212

The facts to be proved must be relevant to the lawsuit, effective and admissible.

### Article 213

The judge may not adjudicate according to his personal knowledge that he has acquired outside the court.

### Article 214

Judgments on the evidence need not be justified, unless they include a final ruling.

A decision ordering an investigation must specify the facts ordered to be proven, the day on which the investigation will start, time and venue where it will be carried out.

The operative parts of these decisions must be notified to any party present at the pronouncement of judgment. Orders appointing the date on which the evidence will be carried out, must also be notified under penalty of nullity.

The service of notice shall be carried out upon the request of the clerks' office within two day time- limit.

### Article 215

The court may withdraw its orders on the evidence procedures provided that reasons of withdrawal must be stated in the minute. The result of the proceeding is not binding to the court on condition that the reasons must be indicated in its judgment.

## Part 2 - Documentary Evidence

### Chapter 1 - Official Documents

### Article 216

Official document are documents in which a public officer or a public servant indicates, in accordance with the legal conditions and within his power and competence, the acts performed before him or the statements of the concerned persons.

If these documents lack the official nature, they shall be considered as informal documents where they bear the signatures, seals or fingerprints of the concerned persons.

### Article 217

Official documents are considered proof against others with regards to the matters inscribed therein whether carried out by their author within the limits of his duty, or signed by the concerned persons in his presence unless they are declared a forgery by means of law.



### Article 218

If the original official document exists, its certified copy whether written or photocopied shall be deemed a proof as it conforms to the original. The copy shall be deemed a true copy unless otherwise disputed by any of the parties. In this instance the copy will be compared to the original.

### Article 219

If the original official document does not exist, the copy shall be deemed a proof as in the following manner:

a- The original official copy whether enforceable or non-enforceable shall have the probative force as the original where the face of the document allows no doubt to its conformity to the original.

b- The official copy of the original copies shall have the same probative force, but in this instance, any of the two parties may request that it be compared with the original copy from which it was produced.

c- Any other official copies of the copy produced from the original copy may only be considered as general supporting evidence according to the circumstances.

## Chapter 2 - Informal Documents

### Article 220

The informal document shall be deemed as issued by the signer unless this latter explicitly denies the handwriting, signature, seal or fingerprint attributed to him.

The heir or the successor shall not be claimed to deny, and his statement under oath in which he declares that he does not recognize the handwriting, the signature, the seal or fingerprint attributed to its author shall be sufficient. Denial of the handwriting, signature, seal or fingerprint of an informal document shall only be accepted if raised prior to any defense on the merits.

### Article 221

The informal document shall not constitute a proof as to its date against third parties, unless from an established date.

The document shall have an established date:

a- As of the date of registration in the register prepared for this purpose.

b- As of the date on which its content is proven in another paper with a fixed date.

c- As of the date of its notation by a competent public officer.

d- As of the date of death of any person whose writing, signature or fingerprint is recognized on the document, or as of the day when it becomes impossible for this person to write or impress for an ailment in his body.

e- As of the day of the last accident which constitutes a conclusive proof that the paper is issued before its occurrence.

Nevertheless, the judge; according to circumstances, may not implement the provisions of this Article on quittances.

### Article 222

Signed letters shall have the same weight of evidence as the informal document. Telegrams, telexes, facsimiles shall have the same weight also, if its original deposited at the place of forwarding is signed by the sender. The telegrams and letters shall be deemed conforming to the original unless otherwise established. If the original is destroyed, it shall only be considered as general supporting evidence.

### Article 223

All matters stated in the merchants' books shall not be deemed as evidence against non-merchants. But the judge is allowed to address the suppletory oath to any of the two parties in the light of the statements proven in these books as regards matters allowed to be proven by evidence.

The merchants' books shall be considered evidence against the merchants themselves.

If these books are regularly kept, a person wishing to extract therefrom any evidence in his favor may not fractionalize the information entered therein or exclude the matters that contradict his claim.

### Article 224

If the entries of the books of two merchants that are regularly kept show a contradiction between them, the judge may decide either that the two contradicting evidences are false or may prevail one as the case may be.



### Article 225

If one of the two litigating merchants relies on the books of his opponent, and if he consents in advance to whatever mentioned therein, the judge may address the suppletory oath to him as a proof for the validity of his claim if his adversary abstains without justification from producing his books.

### Article 226

Home books and papers shall not be deemed a proof in favor of their author. And shall not be considered a proof against him unless in the following two instances:

1- If he explicitly mentions therein that he has been repaid a debt.

2- If he explicitly mentions therein that he purported to that the contents of these papers be in place of the bond in favor of the rightful person.

### Article 227

Unless otherwise established, marking a bond with a statement of acquittal of the debtor shall be considered a proof against the creditor even if the notation is not dated or signed by him as long as this bond has never been out of his possession.

The same provision shall apply if it is established that the creditor has stated with his handwriting without signature what indicates the quittance of the debtor in another true copy of the bond or the quittance, and where this copy of quittance is in the hands of the debtor.

## Chapter 3 - Application for Production of Documents Held by a Party

### Article 228

A litigant may request that his opponent be obliged to produce any papers in his hands deemed productive in the lawsuit in the following instances:

1- If the law allows such claim for its production or handing over.

2- If it is joint between him and his adversary. The paper shall be deemed joint especially if drafted to the benefit of both adversaries or if it proves their mutual obligations and rights.

3- If his opponent relies on it at any stage of the lawsuit.

The request must specify:

1- A description of the paper which it designates.

2- The content of the paper with the most possible clarification.

3- The fact which it proves.

4- Evidence and conditions which support the fact that it is in the hands of the opponent.

5- The manner of obligation to compel the opponent of its production.

Any request not complying with the aforementioned provisions shall be dismissed.

### Article 229

If the claimant proves his claim, and if the opponent acknowledged that the paper is in his possession or remained silent, the court shall order the production of paper either immediately or on the closest date.

If the opponent denies, and the applicant has failed to submit a sufficient evidence of the validity of his claim, the denying party must take an oath that the paper does not exist, or he is unaware of its existence or its place, and that he had either concealed it or neglected the search for it, in order to deprive his litigant from using it as evidence.

### Article 230

In the failure of the opponent to produce the paper on the date fixed by the court, or if he refrains from taking the mentioned oath, a copy of the paper submitted by his opponent shall be deemed conforming to its original. And his statement as regards its form and content may be considered if his adversary has not submitted a copy of this paper.

### Article 231

A paper submitted by a party as a proof in the lawsuit may not be retracted without the consent of his opponent unless by a written authorization from the court, after its copy; with a notation of its conformity to the original made by the clerks' office, is retained in the file of the lawsuit.



### Article 232

The court, in the course of the proceeding even before the court of appeal, may authorize the intervention of a third party to compel him to produce a paper in his hand, in the instances and in compliance with the provisions and conditions specified in the preceding articles.

### Article 233

A person having in his possession or has acquired something, shall be committed to produce it to the claimant of a right, when the examination of this thing is significant to adjudicate the claimed right as to its existence and extent. If the matter is related to bonds or other papers, the judge may order that they be presented to the concerned person and to produce them to the court, if necessary, even if this matter is in favor of a person no wanting to rely on them to verify his right.

The judge may refuse to issue an order of exhibition if the person who has acquired it has a legitimate interest to abstain from exhibiting it.

Exhibition of the thing shall be carried out in the place where it exists at time of requesting such exhibition, unless the judge designates another place. The applicant for such exhibition must pay the costs in advance. And the judge may determine that exhibition of the thing shall be made under a guarantee to ensure the payment of a compensation for any damage that may incur to the possessor from such exhibition.

## Chapter 4 - Verification of Documents

### Article 234

The court may weigh the consequences of the scrapping off, erasure, insertion or any other material defect in the document which will diminish or eliminate its proof value.

If the court is in doubt as to the validity of the document, it may on its own initiative summon the officer who has issued it or the person who has drafted it to clarify matter.

### Article 235

A plea of forgery must be brought by the person against whom the document is produced as a proof if he denies the handwriting, signature, seal or fingerprint attributed to him, or if such matter is denied by his successor or representative.

### Article 236

A plea of forgery may be made at any stage of the lawsuit by a report at the court clerks' office in which must be indicated all the grounds upon which relies the claimed forgery, under penalty of nullity.

The plaintiff of forgery must notify his opponent, within ten days following the date of report, of a memorandum in which he presents the evidence of forgery, and the proceedings to be followed to prove such forgery; otherwise his plea will be dismissed.

### Article 237

The plaintiff of forgery must hand over, to the court clerks' office, the impugned paper if it is in his hand or its copy that is served to him. If the paper is in the hand of the court or the clerk, it must be deposited at the court clerks' office.

### Article 238

If the opponent fails to produce the impugned document, its copy produced by the plaintiff of forgery shall be considered conforming to its original. If the plaintiff of forgery has produced a copy of the document, his statement as regards the form and content of the document shall be considered.

### Article 239

If the document in the hand of the opponent, the court, after perusing the expert report, may commission any of the police officers to receive, apprehend and deposit this document at the clerks' office.

If the opponent refrains from handing over the document, which it is revealed impossible to apprehend, it shall be deemed inexistent. This matter shall not preclude from later apprehension, if possible.

### Article 240

A report shall be drafted in which must be sufficiently indicated the condition of the document and its descriptions and be signed by the president of the session, its clerk and litigants. The same document must be signed by the president of the session and clerk, and must be retained at the court clerks' office.



## Article 241

The court shall order the investigation if the plea of forgery is productive in the dispute, and if the facts and documents of the lawsuit are not sufficient evidence for the court as to the validity or forgery of the document, where it considers that the investigation requested by the appellant in his memorandum is productive and admissible.

## Article 242

The judgment ordering the investigation must specify the facts approved by the court to be investigated and the proceedings to be proven.

Its operative part must contain:

1- The appointment of one or three experts.

2- The determination of the day and hour of the investigation.

3- Ordering the deposit of the document to be investigated at the clerks' office after stating its condition in the manner specified by Article (240).

4- Delegating one judge of the court; if it is composed of several judges, to initiate the investigation.

## Article 243

The clerks' office shall summon the expert to appear before the judge on the day and hour of investigation.

## Article 244

The litigants must appear on the fixed date to produce the comparison papers in their hands, and to agree on the acceptable ones. If the opponent with burden of proof defaults without excuse, a judgment shall be rendered on the forfeiture of right of verification. If his opponent defaults, the comparison papers may be considered acceptable.

## Article 245

The opponent impugning the validity of the document must appear in person to be dictated on the date appointed by the judge for this purpose. If he fails to appear without reasonable excuse, a judgment may be rendered on the validity of the document.

## Article 246

The comparison of the handwriting, signature, seal or fingerprint shall be with the established handwriting, signature, seal or fingerprint of the person against whom the impugned document stands as proof.

## Article 247

In the instance of no agreement between the litigants, shall only be accepted for comparison:

a- The handwriting, signature, seal or fingerprint fixed on official documents.

b- The part of the impugned document which the opponent acknowledges its validity.

c- His handwriting or signature written or the fingerprint impressed before the judge.

## Article 248

The court may order to subpoena official documents requested for comparison from the place where they are available if such is impossible for the litigants or it may move with the expert to the place where they are available to review them without being transmitted.

## Article 249

In the instance where the official documents are handed over to the clerks' office, and signed by the judge, the clerk and the officer who handed over the original, the copy produced therefrom shall substitute for the original. When the original is returned to its place, its copy shall be returned to the clerks' office and be cancelled.

## Article 250

The expert, litigants, judge and clerk shall sign on the papers of comparison before initiating the investigation, and such a matter shall be mentioned in the minute.

## Article 251

The rules specified in the part on the expertise as regards experts must be observed.



### Article 252

The testimonies of witnesses shall only be heard in matters related to the verification of handwriting, signature, seal or fingerprint attributed to someone on the document to be investigated.

In this instance, the rules specified in the special part on the testimony of witnesses shall be observed.

### Article 253

Without prejudice to the preventive measures, ordering the investigation pursuant to Article (241) shall stay the enforceability of the document.

### Article 254

If the document is proven a forgery, the court shall send it with a copy of the relevant minutes to the police to adopt the necessary measures. The plaintiff of forgery shall be sentenced to a fine up to five hundred riyals, when his right to claim a forgery is forfeited or if the claim is rejected.

He shall not be sentenced if some of his allegations are proven.

### Article 255

The defendant of forgery may terminate the claim proceedings on whatever condition, by waiving his right to cling to the impugned document.

In this instance, the court may order the apprehension or retention of the document if so requested by the plaintiff of forgery for a legitimate interest.

### Article 256

The court, even if the claim of forgery is brought through other than the aforementioned measures, may decide to reject or nullify any document if it is clearly established to be a forgery, whether from its condition or the circumstances of the lawsuit.

In this instance, it must state in its judgment the circumstances and presumptions relied on.

### Article 257

If the court decides the validity or dismissal of the document or decides that the right of its verification has forfeited, it shall decide immediately on the merits of the lawsuit, or may fix a session on the closest date to examine it.

### Article 258

A person having an informal document may litigate against whom such document is invoked, to admit that it is made in his handwriting, signature, seal or fingerprint, even if the obligation mentioned therein is not due. This matter shall be brought by an original lawsuit through ordinary proceedings.

If the defendant appears in court and admits, the court shall prove his acknowledgement; and all the costs shall be borne by the plaintiff. The document shall be deemed acknowledged if the defendant had remained silent, or has not denied it or attributed it to another.

If the defendant fails to appear, the court shall decide in his absence the validity of the handwriting, signature, seal or fingerprint. This judgment may be appealed in all instances.

If the defendant denies the handwriting, signature, seal or fingerprint, he must submit a claim of forgery; in this instance the investigation shall be carried out pursuant to the preceding rules.

### Article 259

Any person, against whom a forged document may be entered, may litigate against the possessor or the beneficiary of this document to hear the pronouncement of its forgery. This shall be made by an original lawsuit brought through ordinary proceedings.

The aforementioned rules shall be observed by the court in the investigation and adjudication of this lawsuit.

## Part 3 - Testimony of Witnesses

### Article 260

In other than commercial matters, and if the value of the disposition is in excess of five thousand riyals, or if unvalued, its existence or extinction shall only be proven in writing unless otherwise is agreed upon or a text to the contrary is specified.

The obligation shall be assessed according to its value at time of disposition.

Testimonial evidence is admissible where the obligation is in excess of five thousand riyals due to that the supplements are added to the original.



Where the lawsuit is comprised of several claims emanating from several sources, any claim not in excess of five thousand riyal may be proven by the testimonial evidence, and even if the total of these claims is in excess of this amount, and even if were emanating from relationships between the litigants themselves or from dispositions of same nature.

Where the fulfillment is partial, the value of the original obligation must be considered.

### Article 261

Testimonial evidence is not allowed even if the amount is not in excess of five thousand riyals:

a- If it is contrary to or beyond the matters included in a documentary evidence.

b- If the amount requested is the residue or part of a right which could only be proven in writing.

c- If a litigant in a lawsuit has submitted a claim in excess of five thousand riyals then modified his claim to be not in excess of this amount.

