UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-80726-MIDDLEBROOKS/Matthewman

ARTHUR BARRY SOTLOFF, individually
and as the Administrator of the Estate of
STEVEN JOEL SOTLOFF; SHIRLEY
GOLDIE PULWER; and LAUREN SOTLOFF;

    Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit
Organization; and QATAR NATIONAL
BANK (Q.P.S.C); a Foreign Multinational
Commercial Bank;

    Defendants.

_____/

## ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION(S) TO DISMISS

THIS CAUSE comes before the Court upon Defendant Qatar National Bank's ("QNB") Motion to Dismiss, filed on October 27, 2022. (DE 40). On October 27, 2022, I stayed (DE 41) Defendants' deadline to respond to the complaint pending resolution of Plaintiffs' Motion for Order Authorizing Alternative Service of Process. (DE 9). On December 1, 2022, I entered an Order Granting Plaintiffs' Motion. (DE 47). In that Order, I stated that a separate order setting a briefing schedule for Defendants' Motion(s) to Dismiss was forthcoming.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Defendant Qatar Charity must respond to the complaint on or by **December 9, 2022**.

(2) Given my Order Granting Alternative Service of Process (DE 47), Defendant QNB may, but is not required to, withdraw its Motion to Dismiss and file a new response on or by **December 9, 2022**.

(3) Plaintiffs must respond on or by **December 23, 2022**.

(4) Defendants must reply on or by **January 3, 2023**.

(5) Openings briefs may be 25 pages and Defendants' Reply brief(s) may be 13 pages.

**SIGNED** at Chambers, in West Palm Beach, Florida, this __2__ day of December, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record