UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 22-CV-80726-DMM

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, AND LAUREN SOTLOFF,

    Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C), a Foreign Multinational Commercial Bank

    Defendants.

_____/

## NOTICE OF FILING PROOF OF SERVICE VIA EMAIL

    Plaintiffs. ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF, SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF, by and through undersigned counsel, pursuant to this Court's Order Granting Plaintiff's Ex-Parte Motion for Order Authorizing Alternative Service [DE 47], dated as of December 1, 2022, hereby serve proof of service via email upon counsel of record Defendants QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C), a Foreign Multinational Commercial Bank, attached hereto as **Exhibit A**.

---

**LAW OFFICES OF GEORGE A. MINSKI, P.A.**
2500 Hollywood Blvd., ◊ Suite 214 ◊ Hollywood, Florida 33020 ◊ Dade (305) 792-2200 ◊ Broward (954) 362-4214

Case No.: 22-CV-80726-DMM
Arthur Barry Stoloff, et al. v. Qatar Charity, et al
Notice of Filing Proof of Service Via Email

                                                Respectfully submitted,

                                                By: /s/George A. Minski, Esq.
                                                George A. Minski, Esq.
                                                FBN. 724726
                                                LAW OFFICES OF GEORGE A. MINSKI, P.A.
                                                *Co-Counsel for Plaintiffs*
                                                2500 Hollywood Boulevard
                                                Hollywood, FL 33020
                                                Dade: 305-792-2200
                                                Broward: 954-362-4214
                                                Email: gminski@minskilaw.com
                                                Primary email: dgomez@minskilaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record, on this 9th day of December 2022.

                                                By: /s/*George A. Minski, Esq.*
                                                George A. Minski, Esq.
                                                FBN. 724726