| | |
|---|---|
| From: | George Minski |
| To: | emullins@reedsmith.com; bhernandez@reedsmith.com; docketingecf@reedsmith.com; edward-mullins-2180@ecf.pacerpro.com; kevin-hernandez-5126@ecf.pacerpro.com; khernandez@reedsmith.com; harout.samra@dlapiper.com; ariana.amar@dlapiper.com; docketingchicago@dlapiper.com; harout-jack--samra-5419@ecf.pacerpro.com; pilar.villa@us.dlapiper.com; Douglas.Hallward-Driemeier@ropesgray.com; phillip.yao@ropesgray.com; michael.mcgovern@ropesgray.com; Norfleet, Brittany; daniel.yanofsky@ropesgray.com; lane.mckee@dlapiper.com; Lewis, Michael; kevin.walsh@dlapiper.com; Masella, Jessica A.; Hillebrecht, John M.; mary.brust@ropesgray.com; dsox@reedsmith.com; jlago@reedsmith.com; sbustillo@reedsmith.com |
| Cc: | Josh Perles; Steve Perles; Dora Gomez |
| Subject: | FW: Sotloff et al v. Qatar Charity and Qatar Nat Bank 22-cv-80726 |
| Date: | Wednesday, December 7, 2022 12:23:03 PM |
| Attachments: | Sotloff v Qatar Charity Complaint 5.13.22.pdf |
| | Sumons QC.pdf |
| | Sumons QC_AR.pdf |
| | Sotloff v Qatar Charity Complaint 5.13.22_AR.pdf |
| | Summons QNB.pdf |
| | Summons QNB_AR.pdf |
| | FedEx Receipt 12.05.22.pdf |

Counsel, pursuant to Judge Middlebrook's Order dated as of December 1, 2022 [DOC 47], granting Plaintiff's Ex-Parte Motion for Order Authorizing Alternative Service of Process, attached please find copy of the following:

Complaint [DOC 1] along with Arabic translation
Qatar Charity Summons in a Civil Action [DOC 3] along with Arabic translation
Qatar National Bank Summons in a Civil Action [DOC 3] along with Arabic translation

Also attached please FedEx Receipt with Tracking Numbers containing the aforementioned attachments addressed to Qatar Charity (Recipient) and Qatar National Bank (Recipient), correspondingly.

A copy of this email will be filed of record in compliance with paragraph (1)b. of the above referenced order.

*George A. Minski, Esq.*
Law Offices of George A. Minski, P.A.
2500 Hollywood Boulevard
Suite 214
Hollywood, FL 33020
Tel 305-792-2200
Fax 786-472-6990
email gminski@minskilaw.com

The Law Offices of George A. Minski, P.A. intends the information contained in this electronic mail transmission for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling the Law Offices of George A. Minski, P.A. at 305.792.2200, so that our address record can be corrected. The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. By reading the message and opening any attachments, the recipient accepts

**EXHIBIT "A"**

full responsibility for taking protective and remedial action about viruses and other defects. The Sender is not liable for any loss or damage arising in any way from this message or its attachments.

Debt Collection Disclosure: Pursuant to the Fair Debt Collection Practices Act, you are advised that this Law Firm is a debt collector attempting to collect a debt, and any information obtained may be used for that purpose. Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any written advice relating to Federal tax issues contained in this communication, including in any attachments, was not intended nor written to be used, and cannot be used, by any person for the purpose of (1) avoiding tax penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction(s) or matter(s) addressed by the written advice contained in this communication, including in any attachment.

Este correo electrónico (incluyendo documentos adjuntos) está protegido por el Acto Privado de Comunicaciones Electrónicas, 18 U.S.C. 2510-2521, es confidencial y puede ser legalmente privilegiado. La información contenida en este correo electrónico es intencionado solamente a la persona a la cual esta dirigido, y es privada y confidencial. Si usted no es esta persona, o empleado, o gerente responsable por entregar este mensaje a la persona intentada a recibirlo, la distribución o duplicación de este mensaje está estrictamente prohibido. Si usted no es la persona a la cual este correo está dirigido, por favor destruya este mensaje y notifique el remitente inmediatamente. Por favor tome precauciones necesarias para evitar virus de computación. Gracias por su cooperación.