# EXHIBIT 1

You are viewing:


**ARCHIVED CONTENT**
Information released online from June 2012 to September 2017.
**NOTE:** Content in this archive site is **NOT UPDATED**, and external links may not function. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

» Go to the current USAID.gov website for up-to-date information



USAID LEADERSHIP

HOME » WHAT WE DO » WORKING IN CRISES AND CONFLICT » DISASTER ASSISTANCE » WHERE WE WORK » MALAYSIA

# MALAYSIA



**People evacuate by boat during the December 2014 floods in Malaysia.**
*Harlan Hale, USAID/OFDA*

**Key Developments**

Heavy rainfall beginning in mid-December 2014 triggered floods that resulted in at least 17 deaths and displaced more than 230,000 people in northern and eastern peninsular Malaysia, particularly in Kelantan, Pahang, and Terngganu states. Floodwaters and subsequent landslides blocked major roads, limiting access to evacuation centers and impeding the delivery of food, safe drinking water, and other emergency relief supplies. The Government of Malaysia coordinated relief efforts by the Malaysian Armed Forces, Royal Malaysian Police, Malaysian Red Crescent Society, and several NGOs to provide relief assistance to flood-affected populations sheltering in evacuation shelters.

USAID's Office of U.S. Foreign Disaster Assistance (USAID/OFDA) supported partners to procure and distribute emergency relief supplies and implement water, sanitation, and hygiene interventions in flood-affected communities. USAID/OFDA also airlifted 1,000 rolls of plastic sheeting from its relief supply warehouse in Dubai, United Arab Emirates, and transported tents provided by Qatar Charity from Dubai to Malaysia to

## Latest Malaysia Map



**Malaysia Map - 12-31-2014** (PDF - 519K)

provide emergency shelter assistance. Additionally, USAID/OFDA deployed staff to Malaysia to assess the situation, liaise with government officials and other humanitarian actors, and coordinate the U.S. government response.

## Background

Malaysia is prone to numerous natural disasters, including earthquakes, floods, and landslides. When disaster strikes, USAID/OFDA works with non-governmental organizations, international organizations, and the UN to meet humanitarian needs and complement government relief efforts. USAID/OFDA has responded to three disasters in Malaysia since fiscal year 2005.

## RELATED SECTORS OF WORK

**Working in Crises and Conflict**