# EXHIBIT 2

  **PAKISTAN**

**CONTRACT NO: 391-I-00-10-01153-00**

# M&E SERVICES: KP/ FATA Reconstruction Programs






## MONTHLY PROGRESS REPORT # 46

**June 2014**



**AL-KASIB GROUP OF ENGINEERING SERVICES**

G-1/34, Street 3, Phase 2, Hayatabad Peshawar, Khyber Pakhtunkhwa Pakistan
Tel: 0092 91 5823117-8  Fax: 0092 91 5823145  Email: ages@ages.com.pk

Monitoring & Evaluation Services: KP / FATA Reconstruction Programs
Contract No. 391-I-00-10-01153-00

# TABLE OF CONTENTS

**SUMMARY** .......................................................................................................................... 2
**COMMENTS / ISSUES / ACTIONS NEEDED** ................................................................. 3

1. **PROJECT** .................................................................................................................... 5
   1.1. BACKGROUND ................................................................................................... 5
   1.2. LOCATION .......................................................................................................... 5
   1.3. IMPLEMENTATION ARRANGEMENTS .......................................................... 5
   1.4. USAID FUNDING ................................................................................................ 7

2. **DESCRIPTION OF ACTIVITIES** ............................................................................. 8
   2.1. REHABILITATION/RECONSTRUCTION OF SCHOOLS .............................. 8
   2.2. RECOVERY OF HEALTH FACILITIES ......................................................... 13
   2.3. WATSAN ACTIVITIES .................................................................................... 13
   2.4. ENHANCING GOVERNMENT CAPACITY ................................................... 14
   2.4.1 Proposed Construction of Tehsil-Level Govt Complex Kabal Swat .......... 14

3. **DESCRIPTION OFACTIVITIES AFFECTED BY FLOOD DAMAGED IN KP/FATA** .............................. 15
   3.1. RESTORATION OF MUNDA HEAD WORKS ............................................... 15
   3.2. REHABILITATION OF KOT BARANG ROAD AND RECONSTRUCTION OF SILAY PATAI BRIDGE, BAJAUR, FATA ........................................................... 16
   3.3. RECONSTRUCTION OF KHWAZA KHELA BRIDGE SWAT ..................... 17
   3.4. RECONSTRUCTION OF MINGORA BRIDGE SWAT ................................... 17

4. **USAID ACCRUED EXPENDITURE** ....................................................................... 18

5. **DESCRIPTION OF ACTIVITIES OF GOP & OTHER DONORS FUNDED SUB-PROJECTS** ................. 19
   5.1. NON-GOVERNMENT ORGANIZATIONS (NGOs) ....................................... 19
   5.2. SANGOTA MISSIONARY PUBLIC SCHOOL SWAT .................................. 19
   5.3. EXCELSIOR COLLEGE SWAT ....................................................................... 19
   5.4. ROADS IN MALAKAND ................................................................................. 19
   5.5. IRRIGATION SCHEMES IN SWAT ................................................................ 20

6. **CONSULTANT'S ACTIVITIES DURING THE REPORTING PERIOD** ............... 21
   6.1. CONSULTANT'S ORGANIZATION CHARTS ............................................... 22

7. **MEETINGS** ................................................................................................................ 25

8. **SITE VISITS** .............................................................................................................. 26

**ANNEXURES***

Annexure-I: Monthly Summary of Laboratory Test Results
Annexure-II: Progress Photos

*At the request of USAID the progress report was contained by excluding site visit reports; pre-construction site visit reports, laboratory/field-testing reports, correspondence and emails with USAID and other stakeholders. They are being separately compiled.

** At the request of USAID detailed monitoring is being done of these two (2) sub-projects.

# SUMMARY

At the end of June 2014 the status of the project was as follows:

- **Schools**: There was some improvement in the progress during the reporting period. The full tally of completed schools rose to 68 out of all 113 schools (13 in Dir Lower, 11 in Buner and 44 in Swat). Six schools (01 in Dir Lower and 05 in Swat) are under snag list completion. Seven more schools are in advance stage (95 percent plus) of completion. The number of schools with no activity has dropped to nine against 21 reported last month. As of this month, the financial accrued expenditure was 64 percent (US$ 15.97 M/25 M) with an average physical progress of 86 percent.

- **WatSan**: Progress achieved on DWSS in Buner was "unsatisfactory" with an average physical progress of 28 percent. Financial accrued expenditure is 29 percent (US$ 0.33M/1.09M). The work remained halted on all schemes except four. WatSan schemes in Swat have commenced during the reporting period. 4/10 sites have been handed over to the contractor while six sites have yet to be handed over. Work on four schemes continued during the reporting month. Progress on Installation of Hand pumps was satisfactory. The average progress during the reporting period was 1 percent.

