# EXHIBIT 15

 Qatar Charity| قطر الخيرية  @qcharity . Dec 1
Official

**#Qatar_Charity participated in the Event of (Global Humanitarian Overview 2023) in #Riyadh at the invitation of the #King_Salman_Humanitarian_Aid_and_Relief_Center, which is hosting the Event in cooperation with OCHA, which aims to provide complete solutions for humanitarian actions.**



**King Salman Humanitarian Aid and Relief Center**

2    4    8



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s): **"a @qcharity tweet dated December 1, 2022"**

Source Language(s): **Arabic**

Target Language(s): **English**

*Authorized Signature:*

*Signature, Notary Public:*



| | |
|---|---|
| *Name:* | Dan McCourt |
| *Title:* | Project Assistant |
| *Date:* | December 8, 2022 |

*Stamp: Notary Public*

Reason for signature: I approve the accuracy of this document content as written



**Qatar Charity | قطر الخيرية** @qcharity · Dec 1
Official

شاركت #قطر_الخيرية في حدث (اللمحة العامة عن العمل الإنساني لعام 2023م) في #الرياض بدعوة من #مركز_الملك_سلمان_للإغاثة الذي يستضيف الحدث بالتعاون مع OCHA والذي يهدف إلى تقديم حلول كاملة للعمل الإنساني.



مركز الملك سلمان للإغاثة

💬 2     🔁 4     ♡ 8     ⤴