IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,<br><br>*Plaintiffs*,<br><br>v.<br><br>QATAR CHARITY and QATAR NATIONAL BANK (Q.P.S.C.),<br><br>*Defendants*. | Case No. 9:22-cv-80726 |

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE REPLIES
IN FURTHER SUPPORT OF MOTIONS TO DISMISS AND FOR LEAVE FOR
PLAINTIFFS TO FILE A COMBINED BRIEF IN OPPOSITION OF 35 PAGES**

Plaintiffs Arthur Barry Sotloff, individually and as the Administrator of the Estate of Steven Joel Sotloff; Shirley Goldie Pulwer; and Lauren Sotloff; and Defendants Qatar Charity and Qatar National Bank Q.P.S.C. (hereinafter, collectively, the "**Parties**") hereby file this joint motion for an extension of time for Defendants to file their replies in further support of their motions to dismiss Plaintiffs' Complaint and for leave of court for Plaintiffs to file one single combined opposition brief of 35 pages, and in support thereof states as follows:

1. On December 9, 2022, Qatar Charity filed its Motion to Dismiss Plaintiffs' Complaint (D.E. 54), and Qatar National Bank Q.P.S.C. filed its Amended Motion to Dismiss Plaintiffs' Complaint (D.E. 53) (collectively, the "Motions to Dismiss").

2. Plaintiffs' responses to the Motions to Dismiss are due on December 23, 2022, and Defendants' Replies are currently due on January 3, 2022. (*See* Scheduling Order, D.E. 48).

1

3. Due to the upcoming holidays, other professional commitments of lead counsel for Defendants, and the complexities of the legal issues presented, Defendants respectfully request a short extension of time up to and including January 9, 2023, to file their Replies.

4. Plaintiffs also request that they be allowed to file one single combined brief of 35 pages in opposition to Defendants' Motions to Dismiss and therefore request leave of Court to file this combined response exceeding the page limitations set forth in the Local Rules in place of two responses of 25 pages each. Defendants have no objection to this request.

5. This Motion is made in good faith and not for purposes of delay. A brief enlargement of time will not prejudice any of the parties involved in the case.

6. A copy of a proposed order is attached hereto as Exhibit A.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting an extension of time for Defendants to file their Reply, up to and including January 9, 2023, and leave for Plaintiffs to exceed the page limits as detailed above.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Qatar Charity certifies that they have conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised in this motion, and that Plaintiffs have indicated that they agree to the relief requested herein.

Dated: December 22, 2022                    Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Harout J. Samra*
Harout J. Samra (FL Bar ID #70523)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131 305-423-8534
harout.samra@dlapiper.com

Of Counsel:

       John M. Hillebrecht*
       Kevin Walsh*
       Jessica A. Masella*
       Lane Earnest McKee*
       Michael G. Lewis*
          **Admitted pro hac vice*
       1251 Avenue of the Americas
       New York, New York 10020
       212-335-4500
       john.hillebrecht@us.dlapiper.com
       kevin.walsh@us.dlapiper.com
       jessica.masella@us.dlpiper.com
       lane.mckee@us.dlapiper.com
       michael.lewis@us.dlapiper.com

       ***Attorneys for Defendant Qatar Charity***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

    *Plaintiffs*,

v.

QATAR CHARITY and QATAR NATIONAL BANK (Q.P.S.C.),

    *Defendants*.

Case No. 9:22-cv-80726

## **[PROPOSED] ORDER**

This matter came before the Court upon the Parties Joint Motion for an Extension of Time for Defendants to File Replies in Further Support of their Motions to Dismiss and for Leave for Plaintiffs to File a Combined Brief in Opposition of 35 pages (the "Motion," ECF No. __). Having considered the Motion and the record in this case, the Court finds good cause exists for the requested relief and GRANTS the Motion:

    (1)    Defendants shall have until January 9, 2022, to file their Replies in Support of their Motions to Dismiss; and

    (2)    Plaintiffs may file a combined Response in Opposition to the Motions to Dismiss of 35 pages.

DONE and ORDERED in Chambers, at Palm Beach County, Florida, on December ___, 2022.

                                                                      HON. DONALD M. MIDDLEBROOKS
                                                                      UNITED STATES DISTRICT JUDGE