# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

    *Plaintiffs*,

    v.

QATAR CHARITY and QATAR NATIONAL BANK (Q.P.S.C.),

    *Defendants*.

Case No. 9:22-cv-80726

**[PROPOSED] ORDER**

This matter came before the Court upon the Parties Joint Motion for an Extension of Time for Defendants to File Replies in Further Support of their Motions to Dismiss and for Leave for Plaintiffs to File a Combined Brief in Opposition of 35 pages (the "Motion," ECF No. __). Having considered the Motion and the record in this case, the Court finds good cause exists for the requested relief and GRANTS the Motion:

    (1)    Defendants shall have until January 9, 2022, to file their Replies in Support of their Motions to Dismiss; and

    (2)    Plaintiffs may file a combined Response in Opposition to the Motions to Dismiss of 35 pages.

DONE and ORDERED in Chambers, at Palm Beach County, Florida, on December ___, 2022.

                                                                                                      
                                                                                HON. DONALD M. MIDDLEBROOKS
                                                                                UNITED STATES DISTRICT JUDGE