IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,<br><br>    Plaintiffs,<br><br> v.<br><br>QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C.), a Foreign Multinational Commercial Bank,<br><br>    Defendants. | Case No. 9:22-cv-80726 (DMM) |

**DECLARATION OF HAROUT J. SAMRA
IN SUPPORT OF QATAR CHARITY'S REPLY MEMORANDUM
IN FURTHER SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT**

 I, Harout J. Samra, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

 1. I am an attorney with the law firm of DLA Piper LLP (US), located at 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131.  I am in good standing and duly admitted to practice law in the State of Florida and the U.S. District Court for the Southern District of Florida.  I make this declaration in support of Qatar Charity's Reply Memorandum in Further Support of Its Motion to Dismiss the Complaint in the above captioned matter in which DLA Piper serves as counsel for Qatar Charity.

 2. Attached hereto as Exhibit 1 is a true and correct copy of a Forebears webpage entitled *Salim Surname* (available at https://forebears.io/surnames/salim).

 3. Attached hereto as Exhibit 2 is a true and correct copy of a Wikipedia entry entitled *The Daily Star (Lebanon)* (available at https://en.wikipedia.org/wiki/The_Daily_Star_(Lebanon)).

4. Attached hereto as Exhibit 3 is a true and correct copy of a Media Ownership Monitor (Egypt) entry entitled *The Daily Star* (available at https://egypt.mom-rsf.org/en/media/detail/outlet/the-daily-star/).

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpted pages of a report by the Syrian Center for Political & Strategic Studies entitled *Syria Transition Roadmap*, published in 2013 (available at https://issuu.com/zaidbenjamin0/docs/syria_transition_roadmap__full_en).

6. Attached hereto as Exhibit 5 is a true and correct copy of a Washington Post article entitled *Clinton Meets with Syria Opposition*, published on December 6, 2011 (available at https://www.washingtonpost.com/world/middle_east/clinton-meets-with-syria-opposition/2011/12/06/gIQApzQ9ZO_story.html).

7. Attached hereto as Exhibit 6 is a true and correct copy of Exhibit 3 to the Declaration of Michael G. Lewis in Support of Qatar Charity's Reply Memorandum in Support of Its Motion to Dismiss the Complaint, *Henkin, et al. v. Qatar Charity, et al.*, No. 21-5716 (E.D.N.Y. May 17, 2022), ECF No. 68-4.

8. Attached hereto as Exhibit 7 is a true and correct copy of an Al Sharq article entitled *Qatar Charity Opens Its Office in Turkey Amid Great International Interest*, published on May 9, 2016 (available at https://m.al-sharq.com/article/09/05/2016/-قطر-الخيرية-تفتتح-مكتبها-في-تركيا-وسط-اهتمام-دولي-كبير).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 9, 2023
        Miami, Florida

                                                /s/ Harout J. Samra
                                               Harout J. Samra