# EXHIBIT 1

# Salim Surname Origin, Meaning & Last Name History

🌐 forebears.io/surnames/salim



## Salim Surname

565th

Most Common

surname in the World

Approximately **961,041** people bear this surname

Most prevalent in:

Indonesia

Highest density in:

Comoros

## Salim Surname

The meaning of this surname is not listed.

DNA test information

## Salim Surname Distribution Map

201418811880

| Place | Incidence | Frequency | Rank in Area |
|---|---|---|---|
| Indonesia | 132,114 | 1:1,001 | 75 |
| India | 116,149 | 1:6,604 | 582 |
| Saudi Arabia | 80,137 | 1:385 | 14 |
| Egypt | 74,805 | 1:1,229 | 174 |
| Sudan | 73,081 | 1:513 | 64 |
| Tanzania | 43,812 | 1:1,208 | 157 |
| Bangladesh | 42,265 | 1:3,770 | 356 |
| Iraq | 41,028 | 1:854 | 129 |
| United Arab Emirates | 39,295 | 1:233 | 16 |
| Syria | 36,977 | 1:522 | 66 |

Show All Nations

| Place | Incidence | Frequency | Rank in Area |
|---|---|---|---|
| England | 1 | 1:24,375,369 | 195,128 |

| Place | Incidence | Frequency | Rank in Area |
|---|---|---|---|
| United States | 6 | 1:8,369,781 | 355,680 |

Salim (1,273,930) may also be a first name.

**Salim Demographics**

Salim Political Affiliation
in United States

Sample size: 585 (2014)

United States
Average

View the most partisan surnames in The United States

**Salim Last Name Facts**

**Where Does The Last Name Salim Come From?** nationality or country of origin

Salim (Arabic: صاليم, Bengali: সেলিম, Georgian: სალიმ, Hassaniya-Arabic: سالم, Hindi: सलीम, Marathi: सलीम, Oriya: ଥଲିମ, Russian: Салим, Tibetan: ཤ་མེཥ་) is found in Indonesia more than any other country or territory. It may appear in the variant forms:. Click here for further possible spellings of Salim.

**How Common Is The Last Name Salim?** popularity and diffusion

The last name Salim is the 565th most widespread last name throughout the world. It is borne by approximately 1 in 7,583 people. The surname Salim occurs mostly in Asia, where 66 percent of Salim are found; 29 percent are found in West Asia and 17 percent are found in Arabian Peninsula. It is also the 631st most widespread first name world-wide, held by 1,273,930 people.

This surname is most frequently used in Indonesia, where it is carried by 132,114 people, or 1 in 1,001. In Indonesia it is most numerous in: East Java, where 20 percent are found, West Java, where 18 percent are found and Central Java, where 13 percent are found. Without taking into account Indonesia this surname exists in 160 countries. It also occurs in India, where 12 percent are found and Saudi Arabia, where 8 percent are found.

**Salim Family Population Trend** historical fluctuation

The frequency of Salim has changed through the years. In The United States the number of people bearing the Salim surname increased 52,567 percent between 1880 and 2014 and in England it increased 226,100 percent between 1881 and 2014.

**Salim Last Name Statistics** demography

The religious devotion of those holding the Salim last name is chiefly Muslim (100%) in Russia, Muslim (100%) in Kazakhstan, Muslim (73%) in Kenya, Shiite (47%) in Lebanon, Muslim (95%) in Nigeria and Christian (80%) in Ukraine.

In The United States those holding the Salim surname are 7.45% more likely to be registered with the Democratic Party than the national average, with 60.68% being registered to vote for the party.

The amount Salim earn in different countries varies greatly. In Italy they earn 73.86% less than the national average, earning €7,850 per year; in Norway they earn 27.5% less than the national average, earning 250,903 kr per year; in South Africa they earn 50.85% more than the national average, earning R 358,476 per year; in United States they earn 5.85% more than the national average, earning $45,674 USD per year and in Canada they earn 3.08% less than the national average, earning $48,153 CAD per year.

**Phonetically Similar Names**

| Surname | Similarity | Worldwide Incidence | Prevalency |
|---|---|---|---|
| Saelim | 91 | 86,284 | / |
| Shalim | 91 | 3,906 | / |
| Saalim | 91 | 3,301 | / |
| Salime | 91 | 1,423 | / |
| Saliem | 91 | 1,108 | / |
| Sallim | 91 | 615 | / |
| Sealim | 91 | 558 | / |
| Saleim | 91 | 250 | / |
| Salhim | 91 | 149 | / |
| Sahlim | 91 | 113 | / |

Show All Similar Surnames

**Salim Name Transliterations**

| Transliteration | ICU Latin | Percentage of Incidence |
|---|---|---|
| Salim in the Georgian language | | |
| სალიმ | salim | - |
| Salim in the Tibetan language | | |
| ས་ལིམ་ | salim | - |
| Salim in the Hindi language | | |
| सलीम | salima | 94.69 |
| सालिम | salima | 4.17 |
| Show All Transliterations | | |
| Salim in the Marathi language | | |
| सलीम | salima | 90.1 |
| सालीम | salima | 2.78 |
| Show All Transliterations | | |
| Salim in the Oriya language | | |
| ସଲିମ | salima | 70.59 |
| ସଲିମ୍ | salim | 13.41 |
| ସାଲିମ | salima | 11.33 |
| ସାଲିମ୍ | salim | 1.36 |
| ସଲୀମ | salima | 1.02 |
| Show All Transliterations | | |
| Salim in the Hassaniya-Arabic language | | |

| Transliteration | ICU Latin | Percentage of Incidence |
|---|---|---|
| سالم | salm | 66.83 |
| السالم | alsalm | 24.88 |
| ساليم | salym | 8.29 |

### Salim in the Bengali language

| | | |
|---|---|---|
| সেলিম | selima | 66.27 |
| সালিম | salima | 18.07 |
| সলিম | salima | 9.64 |
| সলীম | salima | 1.2 |
| সেলিম্ | selim | 1.2 |
| শেলিম | selima | 1.2 |

### Salim in the Russian language

| | | |
|---|---|---|
| Салим | salim | - |

### Salim in the Arabic language

| | | |
|---|---|---|
| صاليم | salym | - |
| ساليم | salym | - |
| بسليم | bslym | - |
| سليم | slym | - |

## Search for Another Surname

The name statistics are still in development, sign up for information on more maps and data

By signing up to the mailing list you will only receive emails specifically about name reference on Forebears and your information will not be distributed to 3rd parties.

**Footnotes**

- Surnames are taken as the first part of an person's inherited family name, caste, clan name or in some cases patronymic
- **Name distribution statistics are generated from a global database of over 4 billion people - more information**
- Heatmap: Dark red means there is a higher occurrence of the name, transitioning to light yellow signifies a progressively lower occurrence. Clicking on selected countries will show mapping at a regional level
- Rank: Name are ranked by incidence using the ordinal ranking method; the name that occurs the most is assigned a rank of 1; name that occur less frequently receive an incremented rank; if two or more name occur the same number of times they are assigned the same rank and successive rank is incremented by the total preceeding names
- Ethnic group cannot necessarily be determined by geographic occurrence
- Similar: Names listed in the "Similar" section are phonetically similar and may not have any relation to Salim
- To find out more about this surname's family history, lookup records on FamilySearch, MyHeritage, FindMyPast and Ancestry. Further information may be obtained by DNA analysis