# EXHIBIT 3



MEDIA OWNERSHIP MONITOR EGYPT
2018

EN

Egypt · Media · The Daily Star

# The Daily Star

The Daily Star was founded in June 1952 by journalist Kamel Mrowa, the owner and Editor-in-Chief of the pan-Arab Al-Hayat daily newspaper. Malek Mrowa, the son of Kamel Mrowa is its current Chairman of the Board and journalist Nadim Ladki its Editor-in-Chief. It is the only English-language print daily in Lebanon.



The Daily Star stopped printing with the outbreak of the civil war as its offices were in the middle of the battlefield. Its activity resumed in November 1983 with Kamel Mrowa's children until mid-1985, when it became a weekly newspaper. The ongoing war eventually halted its activity once again until 1996.

In January 2009, the paper was closed for two weeks by a Lebanese court order due to financial difficulties and it resumed activity the following month thanks to agreements with creditors regarding the payment of accumulated debt. In 2010, a group of businessmen close to the Hariri family bought the paper.

## Key facts

| | |
|---|---|
| **Audience Share** | 0.3% |
| **Ownership Type** | Private |
| **Geographic Coverage** | National |
| **Content Type** | Paid |
| **Data Unavailable** | ownership data is not publicly available, company/channel denies the release of information or does not respond, no public record exists |
| **Media Companies / Groups** | The Daily Star SAL |

# Ownership

| | |
|---|---|
| **Ownership Structure** | Malek Mrowa - son of The Daily Star's founder - and Nadim Ladki - the Editor-in-Chief - own 0.007% of the shares each. The remaining shares are owned by D.S. Holding SAL, which in turn is owned by Middle Holding SAL (founded by Saad Hariri), which in turn is owned by Millennium Development SAL, which in turn is owned by Cayman Islands-based Millennium Development International. The Chairman confirms that the shares ultimately belong to the Hariri family. Also, Millennium Development SAL was founded by Millennium Development Holding SAL, which in turn is owned by Inmaa Holding SAL that is owned by Mr. Nader Hariri, son of MP Bahia Hariri and cousin and former chief-of-staff of Prime Minister Saad Hariri. |
| **Voting Rights** | Missing Data |
| **Individual Owner** | › Hariri Family — 100% |
| **Group / Individual Owner** | **Malek Mrowa**  Malek Mrowa is the son of The Daily Star's founder. — ? |
| | **Nadim Ladki**  Nadim Ladki is the Daily Star's Editor in Chief. — ? |

# Media Companies / Groups

**The Daily Star SAL**

# Facts

## General Information ⌄

## Financial Information ⌄

## Further Information ⌄

---

**Download complete website as PDF**  English  **Download**

| Media | Owners | Context | Findings | About | Library |
|---|---|---|---|---|---|
| Radio | Individual Owners | History | Indicators | Methodology | Global Project |
| TV | Companies | Society | Transparency | FAQ | |
| Print | | Politics | State-Owned Media | Team | |
| Online | | Economy | Secret Services on Air | | |
| | | Law | Unfriendly Takeovers | | |
| | | Technology | Censorship and Beyond | | |
| | | | Political Affiliations | | |

### Contact

Reporter ohne Grenzen e. V., Potsdamer Str. 144, 10783 Berlin
Phone : +49 30 60989533 - 0
Fax: +49 30 60989533 - 29
Email : mom@reporter-ohne-grenzen.de

### Disclaimer

This website is updated regularly. Do not hesitate to contact us, should you have information questions or remarks to share: mom@reporter-ohne-grenzen.de

© 2023   Contact   Sitemap   Disclaimer   Search       EN | AR    

Funded by

