# EXHIBIT 4



# SYRIA TRANSITION ROADMAP

## SYRIAN CENTER FOR POLITICAL AND STRATEGIC STUDIES

### SYRIAN EXPERT HOUSE





© 2013 Syrian Center for Political and Strategic Studies. All rights reserved.

No part of this publication may be reproduced or transmitted in any form or by any means without permission in writing from the Syrian Center. Please direct inquiries to:

Syrian Center for Political and Strategic Studies
1025 Connecticut Ave NW Suite 1000
Washington, D.C. 20036
Tel. + 1 202-828-1228
info@scpss.org
www.scpss.org

Cover design: Yaseen Ziadeh
Printing: Doyle Printing & Offset Company

Special thanks to the International Development Research Centre of Canada (IDRC) for their support of this project.

This publication can be downloaded at no cost at www.syrianexperthouse.org

**THE SYRIAN CENTER FOR POLITICAL AND STRATEGIC STUDIES (SCPSS)** is an independent, nongovernmental studies center. The SCPSS mission is to educate readers and activists about the Syrian Arab Republic from political, economic, social and strategic perspectives. SCPSS sponsors programs that tackle theoretical, applied, and social science research through studies, conferences, publications, symposiums, and seminars. SCPSS aims to translate major books and research papers that analyze the Syrian case in the various fields of economics, political and social science, and cultural studies. For more information visit www.scpss.org

**THE SYRIAN EXPERT HOUSE** is an initiative launched by the Syrian Center for Political and Strategic Studies to analyze and study the transitional period in Syria. The Syrian Expert House is a combined group of approximately three hundred human rights activists, academics, judges, lawyers, doctors, opposition politicians, defected government officials, defected military officers, members of local revolutionary councils, and commanders of the armed opposition who are committed to holding periodic meetings to build a final vision of the transitional period and produce considered, deliberate recommendations for the political, social, economic, military, and security aspects of the future of Syria. For more information visit www.syrianexperthouse.org

# CONTENTS

**Syrian Expert House** ................................................................................................. **9**

**Syrian Expert House Participants** ........................................................................... **17**

**Syria Transition Roadmap . . . Why?** ....................................................................**27**

**Managing the Transition in Syria** .............................................................................**31**

The Syrian Expert House Workshops ...................................................................................32

**Transformations of the Syrian Revolution:**
**Internal Dynamics and Regional and International Failures** ..................................**37**

Revolutions of the Arab Spring ..........................................................................................38

The Birth of the Syrian Revolution......................................................................................39

The Internal Dynamics of the Revolution...............................................................................40

Regional Politics and the Arab League...................................................................................46

A Change in the International Discourse .................................................................................47

Kofi Annan's Mission .......................................................................................................47

UN Security Council Resolution 2042 ....................................................................................48

UN Security Council Resolution 2043 ....................................................................................48

The International Observers' Mission.....................................................................................49

Political and Diplomatic Defections .....................................................................................50

The Appearance of the Al-Nusra Front...................................................................................50

Establishment of the National Coalition for Syrian Revolutionary and Opposition Forces.........................50

Hezbollah's Intervention ..................................................................................................51

**Building a Political System for a Future Syria** .........................................................**55**

The First Phase: The Transitional Period.................................................................................55

Constitutional Challenges .................................................................................................57

The Interim Constitutional Declaration...................................................................................58

The Constitution of 1950 as an Interim Constitution: Its Importance and Symbolism.............................58

Constitutional Steps for the Transitional Period .........................................................................60

A New Law for the Transitional Period ...................................................................................62

The Political Future of Syria: Political Reform and the Type of Rule ....................................................62

Syria's Future: A Parliamentary or Presidential System?................................................................63

Establishing Political Reform in Syria .....................................................................................65

Mechanisms to Overcome Obstacles to Reform .........................................................................68

## Drafting a Modern Constitution for Syria .................................................................. 73

The Constitutional Culture in Syria ................................................................................... 73

Constitutional Legitimacy in the Transitional Period ....................................................... 75

Mechanisms for Drafting the Constitution of the New Syria ............................................ 77

Guarantees in the Election of Constitutional Assembly Members and Referendum Stages ......................... 80

Conclusions Regarding the Sequence of Constitutional Steps ......................................... 81

Timetable .......................................................................................................................... 83

## Electoral Law Reform in Syria ................................................................................ 85

The History of Elections in Syria ....................................................................................... 85

Elections Law: Why a New Electoral Law? ........................................................................ 88

Democracy and the Electoral System ................................................................................ 89

Electoral Systems .............................................................................................................. 89

Syrian Election Law ........................................................................................................... 93

5. Electoral Districts ......................................................................................................... 95

The Electoral Institution and the Legal Framework ......................................................... 102

Timeframe ......................................................................................................................... 105

## Building Party Pluralism in Syria .......................................................................... 107

The History of Political Parties in Syria ............................................................................ 107

Eliminating Party Pluralism in Syria ................................................................................. 109

The 2011 Political Parties Law .......................................................................................... 109

Party Pluralism in Postrevolutionary Syria ...................................................................... 112

Timeframe ......................................................................................................................... 114

## Establishing the Rule of Law and the Independence of the Judiciary ...................... 117

Judicial Authority in Syria during the Rule of al-Assad ................................................... 119

The Independence of the Judiciary under the Rule of al-Assad ...................................... 123

The State of the Syrian Judiciary during the Revolution ................................................. 131

## Transitional Justice and National Reconciliation .................................................... 139

The National Commission for Transitional Justice and Reconciliation ........................... 141

Transitional Justice and National Reconciliation ............................................................. 150

## Restructuring the Security Services ....................................................................... 155

"Civil" Security Apparatuses ............................................................................................. 159

Military Security Apparatuses ........................................................................................... 160

The Role of the Security Apparatuses in the Syrian Revolution ...................................... 160

Goals and Principles for Reforming the Security Apparatuses ........................................ 163

Challenges to Security-Sector Reform .............................................................................. 165

Reforming the Security Apparatuses ........................................................................................ 166

Timeframe .................................................................................................................................. 170

## Building a Professional National Army in Syria ................................................................ 175

The State of the Syrian Army Before the Outbreak of the Syrian Revolution ........................... 178

The Establishment of the Free Syrian Army ............................................................................. 178

Constructing a Modern National Army ..................................................................................... 181

Goals and Precepts for Reforming the Army .............................................................................. 181

Disarmament, Demobilization, and Reintegration Programs ................................................... 183

## Economic Imperatives for Building the Foundations of a Prosperous Syria ......................... 193

The Uprising: Its Underlying Economic Factors ....................................................................... 193

The Reign of Bashar al-Assad: How to Step into the Wrong Side of History .......................... 196

Syria's Economy in the Decade to Come ................................................................................... 199

Building the Foundations for a Prosperous Syria ..................................................................... 201

## Appendix A: Provisional Constitutional Declaration for the Transitional Period in Syria ...... 216

Introduction ................................................................................................................................ 216

Part One: General Provisions .................................................................................................... 217

Part Two: The Transitional Government .................................................................................... 218

Part Three: The National Constituent Assembly ...................................................................... 219

Part Four: The National Commission for Transitional Justice and National Reconciliation ..... 220

## Appendix B: Interim Proposed Law on Political Parties ..................................................... 221

Chapter 1: Definitions, Goals, and Basic Principles ................................................................ 221

Chapter 2: Foundation ............................................................................................................... 222

Chapter 3: Financial Resources and Provisions ...................................................................... 224

Chapter 4: Rights and Duties .................................................................................................... 225

Chapter 5: General Provisions .................................................................................................. 226

Chapter 6: Final Provisions ....................................................................................................... 226

## Appendix C: Proposed Draft of General Elections Law ...................................................... 227

Chapter 1: Definitions, Goals, and Election Rights ................................................................. 227

Chapter 2: Electoral Commissions and Committees ............................................................... 228

Chapter 3: The Electoral Districts and Number of Seats ........................................................ 229

Chapter 4: The Electoral System .............................................................................................. 229

Chapter 5: Conditions and Procedures for Nomination and Election ..................................... 230

Chapter 6: Campaigning ........................................................................................................... 231

Chapter 7: Electoral Operation ................................................................................................. 231

Chapter 8: Counting of Votes and Announcement of the Results ........................................... 232

Chapter 9: Election Crimes ....................................................................................................... 233

Chapter 11: Final Clauses ......................................................................................................... 233

