# EXHIBIT 6

Case 9:21-cv-80716-DMM-WM Document 59-7 Entered on FLSD Docket 01/09/2023 Page 2 of 5

# EXHIBIT 3



| | |
|---|---|
| 6/4/1430 A.H. - 2/4/2009 A.D. | No.: 1/8000/1575 |

**To the Esteemed Brother / Essam Youssef**
**Secretary General**
**Union of Good**
www.etelaf.org
Peace be upon you and Allah's mercy and blessings…

## Qatar Charity's Membership

      Qatar Charity offers you its best regards and wishes for abundant health and happiness, praying that you have a long life and good works.

      Pleased be advised that Qatar Charity has operated in Palestine for a long time, and that it directly supervises its projects there through its offices in the West Bank and Gaza.

      Accordingly, we do not wish to continue our membership in the Union of Good. Therefore, please consider this letter to you a cancellation of this membership. We ask Allah to bless your efforts and grant you blessings and rewards.

      With utmost appreciation and respect…

[signature]
**Abdullah bin Hussein Al-Ne'ma**
**Vice-Chairman of the Board of Directors – Managing Director**

[seal:] 

**Qatar Charity**
**Qatar Charity**
**P.O. Box: 1224, Doha, Qatar**

Headquarters: (+974) 4559222 – Fax: 4667733 – P.O. Box: 1224 Doha/Qatar – Women's Branch: 4559271 – Al-Wakra Branch: 4642875
Al-Rayyan Branch: 4809335 – Al-Montaza Branch: 4329454 – Al-Khor Branch: 4722427 – Al-Azizia Branch: 4583990 – Al-Nasr Branch: 4314027
Al-Khoraitiat Branch – Men: 4795102 – Women: 4795692 – Al-Markhia Branch – Men: 4886264 – Women: 4873879
Account Numbers: Qatar Islamic Bank: 4886264 – International Islamic: 100446073
www.qcharity.org - qcharity@qcharity.org

[logo] DNV

[illegible]
**Registered in the name of Qatar Charity under Registration No. (6) at the Ministry of Labor, Social Affairs and Housing for the year 1992**



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | Letter from Qatar Charity to Union of Good re Withdrawal of Membership, dated 4/2/2009 |
| Source Language(s) | Arabic |
| Target Language(s) | English |

Authorized Signature:

Name: Jacqueline Yorke

Title: Project Manager

Date: April 7, 2022

Signature, Notary Public:

Stamp: Notary Public

(Notary seal: WENDY POON, STATE OF NEW YORK NOTARY PUBLIC, Qualified in Queens County, 01PO6356754, MY COMMISSION EXPIRES 04-03-2025)



1430/4/6هـ 2009/4/2م   الرقم: ١/٨٠٠٠/١٥٧٥

الأخ الفاضل / عصـــام يوســف .. المحترم
الأمين العام
ائتـــلاف الخـــير
www.etelaf.org

السلام عليكم ورحمة الله وبركاته ،،

## عضــوية قطـــر الخـــيرية

تهديكم قطــر الخيرية أطيب تحياتها وتمنياتها لشــخصكم الكـــريم بموفــور الصحة والســـعادة ، داعية لكم بطول الأجل وحسن العمل .

يرجى العلم بأن قطر الخيرية تعمل في فلسطين منذ وقت طويل وتشرف على مشاريعها هناك عن طريق مكتبيها في الضفة الغربية وفي غزة إشرافاً مباشراً .

لذا فإننا لا نرغب في استمرار عضويتنا بائتلاف الخير ، وعليه يرجى التكرم باعتبار كتابنا هذا إليكم بمثابة إلغاء لهذه العضوية .. والله نسأل أن يبارك لكم في جهودكم ويرزقكم الأجر والثواب .

وتقبلوا وافر التحية والتقدير ،،

عبد الله بن حسين النعمة
نائب رئيس مجلس الإدارة – العضو المنتدب



Qatar Charity



المقر الرئيسي : 4559222 (974-) - فاكس : 4667733 - ص.ب : 1224 الدوحة/ قطر - الفرع النسائي : 4559271 - فرع الوكرة : 4642875
فرع الريان : 4809335 - فرع المنتزه : 4329454 - فرع الخور : 4722427 - فرع العزيزية : 4583990 - فرع النصر : 4314027
فرع الخريطيات رجال : 4795102 نساء : 4795692 - فرع المرخية رجال : 4886264 نساء : 4873879
أرقام الحسابات : مصرف قطر الإسلامي 4886264 الدولي الإسلامي 00446073
www.qcharity.org  qcharity@qcharity.org

مسجلة باسم جمعية قطر الخيرية برقم قيد (6) في وزارة العمل والشؤون الاجتماعية والإسكان لعام 1992