# EXHIBIT 7

Editor-in-Chief: Sadiq Muhammad Al-Ammari                                                                  Chairman of the Board d. Khaled bin Thani Al Thani

  

## Sweeteners

2946 

### Qatar Charity opens its office in Turkey amid great international interest

May 09, 2016, 07:50pm         :Follow us



-A  +A

| Qatar | Turkey | Qatar Charity | offices | Sheikh Hamad bin Nasser Al Thani |

Doha - East

:Turkish Deputy Foreign Minister

Turkey is happy to host the Qatar Charity office in Ankara and aspires to work together

Read also

**Read also**

| Gulf 25.. Qatari team players Madibo and Tariq Salman stress the need to focus on tomorrow's match to achieve qualification

| Closure of a violating food establishment in Al Sheehaniya

| 21 falcons have qualified for the semi-finals so far.

==Turkish Minister of Labor: The Foundation gained its value from doing good around the world==

==Al-Kuwari: Turkey has a leading role in supporting humanitarian causes and making every effort to support refugees==

==The mission of the new office is to take care of our Syrian brothers and implement development projects==

Within the framework of Qatar Charity's policy aimed at directly supervising the follow-up of its construction, development and relief projects in the countries in which it intervenes, Qatar Charity has opened a regional office in the Turkish capital, Ankara, in the presence of many official figures and representatives of international organizations, the United Nations and national organizations.

The opening of Qatar Charity's regional office in the Turkish capital, Ankara, was honored by HE Sheikh Hamad bin Nasser Al Thani, Chairman of the Board of Directors, who was accompanied by: Mr. Youssef bin Ahmed Al Kuwari, CEO of Qatar Charity, Mr. Faisal bin Rashid Al Fahida, Executive Director of Operations, and Mr. Khaled Aoun Allah Director of Monitoring Department.

**Generous presence**

The Turkish government had a generous presence at the opening ceremony, where Mr. Suleiman Soylu, Minister of Labor and Social Security, Mr. Naci Koru, Deputy Minister of Foreign Affairs, Mr. Shoay Alpay, Deputy Minister of Defense, Mr. Mehmet Dinesh, Deputy Minister of Agriculture, and Mr. Fatih Metin, Deputy Minister of Economy, and Mr. Hamzah Tachdalan, Deputy Head of Disaster and Emergency Under the Cabinet (AFAD).

Turkish humanitarian institutions were not absent from the opening ceremony of the Qatar Charity regional office. The ceremony was attended by: Mr. Fahmi Boland, Chairman of the Turkish Relief Organization IHH, and Mr. Karim Kinik, Chairman of the Board of Directors of the Turkish Red Crescent.

Sheikh Hamad bin Nasser hands a commemorative shield to the Turkish Minister of Labor and Social Security

In his speech during the opening ceremony, Mr. Youssef bin Ahmed Al Kuwari, CEO of Qatar Charity, stressed that the Turkey regional office will not be limited to caring for our Syrian brothers only, but will extend to implementing development projects and providing care for needy groups in countries where Syrian refugees are present, because we believe that This is part of our humanitarian duty towards the population of the host countries.

Al-Kuwari also praised Turkey's pioneering role in supporting humanitarian issues and making every effort to support refugees on its lands and provide them with a decent life.

The CEO of Qatar Charity thanked the Embassy of Qatar in Turkey for the support it provided to facilitate all procedures related to the opening of the office.

In his speech, Mr. Naji Koru, Deputy Minister of Foreign Affairs of Turkey, stressed the depth of the Turkish-Qatari relations, indicating that the Turkish state is happy to host the Qatar Charity office in its capital, Ankara, and that its ambitions have no limits regarding joint work and extending a helping hand to the needy.

In a speech during the ceremony, Mr. Suleiman Soylu, Minister of Labor and Social Security, said: The opening of the Qatar Charity office in Turkey is of great interest to Turkey at the official and popular level, which Turkey and Qatar offer based on the Islamic principles of our true religion, which urges support for the oppressed and needy, regardless of their gender or gender. their religion or color.

The Minister of Labor and Social Security concluded his speech that Qatar Charity is a great name for an ancient institution that has gained its value from doing good around the world and extending a helping hand to those in need, and that this office increases Qatar Charity's responsibilities and commitments towards humanity, asking God Almighty to direct its steps and grant those in charge of it success for all good.

The Chairman of the Board of Directors hands a commemorative shield to the Turkish Deputy Foreign Minister

On the sidelines of the ceremony, the attendees watched a short film about the achievements of Qatar Charity in Syria over the past five years.

Then, His Excellency Sheikh Hamad bin Nasser, Chairman of the Board of Directors, presented commemorative shields to the representatives of the Turkish government and relief organizations.

### Relief exhibition

Before the attendees left, they toured the relief pavilion prepared by the Qatar Charity Relief Department, which includes pictures and models of materials provided by Qatar Charity to the Syrians in the areas of food, shelter and non-food aid for the displaced and Syrian refugees, which started in 2011.

This regional office, which occupies No. 27 of all Qatar Charity offices around the world, is expected to directly supervise its relief work for the displaced and affected Syrians inside Syria, or directed to Syrian refugees in neighboring countries (Turkey, Jordan, Lebanon and Iraq).

This comes to ensure the best and fastest response when urgent disasters occur, and a desire to provide the best quality when implementing our projects. The association will seek to open two branch offices for its regional office in Istanbul and Kilis in the coming period to complete the circle of its humanitarian goals that it aspires to.

Sheikh Hamad bin Nasser and CEO with the Qatar Charity office team in Turkey

### The first organizations

In the relief field, Qatar Charity is among the first non-governmental organizations to provide humanitarian assistance to the victims of the Syrian humanitarian crisis, as Qatar Charity has spent hundreds of millions in this field, including shelter, health, food and non-food aid, and education.

Qatar Charity ranked first in the world at the level of non-governmental humanitarian organizations in the field of relief for the Syrian people, according to the report issued in 2014 by the United Nations Office for the Coordination of Humanitarian Affairs "UNOCHA". the same level as in four other countries.

Qatar Charity has attached great importance to external work in view of the suffering, poverty, disasters and wars the Arab and Islamic world is witnessing. Its projects and activities covered various development and humanitarian sectors in education, health, water and sanitation, social care, cultural development, economic empowerment, and social housing.

### 27 offices

It is noteworthy that with the opening of an office for Qatar Charity in Turkey, the number of its offices around the world has reached 27, distributed in the continents of Europe, Asia and Africa, namely: Sudan, Palestine, Mali, Mauritania, Somalia, Bosnia, Albania, Kosovo, Pakistan, Indonesia, Bangladesh and Burkina Faso. Niger, Yemen, Tunisia, Comoros, Kenya, Chad, Djibouti, Britain, and Turkey. Qatar Charity is also in the process of opening offices in Morocco, Jordan, Nepal, India, Sri Lanka and Ghana.

### read more