UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-80726-MIDDLEBROOKS/Matthewman

ARTHUR BARRY SOTLOFF, individually
and as the Administrator of the Estate of
STEVEN JOEL SOTLOFF; SHIRLEY
GOLDIE PULWER, and LAUREN SOTLOFF

    Plaintiff,

v.

QATAR CHARITY, a Foreign Non-Profit Organization,
and QATAR NATIONAL BANK (Q.P.S.C),
a Foreign Multinational Commercial Bank,

    Defendant.

_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR EXPEDITED MEDIATION AND OTHER RELIEF

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Expedited Mediation and Other Relief, filed on January 24, 2023. (DE 60). Defendants filed responses in opposition. (DE 61; DE 62; DE 63). For the following reasons, Plaintiffs' Motion is denied.

Trial of this matter is set for the two-week trial period beginning on October 10, 2023. Pursuant to the Pretrial Scheduling Order, the Parties are required to mediate at least 60 days before then. Plaintiffs request that I expedite that deadline because it would "result in saving time, resources and juridical labor." (DE 60 ¶ 11). From Defendants' Response, however, it is apparent that Defendants are not amenable to settlement before the Court rules on their pending Motions to Dismiss for lack of personal jurisdiction.

1

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Expedited Mediation and Other Relief (DE 60) is **DENIED**.

**SIGNED** at Chambers, in West Palm Beach, Florida, this 23 day of February, 2023.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record