IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH EDITION

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,<br><br>Plaintiffs,<br><br>v.<br><br>QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C.), a Foreign Multinational Commercial Bank,<br><br>Defendants. | Case No. 9:22-cv-80726 (DMM) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Qatar Charity provides notice to the Court and the Parties that it has filed the following Supplemental Authority in Support of its Pending Motion to Dismiss the Complaint (ECF No. 54) (the "Motion to Dismiss").

On March 17, 2023, the Eastern District of New York entered an order dismissing the complaint filed in that case without prejudice in the related matter *Przewozman, et al. v. Qatar Charity, et al.*, 1:20-cv-6088 (NGG)(TAM) (E.D.N.Y.). A copy of the order is attached here as **Exhibit A**. As set forth in the Motion to Dismiss, dismissal of this case is warranted for the same reasons relied upon by the Court in *Przewozman*, among other reasons.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 20, 2023<br>Miami, Florida | **DLA PIPER LLP (US)**<br><br>By: /s/ *Harout J. Samra*<br>       Harout J. Samra<br><br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>Tel:  305.423.8534<br>Email:  harout.samra@dlapiper.com<br><br>John M. Hillebrecht*<br>Kevin Walsh*<br>Jessica A. Masella*<br>Michael G. Lewis*<br>     **Pro Hac Vice*<br><br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020<br>Tel:  212.335.4500<br>Email:  john.hillebrecht@us.dlapiper.com<br>           kevin.walsh@us.dlapiper.com<br>           jessica.masella@us.dlapiper.com<br>           michael.lewis@us.dlapiper.com<br><br>*Counsel for Qatar Charity* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2023, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record.

By: /s/ *Harout J. Samra*
Harout J. Samra
Florida Bar No. 70523