## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

*Plaintiffs*,

v.

QATAR CHARITY and QATAR NATIONAL BANK (Q.P.S.C.),

*Defendants*.

Case No. 9:22-cv-80726

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiffs, ARTHUR BARRY SOTLOFF, individually and as the Administrator of the Estate of STEVEN SOTLOFF, SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF, provide notice to the Court and Parties of their filing of the following Supplemental Authority in support of their Opposition To Defendants' Motions to Dismiss (ECF 56).

On March 31, 2023, the Honorable United States District Court Judge Ann M. Donnelly, of United States District Court for the Southern District of New York, entered her Memorandum Decision and Order in a similar matter styled, *Anne Chana Henkin, Individually and as Personal Representative of the Estate of Judah Herzel Henkin, et. al, v. Qatar Charity, Qatar National bank and Masraf Al Rayan*, 21-CV-5716 (AMD)(VMS).

A copy of the Memorandum Decision and Order, attached as **Exhibit 1.**  Accordingly, the relief requested by Plaintiffs' via their Opposition to Defendants' Motion to Dismiss (ECF 56), is warranted for similar reasons as espoused by Judge Donnelly in the *Henkin* Memorandum Decision and Order, amongst the other reasons asserted in the Plaintiffs' Opposition.

Respectfully Submitted,

Dated: April 5, 2023
Hollywood, Florida

By: /s/*George A. Minski, Esq.*
   George A. Minski, Esq.
FBN. 724726
**LAW OFFICES OF GEORGE A. MINSKI, P.A**.
*Co-Counsel for Plaintiffs*
2500 Hollywood Boulevard
Hollywood, FL 33020
Dade: 305-792-2200
Broward: 954-362-4214
Email: gminski@minskilaw.com
Primary email: dgomez@minskilaw.com

**PERLES LAW FIRM PC**
Steven R. Perles
Joshua K. Perles
Edward Macallister
Emily Amick
816 Connecticut Ave. NW,
12th Floor
Washington D.C. 20006
Telephone: 202-955-9055

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 5, 2023, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record.

By: /s/*George A. Minski, Esq.*
George A. Minski, Esq.
FBN. 724726