IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH EDITION

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,<br><br>Plaintiffs,<br><br>v.<br><br>QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C.), a Foreign Multinational Commercial Bank,<br><br>Defendants. | Case No. 9:22-cv-80726 (DMM) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Qatar Charity and Qatar National Bank give notice of *Twitter, Inc. v. Taamneh*, No. 21-1496 (U.S. May 18, 2023) (**Exhibit A** hereto**)** in support of their motions to dismiss (DE 53, 54). The Supreme Court considered the meaning of "aiding and abetting" an act of international terrorism under JASTA, finding it requires defendant consciously and culpably participate in the wrongful act giving rise to plaintiffs' claims. *Id.* *10 (culpability necessary "lest mostly passive actors like banks" be liable for all customers' crimes for "routine transactions"); **12, 13, 16 (defendant must have abetted and "culpably participated in" specific act of terrorism injuring plaintiffs with "definable nexus" between "assistance and that attack"); *18 (plaintiffs failed to allege defendants "intentionally provided any substantial aid to" or "consciously participated in" attack, much less "so pervasively and systemically assisted ISIS" to render them liable for every attack).

1

While Defendants have moved to dismiss on personal jurisdiction grounds, *Twitter* confirms Plaintiffs' claims are also substantively deficient.  Plaintiffs have not plausibly alleged Defendants "aided and abetted ISIS in carrying out [the murder of Steven Sotloff]" or "gave such knowing and substantial assistance to ISIS that they culpably participated in" same.  *13; *see* (DE53 7-15, DE54 21-25).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 22, 2023<br>Miami, Florida | **DLA PIPER LLP (US)**<br><br>By:  /s/ Harout J. Samra<br>     Harout J. Samra<br><br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>Tel:  305.423.8534<br>Email:  harout.samra@dlapiper.com<br><br>John M. Hillebrecht*<br>Kevin Walsh*<br>Jessica A. Masella*<br>Michael G. Lewis*<br>   *Pro Hac Vice*<br><br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020<br>Tel:  212.335.4500<br>Email:  john.hillebrecht@us.dlapiper.com<br>         kevin.walsh@us.dlapiper.com<br>         jessica.masella@us.dlapiper.com<br>         michael.lewis@us.dlapiper.com<br><br>*Counsel for Qatar Charity*<br><br>   /s/ Edward M. Mullins<br>Edward M. Mullins<br>**REED SMITH LLP**<br>200 South Biscayne Boulevard, 26th Floor<br>Miami, Florida 33131<br>Telephone: (786) 747-0200<br>Facsimile: (786) 747-0299<br>emullins@reedsmith.com |

2

Michael G. McGovern (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
michael.mcgovern@ropesgray.com

Douglas Hallward-Driemeier (*pro hac vice*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
douglas.hallward-driemeier@ropesgray.com

*Counsel for Defendant Qatar National Bank (Q.P.S.C.)*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 22, 2023, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record.

                                               By:  */s/ Harout J. Samra*
                                                         Harout J. Samra
                                                         Florida Bar No. 70523