UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80726-MIDDLEBROOKS/Matthewman

ARTHUR BARRY SOTLOFF, individually
and as the Administrator of the Estate of
STEVEN JOEL SOTLOFF; SHIRLEY
GOLDIE PULWER; and LAUREN SOTLOFF;

    Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit
Organization; and QATAR NATIONAL
BANK (Q.P.S.C); a Foreign Multinational
Commercial Bank;

    Defendants.

_____/

## ORDER REFERRING CASE FOR RE-SCHEDULING CONFERENCE

THIS CAUSE comes before the Court *sua sponte*. Given the posture of this case (*see* DE 69; DE 70), the current trial date and pretrial deadlines have become impractical. Therefore, it is **ORDERED AND ADJUDGED** that:

1. Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned case is hereby referred to **United States Magistrate Judge William Matthewman** to conduct a Scheduling Conference, pursuant to Local Rule 16.1.B, for the purpose of setting a trial date and pre-trial deadlines, and for the purpose of setting any settlement conferences in lieu of or in addition to mediation if the Parties so request. Judge Matthewman shall retain jurisdiction to resolve any disputes arising from the aforementioned proceeding(s).

2. All counsel of record will be required to attend this conference which will be noticed by

Magistrate Judge Matthewman. Copies of any and all filings related to such scheduling conference, including proposed orders, must be sent directly to Judge Matthewman at matthewman@flsd.uscourts.gov.

3. The Parties **SHALL CONFER** and thereafter **JOINTLY FILE** a Proposed Pre-Trial Schedule and Trial Date **on or by June 6, 2023.** The Parties must ensure that their proposal is reasonable and fairly accounts for the length of time the case has already been pending. The Parties are advised that, with the Motions to Dismiss now adjudicated, the Court will endeavor to bring this matter to an efficient and expeditious resolution. Accordingly, the Court is inclined to set a trial date in or around February 2024.

**SIGNED** in Chambers at West Palm Beach, Florida this 31st day of May, 2023.

Donald M. Middlebrooks
United States District Judge

Copies to:   Magistrate Judge William Matthewman
Counsel of Record