IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,<br><br> *Plaintiffs*,<br><br>   v.<br><br>QATAR CHARITY and QATAR NATIONAL BANK (Q.P.S.C.),<br><br> *Defendants*. | Case No. 9:22-cv-80726 (DMM) (WDM) |

**UNOPPOSED MOTION OF
DEFENDANT QATAR NATIONAL BANK TO EXCUSE ONE OF ITS COUNSEL
FROM ATTENDING THE JUNE 8, 2023 SCHEDULING CONFERENCE**

 Defendant Qatar National Bank ("QNB") respectfully moves the Court to excuse one of its counsel from attending the June 8, 2023 Scheduling Conference before Magistrate Judge Matthewman. Plaintiffs do not oppose this motion. Two other counsel for QNB will attend the conference on behalf of QNB.

 1. On May 31, the Court issued an order requiring that "[a]ll counsel of record" attend a Scheduling Conference [Dkt. No. 72]. Magistrate Judge Matthewman set the Scheduling Conference to June 8, 2023 at 11:30 a.m. [Dkt. No. 73]

 2. One of the counsel of record for QNB, Douglas Hallward-Driemeier, will be unable to attend the conference on June 8, 2023, at 11:30 a.m., as that time and date conflict with his son's graduation.

3. QNB's co-counsel, Edward M. Mullins, as well as Michael G. McGovern, a partner at Ropes & Gray LLP who has been admitted *pro hac vice*, will attend the conference on behalf of QNB.

WHEREFORE, Defendant QNB respectfully requests that the Court excuse the appearance of Douglas Hallward-Driemeier at the conference set for June 8, 2023 at 11:30 a.m.

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that they met and conferred with counsel for the Plaintiffs regarding the relief sought herein. Plaintiffs do not oppose this motion.

Dated: June 2, 2023

Respectfully submitted,

*/s/ Edward M. Mullins*
Edward M. Mullins
**REED SMITH LLP**
200 South Biscayne Boulevard, 26th Floor
Miami, Florida 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299
emullins@reedsmith.com

Michael G. McGovern (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
michael.mcgovern@ropesgray.com

Douglas Hallward-Driemeier (*pro hac vice*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
douglas.hallward-driemeier@ropesgray.com

*Counsel for Defendant Qatar National Bank (Q.P.S.C.)*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 2, 2023, the undersigned electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF filing system, which will send notification of electronic filing to all counsel of record.

                                                    */s/ Edward M. Mullins*
                                                    Edward M. Mullins