**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF, <br><br> Plaintiffs, <br><br>   v. <br><br> QATAR CHARITY, a Foreign Non-Profit Organization and QATAR NATIONAL BANK (Q.P.S.C.), a Foreign Multinational Commercial Bank, <br><br> Defendants. | Case No. 9:22-cv-80726 (DMM) (WDM) |

**DEFENDANT QATAR CHARITY'S UNOPPOSED
MOTION TO EXCUSE THREE OF ITS COUNSEL FROM
ATTENDING THE JUNE 8, 2023 SCHEDULING CONFERENCE**

Defendant Qatar Charity ("QC") respectfully moves to excuse three of its counsel from attending the June 8, 2023 Scheduling Conference before Magistrate Judge Matthewman. *See* ECF Nos. 72, 73. Three other counsel for QC will attend the conference on behalf of QC. Plaintiffs and Defendant Qatar National Bank ("QNB") do not oppose QC's motion.

1. On May 31, 2023, the Court entered an Order requiring that "[a]ll counsel of record" appear at a Scheduling Conference. ECF No. 72. That same day, Magistrate Judge Matthewman set the Scheduling Conference for June 8, 2023 at 11:30 a.m. ECF No. 73.

2. On June 5, 2023, in connection with QNB's Unopposed Motion to Excuse One of its Counsel from Attending the June 8, 2023 Scheduling Conference (ECF No. 74), Magistrate Judge Matthewman entered a Paperless Order excusing one of the counsel of record for QNB provided that "QNB is represented by other counsel at the hearing." ECF No. 75.

3. Three of QC's counsel of record, Kevin Walsh, Jessica A. Masella, and Lane Earnest McKee, similarly are unable to attend the Scheduling Conference on June 8, 2023 at 11:30 a.m. However, QC's remaining counsel of record, Harout J. Samra, John M. Hillebrecht, and Michael G. Lewis, will attend the Scheduling Conference on behalf of QC.

WHEREFORE, Defendant QC respectfully requests that the Court excuse the appearances of Kevin Walsh, Jessica A. Masella, and Lane Earnest McKee at the Scheduling Conference on June 8, 2023 at 11:30 a.m.

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that they met and conferred with Plaintiffs' counsel regarding the relief sought herein. Plaintiffs do not oppose this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 6, 2023<br>Miami, Florida | **DLA PIPER LLP (US)**<br><br>By:  *Harout J. Samra*  <br>     Harout J. Samra<br>     Florida Bar No. 70523<br><br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>Tel:  305.423.8534<br>Email:  harout.samra@dlapiper.com<br><br>John M. Hillebrecht\*<br>Kevin Walsh\*<br>Jessica A. Masella\*<br>Lane Earnest McKee\*<br>Michael G. Lewis\*<br>     *\*Pro Hac Vice*<br><br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020<br>Tel:  212.335.4500<br>Email: john.hillebrecht@us.dlapiper.com<br>          kevin.walsh@us.dlapiper.com<br>          jessica.masella@us.dlapiper.com<br>          lane.mckee@us.dlapiper.com<br>          michael.lewis@us.dlapiper.com<br><br>*Counsel for Qatar Charity* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2023, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record.

By: *Harout J. Samra*
Harout J. Samra
Florida Bar No. 70523