

**UK security and counter-terrorism**

 This article is more than **2 years old**

# Qatari officials intimidated claimants in terror case, high court told

**Met police counter-terror unit has been asked to investigate allegations, court hears**

**Owen Bowcott** *Legal affairs correspondent*
@owenbowcott
Wed 11 Nov 2020 14.01 EST

Counter-terrorism police have been asked to investigate claims that witnesses and claimants in a terror-funding case were intimidated by officials working for the state of Qatar, the high court has been told.

Allegations of perverting the course of justice emerged at the hearing in London on Wednesday in a case involving compensation claims submitted originally by eight Syrian refugees against Doha Bank, the headquarters of which are in the Gulf state.

Ben Emmerson QC, representing four of the Syrian claimants, told the high court that interference with justice has taken the form of "harassment, intimidation, pressure, unlawful covert surveillance overseas, threatened visits by armed and masked men during the night, attempted bribery and criminal inducements".

The claimants say they fled to Holland after their lives and homes were destroyed by al-Nusra Front, a jihadist organisation that controlled parts of northern Syria. They are suing the bank because it was allegedly used to channel funds to the terror group, which is a proscribed organisation in the UK. The bank denies any wrongdoing.

None of the eight claimants have been identified. Doha Bank has offices in London, which has enabled the case to be brought in the British courts.

Emmerson said SO15, the Metropolitan police's counter-terrorism command, had been given details of the campaign of intimidation involving attempts to pervert the course of justice in both the UK and the Netherlands. The incidents, the court heard, included attempts to bribe witnesses, surveillance and harassment. They had been carried out on the orders of the state of Qatar, he alleged.

The latest threats, it was said, involved night-time visits by masked men to the homes of individuals this week. The Qataris, it is alleged, are trying to identify those involved in the case despite the fact they are protected by anonymity orders.

**Exhibit 2**

Four of the claimants had in effect withdrawn from the action because of threats to their physical safety, the court was told.

Emmerson sought permission for a hearing about jurisdiction, scheduled for next week, to be delayed. The bank and other defendants have argued that the case should be heard in Qatar.

Sonia Tolaney QC, representing Doha Bank, denied that there was a police investigation into perverting the course of justice. The claimants had merely made a complaint that was being considered, she said. The allegations of intimidation had been known for many months and no action was taken to approach the police until very recently, she said.

"Qatar is a friendly foreign state to this country," Tolaney said. "This country should be careful before entertaining wild allegations about [Qatar] interfering in public justice."

Doha Bank, she said, was not controlled by the Emir of Qatar. "There's real concern that this claim is politically motivated. Despite the claimants seeking anonymity, they have sought publicity [for this hearing]."

Giving her ruling, the judge, Rosalind Coe QC, said the case was highly unusual and involved very grave allegations. She agreed "reluctantly" to adjourn the case so that it could be "managed more robustly" and stronger evidence gathered.

The Qatari embassy in London and the Metropolitan police have been asked for comment.

Following the hearing, Jason McCue, a senior partner at the law firm of McCue & Partners, said: "It is clear that the claimants will not receive a fair trial if such alleged acts continue. We have faith that the British justice system will deal appropriately with these matters and thereafter enable our clients' case to continue unhindered."

Matthew Jury, the managing partner at the same law firm, said: "British justice is the envy of the world, a refuge for victims to hold perpetrators of international crimes to account and we must ensure it remains that way."

A Met police spokesperson said: "We can confirm that on 9 November we received allegations relating to terrorism funding, perverting the course of justice and witness intimidation.

"These allegations are currently being scoped by officers from the Met's counter-terrorism command with a view to determining whether there are grounds for a UK-based police investigation into these matters."

---

I hope you appreciated this article. Before you move on, I wondered if you would consider taking the step of supporting the Guardian's journalism.

It's that time again: all eyes are on the supreme court, as we await the final decisions of the session. One year after the court overturned Roe v Wade, its approval ratings are at record lows and its legitimacy in crisis.

