UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80726

ARTHUR BARRY SOTLOFF Individually and as
Administrator of the Estate of STEVEN JOEL SOTLOFF;
SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

                Plaintiffs,

v.

QATAR CHARITY, a Foreign Non-Profit Organization
And QATAR NATONAL BANK (Q.P.S.C), a Foreign
Multinational Commercial Bank

                Defendants.
_____/

## CERTIFICATION OF IRINA Y. SIVACHENKO

      Irina Y. Sivachenko, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Bars of the State of New York and the Commonwealth of Massachusetts; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                        */s/ Irina Y. Sivachenko*
                                                          Irina Y. Sivachenko