IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF, <br><br> *Plaintiffs*, <br><br> v. <br><br> QATAR CHARITY and QATAR NATIONAL BANK (Q.P.S.C.), <br><br> *Defendants*. | Case No. 9:22-cv-80726 |

**JOINT NOTICE OF COMPLIANCE RE [DE 89]**

The Parties, by and through counsel, pursuant to the Paperless Order entered by the Honorable Magistrate Judge William Matthewman, on June 27, 2023 [DE 89], file this Joint Notice of Compliance and state as follows:

1. On June 8, 2023, this Court entered an Order [DE 80] requiring that "within three (3) days after the entry of the confidentiality order, Plaintiffs shall produce to Defendants documents that support the bank transfer alleged in paragraphs 106 through 109 of the Complaint [DE 1]" and that Defendants "shall file their answers and affirmative defenses within 14 days of the production of the bank transfer documents."

2. The Confidentiality Order [DE 88] was entered on Friday, June 23, 2023.

3. On Monday, June 26, 2023, the first business day following the entry of the Confidentiality Order [DE 88], the materials which Plaintiffs contend support the wire transfer alleged in paragraphs 106 through 109 of the Complaint [DE 1], were hand delivered via courier in

sealed envelopes and receipt of same was confirmed by Edward Mullins, Esq., on behalf of Defendant QNB, and by Harout Samara, Esq., on behalf of Defendant QC.

4. The parties are in the process of discussing that document.

5. Undersigned counsel affirmatively represents he is authorized to file this Notice on behalf of all Parties.

Respectfully Submitted,

Dated: June 27, 2023　　　　　　　By: /s/*George A. Minski, Esq.*
Miami, Florida
　　　　　　　　　　　　　　　　　George A. Minski, Esq.
　　　　　　　　　　　　　　　　　FBN. 724726
　　　　　　　　　　　　　　　　　**LAW OFFICES OF GEORGE A. MINSKI, P.A**.
　　　　　　　　　　　　　　　　　*Co-Counsel for Plaintiffs*
　　　　　　　　　　　　　　　　　2500 Hollywood Boulevard
　　　　　　　　　　　　　　　　　Hollywood, FL 33020
　　　　　　　　　　　　　　　　　Dade: 305-792-2200
　　　　　　　　　　　　　　　　　Broward: 954-362-4214
　　　　　　　　　　　　　　　　　Email: gminski@minskilaw.com
　　　　　　　　　　　　　　　　　Primary email: dgomez@minskilaw.com

　　　　　　　　　　　　　　　　　**PERLES LAW FIRM PC**
　　　　　　　　　　　　　　　　　Steven R. Perles
　　　　　　　　　　　　　　　　　Joshua K. Perles
　　　　　　　　　　　　　　　　　Edward Macallister
　　　　　　　　　　　　　　　　　Emily Amick
　　　　　　　　　　　　　　　　　816 Connecticut Ave. NW,
　　　　　　　　　　　　　　　　　12th Floor
　　　　　　　　　　　　　　　　　Washington D.C. 20006
　　　　　　　　　　　　　　　　　Telephone: 202-955-9055

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 27, 2023, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record.

By: /s/*George A. Minski, Esq.*
George A. Minski, Esq.
FBN. 724726