### Article 262

Notwithstanding the provisions of the preceding article, proof of evidence in matters not in excess of five thousand riyal is allowed in the following instances:

1- If there is an evidence in writing. Any writing issued by the opponent will incur that the alleged disposition be possible, shall be deemed evidence in writing.

2- If there is a material or moral obstruction that precludes the obtainment of a documentary evidence.

3- If the creditor loses his written bond for a foreign cause not related to him.

### Article 263

A person who has not reached the fourteen years of age is not eligible to testify. But the statements of persons below this age shall be heard without oath as general supporting evidence.

A person who lacks litigation capacity or who is convicted by criminal punishments shall lose his eligibility to testify.

### Article 264

Officials, officers and civil servants may not testify even after termination of their work, as regards information that came to their knowledge in the course of their duty if not published through legal means and not authorized to be disclosed by the competent authority. Nevertheless, this authority may authorize them to testify at the request of the court or any litigant.

### Article 265

Attorneys, representatives, doctors or others may not disclose any incident or information that came to their knowledge by way of out their profession or capacity even after the termination of their service or removal of capacity, unless it is mentioned with intention to commit a felony or misdemeanor.

Nevertheless, the mentioned persons must testify as regards these facts or information if requested so by the person who confided them, without prejudice to the relevant provisions of law.

### Article 266

Any of the spouses may not disclose without the consent of the other spouse, the matters informed to him during marriage even after their separation, unless in the instance where the lawsuit is brought by one of them against the other, or where a lawsuit is brought against one of them by reason of committing a felony or misdemeanor on the other person.

### Article 267

The testimony between descendants and ascendants is not accepted, either the testimony of spouses between each other even if after the termination of the matrimonial relationship.

Shall not be valid also either the testimony between the legal tutor, guardian or custodian and the person involved in the tutorship, guardianship or custodianship, or the testimony of the representative to the principal, or the testimony of the partner regarding the company or the guarantor concerning the obligations of the guaranteed

### Article 268

The litigant requesting the testimonial evidence, and in the instances allowed, must indicate to the court in writing or orally in the session, the facts which he is intending to prove, and the names of person requested to be heard as witnesses and their places of domicile.

The court may order the testimonial evidence whenever it deems so beneficial to the truth.



### Article 269

Hearsay testimony shall only be accepted in the following instances:

1- Death.

2- Parentage.

3- If the litigants agree to accept it as a proof of evidence, on condition that their agreement be endorsed by the court.

The agreement must be attached to the minute of the session after proving its content.

### Article 270

Where any litigant is allowed to proof an incident by witnesses, the other litigant is entitled to deny such in the same way.

### Article 271

The court may order on its own initiative the testimonial evidence in the instances where the testimonial evidence is recognized by the law whenever it deems this issue beneficial to the truth.

In all instances, and whenever it orders the testimonial evidence, it may subpoena as witness whoever it deems necessary to hear his testimony for the manifestation of the truth.

### Article 272

Any of the incidents ordered to be proven must be stated in the operative part of the judgment ordering the testimonial evidence under penalty of nullity. The day on which the investigation must start and the date on which it must be fulfilled shall also be stated in the judgment.

### Article 273

The investigation shall be carried out before the court. If it is composed of more than one judge, it may assign any of its judges to perform it.

### Article 274

The investigation shall continue until hearing all the witnesses for the prosecution or the defense on the time appointed. The defense witnesses shall be heard in the same session in which the attesting witnesses are heard unless an obstacle hinders so.

If the investigation is postponed to another session, the pronouncement of the postponement shall be considered as a notice of appearance regarding the present witnesses at that session, unless they are exempted to appear by the court or the delegated judge.

### Article 275

If any of the litigants request to extend the time-limit during the period of investigation, the court or the assigned judge shall immediately adjudicate the claim by a decision to be proven in the minutes of the session.

If the judge refuses to extend the time-limit, a grievance may be submitted to the court by an oral request to be proven in the minute of the investigation, the court shall rule on the request as soon as possible, and the decision of the court shall not be subject to any means of recourse.

### Article 276

No witness may be heard at the request of litigants after the termination of the investigation time-limit.

### Article 277

If the opponent fails to bring his witness or failed to subpoena his witness on the fixed session, the court or the assigned judge will decide to summon or subpoena him to another session, as long as the fixed time for the completion of the investigation has not elapsed. In failure, the right to hear him shall lapse.

This matter shall not prejudice any other measure provided by the law for this default.

### Article 278

If the witnesses; summoned by the opponent or the court, default, the opponent or the clerks' office, as the case may be, must subpoena them to testify before at least twenty four hours from the date of the hearing except for the distance time-limits.

In urgent instances, this period may be shortened and the witness may be subpoenaed to appear by a telegram issued from the clerks' office by an order from the court or the assigned judge.



## Article 279

If a witness is duly summoned yet fails to appear, the court or the assigned judge shall sentence him to a fine of two hundred riyal. The sentence shall be stated in the minute and be irrevocable.

In cases of extreme urgency, the court or the judge may issue and order to subpoena the witness by police.

In other than these instances, an order to re-subpoena the witness shall be issued if necessary; and the costs of the subpoena shall be borne by him. If he defaults, he shall be condemned to the double of the mentioned fine. And the court or the judge will issue an order to subpoena him.

The court or the assigned judge may exonerate the witness from the fine if he appears and presents a reasonable excuse.

## Article 280

If the witness appears and refrains, without legal justification from swearing or answering, he shall be adjudged according to the aforementioned conditions by a fine not in excess of one thousand riyal.

## Article 281

If a person is requested to testify by one of the litigants, and appeared that he is present in court, the court may order him to testify.

## Article 282

Witnesses shall be heard before the court in the presence of the litigants.

If a witness has shown an excuse that prevents him from attending which is convincing to the court, it may travel to his place to hear his statements. And if it is composed of several judges, it may assign one of its judges for this purpose. The litigants shall be summoned to attend this testimony, and a minute shall be drafted and signed by the judge and the clerk.

## Article 283

A person who is unable to speak will testify if he is able to state his intention in writing or by signs.

## Article 284

Every witness will testify separately in the presence of litigants and without the presence of other witnesses whose testimony is not heard yet.

The court may order litigants or any of them to leave during the testimony of a witness to secure the freedom of the witness.

## Article 285

The witness must mention his name, title, profession, age and domicile, and state his blood or marriage kinship and its degree if he is a relative or in-law of a party, and must also state if he is employed by any of them.

## Article 286

The witness must take an oath to tell the truth and nothing but the truth, otherwise his testimony shall be void. Taking an oath shall be according to his religion if he so requests.

## Article 287

The questions shall be addressed to the witness by the court. The witness will first answer the questions asked by the party who cited him, then the questions of the other litigant; the parties neither interrupt each other nor interrupt the witness during his testimony.

## Article 288

When the litigants finish questioning the witness, they may not present any new questions except by an authorization from the court.

## Article 289

The president of the session or any of its members may directly address to the witness any questions he deems proper for the manifestation of the truth.

## Article 290

The court may refuse to address to the witness any question asked by any of the litigants if it deems vexatious or irrelevant to the merits of the lawsuit, provided that the question shall be stated in the minutes of the hearing the witness.

         

### Article 291

The testimony shall be taken orally in the session. It is not allowed to resort to written notes during the testimony unless authorized by the court, and where the nature of the lawsuit justifies so.

### Article 292

The answer of the witness shall be stated in the minute, then read on him and be signed by him after correcting whatever he deems necessary to be corrected. If he refrains from signing, his abstention and reason must be mentioned in the minute.

### Article 293

The court shall assess the costs of the witnesses, at their request, and the consideration for their time off work; the witness shall be given a copy of the assessment order which shall be enforceable against the litigant that has summoned him.

### Article 294

The minutes of investigation shall contain the following information:

a- The investigation day, its place, its hour of commencement and termination with statement of the sessions which it has taken up.

b- The names of litigants, their titles, occupation and the domicile of each, a reference to their presence or absence and orders issued in their regard.

c- The statements of the witnesses, and a reference to the oath taken by them.

d- The questions addressed to them, and to the person who has addressed them, the emanating incidental matters and the text of the answer of the witness on each question.

e- The signature of the witness on his answer, after it is read on him and his remarks thereof.

f- The decision on the assessment of the costs of the witness if he has so requested.

g- The signature of the president of the circuit or the delegated judge and the clerk.

### Article 295

If the investigation is performed before the assigned judge and not before the court, or if it is performed before the court yet the hearing has not been carried out in the same session during which the witnesses have been heard, the litigants shall have the right to review the minutes of the investigation.

### Article 296

Immediately after the termination of the investigation or the elapse of the time-limit decided for it completion, the delegated judge shall appoint the closest session to examine the lawsuit. And the clerks' office shall notify the absent opponent.

### Article 297

He who is at risk of losing the opportunity to summon a witness to testify on a subject matter not yet brought before the court, and may be brought thereto, may request to hear this witness against the concerned persons.

This request shall be submitted to the interim judge by the ordinary means, and all its costs shall be borne by the applicant. In case of urgency, the judge shall decide to hear the witness if this incident is allowed to be proven by the testimonial evidence.

In this instance a copy of the minute of the investigation may neither be handed over nor submitted to the court, unless the trial court upon its examination deems that the incident may be proven by the testimonial evidence.

The opposing party when examining the merits may object to accepting the statement of the witness as an evidence, or request to hear counter witnesses in his favor.

## Part 4 - Presumptions and Stare Decisis

## Chapter 1 - Presumptions

### Article 298

If the presumption is established by law, this presumption of law that is in favor of one party shall worth any other means of evidence. Nevertheless, this presumption may be refuted by counter-evidence unless otherwise provided by any other text.

### Article 299

Judicial presumptions are these not specified by the law. The judge may deduce each presumption from the circumstances of the lawsuit, and evaluate the extent of its significance.



Verification by these presumptions shall only be allowed where matters may be verified by testimonial evidence.

## Chapter 2 - Stare Decisis (The Force of Res Judicata )

### Article 300

Judgments that acquired the force of res judicata shall constitute a proof of the rights adjudged. No rebuttable evidence may be admitted. But these judgments shall have this force only in a dispute arising out between the same litigants acting in the same capacities, as regards the same object and consideration of the right.

The court shall on its own initiative raise this argument.

### Article 301

The civil judge shall only be committed to the criminal conviction as regards the facts adjudged by this judgment, and where such adjudication is substantial.

## Part 5 - Acknowledgement and Interrogation of Litigants

## Chapter 1

### Article 302

The judicial admission is the confession of the opponent or his special representative before the court of a claimed legal incident in the course of the proceeding pertaining to this incident.

For the validity of this admission, the confessor must be sane, of legal age, having full capacity and not declared incapacitated. These are not required for the person in whose favor such admission is made. An acknowledgment of prodigality made by the incapacitated shall be admissible as regards matters not declared interdicted by Shariaa.

### Article 303

An admission shall be conclusive evidence against the confessor and is restricted to him.

The admission may not be fractionalized against its author, thus, neither the detrimental part may be adopted nor the advantageous be discarded, but it shall be taken in whole.

Nevertheless, the admission regarding different facts may be fractionalized where the existence of each fact is not necessarily requiring the existence of other facts.

### Article 304

The extrajudicial admission is that not made before courts, or which is made before the courts in other than the lawsuit brought on basis of the acknowledged incident.

The extrajudicial admission shall be subject to the discretion of the judge, and must be proven pursuant to the general rules of evidence.

## Chapter 2 - Interrogation of Parties

### Article 305

The court may interrogate any attending party. Every one of them may ask that his attending opponent be interrogated.

### Article 306

The court may, on its own accord or at the request of a party, order to subpoena the opposite party to interrogate him. Any person ordered to be interrogated must appear in person in the session appointed by the decision.

### Article 307

If the opponent lacks capacity or is incapacitated, his representative may be interrogated, and he may be questioned by the court should he is discerning in the authorized matters. As regards juristic persons, the interrogation may be addressed to their legal representative.

In all instances, the interrogated must be of full capacity to dispose of the disputed right.

### Article 308

If the court deems that the lawsuit is in no need for an interrogation, it shall dismiss the interrogation request.



### Article 309

The court will address to the opponent the questions which it deems proper, and will also address any questions requested by the other party. The answer must be made in the same session, unless the court decides to grant a grace period for answering.

### Article 310

The answer shall be towards the person who requested the interrogation, but the interrogation shall not depend on his appearance.

### Article 311

The questions and answers must be inscribed in details and precisely in the minute of the session, and after being read on the interrogated, they shall be signed by the president of the session, the clerk and the interrogated.

If the interrogated refrains from answering or signing, his abstention and reason will be mentioned in the minute, and the court shall conclude whatever it deems proper.

### Article 312

If the opposite party has an acceptable excuse preventing him from attending the interrogation, the court may move to his place to interrogate him or delegate any of its members to do so.

If he fails to attend to the interrogation without an acceptable excuse, or refrains from answering without legal justification, the court may conclude what it deems proper, and rely on such matter to consider that the facts of which he is to be interrogated are established, or accept the testimonial evidence and presumptions in the instances where they are admissible.

## Part 6 - The Oath

### Chapter 1 - Decisive Oath

### Article 313

The decisive oath is administered by one party to the opposing party so as to settle the dispute.

### Article 314

Any of the two parties, regardless of the condition of the lawsuit may administer the decisive oath to his opponent. Nevertheless, the judge may reject administering the oath if the litigant abuses his right to administer it.

The person to whom the oath is administered may tender it back to his opponent provided that it may not be tendered back if the fact on which the oath is taken is not common between the two parties but relates to the person to whom it is administered.

The person who has administered the oath or tendered it back may so revoke if his adversary accepts to swear.

### Article 315

The decisive oath may not be taken on a fact which is contrary to the public order or morals. The fact on which the oath is taken must be pertinent to the person to whom the oath is administered, if it is not personal to him, it shall be on him being aware of it.

### Article 316

The guardian, custodian or the representative of the absentee may administer the decisive oath on what he is allowed to dispose of. But the representative in the litigation may not administer or take the decisive oath or tender it back to the other opponent unless by a special proxy.

### Article 317

The person who administers the oath to his opponent must specify precisely the facts on which the oath is taken, and mention the form of the oath which he administers in a clear phrase. The court may amend the form of the oath tendered by the litigant so as to be clearly and precisely administered in relation with the fact on which the oath is taken.

### Article 318

If the person to whom the oath is administered has not disputed against its admissibility or its pertinence to the lawsuit, he must immediately take the oath if he is present in person or tender it back to his adversary, otherwise he will be deemed in default.

The court may grant him an appointment to take the oath if it deems so proper.



If he is not attending in person, he must be subpoenaed to take the oath in the form approved t and on the day decided by the court. If he appears yet refrains without disputing or if he defaults without excuse he will also be deemed in default.