- **BHUs**: **Basic Health Units**: Progress on the five fully damaged BHUs was "unsatisfactory" with an average physical progress of 55 percent. Financial accrued expenditure was 54 percent (US$ 0.65M/1.18M). Work continued on 06/07 partially damaged BHUs in Swat. Work on one BHU (BHU Bishbanr) could not be initiated pending the bearing capacity test results. Work on 01/06 (MCH Centre Kithiari) Health Unit in Dir (L) has not been resumed, which was stopped due to non-payment to the contractor since April, 2014. Average physical progress was 7 percent with financial expenditure of 8.85 % (US$ 0.11 M/1. 25M).).

- **Munda Headwork**: The overall physical progresses achieved until the reporting period was 92 percent. Financial expenditure during the reporting period was 88 percent (US$ 7.71M/8.78M). Work on the Lower Swat canal bridge is in progress.

- **Kot Barang Road & Selai Patay Bridge**: The overall physical progress achieved until the reporting period was 78 percent. The casting of girders has been completed and arrangement for stressing, grouting and launching is underway. Work on the road section is still in halting position. The issue of gravity wall at KM 33 has yet to be resolved. Financial expenditure during the reporting period was 74 percent (US$1. 57M/2.0M).

- **Mingora Bridge Swat**: The overall progress remained unchanged from 94 percent. There is no activity in the remaining works since March, 2014. The financial expenditure in the reporting period was 94 percent (US$ 0.41M/0.54M).

- **Khwaza Khela Bridge Swat:** The overall progress achieved by the close of the reporting period was 95 percent. Financial expenditure in the reporting period was 71 percent (US$ 2.62 M/3.67 M).

> \*   It is to be noted that 10 schools [1 in Swat, 3 in Dir (L) and 6 in Buner] out of the completed schools are without external water supply, and seven schools [6 in Buner, 1 in Swat) are without external electricity. Therefore, the percent completion reflected in the progress report cannot be shown as 100 percent. This calls for the interference of the government to determine these issues. PaRRSA, has committed at the secretary C&W meeting on Nov 5, 2013, has still to take up and finalize these issues with the concerned departments. As proposed earlier, these two items' SOWs may be deleted from the milestones of the relevant FARA / PIL, or the issues related to these two items must be resolved to facilitate certification of the final milestones for the reimbursement; otherwise, these schools shall never be declared 100 percent finished according to USAID criteria.



## COMMENTS / ISSUES / ACTIONS NEEDED

- AGES continued its assistance in the preparation of IPCs, revision/review of appraisals and Technical assistance to the Contractors as per past practice. The PD PU/C&W at his end has started resolving the issues of Time Extensions, TS, Escalation/Price Adjustment, External Water Supply and Electrification. The PD PU/C&W should provide the latest updates through PaRRSA.

- A Timeline for the 95% (plus) completed schools was agreed between the PD PU/C&W and the contractors, but the contractors failed to complete these schools in this in the timeline. By the end of the reporting period, six schools were in the stage of completion of snag list while work on seven schools still continued. Works may slow down in the upcoming month of Ramadan as per usual practice. The PD PU/C&W should ensure that the remaining works are completed by the contractors.

- WatSan schemes in Swat have started. MC Mingora should expedite handing over of sites to the respective contractors at the earliest. Four sites remain to be handed over to the contractors. Contractor for Installation of Transformers and Voltage Regulators has supplied sample of locally manufactured voltage regulators, which was not up to the mark and was advised to supply samples of branded manufacturers.

- Problem of fund release to PHED Buner has not been addressed fully, which has resulted in almost complete stoppage of works. Work on 3 out of 13 schemes continued during the reporting period. Decisions regarding dropping or otherwise of DWSS Bazargai due to the presence of the excessive amount of calcium; and the dispute of a surface tank of DWSS Deewana Baba has still not been resolved. Likewise, no step has been initiated for speedy energization of the tube wells. Due to lack of external electrification for completed tube wells may make headlines for the wrong reasons. The irony is that PHED has not even applied for this to PESCO. Somebody has to take stock of the situation. Posting of XEN for PHED Buner is still awaited, which is very essential for speedy decisions making and effective control, as the sub divisional officers have been recently inducted into the dept and are in the probationary period.

- Revision of milestones and SOW for both fully and partially damaged BHUs is required to be completed and got approved by revising the PILs at the earliest to facilitate payments to the Contractors.

- The problem of source identification for external water supply for the completed schools in Buner has not been solved. The option of Rain Water Harvesting (RWH) proposed by PD PU/C&W has still to be finalized/designed for implementation at the sites.

- As per the decision made between COR USAID and PM, PaRRSA regarding stopping close monitoring of the Sangota Public School and Excelsior College, Swat, AGES have withdrawn its staff effective July 1, 2014 from these two GOP funded sub-projects. Relevant record of last IPCs and drawings in soft, etc. were given and detailed briefing and site visit were also conducted with the focal person nominated by PaRRSA.