## Tables and Figures

### Tables

5.1 Syria's Civil Status Records, January 2011 ....................................................................................... 94

5.2 The Population Percentages and the Number of Representative Seats
within the Constituent Assembly Granted to Each District.......................................................100

10.1 The Militarization of Society, Comparing Indicators for Syria and the Rest of the World, 1982 ........................... 176

A11.1 Key Indicators and the Global Competitiveness Index Rankings and Comparisons..............................................207

A11.2 The Global Competitiveness Index, 2011–12: Basic Requirements................................................................. 208

A11.3 The Global Competitiveness Index, 2011–12: Efficiency Enhancers................................................................ 209

A11.4 The Global Competitiveness Index, 2011–12: Innovation and Sophistication Factors ...................................... 209

A11.5 The Global Competitiveness Index in Detail ................................................................................................211

### Figures

4.1 Timetable ........................................................................................................................................... 83

9.1 Assad's Pyramid State............................................................................................................................156

9.2 Bureacratic Expansion during the Third Republic ...................................................................................158

9.3 Baath Party Membership since 1963.......................................................................................................158

9.4 A Model Explaining the Syrian Security Organization and Representation in the Homeland Security Council .....169

9.5 Detailed Drawing of the Proposed Directorate of Internal Security and Its Subbranches....................................171

10.1 State Budget Spending Levels and the Top Expenses in 2002 .......................................................................177

10.2 Administrative Structure of the Joint Chiefs of Staff.................................................................................180

10.3 Stages of the Disarmament, Demobilization, and Reintegration Process .......................................................189

11.1 The Growth in Syria's GDP, 1999–2010....................................................................................................198

11.2 The Most Problematic Factors for Doing Business.....................................................................................210

# SYRIAN EXPERT HOUSE
## WORKING GROUPS

### Constitutional Reform and Rule of Law



**HAITHAM AL-MALEH**
*Team Leader*



**MOUSA MOUSA**
*Senior Researcher*

Haitham al-Maleh is a democracy activist and former judge. He earned a degree in law and public international law diploma and began work as a lawyer in 1957 before becoming a judge in 1958. He returned to the practice of law after being dismissed from the Syrian judiciary for his vocal criticism of the 1963 Emergency Law, which suspended constitutional rights and codified martial law.

He began his political activity in 1951, during the military rule of President Adib al-Shishakli, and was imprisoned for six years, from 1980 to 1986, due to his demands for constitutional reforms.

In July 2001, he and other human rights activists in Syria founded the Human Rights Association, of which he was elected president, a position he held until 2006. He has been active in Amnesty International since 1989. He was arrested on October 14, 2009, and sentenced to three years in prison for spreading false and misleading information that would "affect the morale of the nation." He was released in 2011 and joined the opposition abroad. He is a former member of the Syrian National Council and is currently the head of the Legal Committee of the National Coalition of Syrian Revolution and Opposition Forces.

Mousa Mousa, the senior researcher for this group, graduated with a diploma in public law from the Beirut Arab University, a diploma in intellectual property from the World Intellectual Property Organization in Geneva, and a master's in public international law from the Arab Open Academy in Denmark.

He has extensive experience in the field of human rights and has been involved in multiple training programs and workshops on the international mechanisms of human rights and the mechanisms of Universal Periodic Review at the Geneva Institute for Human Rights.

He is a member of the legal committee of the Syrian National Council and was a key author of its bylaws. Currently, he is the president of the Kurdish Center for Legal and Political Development. He has published many political, legal, and constitutional studies and articles.

## Political and Administrative Reform



**AMBASSADOR FAROUK TAHA**
*Team Leader*



**DR. MOHAMAD HOSAM HAFEZ**
*Senior Researcher*

Ambassador Farouk Taha holds a diploma from the Diplomatic Academy of the Ministry of Foreign Affairs of the Russian Federation and a master's of mass media and a Ph.D. in literature from the Lomonosov Moscow State University. He worked at the Ministry of Foreign Affairs as associate director of the Administrative and Financial Affairs Department from 1994 to 1997.

He was appointed as the Syrian ambassador to the Republic of Yemen from 2002 to 2004. Then he was appointed as a director of the Department of Management and Finance from 2004 to 2006, and he worked as the assistant of the minister of foreign affairs from 2004 to 2007. He was then appointed Syrian ambassador to the republics of Belarus, Lithuania, Estonia, and Latvia. He announced his defection from the Syrian regime on July 27, 2012. He is currently secretary of the Free National Assembly of the Employees of Syrian State Institutions.

Dr. Mohamad Hosam Hafez is currently a visiting professor in the College of Law at Qatar University. Previously, he worked as a diplomat and legal adviser for the Syrian Ministry of Foreign Affairs from 1998 to 2012, serving in Damascus, Tehran, London, and Yerevan. He received a B.A. and diplomas in criminal law and public law from the University of Damascus. He completed an L.L.M. in human rights law at the University of Nottingham in 2000. He also earned a Ph.D in international human rights law from the University of Damascus in 2006. He brings with him vast experience in the fields of teaching and research from the University of Nottingham, the University of Damascus, the Fatih Institute, the Syrian Virtual University, and the Syrian Academy for Development.

## Electoral Reform and Political Parties



**GEORGE SABRA**
*Team Leader*

George Sabra graduated with a geography degree from Damascus University in 1971 and a degree in educational technology systems from Indiana University in 1978. He has been politically active in the Syrian opposition movement since the 1970s. He joined the Syrian Communist Party (Political Bureau) in 1970 and was elected to its Central Committee in 1985. He was arrested in 1987 during one of many government crackdowns on the party and imprisoned for eight years. A few years after his release, in 2000, he was assigned to represent the party at the National Democratic Gathering, a coalition of leftist parties that was originally formed in 1979, and he was subsequently elected to the gathering's Central Committee.

Currently a member of the Syrian Democratic People's Party, he previously served as president of the Syrian National Council and was acting president of the National Coalition for Syrian Revolutionary and Opposition Forces from April 22 to July 6, 2013.



**DR. MARWAN J. KABALAN,**
*Senior Researcher*

Dr. Marwan J. Kabalan is a Syrian academic and writer. He holds a Ph.D. in international relations. He was the dean of the Faculty of International Relations and Diplomacy at Kalamoon University in Damascus until November 2012. He did research on international political theory at the University of Manchester and at the Faculty of Political Sciences of Damascus University. He is an expert on foreign policy and a regular contributor to several Arab and English newspapers. He was a member of the board of directors at the Damascus University Center for Strategic Studies and Research and is the author of several books and numerous articles on Syria and the Middle East.

14 |

## Security Sector Reform



**MAJOR GENERAL MOHAMED HUSSEIN AL-HAJJ ALI**
*Team Leader*



**DR. HASAN JOBRAN**
*Senior Researcher*

Major General Mohamed Hussein al-Hajj Ali graduated with the rank of lieutenant general from the Military Academy in 1978. In 1981, he was transferred to the Supreme Military Academy, where he was appointed as a trainer. Between 1984 and 1985, he earned a diploma in political guidance from the Lenin Academy in the former Soviet Union. In 1986, he attended a chief battalion commander course at the College of Infantry in Aleppo, in addition to a Command Staff course at the Supreme Military Academy between 1989 and 1991. He attended Nasser Higher Military Academy in Egypt from 1993 to 1994.

He aided in the establishment of the National Defense College of the Supreme Military Academy in Damascus in 2000 and served as a trainer there until 2005, when he was appointed commander of the Mechanized Brigade. He then served as director of the National Defense College from 2008 until his defection from the Syrian Army on August 2, 2012. He received a diploma in public administration from the University of Damascus and a Ph.D. in national defense from Nasser Higher Military Academy in Egypt.

Dr. Hasan Jobran is the head of the Research and Studies Office of the Free Syrian Academics Union in Gaziantep, Turkey. Previously, he was the vice dean of the Faculty of Arts and Humanities for Scientific Affairs at Aleppo University. He has held positions at a number of universities and was a project advisor for the Syria 2025 project administered by the United Nations Development Program in 2006. He received a doctorate in the sociology of development and social change and a master's degree in sociology, both from Damascus University.

## Economic Reform



**DR. OSAMA KADI,**
*Team Leader*



**DR. RAED SAFADI**
*Senior Researcher*

Dr. Osama Kadi is the co-founder and president of the Syrian Center for Political and Strategic Studies in Washington and the president of the Syrian Canadian Council. He is the general coordinator of the Syrian Economic Task Force, coordinator of Basket 3: Economic Policies and Reforms, and head of the Syrian delegation to the Friends of Syria group for Economic Recovery and Development. He is also president of Concordia College of Canada for Health, Business, and Technology.