That should come as no surprise: a far-right movement has helped seat justices who have redefined public life through precedent-shattering decisions that most Americans do not support. In addition to taking away the right to abortion from half the country, the supreme court has enabled a deluge of money into politics, the proliferation of guns in public spaces, the gutting of environmental protections and more.

As recent revelations have made clear, some supreme court justices do not follow basic ethical standards, and an absence of limits on their power means they can operate, in many ways, above the law.

That makes the job of journalists all the more important. At the Guardian, our reporting is produced to serve the public interest; we have no billionaire owner or shareholders to consider. And our unique, reader-supported model means that readers around the world can access the Guardian's paywall-free journalism – whether they can afford to pay for news, or not.

**Help us hold power to account by supporting the Guardian's journalism today. If you can, please consider supporting us just once from $1, or better yet, support us every month with a little more. Thank you.**



**Betsy Reed**
*Editor, Guardian US*

| Single | Monthly | Annual |
|---|---|---|

| $5 per month | $7 per month | Other |
|---|---|---|

# WORLD

# Doha Bank loses attempt to drop evidence of alleged witness intimidation from UK High Court case

▶ Four Syrian refugees are claiming damages against the Qatari bank



Doha Bank has failed in its bid to exclude alleged evidence of intimidation from proceedings at London's High Court. Gabriela Maj/Bloomberg

 Nicky Harley



Jun 10, 2021

▶ Listen In English    ▶ Listen in Arabic

Powered by automated translation

Britain's High Court refused a request from Qatar's Doha Bank to exclude evidence of alleged witness intimidation from a terrorism financing case.

Four Syrian refugees lodged a case for damages at London's High Court against Doha Bank, as well as Moutaz and Ramez Al Khayyat.

The refugees alleged the brothers used Doha Bank accounts to channel money to the Al Nusra Front, an Al Qaeda affiliate.

The Syrians said they suffered "severe physical and psychiatric injuries" at the hands of the terrorist group, and that Qatar threatened, intimidated and attempted to bribe them in a bid to dissuade them from pressing ahead with their case.

A hearing is scheduled for October to determine whether the trial will be held in the UK or Qatar.

The [court was previously told the refugees were subjected to threats and intimidation.](#)

Doha Bank's lawyers [applied for the allegations of intimidation to be dropped from proceedings.](#)

**READ MORE**



**British terror police drop investigation into alleged**

But Justice Martin Chamberlain ruled that the judge hearing the case should hear the allegations.

"Evidence which relates not to the underlying allegations but to the alleged interference in these proceedings by the defendants or agents of the State of Qatar should be before the judge, because this evidence is directly relevant to the suitability of the State of Qatar as a forum," he said.

intimidation by Qatar in Syrian refugee court case

"I will permit all of the claimant's evidence which relates to alleged attempts by the defendants or others on behalf of the State of Qatar to interfere with the course of justice in these proceedings.

"At present the claimants have not identified any parts of their evidence going to these issues beyond those referred to in Doha Bank's skeleton argument, but I will give a further opportunity to the claimants to do so, and for Doha Bank to respond, in the light of the approach I have outlined in this judgment."

Last year, a report was made to London's Metropolitan Police accusing Qatar of perverting the course of justice and of witness intimidation.

The court previously heard that people connected with the case had their cars bugged, were threatened in their homes and were offered bribes to reveal the names of the claimants, who were granted anonymity by the court.

Eight refugees had originally filed claims but four withdrew their cases last year claiming they were in "fear of their lives".

An application by the claimant's legal team to cross-examine the Al Khayyat brothers at the October hearing was refused.

Mr Chamberlain said it would be inappropriate and would turn the hearing into a "mini trial".

A spokesman for the Al Khayyat brothers told *The National* they denied the "bizarre and baseless allegations".

WORLD    UK    EUROPE    QATAR