### Article 319

If the person to whom the oath is administered has disputed against its admissibility or its pertinence to the lawsuit, and if the court has rejected his dispute and ordered the oath-taking, it shall specify the form of the oath in its operative part of its judgment. This operative part shall be notified to the opponent if he is not attending in person. The provision of the preceding Article shall be followed.

### Article 320

If the person to who the oath is administered has shown an excuse preventing him from appearing, the court shall travel to him or shall delegate any of its judges to administer the oath.

### Article 321

The oath-taking shall be when the oath-taker should say: "I swear by Mighty God", then mention the form approved by the court. The person to whom the oath is administered may take it pursuant to the conditions specified in his religion if he so requests.

### Article 322

In oath-taking and default of the mute person, who does not know how to write, his familiar sign shall be considered, otherwise his oath-taking and default shall rely on it.

### Article 323

A minute of the oath-taking shall be drafted and be signed by the president of the session or the delegated judge, the oath-taker and the clerk.

### Article 324

Administering the decisive oath shall result in the waiver of other evidences as regards the fact on which it shall be taken. The litigant may not prove that the oath is false after it has been taken by the litigant to whom it is administered or tendered back. Provided that if the oath is proven to be false by a criminal conviction, the prejudiced party may claim for compensation, without prejudice to his right to appeal against the judgment which is rendered against him on basis of the false oath.

### Article 325

Any person to whom the decisive oath is administered, and has taken it, the judgment shall be rendered in his favor, but if has been in default without tendering it back to his opponent, he shall lose his claim, so as to the person to whom this oath is tendered back yet he has been in default.

## Chapter 2 - Suppletory Oath ( Juramentum Judiciale )

### Article 326

The suppletory oath is that which the court, at its own accord, administers to either of the parties and on which it will base its judgment on the merits of the lawsuit or the amount to be adjudged.

For the oath to be administered there must neither be full evidence in the lawsuit nor be devoid of any evidence.

### Article 327

The judge may not administer the suppletory oath to the plaintiff in order to assess the claimed value unless it is impossible to assess this value by any other mean.

The judge, even in this case, may determine a maximum value limit that shall be affirmed by the plaintiff's oath.

### Article 328

The provisions specified in Articles from (317) to (323) of this Law shall apply to the suppletory oath be not contradicting with the provisions mentioned in this Chapter.



Qatar - Law No.13 of 1990 Promulgating the Civil and Commercial Procedure Code of the State of Qatar - Lexis® Middle East Law

## Part 7 - Inspection

### Article 329

The court may, in its own accord or at the request of any party, decides to inspect the disputed matter or move to where it is to for its inspection or may delegate any of its judges to do so.

It is not required for the mentioned decision to be notified if issued against the litigants. If not issued against them, it must be notified to the absent litigant through the clerks' officer before at least twenty four hours from the appointed date.

The court shall draft a minute in which must be stated all the acts related to the inspection under penalty of nullity.

### Article 330

The court or its delegated judge in the instance of moving, may appoint an expert to assist in the inspection. And the court or the delegated judge in its discretion may hear the witnesses. Those shall be summoned by a request; even if an oral request by the court's clerk.

### Article 331

Any person, where there is a risk of the loss of the outlines of a case that is likely to become the subject of a dispute before the court, may request from the summary judge and through the ordinary mean to move for inspection in challenge of the concerned persons.

### Article 332

The judge, in the instance specified in the preceding Article, may delegate an expert to move, inspect and hear witnesses without oath-taking. Therefore, he is required to appoint a session to hear the remarks of the litigants on the expert's report and works.

The rules specified in the Expertise Part shall be followed.

## Part 8 - Expertise

### Article 333

The court, if necessary, may commission one or three experts. And it must mention in the operative part of its judgment:

a- A detailed statement of the assignment of the expert and the urgent measures which he is authorized to adopt.

b- The deposit to be deposited in the treasury of the court on account of the expenses and fees of the expert, the litigant charged to deposit the deposit amount, the period during which the deposit must be made and the amount which the expert may withdraw for his expenses.

c- The time-limit set to deposit the report.

d- The date of session to which the case is adjourned for the hearing in case of depositing the amount in trust, and other nearest session to examine the case in the instance of default.

In case of non-deposit of the deposit, the claim will not be struck off unless after notifying the litigants of that the expert has deposited his report pursuant to the procedures specified in Article (350).

### Article 334

Where the litigants agree to select one or three experts, the court shall endorse their agreement.

Except for this instance, the court shall select the experts to be commissioned with the task.

If one of the officials' experts is assigned, the administrative authority, immediately after being notified of the deposit of the amount in trust, must designate the commissioned expert and notify the court of this designation. The provision of Article (338) shall apply to him.

### Article 335

If the deposit is not deposited either by the party assigned to deposit or by any of the other litigants, the expert will not be obliged to carry out the assignment. The court shall decide that the litigant failing to pay the deposit shall lose his right to cling to the judgment on the appointment of the expert, if the reasons that he has shown were unacceptable.

### Article 336

In the two days following the deposit of the amount in trust, the clerks' office shall summon the expert - by a registered letter - to examine the papers deposited in the file of the lawsuit without receiving any, unless so authorized by the court or the litigants. And he shall be handed over a copy of the judgment.



## Article 337

*Article 337 was replaced by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, to become as follows:*

The expert shall take the oath before the court - without the need for the presence of the litigants - that he shall act with honesty and integrity under penalty of nullity, unless he has taken the oath upon his appointment to his post or upon his registration in the expert roll.

## Article 338

The expert within the five days following the date of receiving a copy of the judgment from the clerks' office may request to be exonerated from his assignment. And the president of the circuit or the judge that has designated him may exonerate him if he deems the reasons shown are acceptable.

If the expert fails to perform his assignment which he has not been exonerated from, the court that assigned him may adjudge him to pay all the unnecessary costs which he has caused and the compensations if appropriate. In addition, and without prejudice to the disciplinary penalties, it may sentence him to a fine not in excess of five hundred riyal.

The sentence to a fine shall not be subject to appeal through any means of recourse. And the court may remove the expert if he has shown an acceptable reason.

## Article 339

The expert may be recused:

a- If he himself is a relative by blood or marriage to one of the parties up to the fourth degree, or he himself or his spouse had proceeded against one of the parties in the lawsuit or his spouse, unless the proceeding is brought by the litigant or his spouse after the designation of the expert intending to seek his recusal.

b- If he himself was a representative of one of the litigants in his private businesses or was his legal tutor, guardian or custodian, or a probable heir, or if there exists a relationship of blood or marriage up to the fourth degree between himself and the guardian or the custodian of one of the litigants or any of the members of the board of directors of the litigating company or any of its directors where this member or director has a personal interest in the lawsuit.

c- If he himself, his wife or any of his lineal relatives or in- laws or the person which he represents or be his tutor, guardian, custodian or heir has a personal interest in the existing lawsuit.

d- If he is employed by one of the litigants or is used to eating or living with any of them, or if he has received a gift from him or should there exists an enmity or a notorious friendship which prevails that he shall not perform his assignment without bias

## Article 340

The recusal request shall be made by summoning the expert to appear before the court within the three days following the date of the designation decision if this judgment is rendered in the presence of the claimant, otherwise it shall be within the three days following his notification of the operative part of the judgment.

## Article 341

The right to request the recusal shall lapse only for the reasons that occurred after the time-limit specified in the preceding Article, or where the opponent has shown a proof that he has not become aware of them until after its extinction.

## Article 342

The request of one of the parties for the recusal of the expert who is selected by them shall not be accepted unless the reason of recusal has occurred after his designation.

## Article 343

The court which has appointed the expert will decide on the recusal application. The judgment rendered shall not be subject to any means of recourse. If the recusal application is refused, the applicant shall be sentenced to a fine not in excess of five hundred riyal.

## Article 344

The expert must set a date for the commencement of his task within fifteen days at most from the date of the assignment mentioned in Article (336). And he must summon the litigants by registered letters to be sent before at least seven days form that day in which he shall inform them of the venue, day and hour of the first meeting.

In urgent cases, the judgment must specify the commencement of the work within three days at most from the date of the mentioned assignment. At that time, the litigants shall be summoned by a telegraph signal to be sent before at least twenty four hours from the first meeting. In the cases of extreme urgency, the judgment may state the immediate commencement of the assignment and summon the litigants to attend instantly by a telegraph signal.

The failure to summon the litigants shall result in the nullification of the expert's work.

https://www.lexismiddleeast.com


### Article 345

The expert must commence his works even in the absence of the litigants if they have been properly summoned.

### Article 346

The expert must listen to the statements and remarks of the litigants, if any of them fails to attend or submit his documents or execute of any of the expertise procedures within the specified time-limits for which shall be impossible for the expert to carry out his works or may result in delaying its initiation, he shall be allowed to request from the court to sentence the opponent to any of the penalties specified in Article (67) of this law. The provisions specified in the mentioned Article shall apply to this judgment.

The expert may hear - without oath - the statements of the witnesses of the party or whoever he may deem proper to hear, if the judgment has so authorized.

If any of the persons mentioned in the preceding paragraph fails to attend though summoned, without acceptable reason, the court may at the request of the expert adjudge the defaulter to a fine not in excess of five hundred riyals. And the court may exonerate him from the fine if he attends and presents an acceptable reason.

### Article 347

Any ministry, government department, public authority, public establishment, company, co-operative association or individual entity may not refrain, without legal justification from making available to the expert any books, records, documents or papers necessary to be examined in enforcement of the judgment issued on the commissioning of the expert.

### Article 348

The minutes of the expert must contain an indication to the attendance of the litigants, their statements and remarks signed by them unless having an excuse which shall be mentioned in the minute.

And it must also include a statement of the works of the expert in details, and the statements of the persons which he has heard on his own initiative or at the request of the parties, and their signatures.

### Article 349

The expert must submit a brief and precise report signed by him on his findings, his opinion and the points upon which he has relied.

Where the experts are three, each of them may submit an independent report with his opinion unless they agree to submit one report in which shall be mentioned the opinion of each of them and its reasons.

### Article 350

The expert shall deposit his report and the minutes of his works at the clerks' office, and he shall also deposit all the papers handed over to him.

The expert must notify the litigants of this deposit by a registered letter within the twenty four hours following its occurrence.

### Article 351

If the expert fails to deposit his report on the time-limit determined in the designation judgment, he must deposit, in the clerks' office and before the lapse of that time-limit, a memorandum in which he shall state the works that he has carried out, and the reasons which hindered the completion of his assignment.

In the session fixed for the examination of the lawsuit, and where the expert has shown to the court in his memorandum justifications for his delay, the court shall grant him a period to complete his assignment and deposit his report.

Where his default is not justified, the court shall adjudge him to a fine not in excess of two thousand riyal, and will grant him another period to finish his assignment and deposit his report, or he shall be replaced by another, and be obliged to return to the clerks' office any amounts received from the deposit without prejudice to the compensations if appropriate.

The judgment issued on the replacement of the expert and obliging him to return the amount received from the deposit shall not be subject to appeal.

If the default is emanating from the litigant's fault, he shall be adjudged to a fine not in excess of one thousand riyal. A judgment on the forfeiture of the right to cling to the judgment issued on the expert's designation may be rendered.

The sentence to a fine shall not be subject to any means of recourse. And the court may withdraw the expert or the litigant if he shows an acceptable reason.

### Article 352

The court may order the summoning of the expert to a session fixed by it to discuss his report if it deems so necessary. The expert shall give his opinion supported with his causes. And the court may, on its own accord or at the request of the litigant, administer any questions which it deems advantageous to the lawsuit.



### Article 353

The court may return the assignment to the expert to rectify any faults or insufficiencies in his work or survey. And it may so assign to another expert or three other experts. These may resort to the information of the prior expert.

### Article 354

The court may appoint an expert to render his opinion orally in the session without submitting a report. His opinion must be stated in the minute.

### Article 355

The opinion of the expert is not binding to the court, but may be referred to. If a decision is rendered contrary to the expert's opinion, it must state the grounds upon which it has relied to neglect this opinion whether in part or in whole.

### Article 356

The fees and expenses of the expert shall be assessed by an order on a petition issued from the judge of the court which has appointed him immediately after the issuance of the judgment on the merits of the lawsuit.

If this judgment is not issued within the three months following the deposit of the report for reasons not related to the expert, his fees and expenses shall be assessed before the judgment on the merits of the lawsuit.

### Article 357

The expert shall collect the assessed deposit. The assessment order as regards the excess shall be enforceable against the litigant who has requested such appointment, and on the opponent ordered to pay the expenses.

### Article 358

The expert and every litigant in the lawsuit may submit a grievance against the assessment order within the eight days following its notification.

### Article 359

The grievance shall not be accepted by the opponent subject to the assessment order unless he has deposited the remaining assessed amount at the treasury of the court allocated for the payment of the amount due to the expert.

### Article 360

The grievance must be made by a report to the clerks' office; its submission will result in the stay of execution of the assessment order. The grievance shall be examined after summoning the expert and the litigants at the request of the clerks' office within a time-limit of three days. Nevertheless, if a final judgment on the obligation for the expenses of the lawsuit is rendered, the person who has requested the appointment of the expert and has not been held liable for the expenses shall not be disputed.

### Article 361

If the grievance is adjudicated to the reduction of the expert's assessed fees, the opponent may use this judgment as a proof against his opposing party who has paid the expert remunerations on basis of the assessment order without prejudice to the right of this litigant to recourse to the expert.

# Book 3 - Execution

## Part 1 - General Provisions

### Chapter 1 - On the Writ of Execution and Related Matters

### Article 362

Forced execution shall only be carried out by a writ of execution to demand a certain, definite, and payable right.

Writs of enforcement are the judgments and orders rendered by the courts and conciliation agreements proven in or attached to the minute of the session and the official papers which are granted the power of enforceability by the law.

Except for the instances excluded by a text in the law, the enforcement shall only be carried out by a copy of the writ of execution with the following executory formula:

"The execution authority must initiate the execution if so requested. And every authority must assist in its carrying out even by the use of force if so requested according to the law".



**Article 363**

| *Article 363 was replaced by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, to become as follows:*

The execution shall be carried out under the supervision and surveillance of the execution judge.

The execution judge is one of the judges of the courts of full or restricted jurisdiction pursuant to the rules of jurisdiction provided for in the law. And the procedures followed before that court shall be adopted, unless otherwise specified by the law,

This judge shall be the only one competent to adjudicate the substantive and interim enforcement disputes of whatsoever, and to issue the decisions and orders on the enforcement.

**Article 364**

Objection against the enforcement procedure is not allowed before the execution judge, if the objection is based on the appeal of the judgment sought to be enforced or criticized.

The execution judge may not amend the descriptions given to the judgments either as interlocutory or final, as he may not interpret or clarify the judgment to be enforced in case of any ambiguity or vagueness in the judgment.

**Article 365**

The judgments issued by the execution judge may be appealed, unless otherwise provided by the law. The appeal shall be brought before the competent court of appeal within seven days starting according to the rules specified in Article (157).