- Contractor for the two bridges: Mingora & Khwaza Khela has stopped all activities on the Mingora bridge since March 2014. The remaining works of road marking, hand rails and



Monitoring & Evaluation Services: KP / FATA Reconstruction Programs
Contract No. 391-I-00-10-01153-00

protection, etc. are yet to start on this bridge. The primary focus of the Contractor is on the completion of Khwaza Khela Bridge (KKB). Nonalignment of guard rails on KKB is a significant issue which has been highlighted to the PKHA and the Supervisory Consultant. Similarly, source approval for sub base material was needed to be performed before starting the pavement work on the approaches, but nothing has been made out in this respect. The contractor did not pay any attention to the comments and observations made by AGES on the backfilling process and its material for both approaches to the bridge. We are afraid that we might have to defer the certification of payments for quite some time for the milestones under discussion.

- PaRRSA is going through a restructure. However, it needs to streamline the issues of release of funds to the respective govt line depts. This is badly affecting the pace of implementation of the sub-projects.

- "Branding and Marking" exercise is not being practiced for the sub-projects by most of the govt line depts, citing security concerns. They have been advised time and again to make a case for a waiver for each sub-project to PaRRSA for their onward submission to USAID.

- There is no O&M mechanism in place for the functional schools; consequently, the standard of cleanliness and hygiene are not being maintained, nor are any minor repairs due to wear and tear being done. One of the critical problems in the rainy season is water stains across ceilings or run down walls. Wind and trees deposit debris on roofs. Most of these debris gets washed by rain water through drain pipe and carried through the downspout. However, with time so much debris built up inside the downspout that water can no longer run down, thus water pooling takes place on the roof, which is the cause of the above problems. This is, therefore, important that critical actions may be taken ASAP by the concerned quarters.

- Funds of about Rs 1.5M are required to undertake water testing analysis for WatSan schemes in Swat and also for drinking water supply sources of all schools as currently there is no provision for this in our consultancy budget.

- The situation of retaining wall on Barrang road needs immediate decision making at the highest forum of the FATA Secretariat. Otherwise, this road would not become fully functional after completion of the bridge, and its funds would be diverted to some other activity.

- The pace of implementation on Munda headworks is not satisfactory. Nothing is being done on one of the jammed gates of the head regulator on the lower Swat canal.

Case 9:22-cv-80726-DMM   Document 54-3   Entered on FLSD Docket 12/09/2022   Page 7 of 8

| | | Monitoring & Evaluation Services: KP / FATA Reconstruction Programs |
| --- | --- | --- |
| USAID FROM THE AMERICAN PEOPLE | Consultants AGES | Contract No. 391-I-00-10-01153-00 |

## 5. DESCRIPTION OF ACTIVITIES OF GOP & OTHER DONORS FUNDED SUB-PROJECTS

M&E services for the following sub-projects were / are being carried out:

### 5.1. NON-GOVERNMENT ORGANIZATIONS (NGOs)

**TABLE 11**

| Sr. # | Name of Scheme | Funding Agency | Status |
| --- | --- | --- | --- |
| 1 | GGPS Kanju Swat | UN Habitat | Completed |
| 2 | GGPS Tootkai Swat | Qatar Charity | Completed |
| 3 | GGMS Kuz Shawar | IDEA | Work-underway |
| 4 | GGPS Bahadar Banda Swat | Qatar Charity | Completed |
| 5 | GGPS Toha Swat | Qatar Charity | Completed |
| 6 | GHS Matta Swat | NRC | Completed |
| 7 | Fizaghat Park Swat | UNDP | Completed |
| 8 | GHSS Kishawra | IDEA | Completed |

### 5.2. SANGOTA MISSIONARY PUBLIC SCHOOL SWAT

This Missionary school was destroyed during militancy and is being funded by GoKP.
This sub-project is awarded in six contract packages to different contractors. Work continued on three packages, but at a very slow pace due to late payment to contractors. I Two packages, academic block and library block have been completed and handed over to the school Administration while three packages are in 95 percent plus stage. The developmental package is also nearing completion.

### 5.3. EXCELSIOR COLLEGE SWAT

This sub-project has been awarded in seven different packages. Work continued on four packages at a very slow pace. The contractor of academic block and boys hostel has resumed work after a stoppage of three months. Two contract packages: 1) Admin and administration block; and 2) teachers' hostel, cafeteria and canteen block have been completed and handed over to the College Administration.
Tendering of the Primary Section has taken place the process of evaluation and approval are underway.

As per decision of the COR and PM PaRRSA vide COR email dated June 13, 2014, AGES has to withdraw its staff from both Sangota Public School & Excelsior College effective July 1, 2014. Necessary documents have been provided, briefing on all packages and site visits made with the focal person Mr. Khayam nominated by PaRRSA.

Status report for both the projects in under preparation, which shall be provided to all stakeholders.

### 5.4. ROADS IN MALAKAND

This included up-gradation of 21.7 Km in Swat, 3.8Km in Buner, 13.4Km in Dir (L) and 5Km in Dir (U). Most of these roads were in the completion stages. All substandard works


executed at some of these sites were formally reported to the concerned quarters for corrective measures, but nothing had been done in this regards.

### 5.5. IRRIGATION SCHEMES IN SWAT

Works on 17 schemes had been completed. While work on the remaining two schemes is near to completion (99 percent completed).

**Note:** AGES is doing detailed monitoring of Excelsior College and Sangota Public School at the request of USAID.