He worked previously in Syria as and economic consultant with the Syrian Agency for Combating Unemployment and with the United Nations Development Program in Syria to write a future study about Syrian Development Trajectories 2025. He writes for the Al-Arab newspaper in Qatar, and appears regularly on the BBC, RCI-CBS, TV Barada-UK, and other channels.

Dr. Raed Safadi is currently the deputy director of the Trade and Agriculture Directorate at the Organization for Economic Cooperation and Development. Before assuming his current position in mid-2009, he served as chief economist for the Government of Dubai. There, he led the team entrusted with redefining the economic pillar in Dubai's Strategic Plan 2015 and with shielding the Emirate from the 2009 global economic crisis.

He specializes in the empirical and policy analysis of international trade. He has published an extensive array of books and articles covering such areas as trade and development, regional trading arrangements, tariffs and nontariff barriers, special and differential treatment, trade and environment, and the world trading system. His current research interests include globalization and labor market issues. He previously worked for the World Bank and has been a consultant for a number of governments, regional development banks, and UN agencies.

16 |

## Transitional Justice and National Reconciliation



**DR. RADWAN ZIADEH**
*Team Leader*

Radwan Ziadeh is the co-founder and executive director of the Syrian Center for Political and Strategic Studies in Washington, D.C. and the founder and director of the Damascus Center for Human Rights Studies in Syria. He is the managing editor of the Transitional Justice in the Arab World Project and a former member of the Syrian National Council. He is also a Visiting Scholar at Lehigh University and Fellow at the Institute for Social Policy and Understanding (ISPU) in Washington D.C.

He was one of the major players in the "Damascus Spring," a period of intense debate about politics, social issues, and calls for reform in Syria after the death of President Hafez al-Asad in 2000. Since the Syrian uprising started in March 15, 2011 he has worked to document human rights violations and twice testified at the United Nations Human Rights Council in Geneva.

He was most recently a Visiting Scholar at Dubai Initiative at Kennedy school of Government at Harvard University, visiting scholar at The Institute for Middle East Studies (IMES) at Elliot School of International Affairs at George Washington University, Prins Global Fellow at Hagop Kevorkian Center for Near Eastern Studies at New York University and Visiting Scholar at The Center for Contemporary Arab Studies (CCAS) at Georgetown University.

Before that he was Reagan–Fascell Fellow at National Endowment for Democracy (NED) in Washington D.C. and Visiting Scholar at the Center for the Study of Human Rights at Columbia University in New York City. He was also a Visiting Fellow at Chatham House (The Royal Institute of International Affairs) in London and a visiting scholar at Carr Center for Human Rights at Harvard University

(2008–2009). From 2007–2008 he was a Senior Fellow at United States Institute of Peace (USIP) in Washington, D.C. In 2009 he was awarded the Middle East Studies Association (MESA) Academic Freedom award.

His most recent book is *Power and Policy in Syria: Intelligence Services, Foreign Relations and Democracy in the Modern Middle East* (I.B.Tauris, 2011).



**AMR AL-SARRAJ**
*Senior Researcher*

Amr al-Sarraj is an electronic and new media expert and specializes in international politics and economics. He received a master's degree in e-business (electronic news services) from Middle East University in Jordan, a bachelor's degree in international business from Hashemite University, and a diploma in diplomacy, global governance, and management of international relations from the Società Italiana per l'Organizzazione Internazionale (Italian Society for International Organization) in Rome.

## Research Assistants

Amer Doko
Hart Uhl
Mojahed Ghadban

## Translation Assistant

Hamza Amer

## Editing

Hart Uhl
Mojahed Ghadban

## SYRIAN EXPERT HOUSE PARTICIPANTS

| | |
|---|---|
| Abdo Hossam Al-Deen | former Deputy Oil Minister |
| Abdul Karim Bakkar | National Coalition for Syrian Revolutionary and Opposition Forces |
| Abdul Karim Sabri Omar | Kurdish National Council |
| Abdul Rahman al-Sarraj | Al-Masar Center |
| Abdulahad Sefo | Assyrian Democratic Organization, National Coalition for Syrian Revolutionary and Opposition Forces, Syrian National Council |
| Abdulalziz al-Shallal | defected major general, Free Syrian Army |
| Abdulaziz al-Masri | economic researcher, water expert |
| Abdulaziz al-Tammo | Kurdish Future Movement |
| Abdulbaset Seda | former president of the Syrian National Council; member, National Coalition for Syrian Revolutionary and Opposition Forces |
| Abdulelah Fahed | National Coalition for Syrian Revolutionary and Opposition Forces |
| Abdulhadi Sweed | Homs Revolutionary Council |
| Abdulhakim Bashar | president, Kurdish Democratic Party in Syria |
| Abdulhameed al-Hammoud | judge, Independent Judicial Council |
| Abdulhamid Darwish | president, Democratic Progressive Party in Syria |
| Abdulhamid Zakaria | defected colonel, Supreme Military Council, Free Syrian Army |
| Abdulilah Al-Mulhem | Syrian National Council |
| Abduljalil al-Saeed | political activist, cleric |
| Abdulkadir Rajah | Damascus Center for Human Rights Studies |
| Abdulkarim Agha | Turkmen Movement |
| Abdulkarim Omar | political activist |
| Abdullah Khalil | lawyer, human rights activist (Raqqa) |
| Abdullah Kilani | political activist |
| Abdullah Sultan | defected lieutenant, Supreme Military Council, Free Syrian Army |
| Abdullatif al-Dabbagh | former Syrian Ambassador to the United Arab Emirates |
| Abdulrahman Abbarah | political activist |
| Abdulrahman al-Haj | Syrian National Council |
| Abdulrahman al-Hassan | defected general, Free Syrian Army |
| Abdulrazak al-Athma | political activist |
| Abdulsalam Othman | political activist |
| Adib al-Shishakli | Special Representative of the Syrian National Council to the Gulf Cooperation Council; National Coalition for Syrian Revolutionary and Opposition Forces |
| Adnan Ghassab al-Mahamed | human rights activist, Damascus Center for Human Rights Studies |
| Adnan Omar Zureiq | lawyer (Idlib) |
| Adnan Sallow | defected major general, Free Syrian Army |
| Adnan Shammaa | businessman |
| Afif Suleiman | defected colonel, Supreme Military Council, Free Syrian Army |
| Afra Abdelrahim Sharabajee | human rights activist (Darayya) |

| | |
|---|---|
| Afra Jalaby | human rights activist, Syrian National Council |
| Ahmad Assi al-Jarba | National Coalition for Syrian Revolutionary and Opposition Forces, Syrian National Council |
| Ahmad Hassoun | Free Syrian Lawyers Union |
| Ahmad Ismail | political activist |
| Ahmad Rahal | defected general, Free Syrian Army |
| Ahmad Tohme | Damascus Declaration for Democratic National Change |
| Ahmed Abdel Aal | political activist |
| Ahmed Adnan Al-Jumjumy | lawyer, activist |
| Ahmed al-Ali | political activist |
| Ahmed al-Siasneh | Sham Scholars Committee |
| Ahmed Barre | defected general, Supreme Military Council, Free Syrian Army |
| Ahmed Ghalib al-Ahdab | businessman |
| Ahmed Hassan Al-Mohammad | Idlib Revolutionary Council |
| Ahmed Ismail Khalil | political activist |
| Ahmed Mohammed Kanaan | Syrian Reform Movement |
| Ahmed Mustafa Qassoum | lawyer, activist (Idlib) |
| Ahmed Qassim al-Khatib | activist, uncle of Hamzeh al-Khatib (14-year-old boy killed by Syrian security forces) |
| Ahmed Rashid | Free Aleppo Lawyers Union |
| Ahmed Samer Aqad | businessman |
| Akram al-Badri | defected major, Supreme Military Council, Free Syrian Army |
| Alaa Mullah Mahmoud | independent activist |
| Alan Ammo | political activist |
| Ali al-Besh | defected member, Syrian Parliament |
| Ali Al-Zeer | Free Syrian Lawyers Union |
| Ali Amin Sweden | Syrian Revolution General Commission |
| Ali Ammash Alao | defected general, Supreme Military Council, Free Syrian Army |
| Ali Badran | lawyer, political activist |
| Ali Mohamed al-Amin | political activist |
| Ali Nawaf Al-Assi | political activist |
| Ali Sadr al-Deen al-Bayanouni | Syrian Muslim Brotherhood, National Coalition for Syrian Revolutionary and Opposition Forces, Syrian National Council |
| Amal al-Nassan | Free Syrian Lawyers Union |
| Amer Bitar | defected judge, Independent Judicial Council |
| Amjad Farkh | Syrian Revolution General Commission |
| Ammar al-Wawi | defected captain, Free Syrian Army |
| Ammar Jellou | lawyer, political activist |
| Ammar Qurabi | National Change Party |
| Ammar Rajab | Human Rights Activist |
| Amr al-Sarraj | Syrian Center for Political and Strategic Studies |
| Anas Airout | political activist, Imam |