**Article 366**

A special register shall be drawn up for each of the full jurisdiction courts and the courts of restricted jurisdiction in which shall be recorded the execution claims, and the applicant shall be given a receipt in which is indicated the number and date of the registration of his claim.

A file shall be set up for each claim in which shall be deposited all the relevant papers. A summary of the claim shall be drafted on the forefront of the file that includes the type of the writ of execution, its date, the issuing authority, and the names of the parties to the enforcement and their places of domicile.

Where there are several enforcement claims from different creditors submitted against one debtor, one file shall be opened for all of them.

The file shall be presented to the execution judge after each procedure, in which he shall state the decisions, orders and judgments rendered by him.

**Article 367**

| *Article 367 was abrogated by virtue of Article 3 of Qatar Law No. 3/2019 dated 07/01/2019.*

**Article 368**

If the execution officer meets with resistance or assault, he must adopt all the precautionary measures, and request the assistance of the public force if necessary.

**Article 369**

A notification of the writ of execution to the debtor in person or at his domicile must precede the enforcement under penalty of nullity.

This notification must include a statement of the claim and the payment order against the debtor, a designation of a chosen domicile of the plaintiff in the State of Qatar, if he has no domicile therein, and the date of session fixed for examining the execution before the execution judge.

The execution may not be carried out unless after the lapse of at least one day following the notification of the writ of execution.

**Article 370**

The execution officer at time of notification or enforcement of the writ of execution must receive the debt give aquittance if offered to him without the need of a special delegation.

In the instance of non-existence of the creditor or his representative, he must deposit the amounts received by him in the treasury of the court on the account of the plaintiff in the same day or the following day at most.

**Article 371**

Whoever subrogates in the right of the creditor whether by law or agreement shall subrogate in the adopted execution procedures.



## Article 372

Where the debtor dies or loses his legal capacity, or where the capacity of the person carrying out the procedures on his behalf is lost, and before the commencement of the execution or its completion, the plaintiff may request from the execution judge to carry out the execution against his heirs or the estate's administer. And the execution shall be within the limits of the amounts devolved to the abovementioned from the deceased's money.

Before the lapse of three months from the death of the debtor, the papers related to the execution shall be notified to his heir collectively at the last domicile of their heir without indicating their names and capacities.

## Article 373

A third party may either execute what is demanded by the writ of execution or be forced to do so, unless after notifying the debtor of the intention to proceed with this execution before at least ten days from its occurrence.

# Chapter 2 - The Expeditious Enforcement

### Article 374

*Article 374 was replaced by virtue of Article 1 of Qatar Law No. 3/2019 dated 07/01/2019, to become as follows:*

The expeditious execution without bail of all judgments issued in summary matters, and orders issued on petitions, shall be required by force of law, unless the judgment or the order provides for bail.

The expeditious execution of the judgments rendered in commercial matters shall be required by force of law provided that the bail whose amount is determined by the judge is paid, without prejudice to the provisions of the Commercial Law.

### Article 374(bis)

*Article 374(bis) was added by virtue of Article 2 of Qatar Law No. 3/2019 dated 07/01/2019, to become as follows:*

"The compulsory enforcement of judgments shall not be possible as long as they may be appealed, unless the expeditious execution is stipulated by the Law or ordered in the judgment. Nevertheless, provisional measures may be taken thereunder."

### Article 374(bis1)

*Article 374 (bis1) was added by virtue of Article 2 of Qatar Law No. 3/2019 dated 07/01/2019, as follows:*

The expeditious execution with or without bail may be ordered in the judgment in the following cases:

1- In judgments rendered to pay alimonies, wages and salaries.

2- If a judgment is rendered in execution of a previous judgment which has the force of res judicata or is self-executing without bail or which is based on an official document that was not challenged for forgery, whenever the losing party is a litigant in the previous judgment or a party to the document.

3- If the losing party acknowledges the appearance of the obligation.

4- If the judgment is based on an informal document that was not denied by the losing party.

5- If the judgment is rendered in favour of the request for execution in a dispute related thereto.

6- If the delay in the execution causes significant harm to the losing party.

## Article 375

A grievance may be submitted before the competent court of appeal against the judgment endowed with the expeditious enforcement, through the ordinary procedures for filing the lawsuit, and the appearance time limit shall be three days.

This grievance may be brought in the session during the examination of the appeal of the judgment. The grievance shall be adjudged independently of the merits.

The court of appeal may order the stay of the expeditious enforcement, if it deems the judgment is likely to be revoked, or where its enforcement may result in a serious damage impossible to avoid. Where it orders the stay of the expeditious enforcement, it may require the submission of a guarantee, or orders whatever necessary to maintain the right of the prevailing party, as it deems appropriate.

## Article 376

In the instances where the judgment or the order may not be enforced without a guarantee, the obliged party shall have the choice between providing a solvent guarantor or depositing sufficient money or securities in the treasury of the court, or accepting to deposit the funds collected from the execution in the treasury of the court, or handing over to the solvent receiver the thing ordered to be delivered in the judgment or order.



### Article 377

The choice of the obligor shall be notified by an independent notification or within the writ of execution or the payment order paper.

In all instances, the notice of choice must include a designation of a chosen domicile for the plaintiff wherein he shall be notified of the papers related to the dispute on the guarantee.

### Article 378

The concerned person within the three days following this notification may dispute in the solvency of the guarantor, guardian or the sufficiency of the deposit provided that the notification of the dispute lawsuit shall be made within the time limit specified for the opponent to appear before the execution judge; his judgment in the dispute shall be final.

Where a dispute is submitted within this time-limit or if submitted yet dismissed, the receiver, in the clerks' office, must commit to accept the receivership or the guarantor must commit to the guarantee.

The minute including the commitment of the guarantor shall be deemed as writ of execution that he has accepted with the obligations incurred on such commitment.

## Chapter 3 - On the Enforcement of Foreign Judgments, Orders and Official Deeds

### Article 379

The judgments and orders issued in a foreign country may be ordered to be enforced in Qatar in the same conditions determined in the law of that country for the enforcement of the Qatari judgments and orders therein.

An enforcement order shall be requested by summoning the opponent to appear before the execution judge in the full jurisdiction courts, through the ordinary procedures specified for filing a lawsuit.

### Article 380

An enforcement order shall only be rendered after verification that:

1- The courts of the State of Qatar are not solely competent to adjudicate the dispute in which the judgment or order is rendered, and that the foreign courts which have rendered it are competent according to the international jurisdiction rules specified in their law.

2- The litigants in the lawsuit in which the judgment is rendered have been duly summoned and represented.

3- The judgment or the order has acquired the force of res judicata pursuant to the law of the court which has issued it.

4- The judgment or the order is not contradicting a judgment or an order previously rendered by a court in Qatar, and that it does not contain any violation to the public order or the morals therein.

### Article 381

The provisions of the preceding two Articles shall apply to the arbitrators' awards issued in a foreign country. The award must be issued in a matter which may be referred to arbitration pursuant to the laws of the State of Qatar.

### Article 382

The enforceable official documents drafted in a foreign country may be ordered to be enforced in the same conditions specified in the law of that country decided for the execution of the enforceable official documents drafted in Qatar.

The execution order shall be requested by a petition to be submitted to the execution judge.

The execution order may not be given unless after verification that the conditions specified to officialize the document and its enforceability are satisfied pursuant to the law of the issuing country, and that the document does not contain any violation to the public order or morals in Qatar.

### Article 383

The provisions of the conventions concluded or that shall be concluded between the State of Qatar and other countries in this regard must not be prejudiced by the implementation of the rules specified in the preceding Articles in this regard.

## Chapter 4 - Properties Subject to Enforcement

### Article 384

Irrespective of the status of the proceedings, the distrainee or the garnishee may, before the sale, deposit a sum of money equal to the claimed debts, in addition to their interests and costs and which shall be allocated only for their settlement.

This deposit shall result in the release of the attachment levied on the attached properties and transferring it against the deposited amount. Any new attachments against the deposited amount shall not affect the right for whom this amount is allocated.



Qatar Laws - Civil and Commercial Procedure Distinct Code in Civil and Procedure Law

### Article 385

Irrespective of the status of the proceedings, the distrainee or the garnishee may request, in a summary proceeding, from the execution judge to assess an amount to be deposited in the treasury of the court on account of the distrainer.

Such deposit shall result in the release of the attachment against the attached properties and transferring it against the deposited amount.

The deposited amount shall be allocated for the payment of the distrainer's debt when acknowledged or proven by a judgment.

### Article 386

If the amount of the claimed debt is not proportionate to the value of the attached properties, the debtor may request from the execution judge to render a summary judgment to restrict the attachment against some of these properties. And this shall be by an action to be filed pursuant to the ordinary procedures in which the seizing creditors are disputed.

The seizing creditors before restricting the attachment may collect their rights from the properties restricted to the attachment.

### Article 387

The following debtor's properties may not subject to attachment:

1- Beds, clothes and kitchen tools necessary for the debtor, his or her spouse, children and lineal relatives and in-laws residing with him in one abode.

2- Food necessary for the debtor and his family for a period of one month.

### Article 388

The following things may only be subject to attachment to demand its price, maintenance costs or a decided alimony:

1- Books, tools and kits necessary for the debtor to practice his profession or craft.

2- Livestock necessary to the livelihood of the debtor himself and his family, and the food necessary for this livestock for a period of one month.

### Article 389

Shall not be subject to attachment neither the amounts decided or incurred temporarily as alimony or for a specific certain payments, nor the donated or devised properties meant to be alimony unless by a quarter in payment of a fixed alimony.

### Article 390

The endowed or devised property stipulated not to be seized, shall be subject to attachment by the creditors of the donee or the legatee whose debt is emanated before the donation or the will except for a determined alimony and in the percentage specified in the preceding article.

### Article 391

Wages, salaries and pensions shall only be subject to attachment by the quarter. In case of creditors rush, half of this quarter shall be allocated for the payment of fixed alimony debts and the other half for other debts.

### Article 392

The dwelling-house of the debtor wherein he lives with his family shall not be subject to attachment if it is appropriate to his condition, unless this dwelling-house is mortgaged to secure the payment of the claimed debt, or that the debt be not emanating from the price of this home.

If this dwelling-house is more than sufficient to the needs of the debtor, it shall be sold, and he shall be left given an amount to buy a dwelling-house appropriate to his condition, and the residue shall be subject to attachment.

### Article 393

The debtors, courts judges or officials or attorneys representing who is carrying out the proceedings or the debtor may not participate in the auction either by themselves or through employing others, otherwise the sale shall be void and null.

The execution judge - upon the request of the creditor, who is initiating the proceeding, may authorize him to participate in the auction.

https://www.lexismiddleeast.com



## Chapter 5 - Oppositions to Execution and Other Relevant Disputes

### Article 394

If an opposition is brought during the execution, seeking for a provisional measure, and requested to be filed to the judge, the execution officer may stay the execution or proceed with it as a precautionary means; in the two instances he shall summon the litigants to appear before the execution judge as soon as possible even by a one hour time-limit, and to his home if necessary.

As regards the opposer, a proof of the summoning in the minute shall be sufficient. In all instances, the execution officer may not complete the enforcement before a judgment is issued by the judge.

The execution officer must serve copies of his minutes equal to the number of litigants and a copy to the clerks' officer with which shall be attached the execution papers and documents submitted by the opposer. The clerks' office must record the opposition in the special register on the day of receiving the copy.

If it is decided to continue with the execution, any other opposition shall not result in the stay of execution unless the execution judge decides the stay.

In all instances, the obligor in the writ of execution must be disputed in the opposition brought by a third party. If he is not disputed, the provision of the preceding paragraph shall not apply to the first opposition filed by him.

### Article 395

The true offer of what is demanded in the writ of execution shall not result in the stay of execution if the offer is subject of a dispute.

And the execution judge may order the provisional stay of execution and to deposit the offered amount or a higher amount as designated by him in the treasury of the court.

### Article 396

If the litigants fail to appear and if the judge decides to strike off the opposition, the effect of the stay of execution resulting from filing the opposition shall be extinguished.

### Article 397

If the opposer loses his claim, he may be adjudged to a fine up to one thousand riyal without prejudice to the compensations if appropriate.

## Part 2 - On the Provisional Seizure of Movable Property

### Article 398

Without prejudice to the provisions of Article (401), the creditor may impose a provisional seizure on the personal properties of his debtor in the following instances:

1- If he is a holder of a bill of exchange or a promissory note, and if the debtor is a merchant having a signature on the bill of exchange or the note that renders him liable of payment pursuant to the Trade Law.

2- If the debtor does not have an established domicile in Qatar, or where the creditor, for serious reason, has feared his escape, smuggling or concealing his money.

3- In any other instance where the creditor is at risk of losing the guarantee of his right.

### Article 399

The landlord of a real property may impose against the tenant a provisional seizure on the personal properties existing in the leased property as a guarantee for the due rent.

He is also so allowed, if these personal properties have been removed from the leased property without his consent unless thirty days have elapsed since they were removed.

### Article 400

The owner of the personal property may levy a provisional seizure in the hands of the possessor.

### Article 401

The provisional seizure may not be imposed in the aforementioned instances unless to demand a certain and payable right.

If the creditor has no writ of execution or an enforceable judgment, or if his debt is unvalued, the seizure shall not be imposed unless by an order from the execution judge, wherein he authorizes the seizure, and provisionally estimates the debt of the distrainer



The order shall be requested by a justified petition. The petition, in the said instance aforementioned in the preceding Article, must contain a sufficient statement of the personal properties to be seized.

The judge may carry out a brief investigation before issuing his order if the documents supporting the application do not suffice.

If the lawsuit with respect to the right is previously brought before the competent court, an authorization of seizure may be requested from its president.

### Article 402

The rules and procedures specified in Chapter One of Part Four of this Book shall apply to the provisional seizure of personal properties, except whatever is relevant to the determination of the day of sale.

The distrainee must be notified of the report of seizure and the relevant order, if he was not previously notified, within two weeks at most from the date of its signing, otherwise it shall be considered as if never existed.

In the instances where the seizure is ordered by the execution judge pursuant to paragraph 2 of the preceding Article, the distrainer must, within the two weeks aforementioned in the preceding paragraph, file before the court of ratione materiae a lawsuit for the verification of right and the validity of seizure, otherwise, the seizure shall be considered as if never existed.

### Article 403

If the seizure is adjudged valid, the procedures specified for the sale in Chapter One of Part Four of this Book shall be followed, or the execution shall be carried out by handing over the personal property in the instance aforementioned in Article (400).

### Article 404

If the annulment or revocation of the provisional seizure is adjudged as groundless, the distrainer may be adjudged to a fine up to five hundred riyal in addition to the compensations to be paid to the distrainee.

## Part 3 - Travel Ban Order

### Article 405

The creditor may request from the execution judge to order that his debtor be subject to a travel ban, where serious reasons indicates that the debtor may escape from the proceedings or smuggle his money.

The debtor may submit a grievance against the order requesting its revocation if he deposits in the treasury of the court the amount of debt or submit a sufficient security or if strong reasons compel its revocation.