| | |
|---|---|
| Anas al-Abdeh | Damascus Declaration for Democratic National Change, National Coalition for Syrian Revolutionary and Opposition Forces, Syrian National Council |
| Anas Alwan | political activist |
| Anas Kayali | political activist |
| Anwar al-Bunni | lawyer, human rights activist; National Coalition for Syrian Revolutionary and Opposition Forces, Syrian |
| Asaad Mustafa | former minister of agriculture |
| Assem Abdelaziz | political activist |
| Awad Ahmed Ali | defected general, Supreme Military Council, Free Syrian Army |
| Ayman al-Sayed al-Dughaim | Idlib Revolutionary Council |
| Azad Maaou | political activist |
| Badr al-Deen Bilal | defected judge, Independent Judicial Council |
| Badr Jamous | Syrian National Council, National Coalition for Syrian Revolutionary and Opposition Forces |
| Bahaa al-Khatib | human rights activist, former political prisoner |
| Basem Amer | Political Office, Farouk Brigades, Free Syrian Army |
| Basem Hatahet | Syrian National Council |
| Bashar al-Amin al-Ali | Kurdish National Council |
| Bashar al-Herakey | Syrian National Council |
| Bashar Khattab | political activist |
| Bashir Isaac | Assyrian Democratic Organization |
| Bashir Zine el-Abidine | political researcher |
| Basil Kouevi | businessman |
| Bassam Al-Abdullah | political activist |
| Bassam Al-Ahmad | human rights activist, Violations Documentation Centre in Syria |
| Bassam Al-Aloulu | defected general, Free Syrian Army |
| Bassam Ishak | Syrian National Council |
| Bayan Fathi | Syrian Women's Association |
| Burhan Ghalioun | former president, Syrian National Council; National Coalition for Syrian Revolutionary and Opposition Forces |
| Daad Mousa | lawyer and human rights activist; National Preparatory Committee for Transitional Justice |
| Daham al-Sattam | political activist |
| Daoud Ahmed al-Selmy | political activist |
| Dara Bashar | political activist |
| Dawod al-Sulyman | Idlib Revolutionary Council, Syrian National Council, National Coalition for Syrian Revolutionary and Opposition Forces |
| Delber Ali Ahmad | independent activist |
| Diab al-Barho | political activist |
| Fadel al-Salim | Syrian National Council |
| Fadel Al-shakfeh | Syrian Network for Human Rights |
| Fadi Ahmad | political activist |

| | |
|---|---|
| Fadi al-Salman | activist (two brothers killed by Syrian security forces) |
| Fadi Sabbagh | lawyer, activist |
| Fahad al-Basha | Al-Ayam newspaper |
| Faisal Youssef | former president, Kurdish National Council |
| Fares al-Shoufi | political activist |
| Fares Mashaal Tammo | lawyer, Association for the Defense of the Rights of the Victims of the Syrian Revolution |
| Farouk Ismail | political activist |
| Farouk Taha | former Syrian Ambassador to Belarus |
| Farouq Habib Abu Salim | Homs Revolutionary Council |
| Fateh Hassoun | defected colonel, Supreme Military Council, Free Syrian Army |
| Fawaz Al Awwad | Liberation & Building Bloc |
| Fayez Sara | National Coalition for Syrian Revolutionary and Opposition Forces |
| Fida Majthoub | Syrian National Movement, Syrian National Council |
| Fida Nasri | lawyer and activist |
| Gabriel Koreah | Assyrian Democratic Organization |
| George Sabra | Damascus Declaration for Democratic National Change, National Coalition for Syrian Revolutionary and Opposition Forces, Syrian National Council |
| Ghanem Hassan | political activist |
| Ghassan al-Najjar | Syrian Reform Trend |
| Ghassan Hitto | former prime minister, Interim Government, National Coalition for Syrian Revolutionary and Opposition Forces |
| Ghassan Ibrahim | media activist |
| Ghassan Mufleh | political activist |
| Ghayath Bilal | Revolution Leadership Council in Damascus |
| Ghazi al-Bakri | Idlib Revolutionary Council |
| Habib Issa | lawyer, political activist; National Preparatory Committee for Transitional Justice |
| Hafiz Abdulrahman | human rights activist |
| Haitham Abdul Aziz al-Tammo | political activist |
| Haitham al-Maleh | National Coalition for Syrian Revolutionary and Opposition Forces |
| Hammam Youssef | Syrian National Council |
| Hamzeh Ghadban | political and media activist |
| Hanadi Duraq al-Sibaey | Association for the Defense of the Rights of the Victims of the Syrian Revolution (brother killed by Syrian security forces) |
| Hanan al-Balkhi | Syrian National Council |
| Hani Darkanzaly | political activist |
| Hasan Jobran | professor; Syrian Center for Political and Strategic Studies |
| Hassan al-Safadi | Sham Scholars Committee |
| Hassan Alswad | Syrian Commission for Justice and Accountability |
| Hassan Saleh | deputy secretary, Yakty Party |
| Hassan Sayed Khan Barakohany | political activist |

| | |
|---|---|
| Hawass Hassan Osso | Kurdish Political Activist |
| Hazar Ibrahim | political activist |
| Hazem Adnan Araour | political and media activist |
| Hazem Nahar | political and human rights activist; National Preparatory Committee for Transitional Justice |
| Hind Kabawat | human rights activist |
| Hisham Marwa | Syrian National Council, National Coalition for Syrian Revolutionary and Opposition Forces |
| Hooshang Darwish | independent kurdish activist |
| Hossam al-Qtalaby | Syria Justice and Accountability Centre |
| Hossam al-Sabbagh | defected captain, Supreme Military Council, Free Syrian Army |
| Hossam al-Shuhneh | defected judge |
| Hossam Hafez | defected diplomat |
| Hussein al-Sayed | Syrian National Council, National Coalition for Syrian Revolutionary and Opposition Forces |
| Hussein Ammash | economist; former head, Commission of Planning |
| Ibrahim al-Haj Ali | political activist |
| Ibrahim Miro | Syrian National Council |
| Iklas Badawi | defected member, Syrian Parliament |
| Imad al-Din Rashid | Syrian National Movement, Syrian National Council |
| Iman Shahoud | defected judge, Independent Judicial Council |
| Ismail Haji Bakri | political activist |
| Ismail Hamey | secretary, Yakty Party |
| Izzat al-Baghdadi | Center for the Study of the Syrian Revolution |
| Jaber Zein | Local Coordination Committees, National Coalition for Syrian Revolutionary and Opposition Forces |
| Jabr al-Shoufi | Damascus Declaration for National Democratic Change, Syrian National Council |
| Jalal Khanji | Aleppo Local Council, National Coalition for Syrian Revolutionary and Opposition Forces |
| Jamal al-Shoufi | political activist |
| Jamal al-Ward | Syrian National Council, National Coalition for Syrian Revolutionary and Opposition Forces |
| Jamal Asaad | political activist |
| Jamal Suleiman | actor, prominent social figure; National Preparatory Committee for Transitional Justice |
| Jameel Deyarbakrley | political activist |
| Jean Antar | political activist |
| Kamal al-Labwani | National Coalition for Syrian Revolutionary and Opposition Forces |
| Kamal al-Rifai | political activist |
| Kameran Peakas | Unity Party |
| Karima Reshko | Kurdish human rights activist |
| Kenan al-Rifai al-Jandaly | political activist |