### Article 406

The ban travel order is requested by a justified petition, the rules and procedures specified in Part 9 of Book 1 of this Law shall be adopted for to its issuance and submission of a grievance against it.

### Article 407

The issuance of the travel ban shall not prejudice the power of the department to terminate the residency of the non-Qatari debtor or ordering him to leave the court or to deport him if the public interest so requires.

## Part 4 - Executory Attachments

## Chapter 1 - On the Attachment and Sale of the Debtor's Personal Property

### Article 408

The attachment shall be carried out by a report to be drafted in the place of its levy under penalty of nullity. The report must contain, in addition to the information to be mentioned in the notice the following:

1- Re-ordering the debtor to pay if he is present.

2- A reference to the writ of execution.

3- The chosen place of domicile adopted by the distrainer in the State of Qatar, if he has no place of domicile therein.

4- Place and date of attachment and the procedures performed by the execution officer, the obstacles and objections that he encountered during the attachment and his decisions thereof.

5- The particles of the attached objects in details, with specification of their kind, descriptions, volume, weight or size, a statement of its approximate value.

6- Determination of the day and hour of sale and the place wherein it shall be carried out.



The report of attachment must be signed by the execution officer, and the debtor if present; the signature of the debtor shall not be considered as consent to the judgment.

### Article 409

The attachment may not be effected in the presence of the plaintiff.

### Article 410

The execution officer may not break doors or pick locks by force to effect attachment unless in the presence of a police officer.

This officer must sign on the report of attachment under penalty of nullity. The execution officer may not search the debtor to effect attachment on whatever is in his pocket unless by a prior authorization from the execution judge.

### Article 411

Attachment does not require the displacement of the attached objects.

### Article 412

If jewelries, gold or silver alloys or any other precious mineral, gems or precious stones are attached, they must be weighed and be precisely stated in the report of attachment.

Where they should be transmitted to be weighed or valued, if the case so requires, they must be put in a stamped seal, and a reference to this matter be stated in the report with a description of the seals.

These objects shall be valued by an expert to be appointed by the execution judge upon the request of the execution officer or at the request of the distrainer or the distrainee. Other valuable objects may be valued in the same method. In all instances, the report of the expert must be attached to the report of attachment.

### Article 413

If species or paper monies are attached, the execution officer must indicate their descriptions and amounts in the report and deposit them in the treasury of the court.

### Article 414

If attachment is not carried out in one single day, it may be completed in the following day or days provided they be in sequence, and the execution officer must adopt the necessary measures to maintain the attached objects or requested to be attached and until the completion of the attachment. The report must be signed whenever the attachment procedures are stayed.

Nevertheless, and if the case requires the execution officer to proceed with the attachment procedures after the time-limits decided in Article (4) of this Law or during the official holidays, he may finish his report without the need of an authorization from the judge.

### Article 415

If attachment is effected in the presence of the debtor or at his domicile, a copy of the report shall be handed over to him in the manner specified in article (7). If attachment is carried out in a place other than his domicile and in his absence, he must be notified of the report within three days at most after the attachment.

### Article 416

The objects shall be considered attached if mentioned in the report of attachment even if a receiver has been appointed.

### Article 417

The execution officer must, immediately after the closure of the report of attachment, post notices signed by him on the door of the place wherein the attached objects exist and at the court's notice board in which shall be indicated the day, hour and place of sale, and the kind of the attached objects and their general descriptions, such a matter must be mentioned in a report to be attached to the report of attachment.

### Article 418

The execution officer shall appoint a receiver to the attached objects, who shall be elected by him if the distrainer or the distrainee fails to provide a solvent person.

The distrainee must be appointed if he so requests, unless the fear of squandering is raised for acceptable reasons to be mentioned in the report.



The receiver must not be any of the employees of the distrainer, or the execution officer, or the spouse, relative in blood or marriage up to the fourth degree to any of them.

### Article 419

If the execution officer fails to find in the place of attachment, any person who accepts the receivership, and if the debtor is present, he shall be assigned with the receivership and his refusal shall not be considered. If the debtor was absent, the execution officer must adopt all possible measures to maintain the attached objects, and must immediately refer the matter to the execution judge to order their transmission and depositing with a caretaker who accepts the receivership and be elected by the distrainer or the execution officer, or by commissioning any of the police officers in the area of the provisional receivership.

### Article 420

The attached objects shall be handed over to the receiver in the place of its attachment. In case of his absence at the time of attachment or be later appointed, an inventory of the attached objects must be drawn up and be handed over to him after signing the inventory report and handing him a copy of it.

### Article 421

The receiver shall sign the report of attachment; if he refrains, the reason must be stated. A copy of it must be handed over to him yet if he refuses to receive it, the reasons must be stated in the report and be handed over to the police headquarter.

### Article 422

The receiver other than the debtor or the possessor is entitled for remuneration on his receivership. This fee shall have the privilege of judicial costs against the attached personal properties.

The remuneration of the receiver shall be assessed by an order from the execution judge upon a petition submitted to him.

### Article 423

The receiver may not use, exploit, change or spoil the attached objects under deprivation of the remuneration for receivership, in addition to rendering him liable to pay the compensations. But they may be used for the purpose they are provided for if he be their owner or the holder of the usufruct rights.

If cattle, shows, tools or machines necessary to administer or exploit a land, factory, workshop or institution are attached, the competent execution judge, at the request of any of the concerned persons may assign the receiver for the management or the exploitation if he is qualified or replace him with another receiver to do so.

### Article 424

The receiver may not request to be released from his assignment before the day appointed for the sale unless for good reasons. The application shall be filed by way of summoning the distrainee and the distrainer to appear before the execution judge in one day time-limit. The judgment rendered shall be irrevocable.

The attached objects shall be inventoried by the execution officer when the new receiver takes over his task, this inventory shall be proven in a report to be signed by this receiver who shall be handed a copy of it.

### Article 425

If the execution officer moves to effect an attachment on objects that were previously attached, their receiver must present a copy of the report of attachment and furnish the attached objects. These objects must be inventoried by the execution officer who shall indicate them in a report and attach whatever is not previously attached, and he shall appoint the receiver of the first attachment as their receiver if they were in the same place.

This report shall be notified within the next day at most to the first distrainer, the debtor, the receiver if absent and to the execution officer who enforced the first attachment.

This notice shall result in that the attachment shall remain in favor of the second distrainer, even if it is waived by the first distrainer. And the amounts accrued from the sale shall be considered attached in the hands of the execution officer.

### Article 426

Where the attachment of personal properties is void, this matter shall not affect the subsequent attachments on the same properties if deemed valid by themselves.

### Article 427

The receiver shall be punished by the penalty specified in Article (233) of the Penal Code of Qatar, if he purposed not to present a copy of the previous report of attachment to the execution officer which incurred damages to any of the distrainers.

https://www.lexismiddleeast.com



### Article 428

The creditor may, even if without a writ of execution, attach the price accrued from the sale in the hands of the execution officer without the need of a judgment on the validity of attachment.

This attachment shall be subject to the same procedures applicable on garnishment and may be carried out before or after the sale and until the price of the attached properties is handed over to the judgment creditor.

If it is carried out after the cessation of sale, only the excess of the price after the settlement of the debts of the creditors before cessation of sale may be attached.

### Article 429

The attachment shall be considered as if never existed if the sale is not carried out within three months from the date of the levy, unless the sale is suspended upon the agreement of the litigants or by court's decision or by law.

It is not allowed to agree to that the sale be postponed for a period in excess of three months from the date of agreement.

### Article 430

The sale shall not be carried out until after the elapse of ten day at least from the date of handing over a copy of the report of attachment to the debtor or of his notification, and after the elapse of one day at least from the date of completion of posting and publishing procedures.

Nevertheless, if the attached objects are vulnerable to deterioration, or if the goods are vulnerable to price changes, or if their maintenance costs are higher than their value, the execution judge may order the sale of the objects in the place that he may deem appropriate and from hour to hour, as the case may be, upon a petition to be submitted by the receiver or any of the concerned persons.

### Article 431

The sale shall be carried out in the place where the attached objects exist, or in the nearest market.

Nevertheless, the execution order may order the sale to be carried out in another place upon a petition submitted by any of the concerned persons, after the date of notice of the time and place of sale.

### Article 432

If the value of the objects to be sold as assessed in the report of attachment is in excess of one hundred thousand riyal, one notice of sale in one daily newspaper at the expenses of the judgment creditor is required. The day, time and place of sale must be stated in the notice in addition to the kind of the attached objects and their general descriptions.

The judgment creditor or the distrainee may request by petition to be submitted to the execution judge to increase the number of publishing in newspapers; also any of them my request from the court's clerks' office the publishing at its own expenses if the value of the objects are in excess of fifty thousand riyals.

### Article 433

If the sale is not carried out on the day appointed in the report of attachment, posting in the manner indicated in Article (417), and publication of the notice in the newspapers in the manner specified in the previous Article shall both be re-made.

### Article 434

The sale by auction shall be carried out by the execution officer, who must not start the sale unless after drawing up an inventory of the attached objects and drafting a report in which he must indicate their condition and the missing objects if any.

The successful bidder is required to pay the price of the purchase offer immediately; if he defaults, the attached object shall be put up for new auction.

### Article 435

The jewelries, gold or silver alloys, ornaments, gems and precious stones may not be sold in a price lower than their intrinsic value as assessed by an expert appointed by the execution judge in which his name must be stated in the report. If no purchaser is found, they shall be retained in the treasury of the court in the same way as the species are retained, and the execution officer shall postpone the sale until the next day if not a holiday. If no purchaser is willing to buy by the assessed price, and where the distrainer has not accepted to take them to cover the debt in this amount, the sale shall be postponed to another day and the publishing and posting should be re-made in the manner specified in Articles (417) and (432), at this time, they shall be sold to the successful bidder even if by price lower than the price of assessment.

### Article 436

A declaration of the continuance or postponement of the sale shall be sufficient if referred to by the execution officer in public and be proven in the sale report.



### Article 437

If the successful bidder fails to pay the price immediately; the resale shall be made on his account of whatever cost. The sale report shall be deemed as writ of execution against him regarding the difference in price.

The execution officer shall be bound by the price when it is not collected immediately from the purchaser should he fails to initiate the resale on his account. The sale report shall be deemed as a writ of execution against him also.

### Article 438

The auctioneer shall cease the sale if sufficient amount is accrued for the fulfillment of the debts for which it is attached in addition to the costs. Any additional attachments in the hands of the execution officer or other person regarding the price accrued from the sale shall only be imposed on amounts in excess of the aforementioned.

### Article 439

The sale report must mention all the sale procedures and whatever objections or hindrances that the execution officer has faced during that period and the measures adopted by him, in addition to the attendance or absence of the distrainee, his signature if was present or abstention from signing, the bid price, and the name and signature of the successful bidder.

### Article 440

If an action for recovery of possessory of the attached objects is filed, the sale shall be suspended unless the competent execution judge decides to continue with the execution with or without depositing the price.

### Article 441

The action for recovery of possessory must be filed against the judgment creditor, the distrainee and the intervening distrainers. The pleading must comprise a sufficient statement of evidence of ownership. The plaintiff, when submitting the statement of claim, is required to deposit his documents in the clerks' office, otherwise a judgment on the continuance of the execution shall be rendered at the request of the distrainer prior to the adjudication of the lawsuit. This judgment may not be appealed.

### Article 442

The distrainer is entitled to proceed with the execution if striking off the action for recovery of possessory or its suspension is decided by the court in implantation of Article (67), or if deemed as if never existed or if so adjudged. He shall also be entitled to proceed with the execution if a judgment of dismissal or lack of jurisdiction, inadmissibility or annulment of pleadings or abatement of the litigation or accepting its abandonment is rendered in the lawsuit even if the judgment is appealable.

### Article 443

If another action for recovery of possessory is filed by another claimant, or if it has been previously filed by the same claimant yet deemed as if never existed or if so adjudged, or if a judgment is rendered to its striking off, inadmissibility, lack of court's jurisdiction or the annulment of pleadings, abatement of the litigation or accepting its abandonment, the sale shall not be suspended unless the execution judge decides so for significant reasons.

### Article 444

If the possessory claimant loses his action, he may be adjudged to a fine up to one thousand riyal to be fully or partially granted to the creditor, without prejudice to the compensation in case of good reason.

## Chapter 2 - On Garnishment

### Article 445

Any creditor of a verified and payable debt may garnish the debtor's properties or debts in the possession of a third party, even if deferred or contingent.

The garnishment shall involve any debt owed by the garnishee to the debtor until the date of his disclosure of whatever he owed, unless it is levied against a specified debt.

### Article 446

Where the creditor has no writ of execution or where his debt is unvalued, the attachment may not be effected unless by an order from the competent execution judge in which he authorizes the attachment and assesses the debt of the distrainer temporarily, upon a petition to be submitted by the applicant.



Qatar - Law No. 13 of 1990 Promulgating the Civil and Commercial Code of Procedure Law

## Article 447

Attachment shall be carried out, without a prior notice to the debtor by a notice to be served on the garnishee which comprises the following information:

1- A copy of the judgment or the writ of execution ordering garnishment or the judge's garnishee order or his order on the debt assessment.

2- A statement of the original amount of debt, its interests and costs.

3- An order forbidding the garnishee from fulfilling the debt in his hands to the debtor or handing it over.

4- Ordering the garnishee to disclose whatever he owed to the debtor in the court's clerks' office within fifteen days from the date of his notification of the notice of garnishment.

If the notice does not comprise the information mentioned in subsections (1), (2) and (3), garnishment shall be void.

## Article 448

If the garnishee is residing outside the State of Qatar, the service of notice of garnishment must be carried out pursuant to paragraph 8 of Article (10) of this Law.

## Article 449

The garnishee must be notified of the garnishment by a notice which includes a reference to the garnishment in the hands of the garnishee and its date, the judgment or the official writ ordering garnishment, and the amount of debt.

The notice of garnishment must be made within the ten days following its notification to the garnishee, otherwise the garnishment shall be deemed as if never existed.

## Article 450

In the instances, where the garnishment is ordered by the execution judge pursuant to Article (446), the distrainer, within the ten days mentioned in the preceding article, must file an action of verification of the right and validity of garnishment before the competent court; otherwise, the garnishment shall be deemed as if never existed.

## Article 451

If the garnishee is disputed in the action of validity of garnishment, he may not request his withdrawal. And the judgment shall not be a proof against him unless for the matters related to the validity of garnishment procedures.

## Article 452

The distrainee may file an action for the release of garnishment before the execution judge. This action shall not be held as proof against the garnishee unless notified by him.

The notification of action by the garnishee shall result in that he be prohibited from satisfying the debt to the distrainer unless after its adjudication.

## Article 453

In all instances, the garnishee may satisfy what he owed by depositing it in the treasury of the competent court, even if the garnishment is alleged to be void, unless such garnishment is released by mutual consent or by a court's decision.