24 |

| | |
|---|---|
| Khaled Abu Salah | political and media activist |
| Khaled al-Dughaim | political activist |
| Khaled al-Haj Mahmoud | political activist |
| Khaled al-Ramla | political activist |
| Khaled al-Tahan al-Nuaimi | political activist |
| Khaled Saleh | National Coalition for Syrian Revolutionary and Opposition Forces |
| Khaled Shahab al-Deen | defected judge, Independent Judicial Council |
| Khuloud Helmy | human rights activist |
| Louay Safi | Syrian National Council, National Coalition for Syrian Revolutionary and Opposition Forces |
| Maaz Ahmad al-Sarraj | political activist (Deir ez-Zor) |
| Mahmoud Abu Zeid | Damascus Center for Human Rights Studies |
| Mahmoud al-Mouslet | Syrian National Council |
| Mahmoud Attour | lawyer, activist |
| Mahmoud Marei | lawyer, National Coordination Committee for Democratic Change |
| Mahmoud Suleiman | Union of Syrians Abroad |
| Malak Qasim | lawyer, Kurdish human rights activist |
| Malaz al-Atassi | political activist |
| Mamdouh Jumaa | Association for the Defense of the Rights of the Victims of the Syrian Revolution (brother killed by Syrian security forces) |
| Mamdouh Kayali | political activist |
| Marcel Shahwar | human rights activist |
| Marwan Kabalan | Arab Center for Research and Policy Studies |
| Marwan Kuayed | judge, United Judicial Council |
| Massoud Akko | Syrian Journalists Association |
| Mays al-Kuraidy | political activist |
| Mazen Hashem | Syrian Center for Political and Strategic Studies |
| Mazen Joumeh | Free Aleppo Lawyers Union |
| Mazen Sawaf | businessman, Syrian National Council |
| Media Mahmoud | political activist |
| Michel Kilo | National Coalition for Syrian Revolutionary and Opposition Forces |
| Moataz Osama al-Rifai | political activist |
| Moaz Sibai | Watan Committee |
| Mohamed Farouk Tayfur | Syrian Muslim Brotherhood, National Coalition for Syrian Revolutionary and Opposition Forces, Syrian National Council |
| Mohamed Khalifa | Syrian Revolution General Commission |
| Mohamed Said Soliman | businessman |
| Mohamed Sheikh Shuaeby | political activist |
| Mohammad Ashraf al-Sino | lawyer, political activist |
| Mohammed Abdullah Al-Sheikh | defected member, Ba'ath Party |
| Mohammed Abu al-Khair Shukri | National Coalition for Syrian Revolutionary and Opposition Forces |

| | |
|---|---|
| Mohammed Al-Abdullah | Syria Justice and Accountability Centre |
| Mohammed Al-Abdullah | Free Aleppo Lawyers Union |
| Mohammed al-Haj Ali | defected major general, Free Syrian Army |
| Mohammed Aldgam | Idlib Revolutionary Council, Syrian National Council |
| Mohammed Amin Abdel Latif | Founder of the United Judicial Council, killed by the regime |
| Mohammed Awad | defected colonel, Supreme Military Council, Free Syrian Army |
| Mohammed Bassam Al Emadi | former Syrian Ambassador to Sweden |
| Mohammed Bassam Talbeleh | lawyer and political activist |
| Mohammed Faraj | political activist |
| Mohammed Fares Barakat | defected major general, Supreme Military Council, Free Syrian Army |
| Mohammed Ghanem | Syrian American Council |
| Mohammed Haji Abdullah | political activist |
| Mohammed Ibrahim al-Ali | political activist |
| Mohammed Khuneifis al-Sharey | Association for the Defense of the Rights of the Victims of the Syrian Revolution (14-year-old son was killed by Syrian security forces) |
| Mohammed Mulla Rashid | political activist |
| Mohammed Mustafa | Kurdish Political Activist |
| Mohammed Obaid | legal adviser, National Coalition for Syrian Revolutionary and Opposition Forces; Syrian National Council |
| Mohammed Osei | political activist |
| Mohammed Sabra | Legal Adviser to the Interim Government, National Coalition for Syrian Revolutionary and Opposition Forces |
| Mohammed Saeed Nahaas | businessman |
| Mohammed Saleh Ali | political activist |
| Mohammed Sayer | defected judge, Independent Judicial Council |
| Mohammed Suleiman Khalil | political activist |
| Mousa al-Kurdi | physician and civil society activist |
| Mousa al-Nabhan | political activist |
| Mousa Amhan | Free Syrian Lawyers Union |
| Mousa Mousa | Kurdish political activist, Syrian National Council |
| Moutee al-Bateen | Syrian National Council |
| Muhammad Anwar Majney | defected judge, Independent Judicial Council |
| Muhannad al-Hassani | lawyer; president, Syrian Organization for Human Rights (SAWASIAH); National Preparatory Committee for Transitional Justice |
| Muhannad Talaa | defected lieutenant, Supreme Military Council, Free Syrian Army |
| Mulham al-Jundy | political activist; Syrian National Council |
| Mulham Durubi | Syrian Muslim Brotherhood, National Coalition for Syrian Revolutionary and Opposition Forces, Syrian National Council |
| Muna Mostafa | Syrian National Council, National Coalition for Syrian Revolutionary and Opposition Forces |
| Muntaser al-Sinou | political activist |

| Munzer Makous | Special Representative to France, National Coalition for Syrian Revolutionary and Opposition Forces |
| Musab al-Jazaery | political activist |
| Musab al-Tahan | Syrian National Council |
| Mustafa al-Sheikh | defected brigadier general, Supreme Military Council, Free Syrian Army |
| Mustafa Hadyed | human rights activist, Dawlaty Organization |
| Mustafa Jomeh | Syrian National Council |
| Mustafa Mohammed | Syrian National Council |
| Mustafa Osso | President, Azadi Party in Syria, Kurdish National Council |
| Mutea Alwan | political activist |
| Nael Gerges | lawyer and human rights activist |
| Nael Turkmany | independent activist |
| Nagham al-Ghadry | Syrian Revolution General Commission, National Coalition for Syrian Revolutionary and Opposition Forces |
| Najaty Tayarah | Syrian National Council |
| Nashaat al-Haj Ahmed | defected lieutenant colonel, Supreme Military Council, Free Syrian Army |
| Nasr Hassan | political activist |
| Nawaf al-Bashir | Liberation & Building Bloc |
| Nidal Syam | political activist |
| Noor Bitar | Center for the Study of the Syrian Revolution |
| Numair Nasser | political activist |
| Obeida Faris | Syrian National Council |
| Obeida Nahas | Syrian National Council |
| Omar al-Kilani | political activist |
| Omar Alsayed Yousef | political activist |
| Omar Kush | political writer, researcher |
| Omar Lattouf | defected police officer |
| Omar Mushaweh | Syrian Muslim Brotherhood, National Coalition for Syrian Revolutionary and Opposition Forces, Syrian National Council |
| Omar Obeid Tarrad | Defected officer, Supreme Military Council, Free Syrian Army |
| Omar Owsi | political activist |
| Osama al-Atrash | businessman, political activist |
| Osama al-Rifai | Sham Scholars Committee |
| Osama Edward | Assyrian Network for Human Rights |
| Othman Meshaal | political activist |
| Oukab Yahya | Democratic National Bloc |
| Qasim al-Dairi | Human Rights Activist, Idlib; killed by regime while traveling to attend Managing the Transition in Syria Conference |
| Qassem Saad Eddin | defected colonel, Homs Military Council, Free Syrian Army |
| Radeef Mustafa | lawyer and activist; National Preparatory Committee for Transitional Justice |