## Article 454

Garnishment shall remain in effect on the amounts deposited in the treasury of the court in implementation of the provision of the preceding article. And the court's clerks' office must inform the distrainer and the distrainee of the deposit within three days by a registered letter with acknowledgement of receipt.

The deposit must be supported with a statement signed by the garnishee in which he states the garnishments, dates of their notification, the names of the distrainers and the distrainee, their capacities, and the domicile of each, and the instruments upon which the garnishments are applied, and the amounts of debts.

This deposit shall replace the disclosure of whatever he owed if the deposited amount is sufficient to satisfy the debt of the distrainer.

If a new garnishment is applied on the deposited amount which renders it insufficient for the payment, the distrainer may require the garnishee to disclose whatever he owes within fifteen days from the date of requiring him so.

## Article 455

The garnishee if indebted to the distrainee, may satisfy to the debtor whatever that may not be garnished, without the need of a judgment of such.



### Article 456

If the deposit is not performed according to the two articles no. (384) and (385), the garnishee must disclose whatever he owed to the debtor in the clerks' office of the competent court within fifteen days from the date of notifying him of the notice of garnishment. Shall be mentioned in the report the amount of debt, reason and the reason for its extinguishment if extinguished, and must indicate all garnishments, and deposit the papers corroborating his report or their certified copies.

If personal properties lie in the hands of the garnishee, he must support his report with a detailed statement of them.

He shall not be exempted from the obligation of disclosure, should he be not indebted to the distrainee.

### Article 457

If garnishment lies in the hand of any of the government authorities or any of the public bodies or public establishments or any of the subsidiary units, it shall be required to give an affidavit to the distrainer, upon his request, which shall substitute for the disclosure

### Article 458

If the garnishee dies, or loses his litigation capacity or where his capacity or the capacity of his representative is extinguished, the distrainer shall be allowed to serve a notice on his heirs or who substitutes for him by a copy of the garnishment paper requiring him to disclose what he owed within fifteen days.

### Article 459

An action on disputing disclosure of whatever owed by the garnishee shall be filed before the execution judge.

### Article 460

If the distrainer fails to disclose what he owed in the manner and on the time specified in article (456), the distrainer may request from the execution judge to require him disclose of what he owed on the date fixed by him on condition that it shall not be more that fifteen days. If the distrainer fails to disclose on the appointed time-limit, the judge shall sentence him to a fine not in excess of the quarter of the amount of debt to be granted to the distrainer in full or in some portion as a compensation.

### Article 461

If the garnishee declines to disclose despite of the notice ordering him so in the manner indicated in the previous article or if makes a false disclosure or conceals the papers that he ought to have deposited in corroboration of his disclosure, he may be adjudged to pay the sum attached to the creditor having a writ of execution of his debt.

In all instances, the garnishee must be obligated to pay all the compensations resulting from his delinquency or default.

### Article 462

The garnishee, after fifteen days from the date of his disclosure, is required to pay to the distrainer the amount acknowledged by him or whatever part thereof that shall meet the right of the distrainer, when the right of the distrainer at the time of payment is proven by a writ of execution and where the procedures specified in article (373) are observed.

If a new garnishment is imposed after the lapse of the mentioned time-limit, it shall not be effective unless to the sum above the debt of the first distrainer. If there are several distrainers, and where the admitted amount is not sufficient to fulfill all the debts, the garnishee is required to deposit it in the treasury of the court for its distribution.

### Article 463

In all instances, the garnishee may deduct from whatever he owes, the costs disbursed by him after they are assessed by the competent judge.

### Article 464

If the garnishee makes a valid disclosure of whatever he owes, yet fails to pay or deposit according to article (462), the distrainer may have his writ of execution, supported with an official copy of the disclosure of the garnishee, be enforced against his properties.

### Article 465

If the personal properties are garnished, they shall be sold through the procedures decided for the sale of the garnished property, without the need to impose a new attachment against these personal properties.

### Article 466

The creditor may impose the attachment on whatever in his hands which he owes to the debtor.



The attachment shall be made by a notice to the debtor comprised of the information to be mentioned in the notice of attachment specified in Article (449) of this Law.

In the instances where the attachment is imposed by an order from the execution judge, the distrainer is required, within the fifteen days following the service of the notice of attachment to the debtor, to file a lawsuit for the verification of right and validity of attachment, otherwise the attachment shall be considered as if never existed.

### Article 467

The attachment in the hands of any of the public authorities, or the public bodies, public establishments or the subsidiary units shall only be effective for three years from the date of its notification, unless the garnishee is notified of that the attachment is still exist.

If this notification is not carried out or if not renewed every three years, the garnishment shall be considered as if never existed regardless of the procedures, agreements or judgments that have been carried out or issued in this regard.

The said three years period shall not start to run as regards the treasury of the court unless from the date of depositing the attached amounts.

### Article 468

The execution judge regardless of the status of the proceedings may rule against the distrainer in a summary process authorizing the distrainee to collect his debt from the garnishee despite the attachment, in the following instances:

1- If the attachment is imposed without a writ of execution, judgment or order.

2- If the attachment is not notified to the distrainer in the time-limit specified in article (449), or if the lawsuit for the verification of attachment is not filed within the time-limit specified in article (450).

3- If the deposit and allocation are carried out in accordance with article (384).

### Article 469

The garnishee shall be punished by the penalty specified in article (233) of the Penal Code of Qatar if he wasted the shares, bonds and other garnished personal properties to harm the distrainer.

## Chapter 3 - Attachment and Sale of Shares, Instruments, Revenues, Portions

### Article 470

Either bearer or endorsable shares and instruments may be subject to attachment in the situations specified for the attachment of personal property.

### Article 471

Accrued revenues, registered shares and the partners' share of capital, the profits due on the account of juristic persons and the rights of limited partners, shall be attached in the situations determined for the garnishment of personal property.

Attachment of the rights mentioned in the previous paragraph shall result in the attachment of their yields, and whatever due or may fall due until the day of sale.

### Article 472

The shares, bonds and whatever specified in the preceding two articles shall be sold through any bank or money exchanger to be appointed by the execution judge. The judge shall state in his order the necessary measures to be adopted for the notice of sale.

## Chapter 4 - Execution Against the Real Property

### Article 473

After the writ of execution is notified to the debtor and after the payment order is issued pursuant to Article (369), the applicant for the execution against the real property or his representative shall submit an application to the competent execution judge which includes the following information:

1- The name of the applicant for execution, his capacity and domicile, and his chosen domicile in Qatar if he has no domicile therein.

2- The name of the debtor and his domicile.

3- A statement of the kind of the writ of execution and its date, date on which the debtor is notified and ordered to pay, the amount of the debt to be paid.

4- A description of the real property subject of execution, with statement of the real property region, its location, surface and boundaries, and whatever information assists in its designation.



The application shall be recorded in the registration list of execution applications in the competent court.

### Article 474

**The text of Article 474 was replaced by virtue of Article 1 of Qatar Law No. 7/1995 of 15/06/1995, and became as follows:**

The execution judge shall issue an order for the application of attachment against the real property, within two weeks at most from the date of submitting the execution application and the attached documents. Upon this order, the levy against the real property shall be applied by a report to be drafted by the execution officer in the location of the real property, on the next day at most from the date of issuance of the attachment order. The report of attachment must include, in addition to the information specified in the preceding article, the following information:

1- Name and signature of the execution officer, date and venue of attachment.

2- Statement of the writ of execution, its date and the amount of the debt.

3- A notice to the possessor of the real estate, if any.

4- The order issued from the execution judge on the application of attachment of real property and its date.

5- The location of the real property, its surface, boundaries and descriptions, and other information which assists in its designation, in addition to its contents, the names of the occupants and their capacities, the documents corroborating their said capacity, the amount of rent or the consideration for usufruct.

The execution officer, for the purpose of obtaining this information, is entitled to enter the real property accompanied with any assistant to do so.

### Article 475

The court's clerks' office immediately after the application of attachment, must notify to the real estate registration and authentication department of Qatar to register the attachment on the real estates' records of the real estate.

When attachment is registered on the real estate, it may not be subject to any disposition without the consent of the execution judge. Any disposition to the contrary after the registration of attachment shall not be effective against the distrainer.

### Article 476

The revenues of the real estate on the period subsequent to the attachment shall be annexed to the real estate.

### Article 477

If the real property is not leased, the debtor shall be deemed a receiver until the sale is carried out, unless the execution judge rules on his removal from receivership or limit his power upon the request of the judgment creditor or any other creditor having a writ of execution.

The debtor living in the real property shall still live therein without rent until the sale is carried out.

If the real estate is leased, the rent that falls due during the period subsequent to the registration shall be deemed attached in the hands of the lessee as soon he is noticed by the distrainer or any creditor having a writ of execution not to pay it to the debtor.

If the lessee has paid the rent before such notice, his payment shall be deemed valid, and the debtor shall be liable in the capacity of a receiver.

### Article 478

The penalties specified in the two articles (233) and (248) of the Penal Code of Qatar shall be enforced against the debtor if he embezzles the revenues annexed to the attached real property or destroy this real property.

### Article 479

If the real property is burdened with a real estate security, yet devolved to a possessor having a registered contract before the registration of attachment, this possessor must be warned to pay the debt or vacate the real property; otherwise the execution shall be enforced against him.

Shall be deemed a possessor of the real property burdened with a real estate security, any person to whom the ownership of this property or any other mortgageable real right has devolved to him for any reason without being personally liable for the debt guaranteed by the real estate security.

The notice addressed to the possessor must be accompanied with a certificate from the Real Estate Registration Department of the registration of attachment on the real estate under penalty of nullity. The service of notice shall result in that all the provisions specified in the Articles from (476) to (478) shall apply against the possessor.

The notice addressed to the possessor must be registered in the Real Estate Registration and Authentication Department and a reference to such registration must be annotated on the margins of the registration of attachment within fifteen days from the date of registration or attachment, otherwise, the attachment shall lapse.



Qatar Law No. 13/1990 On the Issuance of Civil and Commercial Procedures Law

### Article 480

**The text of Article 480 was replaced by virtue of Article 1 of Qatar Law No. 7/1995 of 15/06/1995, and became as follows:**

The report of attachment must be referred to the execution judge within seven days from the date of attachment, and the judge shall issue a list of conditions of sale, and determine the basic price upon which the auction shall start on the sale session, within thirty days at most from the date of referring the report of attachment to him. He may resort to the assistance of experts to evaluate this price. And the judge shall fix the date of the session to be held for the examination of any possible objections to the list, provided that this date be no further than thirty days from the date of determination of the basic price.

The clerks' office, within the fifteen days following the issuance of the list, must notify the distrainee whether be the debtor, possessor or the real estate guarantor in addition to the creditors and beneficiaries of the rights registered on the real property and before the registration of attachment, of the this list, the amount of the basic price, the date of session fixed to examine the objections to the list. The service of notice, in case of the death of any of them, shall be to his heirs collectively at his last domicile.

The notice addressed to the distrainee must include the payment order of the amount of debt, the interests and costs within fifteen days from the date of adjudicating the objections to the list, otherwise the judge shall order the sale by public auction of the property on his account.

### Article 481

The list of conditions of sale must comprise the following:

1- Statement of the writ of execution under which the execution is enforced.

2- Date of report of attachment against the real property and the date of its registration.

3- Designation of the attached real property with statement of its location, surface, lengths and boundaries, and other information that assists in its designation.

4- The contents of the real property, and whether it is occupied by the distrainee or by others, and the capacity of the occupants.

5- The conditions of sale offered by the judge to the concerned persons, upon which, at his discretions the sale shall be carried out.

6- The estimated value of the real property as the basic price upon which the bidding on the sale session shall start.

7- Dividing the real property into dealings, if proper, with statement of the basic price for each deal.

### Article 482

Objections to the list of conditions of sale shall be carried out by declaration in the court's clerk' office before at least three days from the session appointed for its examination, otherwise the right to such declaration shall lapse.

Any interested person other than those mentioned in article (480) is entitled to present the grounds of annulment or his remarks by way of objection to the list or by way of intervention during the examination of the objection.

### Article 483

**The text of Article 483 was replaced by virtue of Article 1 of Qatar Law No. 7/1995 of 15/06/1995, and became as follows:**

The execution judge shall rule on all the objections submitted against the list of conditions of sale within a period of fifteen days from the date of the session appointed for its examination, then he shall fix a session for the sale of the real property provided that it shall be within the thirty days from the date of adjudicating all the objections.

The clerks' office shall notify the person mentioned in article (480) of the date and place of the sale session.

The clerks' office shall also announce the date and place of the sale session before at least fifteen days and not in excess of thirty days from the day fixed for the sale, by posting notices on the door of the real property and on the court's notice board, and by publication for one time in any daily newspaper.

### Article 484

The sale shall be carried out in the court, and the person who is initiating the procedures, the distrainee and any interested person may ask for an authorization from the execution judge to perform the sale in the real property itself or in the location of another.

### Article 485

**The text of Article 485 was replaced by virtue of Article 1 of Qatar Law No. 7/1995 of 15/06/1995, and became as follows:**

The execution judge shall carry out the auction on the date appointed for the sale.



The auction sale session shall start by announcing the opening price and costs. The property shall be knocked down to the bidder who offered the highest bid. The bid of which no counter offer is being made within five minutes shall be considered to have ended the auction.

The judge may; if it is established to him that the offered price is extremely lower than the opening price, postpone the auction to the next day and for the same price.

If no purchaser is found in the second session for the basic price, the judge shall postpone the sale to the next day, and shall reduce the basic price by 5% and then to another session. And so on, the price shall be reduced by 5% each time until it has reached 25% of the basic price.

## Article 486

**The text of Article 486 was replaced by virtue of Article 1 of Qatar Law No. 7/1995 of 15/06/1995, and became as follows:**

If the total reduction is 25% of the basic price, the sale must be postponed for another thirty days, and the notification procedures shall be remade, and in this instance, the real property shall be sold for the highest bid of whatever amount.

## Article 487

**The text of Article 487 was replaced by virtue of Article 1 of Qatar Law No. 7/1995 of 15/06/1995, and became as follows:**

The successful bidder accredited by the judge must deposit as soon as the session is held, the recognized price in full, the costs and the registration fees, and then; the judge shall decides the sale to him. If the price is not deposited in full, he shall be required to deposit at least one fifth of it, otherwise the bid process shall be repeated on his account in the same session and on the basis of the successful bid.

In case that the price is not deposited in full, the sale shall be postponed to another session to be fixed by the judge within seven days at most, therefore, if the bidder deposits the remaining price, the judge shall decides the sale to him, unless another purchaser has offered in this session an increment equal to the tenth of the successful bid of the previous session, and be accompanied with the full increment, in this instance the bid process shall be repeated in the same session on the basis of this increased price.

If there is no purchaser found in the session that follows the increment by the tenth, and where the first bidder has not deposited the price in full, the bid process must be repeated immediately on his own account, on the basis of the price of the successful bid; in this session, no bid not accompanied with the full amount shall be considered.