| | |
|---|---|
| Raed Safadi | economist, World Bank |
| Rafat Mustafa | political activist |
| Rajaa al-Taly | human rights activist; National Preparatory Committee for Transitional Justice |
| Rami al-Dallaty | political activist |
| Rami Hamedo | Free Syrian Lawyers Committee |
| Rami Kara Ali | political activist |
| Rasha Joumeh Letouf | Association for the Defense of the Rights of the Victims of the Syrian Revolution (three brothers killed by Syrian security forces) |
| Rashid al-Kufri | Syrian National Council |
| Rawya al-Aswad | political activist |
| Raymon Majoun | Syrian National Council |
| Riad Al-Asaad | defected colonel, Commander of the Free Syrian Army |
| Rima Falihan | Local Coordination Committees, National Coalition for Syrian Revolutionary and Opposition Forces |
| Risan Sheikhmousa | head of Public Relations Office, Future Movement |
| Saad Eddin Hassan Bek | political activist |
| Sabd al-Hamwi | political activist |
| Sabri Mirza | Political Committee, Yakty Party |
| Saed Malikey | political activist |
| Saeed al-Masri | defected police officer |
| Saffan Hussein | political activist |
| Safi Jadaan | Syrian Center for Human Rights |
| Sahban Mushaweh | political activist |
| Salah al-Deen al-Hamwi | National Coalition for Syrian Revolutionary and Opposition Forces |
| Salah Badr al-Deen | political activist |
| Salah Hasson | political activist |
| Salahuddin al-Rihawi | Idlib Revolutionary Council |
| Salem Abdulaziz al-Mouslet | Council of the Syrian Arab Tribes, National Coalition for Syrian Revolutionary and Opposition Forces, Syrian National Council |
| Salim Idriss | defected general, Chief of Staff of Supreme Military Council, Free Syrian Army |
| Samer al-Homsi | political activist |
| Samir Nashar | Damascus Declaration for Democratic National Change, National Coalition for Syrian Revolutionary and Opposition Forces, Syrian National Council |
| Sara Sheikhi | Kurdish activist |
| Sema Nasser | Syrian Network for Human Rights |
| Shafkar Huvak | Kurdish activist |
| Shirvan Ibrahim | independent Kurdish activist |
| Suhail Abdulbaqi | defected judge, Independent Judicial Council |
| Suhail Hamdan | businessman |
| Suhair Atassi | National Coalition for Syrian Revolutionary and Opposition Forces |

| | |
|---|---|
| Sultan Hashim | Syrian Secular Coalition |
| Talal Fayyad Houshan | defected judge, Independent Judicial Council |
| Talal Subaey | political activist |
| Talal Sunbulli | Syrian American Council |
| Tamam Baroudi | Syrian Economic Forum |
| Tarek al-Sayed | political activist |
| Tariq al-Shathly | political activist |
| Tayseer Darwish | defected lieutenant, Supreme Military Council, Free Syrian Army |
| Thabit Abbarah | Union of Syrians Abroad |
| Wael Kuwaity | political activist |
| Wajd al-Sibaey | independent activist |
| Walid al-Bunni | National Coalition for Syrian Revolutionary and Opposition Forces |
| Walid Safour | Special Representative to the United Kingdom, National Coalition for Syrian Revolutionary and Opposition Forces; National Preparatory Committee for Transitional Justice |
| Walid Shekhu | political activist |
| Wasim al-Muhzem | activist and brother-in-law to Mahmoud Al-Jawabrah (killed by Syrian security forces) |
| Wassem Bitar | defected police officer |
| Yahya Beitar | defected general, Supreme Military Council, Free Syrian Army |
| Yaroub al-Shara | defected colonel, Free Syrian Army |
| Yassar Barish | political activist |
| Yasser al-Najjar | Syrian National Council |
| Yassin al-Hamwi | political activist |
| Yousef Hussein | professor |
| Youssef Hourani | political activist |
| Zaher Shehab | Association for the Defense of the Rights of the Victims of the Syrian Revolution (seven family members killed by Syrian security forces) |
| Zaradasht Mohammed | Kurdish political activist |
| Ziad al-Qasim | political activist |
| Ziad Basha | defected judge, Independent Judicial Council |
| Ziad Haj Khalil | political activist |
| Ziad Hassan | political activist |
| Ziad Talas | defected colonel, Free Syrian Army |

## INTRODUCTION
# Syria Transition Roadmap . . . Why?



The birth of the Syrian Revolution was a miracle in itself, in light of the severity of the Assad regime and its savagery. In particular, what happened in the 1980s is still clear and apparent in the minds of Syrians. The Syrian revolution has astonished the entire world by its sheer occurrence. It was even more astonishing for the Syrians themselves, who, in witnessing the scenes of peaceful demonstrations condemning the regime's oppression and corruption, suddenly discovered their power, spearheaded by the political opposition. The peaceful demonstrations that called for the change of a regime that had destroyed the state's political, social, cultural, and economic foundations in nearly all provinces was a matter that the Syrian people initially had difficulty wrapping their heads around.

In the initial months of the revolution, no one thought seriously about the postrevolution transition, with the exception of the regime and its leaders, who decided that there was no chance for any change, and that it would adopt any possible means of violence to confront and end the peaceful movement. The Assad regime knew that serious change would result in the permanent end of the regime and thus of its control.

However, the Syrian people—who were daily demanding peaceful change in the fields and squares and in all cities and villages of Syria, first in dozens and then in the hundreds—did not really think about the future. In these days, there were many different types of Syrian revolutionaries. They ranged from the optimist, who believed in the quick speed of the regime's fall, to the pessimist, who insisted that Bashar al-Assad would stay for many years to come. There were also those who supported the regime and objected to any movement against it, in addition to those who saw no use in changing the regime but called for its gradual reform. This probably explains the delay in political, diplomatic, and military defections from the regime, just as they happened in the Libyan and Yemeni revolutions. This point underlines the importance of the role of a strong political opposition that could chart the course for the Syrian future and lay down plans for comprehensive change.

Six months after the outbreak of mass demonstrations, which coincided with the appearance of the Free Syrian Army—consisting of defectors from the regime's army and a number of civilians who volunteered to protect their neighborhoods, cities, and villages—the first group of the political opposition forces met in Istanbul. An alliance emerged that was meant to be a political umbrella for the Syrian revolution. It was only natural that all the opposition leaders were outside Syria, in light of the internal security situation. This alliance's name became the Syrian National Council, named after the Libyan National Transition Council, which, with the help of the international community, led the Libyan revolution to a

historic military victory against Muammar Gaddafi and his militias.

Nevertheless, predicting Syria's future was no easy or simple task. The fragmentation within the Syrian opposition appeared both inside and outside Syria. After forty years of single-family rule, the political vacuum inside Syria was so vast that the divided Syrian opposition found it difficult to reach a consensus on matters concerning representation, leadership, and building a common vision, in addition to future planning for building a new Syria. This was in spite of the fact that the various opposition groups, such as the Syrian National Council and the National Coalition of Syrian Revolutionary and Oppositions Forces, were holding several conferences. The conferences discussed government reform and the demand for putting an end to the Assad regime—however, no group succeeded in including and representing all the ethnic, religious, cultural, and political groups; nor did any group succeed in proposing a detailed plan for Syria's future.

The Syrian National Council presented its vision for the transition phase of the new Syria, as it called it, in April 2012.[1] It was completely general, focusing only on the political and economic aspects and the revolution's main demand, which was President Bashar al-Assad's departure, but it did develop a number of basic principles for the transition phase, with which the Syrian Expert House's recommendations somewhat intersect.

Thereafter, in July 2012 the political opposition in Cairo agreed on what it called "The Joint Political Vision for the Features of the Transition Phase," as approved by the Syrian Opposition Conference held under the patronage of the Arab League.[2] All conference participants agreed upon this document. However, the document included several highly general and theoretical visions that faded into history after the changes and transformations the Syrian revolution witnessed on the ground.

The Day After Organization worked on a broader project that presented a detailed vision for a post-Assad Syria in the areas of law, transition justice, and security-sector reform, and that outlined possible foundations for the electoral and constitutional systems.[3] In spite of the generality, as compared with the Syrian National Council's vision, nevertheless, and by virtue of the limitation of Syrian participants in its workshops, the final report was more like recommendations submitted from other countries that had undergone transition periods similar to Syria's, without acknowledging the deep differences in the historical, social, and political context.

Afterward, a group of Syrians spearheaded by the former Syrian deputy prime minister Abdulla al-Dardari, through the United Nations' Economic and Social Commission for Western Asia in Beirut, developed what they called the "national plan for Syria's future."[4] However, it focused primarily on reconstruction and economic reform for the period after the crisis, as al-Dardari called it, and barely mentioned the major political issues for which the Syrian revolution began.

The need to find a unified and inclusive vision that would be representative of all Syrians after Assad became a clear priority. Previous projects had played a role in building up this vision. In addition, some of the political parties, local councils, and revolutionary forces presented their own ideas and initiatives. However, there would need to be practical plans, through which the Syrian people could better express their point of view vis-à-vis building a free Syria, without benefiting any one tribal, sectarian, or political affiliation at the expense of another. There would need to be a realistic visualization that could convince all Syrians that the transition phase, despite its long duration, would finally lead them to the freedom, dignity, and democracy for which they strive. The internal transformations, which overtook the countries of the Arab Spring after the revolutions, especially in Egypt, clearly indicate the necessity of a common vision among all political currents on the democratic transition plan, without which the country is vulnerable to chaos and subject to co-optation on the part of extremist or antidemocratic forces.