## Article 488

If it is indicated that the person who is adjudged to be the buyer is the creditor, and if the amount and rank of his debt justify exempting him from the deposit, the judge may exempt him.

## Article 489

Whoever shall be adjudged to be the successful buyer, must declare in the court's clerks' office before the lapse of three days as of the day of sale that he has purchased on behalf of a specific person, should the principal agree to this.

## Article 490

The sale judgment shall be issued in the form of judgments, and not necessary to be justified unless it adjudicates an incidental matter brought to the judge. And must include a copy of the list of the sale conditions, and a statement of the procedures adopted for the designation of the day of sale and its notification, and a copy of the minute of the session. Its operative part must include the order addressed to the debtor, possessor, or the real guarantor to hand over the real property to the winning bidder.

The original copy of the judgment must be deposited in the file of execution on the next day following its issuance.

## Article 491

The judgment for the sale shall not be notified. This judgment shall be executed by force by which the successful bidder through subpoenaing the distrainee whether the debtor, possessor, the real guarantor or the receiver, as the case may be, to appear at the place of delivery on the day and hour on which it shall be carried out as specified in the subpoena. The notice must be served before at least two days from the appointed date of delivery.

If personal properties belonging to other than the distrainee are situated in the real property, the applicant must request from the summary judge in a summary process to adopt the necessary measures to maintain the rights of the concerned persons.

## Article 492

The court's clerks' office shall notify the real estate registration department of a copy of the judgment for the sale within the three days following its issuance, to register it in the name of the winning bidder, and the rules decided in the real estate registration law and its implementing regulation shall be adopted.



The real property may not be registered in the name of the purchaser unless after the lapse of fifteen days from the date of this judgment. The registered judgment shall be considered a title deed to the winning bidder. Nevertheless, it shall only transfer to him the rights of the debtors, possessor or the real guarantor in the sold real property.

### Article 493

The debtor and any interested person, until before the registration of the judgment for the sale, pursuant to the provisions of the previous article may recover the sold real property after the payment of the amount of debt and all the costs which the declared purchaser has sustained upon the approval of the execution judge.

### Article 494

The registration of the judgment for the sale shall result in that the sold real property is cleared from privileges rights, allotments, possessory and official mortgages whom their rightful claimants have been notified of the list of the sale conditions and the date of the sale; their right shall be transferred to the price.

### Article 495

The judgment for the sale may only be appealed for a deficiency in the auctions proceedings or the judgment form; or for its issuance after the dismissal of the claim for the stay of proceedings where its suspension is obligated by the law.

The appeal shall be filed through the ordinary means within the five days following the date of pronouncement of the judgment.

## Chapter 5 - Collateral Possessory Claim

### Article 496

The annulment of the execution proceedings may be claimed with the application for the possessory of all or part of the attached real property, even after the termination the of time-limit specified for the objection against the list of conditions of sale, by a lawsuit to be brought through the ordinary means before the execution judge in which must be disputed the person who is initiating the proceedings, the debtor, the possessor or the real guarantor and the first registered creditor. The judgment issued in this lawsuit shall only be a proof against the litigation parties within the scope of the execution procedures on the real property.

### Article 497

The judge shall rule on the staying of the sale proceedings, if the applicant deposits in the treasury of the court, in addition to the lawsuit costs, the amount assessed by the clerks' office regarding the fees of attorneys and the costs necessary to repeat the sale procedures if the case so requires, and where the pleadings comprises a statement of the corroborating documents or a precise statement of the ownership evidence or the possessory facts upon which the lawsuit relies.

If the appointed day for the sale is due before the judges had ordered the stay, the plaintiff may request the cessation of the sale before at least three days from sale session.

The judgments issued pursuant to the preceding two paragraphs on the cessation of or proceeding with the sale shall not be subject to any means of recourse.

### Article 498

If the possessory lawsuit is covering only a part of the attached real properties, the sale shall not be stayed regarding the remaining parts.

Nevertheless, the judge may order, upon the request of the concerned person the suspension of the sale of all the real properties for strong reasons.

## Chapter 6 - Distribution of the Proceeds of the Execution

### Article 499

Where the money of the debtor is attached, or where the attached property is sold, or if fifteen days have elapsed from the date of disclosure of the debts regarding garnishment, the judgment creditors and the creditors who are deemed a party to the proceedings shall both be appertained with the proceeds of the execution without any other procedure.

### Article 500

If the proceeds of the execution are not sufficient to fulfill all the rights of the judgment creditors or the creditors who are deemed a party to the proceedings, the person having these amounts in his hands must pay each creditor his debt after he submits his writ of execution, then the residue shall be delivered to the debtor.

If one of the creditors has no writ of execution, and where the lawsuit for the verification of right and validity of attachment is still pending, and if the debtor fails to agree to satisfy the creditor's debt, an amount equal to the creditor's debt for which it is



attached shall be allocated to him, and shall be deposited in the treasury of the court on his account until the final adjudication of the lawsuit.

## Article 501

If there are several creditors and whoever deemed the same, and if the proceeds of the execution are not sufficient to satisfy their debts, the person having these proceeds in his hands must deposit them in the treasury of the court. The bailor must hand over to the court's clerks' office a statement of the attachments in his hands.

## Article 502

If the assumed bailor abstains, any concerned person may request from the execution judge in a summary process to obligate him of such deposit within a specified period. If the deposit is not carried out within this period, the forced execution may be enforced against the personal property of the abstainer.

## Article 503

If the proceeds of the execution are not sufficient to satisfy all the rights of the distrainers, and where no agreement exists between them and the debtor or the possessor for their distribution within the fifteen days following the day of depositing these proceeds in the treasury of the court, the clerks' office shall refer the matter to the execution judge within three days to distribute the proceeds of the execution among them pursuant to the situations indicated in the following articles.

## Article 504

The execution judge, within the fifteen days from the date of referring the matter to him, shall draw up a temporary distribution list, after the costs of attachment and sale and the expenses of the distribution procedures are deducted from the proceeds of the execution. The amount to be distributed must be distributed first to the creditors having priority according to their ranks, then the residue shall be distributed to the ordinary creditors in proportion of the amount of each debt, and the judge shall deposit this list at the court's clerks' office.

The court's clerks' office must summon the debtor, the possessor, the judgment creditors and the rightful creditors of registered rights to a session as appointed by him not after thirty days from the date of depositing the temporary list, and within an appearance time-limit of ten days aiming to reach an amicable compromise.

## Article 505

In the session fixed for the amicable compromise, the concerned persons aforementioned in the preceding Article must discuss the temporary list, and the judge shall order to state their remarks in the report. The judge shall have the complete power to verify the validity of notices and representations and to accept the adjoining of any interested person, who is neither notified nor is duly notified, and to adjoin a distribution to another distribution, or appoint experts to estimate the isolated prices of the real properties sold in whole. In addition to adopt any other measure as required for the good implementation of procedures.

## Article 506

If the concerned persons appear, and agree to the distribution by an amicable compromise, the judge shall prove their agreement in his report, that to be signed by him, the clerk of the session and the present parties; this report shall have the power of the writ of execution.

The judge, within the next five days, shall draw up the final distribution list of what is due to every creditor, and shall order the delivery of the court treasury pay orders, and strike off all the registers related to debts that are either not inscribed on the list or undistributed.

## Article 507

If the amicable compromise fails due to the objection of some of the concerned persons, the judge shall order to prove their contradictions in the report which he shall examine immediately, and render his judgment in its regard. The contradictions must be submitted and be supported with their reasons and the documents of the debt. New contradictions may not be presented after this session.

## Article 508

The time-limit of appeal against the judgment rendered in the bid shall be seven days starting according to the rules decided in article (157). All the concerned persons must be disputed in the appeal. And the clerks' office must within three days from the date of issuance of the judgment of appeal, notify the clerks' office of the court that has rendered the appealed judgment of the operative part of the judgment of appeal.

https://www.lexismiddleeast.com



### Article 509

The execution judge within seven days from the notice aforementioned in the preceding article or from the lapse of the time-limit of appeal of the judgment issued on contradictions, shall deposit the final list drafted on the basis of the temporary list, and the final judgment issued on the contradiction if any, and shall proceed with the procedures pursuant to article (506).

### Article 510

The contradictions in the list shall not preclude the judge from ordering the delivery of the pay orders to the rightful creditors in advanced in degree of the creditors whose debts are disputed.

### Article 511

Any concerned person not duly summoned to appear before the execution judge may request, until the date of delivery of the pay orders, the annulment of the procedures whether through adjoining the compromise session or by an original claim which shall be brought through the ordinary means in which he requests the annulment of the final list and annulment of distribution. The annulment shall only be adjudged if a damage to the rights of the claimants is established; if so adjudged, the procedures shall be re-made at the cost of the party who has caused it and who shall also be liable to pay the compensations in case of good reason.

### Article 512

The bankruptcy of the judgment debtor after the lapse of the time-limit mentioned in Article (499) shall not result in the stay of the procedures of distribution, even if the date of suspension of payment is fixed previous to the distribution.

### Article 513

After delivering the pay orders to the rightful claimants, any person whether not notified or disputed shall not be entitled to request the annulment of the distribution procedures, but he shall be entitled to claim the responsible person for the compensations in case of good reason.

## Part 5 - Imprisonment of the Judgment Debtor

### Article 514

If the losing party refrains from executing the final judgment issued against him, the prevailing party may apply for his imprisonment. The application for the subpoena of the losing party shall be brought before the competent execution judge through the ordinary procedures to file a lawsuit.

### Article 515

If it is established to the execution judge that the losing party is insufficient to meet all the adjudged debts, or if he is ordered to pay yet defaults, the judge may order his imprisonment. The period of imprisonment may not be in excess of three months.

If the debtor is a private juristic person, an order for the imprisonment of the person whose abstention pertains to him personally shall be issued.

### Article 516

**The text of Article 516 was replaced by virtue of Article 1 of Qatar Law No. 7/1995 of 15/06/1995 and became as follows** :

An order for the imprisonment of the debtor is not allowed in the following instances:

1- If he be under the eighteen years of age or above the seventy years.

2- If he be the creditor's spouse or any of his ascendants or descendants unless the debt is a decided alimony.

3- If he submits a bank guarantee, or a solvent guarantor approved by the execution judge, to satisfy the debt within the appointed time-limits or advises about funds he owns in the State which may be subject to execution and be sufficient to satisfy the debt.

4- If it is established by a report from the competent medical authority, that the debtor is suffering from an incurable disease, and may not survive the prison.

5- If the claimed debt is less than one thousand riyal, unless it is a fine penalty or a specified alimony.

6- The execution judgment may postpone the enforcement of the imprisonment of the debtor in the following two instances:

a- If it is established by a report from the competent medical authority that the debtor is suffering from a temporary disease and may not survive the prison, and the postponement shall be until after his recovery.

b- If the debtor is a pregnant woman, the postponement shall be until after the lapse of two years from delivery for the infant care.



### Article 517

The losing party shall be released from imprisonment, if he satisfies the adjudged debt or be satisfied by another person on his behalf or if he provides a recognized guarantor, or if the creditor requests his discharge.

### Article 518

The application of the provisions of the preceding articles shall not prejudice the right of the prevailing party to adopt the procedures specified for the execution of the judgment rendered in his favor.

## Book 4 - Offer and Deposit

### Article 519

If the debtor is willing to acquit himself from his obligation, he must make a real offer to his creditor by an offer report to be served on the creditor. The offer report must include a statement of the offered object and a reference to the acceptance or refusal of the offeree.

The offer made to the creditor of realty that is impossible to be delivered shall be at his domicile requiring him to receive it by a notice addressed to him by the debtor.

### Article 520

If the offer is rejected where the offered object was money, the bailiff assigned to serve the offer report shall deposit them in the treasury of the court on the next day at most from the date of report. And the bailiff must notify the creditor of a copy of the deposit report within three days from its date.

Where the offered object is other than money and the offer is rejected, the debtor, should the object be transportable, may request from the competent execution judge to appoint a place for the object to be deposited. If the object is intended to stay where it exists, the debtor may request that it be put under receivership.

### Article 521

A real offer may be made in the session before the court without proceedings if the offeree is present.

The offered money, when rejected, may be handed over to the clerk of the session to deposit them in the treasury of the court. A reference to whatever is proven in the report of session pertaining to the offer and rejection, must be mentioned in the deposit report.

If the object offered in the session is other than money, the offerer is required to request from the court to designate a place in which the offered object be deposited, if be transportable, or to designate a receiver, if it is intended to stay where it exists. The judgment rendered in this regard is irrevocable.

The offerer may apply immediately for the declaration of validity of offer.

### Article 522

A judgment for the validity or the nullification of the offer, or the validity or invalidity of the deposit may be requested through the ordinary means for filing the original and contingent claims.

The offer which is not followed by a deposit shall not be rendered valid unless the offered object is deposited. The court shall rule on the validity of the offer and the acquittances of the debtor from the day of offer.

### Article 523

If the debtor has not revoked his offer, the creditor may accept an offer which he has previously rejected and receive whatever is deposited on his account, if he proves to the bailee that he has notified the debtor of his intention to receive it before at least three days. The creditor shall hand over to the bailee a copy of the deposit report delivered to him with an acknowledgement of payment.

### Article 524

The debtor may revoke an offer not accepted by the creditor and recover from the treasury of the court whatever he has deposited if he proves that he has notified his creditor of the revocation of the offer, and three days have elapsed from the notification of the creditor of this matter.

### Article 525

Neither the revocation of offer nor the recovery of the deposited are allowed after the creditor's acceptance of this offer, or after the issuance of the judgment on the validity of the offer and becoming final.



# Book 5 - Fees

## Part 1 - General Provisions

### Article 526

Lawsuit filed by the Government shall not be subject to any fees. If the judgment rendered in the lawsuit rendering the other party liable for the costs, the clerks' office shall collect them from this party.

Any copies, certificates, briefs and translations requested for the Government shall also be not subject to any fees.

### Article 527

If a lawsuit is filed by the Government or by any person who is exempt from fees, and where a judgment is rendered against the defendant who is willing to challenge this judgment, only the recourse fees shall be collected.

### Article 528

For the assessment of the value of lawsuit, the fraction of one riyal shall be considered one riyal.

### Article 529

Without prejudice to the provisions of this law to the contrary, any act may not be initiated unless after the collection of the due fees in advance.

The fees due shall all be collected when submitting the pleadings, the appeal, the claim, the order, the paper or its copy upon which the fees are due.

The clerks' office must not accept the pleadings, the recourse, the claim, the order or to issue the paper, if not supported with a proof of payment of the fee in full pursuant to the provisions of this law.

The court must exclude the lawsuit or the claim, or refuse to issue the order if the due fee is not paid.

### Article 530

The clerks' office must inscribe on the margins of every judgment rendered by the court, a statement of the due fees, and whatever amount that are collected and the remaining. He must also so indicate on the margins of any requested copies and other documents. In both instances; the date and number of the receipt indicating the settlement of the fees must be in numbers and letters.

A notation on fees exempt, if any, must be made.

The clerk of the office of the clerks must sign the information and annotations which he inscribes.