Starting from this reality, in the summer of 2012 the Syrian Center for Political and Strategic Studies (SCPSS) began work with the goal of putting forth an inclusive project, with a vision to develop the work of the Syrian opposition in its confrontation with the

Assad regime, and thereafter of presenting a comprehensive report for how to administer the transition phase, starting with the overthrow of the Assad regime and arriving at presenting clear frameworks for building a modern country that included all points of view on the Syrian spectrum, and in which each citizen was entitled to all his or her rights, freedoms, and political participation without unjust limitations. SCPSS marched forward with this project through various steps, such as launching the idea of an interim government through the conference "Managing the Transition Phase in Syria," which met in Istanbul in 2012. At this conference, SCPSS founded the Syria Expert House. Later, through other meetings, SCPSS confirmed the importance of transitional justice during the transition phase in Syria. Finally, the Syrian Expert House is launching its all-inclusive vision suggested for the transition phase in Syria with this report, *Syria Transition Roadmap.*

## ENDNOTES

1   See "The Transition Phase of the New Syria: Political Administration, Transitional Justice, Security and Economics" (Al-Marhalah al-Intiqaliyah li-Suriyah al-Jadidah: Al-Idarah al-Siyasiyah wa-al-'Adalah al-Intiqaliyah wa-al-Amn wa-al-Iqtisad), Syrian National Council, April 2012.

2   See "Joint Political Vision for the Features of the Transitional Phase as Approved by the Syrian Opposition Held Under the Patronage of the Arab League" (Al-Ru'yah al-Siyasiyah al-Mushtarakah li-Malamih al-Marhalah al-Intiqaliyah kama Aqarraha Mu'tamar al-Mu'aradah al-Suriyah tahta Ri'ayat Jami'at al-Duwal al-'Arabiyah), Cairo, July 2012.

3   See "Final Report: The Day After Project: Supporting the Democratic Transition of Authority in Syria", Washington, 2012.

4   See "The National Plan for Syria's Future: A Preliminary Report" (Al-Khittah al-Wataniyah li-Mustaqbal Suriyah, December 2012.

**CHAPTER 1**

# Managing the Transition in Syria



On October 29–31, 2012, the Syrian Center for Political and Strategic Studies (SCPSS) held its first conference for building a vision of the Syrian transition in Istanbul. There were mixed feelings at the conference. Despite the clear excitement about potential results, there was pain and sadness over the loss of one of the conference participants, the activist Qasim al-Diri, who had been killed a few days before in Idlib. The conference carried the name of Qasim al-Diri in commemoration.

More than 250 participants attended the meeting, representing more than 18 political groups in Syria, including the Syrian National Council, the Kurdish National Council, the Assyrian Democratic Organization, the Turkmen Democratic Movement, the Kurdish Future Movement in Syria, the Free Syrian Judicial Council, the Damascus Declaration, the Syrian Revolution General Commission, Local Coordinating Committees, the Sham Scholar Association, the Syrian Reform Assembly, the National Change Movement, and the Arab Tribal Council. Syrians representing political, revolutionary, and military forces from Aleppo, Homs, Idlib, Deir al-Zour, and the Damascus suburbs also attended, in addition to defected ministers, diplomats, ambassadors, members of Parliament, and independent members of the political opposition. A top priority for the conference was to address the often-repeated criticism of the exclusivity of the external opposition. Half the conference attendees came from inside Syria, representing city

and town councils, the Local Coordinating Committees, revolutionary councils, the Free Syrian Army, and military councils. The "Managing the Transition in Syria" conference was the most inclusive gathering of the Syrian opposition to date.

SCPSS announced the formation of the Syrian Expert House, which consists of six thematic working groups: constitutional and legal reform, political and administrative reform, electoral reform, security-sector reform, and transitional justice and national reconciliation.

In the constitutional reform workshop, participants discussed points of reference and mechanisms for writing a new democratic constitution for Syria. The political and administrative reform workshop divided into two groups. The first discussed mechanisms for the political development of the Syrian opposition and reforming the Syrian National Council. In the meantime, the second group debated possible forms that a pluralistic democratic system in Syria could take in the future. The electoral reform workshop focused primarily on the mechanisms for stimulating and organizing political, public, and civil participation. And participants of the security-sector reform workshops discussed methods of dismantling the security apparatus and the challenges of building a national army.

However, it quickly became clear to both conference organizers and attendees that for each topic of reform, there was an ever-expanding list of items that

needed addressing. For example, in the constitutional reform workshop, although participants agreed that the 1950 Syrian constitution was the most appropriate existing document upon which a new government could be based, the issue of approving, applying, and amending this document required much more consideration than time allowed. All the workshop topics would need to be considered carefully and revisited in more detail in the future.

But the most important result of this conference was a call for the formation of an opposition Syrian government inside Syria to try to put pressure on the international community to give this government the necessary support and fully delegitimize the Assad regime. It was suggested that a national assembly should be held, in which the Syrian National Council would participate alongside the other revolutionary factions, the Free Syrian Army leadership, and the other opposition and national blocs. This assembly would be held inside Syrian territory, if possible, à la the Syrian Conference of 1920, the gathering at which the modern Syrian state was founded. This would give legitimacy to the assembly, and the attendees would agree to form a national government inside Syria. However, not long after SCPSS recommended holding this National Assembly inside Syria, successive opposition meetings were held in November and December 2012 in Doha under broad Arab and international supervision for the formation of an inclusive opposition umbrella group. The recommendations of the conference were presented, and it was agreed to form an interim government following the establishment of the National Coalition of Syrian Revolutionary and Oppositions Forces as a framework that would include all the political, revolutionary and opposition forces, whereby it could become a national reference for the formation of an interim government.

Although months passed following its formation, the Coalition of Syrian Revolutionary and Oppositions Forces failed to overcome the ubiquitous differences of the political opposition, and it became clear that the coalition was in fact another political opposition group plagued with bickering resulting from regional and international political interference.

The formation of the interim government was disrupted several times, even though the conditions for its formation were more suitable than ever before. The opportunity for the existence of the government within Syria rather than in exile became more probable, and the Syrian people appeared to be supportive of the idea, hoping that it would offer something different from previous entities. However, the formation of the government was obstructed by regional and international pressure, and internal disagreements between the coalition members and the various opposition forces, thereby postponing the formation of the government on more than one occasion.

## THE SYRIAN EXPERT HOUSE WORKSHOPS

From May 1 to May 10, 2013, the Syrian Expert House reconvened to once again discuss the post-Assad political transition. Each of its thematic working groups met for a full two days of discussions. The goal was to conclude the workshops on each thematic topic with authentically Syrian, detailed recommendations for the political transition, which led to this final exhaustive report under the title *Syrian Transition Roadmap*.

### Constitutional Reform and the Rule of Law

The participants in the Constitutional Reform and the Rule of Law Working Group discussed how to attain constitutional legitimacy after the fall of the Assad regime. The working group unanimously decided that a return to the Constitution of 1950, without modification, would be the ideal solution for achieving this legitimacy. The 1950 constitution is the only constitution in Syrian history that was drafted and approved by a Constitutional Assembly. It also has received popular support, despite the presence of some controversial articles regarding minorities and freedom of expression. However, in the absence of an entity with the legal authority to amend the constitution, the Syrian Expert House recommended that the 1950 constitution be accepted wholesale initially, with the expectation that amendments to the document would be the first order of business of a future Constitutional Assembly, along with a

constitutional declaration that would outline the transition government's mandate, validity, age, and official appointments. A draft of this proposed constitutional declaration is given in this report's appendices and outlines how the transitional government will supervise popular elections of the members of a Constituent Assembly, which will be responsible for drafting a new Syrian constitution.

The Syrian Expert House also identified steps for ensuring the independence of the judiciary through mechanisms and precise standards to protect the judiciary from executive interference in its decisions and in its structure. The "Judicial Authority Law," which grants excessive power to the Syrian judiciary, was also discussed, and it was unanimously agreed that this portion of the Syrian legal code is not conducive to an independent and sound legal environment in Syria.

The participants also discussed the most important laws that should be repealed or amended in the future transitional phase, and at the same time warned judges about the pitfalls of interfering in the legislative process. The participants also discussed the importance of transitional justice in Syria and studied the mechanisms put forth by the National Preparatory Committee for Transitional Justice.