## Part 2 - Fees on Lawsuits

### Chapter 1 - On the Assessment of the Amount of Due Fees

### Article 531

Fees imposed on a lawsuit shall comprise all the judicial procedures from the date of on which the lawsuit is initiated until the date of issuance of the judgment and its notification, including the copies of petitions, and experts' reports necessary for the execution, and copies of the interlocutory judgments, notice of judgments of fines rendered against the litigants, witnesses and experts, and the costs for the transfer of the court, its officials, experts, translators and execution officers, as well as their travel compensations.

### Article 532

Lawsuits of determined value shall be subject to a proportional fee of 3% (three percent) of the claimed sums requested to be adjudged if not in excess of 20000 (twenty thousand) riyal. The fee shall be 2% of what is above this sum.

The fee must not, at any case, be less than fifty riyal or in excess of three thousand riyal.

### Article 533

The claims in the pleadings of the plaintiff shall be the one to consider for the assessment of the value of the lawsuit.

If the plaintiff, during the proceedings, amends his claims, the value of the lawsuit shall be assessed on basis his amended claims.



Qatar Laws and Legislation/Civil and Commercial Procedures Law

## Article 534

If the dispute is pertaining to a personal or real property, the lawsuit shall be assessed by the amount of the disputed money. The plaintiff must clarify its value, and no procedure in the lawsuit may be adopted before submitting such clarification.

## Article 535

Assessment of the claim value shall be pursuant to the following:

a- the actions for the verification of validity, annulment or rescission of contracts shall be assessed on basis of the value of the object of the contract. If the contract is for a consideration, the assessment shall be by the higher consideration.

b- The actions for the validity, annulment or rescission of a continuing contract shall be assessed pursuant to the value of the total cash consideration for the whole period of the contract. And if it is related to the rescission of a contract of which a part of it is executed, the cash consideration shall be assessed on the remaining period; if related to the extension of contract, the cash consideration shall be assessed on the period during which the dispute has arisen; and if it includes a claim for the cash consideration and rescission, the higher fee shall be due.

c- Actions for the proceeds, rent and daily compensation shall be assessed on the amounts due until the date of filing the lawsuit. The fee due, after the judgment is rendered, as of the date of filing the lawsuit until the date of issuance of the judgment, whether for the refusal or acceptance shall be completed. When applying for the execution, the fee shall be completed according to the sum for which it is enforced regarding the period subsequent to the judgment until the date of application of enforcement, in addition to the due enforcement fee.

d- Lawsuits between the creditor and the debtor on an official mortgage, possessory mortgage, allotment right or privilege right, their value shall be assessed on the amount of the guaranteed debt; where it is brought by a third party claiming his possession of the properties burdened with the mentioned rights, it shall be assessed on the amount of these funds.

e- Actions for the validity of attachment of the personal property or its annulment between the judgment creditor and the debtor, shall be assessed by the amount of the debt for which it is attached; if it is initiated by a third party alleging his right to the attached properties, it shall be assessed by the amount of these properties.

f- The value of claims for the distribution of the debtor's properties among the creditors or for dividing them shall be based on the total amounts to be distributed or their value.

g- Possessory claims shall be assessed by the value of the right subject of the possession.

## Article 536

If it reveals impossible to assess the lawsuit-value, the lawsuit shall be deemed of unknown value. A fixed fee of one hundred riyal must be imposed on the lawsuits of unknown value.

## Article 537

**The text of Article (537) was replaced by virtue of Article 5 of Qatar Law No. 13/2005 of 05/04/2005 and became as follows:**

A fixed fee of one hundred riyal shall be imposed on the lawsuits and disputes pertaining to the personal status of all kinds except for the alimonies lawsuits, which shall not be subject to any fees.

## Article 538

The following lawsuits are considered of unknown value:

1- Lawsuits on the validity of signature.

2- Forgery original lawsuits.

3- Lawsuits for the eviction or handing over of leased properties that do not include an application for rescission of contract.

4- Summary lawsuits and oppositions to executions.

5- Objections to the list of the conditions of sale if related to the execution proceedings.

6- Appeal of the judgment rendered against the contradiction in the distribution of the proceeds of the execution.

7- Declarations of bankruptcy or preventive compromise lawsuits, and all collateral lawsuits related to the bankruptcy.

8- Application for ordering the enforcement of arbitrators' awards and the judgments of foreign court of unknown value.

9- Applications for the enforcement of judgments of unknown value.

10- Grievance against the orders on petitions.

11- Lawsuits for the interpretation and correction of judgments.

12- Applications for the recusal of judges, experts and arbitrators.



## Article 539

If a lawsuit includes several claims of determined value emanating from one legal ground, the assessment shall be on the basis of its total value. And if emanating from different legal grounds, the assessment shall be by considering the amount of each of them separately.

Additional claims shall be joined to the original claims, and the fee shall be assessed on their total.

If a lawsuit comprises claims that are deemed combined in the original claim, it shall be assessed by the amount of the original claim only.

## Article 540

If a lawsuit comprises several claims that all are of unknown value but emanating from one legal ground, a fixed fee shall be collected on each separate claim, unless they are linked with a connection that makes them as one claim, though one fee shall be collected thereof.

If several claims of known value and others of unknown value, the fee shall be collected on each single claim unless emanating from one legal cause, in this instance, the higher fee shall be imposed.

## Article 541

If the claim in the lawsuit of unknown value is amended during the proceedings, to another claim of known value or vice versa, and where no interlocutory judgment is rendered on the merits of the lawsuit, or an irrevocable judgment in a collateral issue, the higher fee shall be imposed.

If before such amendment, an irrevocable judgment is rendered in a collateral issue, or interlocutory judgment on the merits, a new fee shall be imposed on the claim.

## Article 542

If the lawsuit is filed from one or many plaintiffs based on one legal ground, it shall be assessed by the value of the claimed regardless of the share of each of them.

## Article 543

If the claim is part of a right, it shall be assessed by the amount of this part, unless the right is disputed and where the requested part is the remaining part, then it shall be assessed by the value of the whole right.

## Article 544

If the intervener in the lawsuit who adjoins the plaintiff has independent claims, the fee shall be due on these claims.

## Article 545

The appeal of judgments in the lawsuits of known value shall be subject to a proportional fee on basis of the categories indicated in article (532); the amount under which the appeal is filed shall be considered for the assessment of the fee.

The appeal of judgments in the lawsuits of known amount shall be subject to the fixed fee specified in article (536).

## Article 546

The fees, whether proportional or fixed shall be reduced to the half in the following instances:

1- Partition lawsuits between partners.

2- Distribution between creditors and the distribution of bankruptcy funds.

3- Revocation of lawsuit after a judgment is rendered on the abatement of lawsuit, or the annulment of the subpoena or after considering the lawsuit as if never existed or that the plaintiff has abandoned his lawsuit.

4- Opposition to the lists of fees, costs and grievances against expert fees.

5- Grievance against orders on petitions.

6- Conciliation before the court.

## Article 547

The fees shall be reduced to the quarter in the following instances:

1- An application for ordering the enforcement of the arbitrators' awards or the judgments of foreign courts.

2- Revocation of the lawsuit within the period specified in article (51) after it was quashed on condition that the merits or the litigants have not been changed.



## Chapter 2 - On Fees Assessment Order and its Opposition

### Article 548

The fees shall be assessed by an order from the judge of the competent court upon the request of the clerks' office, the clerks' office shall notify this matter to the person requested of the fees.

### Article 549

The concerned person may object to the assessment of fees of which the order mentioned in the preceding article is rendered, by a report at clerks' office within the eight days following the service of the order. The clerks' office shall appoint the day on which the opposition shall be examined.

### Article 550

A judgment in the opposition shall be rendered after hearing the statements of the representative of the clerks' office and the opposer; if present.

This judgment may be appealed within fifteen days from day of its issuance; otherwise the right to appeal shall lapse.

## Chapter 3 - Exempt From Fees

### Article 551

Any person proves his insolvency, shall be exempt of all or some of the judicial fees. This exempt shall comprise the fees on judicial papers, execution fees and publication costs of judicial notices and the other expenses borne by the litigants.

The exempt shall be conditioned on that the lawsuit is likely to win.

### Article 552

An application for the exempt from fees shall be submitted to the clerks' office of the competent court. The clerks' office shall fix a session for its examination to be notified to the other litigant within a time-limit of at least three days.

The court shall adjudicate the application after reviewing the applicant's papers and documents, and after hearing the statements of the attending parties and the representative of the clerks' office, or whoever he deems appropriate to render advice in this regard.

### Article 553

If the state of insolvency of the person exempt from fees is ended during the examination of the lawsuit or during the execution. The court may cancel the exempt; such cancellation shall result in the stay of proceedings until the payment of the fixed fees.

If the party exempt from fees dies, the effect of the exempt shall apply to his heirs or his subrogate unless the court deems otherwise.

### Article 554

If a judgment obligating the exempt litigant to pay the fees is rendered, the clerks' office shall collect them. If it reveals impossible, the clerks' office may recover them if his state of insolvency is ended.

## Part 3 - Fees on the Copies, Certificates and Orders

### Article 555

A fee of one riyal per paper shall be imposed on the copies requested from the registers, rolls and judicial papers including copies of the execution reports, and on every order or any of the papers of the clerks' papers or notice papers not related to any lawsuit whether an original or copy.

### Article 556

A fee of ten riyals shall be imposed on the following papers:

1- Orders on petitions whether the application is accepted or dismissed. If the orders are requested at time of filing the lawsuit, only the fee determined on the original shall be collected, yet the copy and its notification shall be subject to the proportional fee collected when filing the lawsuit.

2- Orders issued on expeditious applications, whether the application is accepted or refused.



### Article 557

A fee of ten Riyals shall be imposed on every translated paper of the original to be translated; in addition to the fee decided in article (555).

### Article 558

The paper mentioned in this law shall be composed of two copies, and each page shall contain twenty five lines, and the line shall contain twelve words in Arabic and twelve paragraphs in a foreign language.

A fee in full shall be imposed on the first paper despite the number of the written lines therein. But the last paper shall not be subject to any fee unless the number of written lines is in excess of eight except signatures and date.

### Article 559

No copy, brief, certificate or translation from any lawsuit, or roll, register or book or from any paper may be given unless after collecting the fees due on the case or the original papers except where the applicant for the copy is the defendant and a judgment for the dismal of the lawsuit is rendered in his favor.

## Part 4 - On Deposit Fees

### Article 560

A proportional fee of ½% (half percent) shall be imposed on the value of money, financial instruments, gems and jewelries which shall be deposited in the court treasury.

The price of the deeds at time of their deposit shall be considered for the assessment of fees.

A fixed fee of one hundred riyal shall be imposed if the deposit is of unknown amount.

The fee shall include the deposit report and its copy, but the notice of deposit report shall be subject to the due fee.

### Article 561

A deposit fee shall not be imposed on the following:

First: Amounts collected by execution officers, in enforcement of judgments on behalf of the beneficiaries.

Second: Amounts deposited by bidders on account of the price of the real estate.

Third: Amounts deposited by the representatives of creditors on the account of bankruptcy.

Fourth: Amounts deposited by the government authorities for the account of the concerned persons.

The deposit fee shall fall due if a dispute arises out of the deposit, or if the deposit or part of is seized.

### Article 562

A proportional fee shall not be imposed on acquittances submitted to the clerks' office on the account of deposited amounts in the court treasury.

## Part 5 - On Notices and Execution Fees

### Article 563

Except for the notices under which the lawsuits are filed and required for the execution, notices that are carried out in the course of the proceedings, at the request of the litigants or by reason of them, shall be subject to a fee of five riyals for each paper of the original notice. Half of this fee shall be imposed on each paper of the copies of these notices.

This fee shall not be imposed on the notice of memorandums ordered by the court; or on the notice of continuance of proceeding which was interrupted by cause of death or change of capacities of litigants; and notices that are carried out at the request of the clerks' office.

This fee shall be repeated in the instance where the notice is repeated due to the act of the applicant, but the fee shall not be repeated on the copy if was not delivered to the recipient.

### Article 564

All the costs required for the service of papers abroad shall be collected from the applicant of the notice.

### Article 565

The proportional fees on the enforcement of judgments and orders shall be assessed on basis of the amount for which the enforcement is requested, if it is a known amount. But if the amount is unknown, a fixed fee shall be assessed.



### Article 566

Assessment of fees on the enforcement of the arbitrators' awards and the judgments of foreign courts shall be based on the amounts adjudged until the date of issuance of the execution order.

### Article 567

A fee of fifty riyal shall be imposed on judgments and certificates which are requested to be empowered with the executor formula by an authority other than the issuing authority.

### Article 568

Third of the proportional or the fixed fees shall be collected when requesting the enforcement of judgments with the executory formula rendered by the courts or arbitrators including judgments of fines against the litigants, the experts and the witnesses.

This fee shall be reduced to the third in the following instances:

First: When requesting that the execution be re-made against the same attached properties.

Second: For declaring an increase by the tenth.

Third: Revival of the creditor's lawsuit filed for the dispossession of his debtor's real property after it was squashed.

### Article 569

The execution fee shall only include the execution procedures fees and the relevant notices after the notification of the judgment. And shall not include the registrations related to the real property attachment and judgment for sale of the real property.

### Article 570

If the successful bid price in not in excess of one million riyal, a proportional fee of 2% shall be imposed on the judgment for the sale of the real property,

The fee shall be 1% of any amounts above this sum except for the determined registration fees.

### Article 571

In the instance where the creditor who has initiated the execution procedures is subrogated, a new fee of half of the paid proportional fee shall be imposed. Also, a new fee shall be imposed same as in the preceding manner, on the application of re-sale on behalf of the successful bidder in the first auction, contrary to the fees due on the last successful bid.

### Article 572

The distribution fee shall comprise all its procedures from the date of application until the date on which the procedures are terminated except for the collateral issues emanating from the distribution.

### Article 573

The concerned person may submit an application for the recovery of the execution fee if not actually initiated. Any paid fees in excess of twenty riyal shall be redeemed.

The proportional fees collected on the judgment for the sale shall also be recovered in case of its cancellation.



Qatar Laws And Regulations, Individual Courts Tribunals Commercial procedure Law

## Notes

1. ∧ [p.5]  The term "President of the Judicial Courts" was replaced by the term "Chief of the Supreme Judiciary Council wherever mentioned in Article 2 by virtue of Article 4 of Law no. 13/2005 dated 5/04/2005; therefore a mention is in order.

2. ∧ [p.8]  The term "President of the Courts of Justice", was replaced by the term "Chief of the Supreme Judiciary" wherever mentioned in Article 26, by virtue of Article 4 of Law no. 13/2005, of 5/04/2005; therefore a mention is in order.

3. ∧ [p.9]  The term "President of the Courts of Justice", was replaced by the term "Chief of the Supreme Judiciary" wherever mentioned in Article 27, by virtue of Article 4 of Law no. 13/2005, of 5/04/2005; therefore a mention is in order.