## Political and Administrative Reform

The stepping down of the head of the existing regime, President Bashar al-Assad, will mark the beginning of the transition in Syria. Thus, the Political and Administrative Reform Working Group discussed several scenarios for the end of the crisis, after which an interim government would be formed on the basis of a political agreement based on the conflict's resolution. Therefore, work on two main aspects needs to be done. The first is the management of the transition phase, for the participants recommended the establishment of constitutional and legal foundations that would organize this phase, recommending that the transition government suspend the 2012 constitution and return to the 1950 constitution, and issuing a constitutional declaration defining the form of the transitional government, its privileges and objectives, and election dates.

The participants also recommended that a Constituent Assembly be elected that will be charged with formulating a permanent constitution for the country by a popular vote, not by appointment. The Syrian Expert House also recommended that a popular referendum be conducted on the constitution upon its completion in order to confirm or deny the Syrian people's support of it.

The second aspect was to put forth a vision for the future political system for Syria. The agreement was that it would be a parliamentary system, whereby the government is formed when one political party gains a parliament majority, and this government would be given all executive powers. It would also be subject to the direct control of Parliament, which has the right to hold accountable its members, question its head, and withdraw the vote of confidence from it. The Syrian Expert House believes that this option will encourage raising the standard of political action in Syria, ensure the participation of all political forces in managing the country, and prevent any one party from dominating. This system will also transfer the political differences from the street to inside Parliament, which would ease the tension between the segments of society and put political rivals side by side in one chamber. Furthermore, work must be done to activate the role of party activity and reform the state's institutions, because the ouster of the regime alone would not guarantee their reform or the ending of the corruption that has spread within them.

## Electoral Law Reform

The discussion by the Electoral Law Reform Working Group focused on the system of political parties and the need to establish a system that will ensure party plurality, giving parties a chance to actively participate in rule, alongside the setting of standards for any forthcoming electoral activity. This would guarantee true representation of all sections of society and ensure fair participation for all Syrian provinces and cities, whereby the elections would produce a Parliament that truly represents the Syrian people.

A number of standards were specified for a modern elections law in Syria, whereby this law would nullify current limitations that preclude the formation of

parties. These new restrictions and criteria for party formation would be confined to the parties' not going outside the Syrian constitution, would not call for discrimination between citizens or partition of the country, and would advocate that these parties would not digress from the national interest of the Syrian people and the Syrian country.

In exchange, a new elections system was designed to elect a Constituent Assembly, whose number was estimated at 290 representatives from all Syrian regions, upon the condition that the elections law coincides with the party law. The new elections law provides for a proportional system, as opposed to the majority system currently practiced by the existing Assad regime. It allows the participation of all parties and political components in governing, in accordance with their true size on the street, instead of granting the winning party all authority. The proportional system also provides true representation for all minorities. In addition, this system relies on electoral lists, preferably party-affiliated ones, and recommends that the electoral lists be open, whereby the voter chooses his or her preferred list and from it chooses his or her favorite candidate.

The new system also would create thirty-two constituencies instead of the fifteen currently specified by the Assad regime and the Ba'ath Party. In this case, the smaller districts create more opportunity for local parties with limited financial capabilities, and offer a better representation to the small cities and rural areas. The electoral districts were drawn on two bases. The administrative division of the Syrian country, which divides the country's provinces into sixty-four administrative districts, creates the smallest electoral districts possible, based upon the condition that the number of seats in an electoral district is not less than four, in order to ensure the success of implementing the proportional system.

The new system proposed by the Syrian Expert House also ensures the active participation for both genders in the Constituent Assembly, whereby this system ensures through various specific mechanisms the representation of women, commensurate with their role in society. The new system also urges all parties and currents participating in the elections to offer part of their lists to persons with special needs, thus giving them the chance for political participation in making Syria's future.

## Restructuring the Security Services

Syrians know the large impact the present Syrian security apparatus makes on their political, social, and economic life. Therefore, the dismantling and rebuilding of this apparatus is considered, without exception, a vital priority for all Syrians. Therefore, the Restructuring the Security Services Working Group formulated a vision for the future security system, so that it will be coordinated with the new reality resulting from the revolution. The Syrian Expert House recognizes the necessity of forming a national security council, under the leadership of the ministers of defense and the interior, and the heads of the army and internal security forces. These security apparatuses must be dissolved, and some of them should merge with a new civilian security apparatus. The internal security forces apparatus should be restructured, with a focus on its professionalism, alongside the formation of cleansing committees, in order to rid the security apparatus of guilty, corrupt, and incompetent staff members.

Regarding the challenges of building a new national army in Syria, there were extensive discussions about its composition and the structuring of the general staff. The various leaders and representatives of military units in the Free Syrian Army gave a briefing to the Syrian Expert House of the situation in the field in their fronts, which included a full explanation of the liberated and nonliberated areas, alongside a description of the fighting formations from the numbers, capabilities, and the formations' names standpoints. There was an extensive discussion about the reality on the ground in the various fronts, the role of the general staff, and the possibility of raising the standard of military work and increasing coordination between the fighting formations and the fronts. In addition, some of the high-ranking officers who have defected from the regime made comments about the formation of the general staff and its framework. They demanded that all the battalions and brigades that are active on the ground coordinate with them

in order to form the nucleus of a modern national army in the future. Clear basics for the building a modern army would be established, including practical mechanisms for disarmament upon completion of the armed struggle and the beginning of transitional operations. In addition, modern and advanced training programs must be put in place for the military cadres belonging to the Syrian armed forces after the fall of the regime. This would guarantee a high level of professionalism and a sound belief in the protection of the country and its citizens, with noninfringement on rights and freedoms seen to be the true duty of these apparatuses and forces.

## Transitional Justice and National Reconciliation

On January 26–27, 2013, SCPSS held a conference in Istanbul with the name "Transitional Justice in Syria: Accountability and Reconciliation." More than 120 Syrian and international participants attended the two days of panels and discussions on possible transitional justice and reconciliation programs to be conducted in postconflict Syria. Representatives from a number of families who had lost their sons during the revolution attended. In addition, representatives of the Syrian political opposition included those from the National Coalition, the Syrian National Council, the Kurdish National Council, and other opposition groups. A large number of human rights activists, defected judges, and attorneys also attended, as did a group of experts in the field of transitional justice from international organizations and various academic institutions, who presented their personal and professional experiences with postconflict transitional justice programs in various countries.

On the last day of the conference, SCPSS announced the establishment of two new entities. The National Preparatory Committee for Transitional Justice was formed to build programs and future plans for transitional justice in Syria. Committee members include judges, lawyers, former political prisoners, and Syrian human rights activists. An international advisory board, made up of panelists from the Transitional Justice in Syria Conference, will consult and work with the Syrian members of the committee. The

other entity, the Association for the Defense of the Rights of the Families of the Victims of the Revolution, will be made up of family members of the most prominent victims of the Syrian revolution—such as Hamza al-Khateeb, the first victim of the Syrian revolution; Muhammad al-Jawabrah; Ghayyath Matar; and Tamir al-Shar'i—and will work with the National Preparatory Committee for Transitional Justice in its truth and reconciliation efforts.

## Economic Reform

The doubling of unemployment rates, together with the ongoing decline and impending collapse of the Syrian pound, are considered the most prominent priorities that Syrians will face during the transition phase. In addition, Syria will need to respond to the security requirements in the economy within the shadow of the country's entry into a large humanitarian crisis and disaster that it has never experienced before in its history. Therefore, specific steps were suggested by the Economic Reform Working Group to directly and gradually shift the Syrian economy toward liberalization, reduce the burden of taxation on citizens, create more job opportunities, and open the gate for investors through the implementation of investor-friendly policies. In addition, it is also necessary to put forth a specific timetable for the restructuring of the public sector, which is characterized by a severe and deep bureaucracy that obstructs any economic progress and fast and serious action to restore frozen assets abroad, and to lift economic sanctions against Syria.

The summaries and reports of these various conferences, which have had more than three hundred participants—experts, political opposition, and Free Army leaders—formed in total the basis for this *Syria Transition Roadmap* report, which includes a detailed plan for the transition phase both for today and after Assad, in accordance with different scenarios. In other words, whether settlement is achieved through the so-called Geneva Conference, and an interim government is formed, the suggestions in this report remain definitively valid. If another scenario were put together proposing the downfall of Assad militarily—whether through foreign intervention or

the growing force of the Free Syrian Army, going over the recommendations presented in this report will be necessary. It is because they will remain valid for crossing the transition phase in the direction of building a democratic system that forms the Syrian people's ambition and the hope with which the Syrian revolution began.