**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

ARTHUR BARRY SOTLOFF Individually and
as the Administrator of the Estate of STEVEN
JOEL SOTLOFF; SHIRLEY GOLDIE
PULWER, and LAUREN SOTLOFF,

    *Plaintiffs*,

           v.

QATAR CHARITY and QATAR NATIONAL
BANK (Q.P.S.C.),

    *Defendants*.

Case No. 9:22-cv-80726

**QATAR NATIONAL BANK (Q.P.S.C.)'S and QATAR CHARITY'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), Defendants Qatar National

Bank (Q.P.S.C.) ("QNB") and Qatar Charity ("QC") hereby file their Unopposed Motion for

Extension of Time to Respond to the Complaint, and in support thereof state as follows:

1.      On June 8, 2023, this Court entered an Order [DE 80] requiring that "within three

(3) days after the entry of the confidentiality order, Plaintiffs shall produce to Defendants

documents that support the bank transfer alleged in paragraphs 106 through 109 of the Complaint

[DE 1]" and that Defendants "shall file their answers and affirmative defenses within 14 days of

the production of the bank transfer documents."

2.      The Confidentiality Order [DE 88] was entered on Friday, June 23, 2023.

3.      On Monday, June 26, 2023, the first business day following the entry of the

Confidentiality Order [DE 88], the materials which Plaintiffs contend support the wire transfer

alleged in paragraphs 106 through 109 of the Complaint [DE 1], were hand delivered via courier

in sealed envelopes and receipt of same was confirmed by Edward Mullins, Esq., on behalf of Defendant QNB, and by Harout Samara, Esq., on behalf of Defendant QC.

4.      On Thursday, June 27, 2023, the Parties filed a Joint Notice of Compliance [DE 91] confirming that the "documents that support the bank transfer alleged in paragraphs 106 through 109 of the Complaint [DE 1]" were produced by Plaintiffs to Defendants.

5.      In accordance with the Court's June 8, 2023 Order [DE 80], Defendants' answers and affirmative defenses are due today, July 10, 2023—14 days after the production of the bank transfer documents.

6.      The date that Plaintiffs produced the "documents that support the bank transfer alleged in paragraphs 106 through 109 of the Complaint [DE 1]"—which triggers the clock of when Defendants must file their answers and affirmative defenses— has coincided with the vacations of QC and QNB's undersigned counsel, as well as the attorney at QNB overseeing this matter.

7.      Moreover, the lead associates from the firm of undersigned counsel for QNB with the institutional knowledge of this matter are both currently on personal leave.

8.      For these reasons, QNB and QC seek an extension of time of four days, up to and including July 14, 2023, to file their answers and affirmative defenses to the Complaint.

9.      Plaintiffs have indicated that they have no opposition to extending the time for QNB and QC to respond to the Complaint up to and including July 14, 2023.

10.     This request for extension is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

2

WHEREFORE, Defendants QNB and QC respectfully request the Court to enter an Order granting an extension of time for QNB and QC to respond to the Complaint up to and including July 14, 2023.

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for QNB and QC certify that they have conferred with Plaintiffs in a good faith effort to resolve the issues raised in this motion, and that Plaintiffs have indicated that they do not oppose the relief requested.

Dated: July 10, 2023                    Respectfully submitted,


                                        /s/ Daniel Alvarez Sox

                                        Edward M. Mullins
                                        Daniel Alvarez Sox
                                        **REED SMITH LLP**
                                        200 South Biscayne Boulevard, 26th Floor
                                        Miami, Florida 33131
                                        Telephone: (786) 747-0200
                                        Facsimile: (786) 747-0299
                                        emullins@reedsmith.com
                                        dsox@reedsmith.com

                                        Michael G. McGovern
                                        Irina Y. Sivachenko
                                        **ROPES & GRAY LLP**
                                        1211 Avenue of the Americas
                                        New York, New York 10036-8704
                                        Telephone: (212) 596-9000
                                        Facsimile: (212) 596-9090
                                        michael.mcgovern@ropesgray.com
                                        irina.sivachenko@ropesgray.com

                                        Douglas Hallward-Driemeier
                                        **ROPES & GRAY LLP**
                                        2099 Pennsylvania Avenue, NW
                                        Washington, DC 20006-6807
                                        Telephone: (202) 508-4600
                                        Facsimile: (202) 508-4650
                                        douglas.hallward-driemeier@ropesgray.com

3

*Counsel for Defendant Qatar National Bank (Q.P.S.C.)*

**DLA PIPER LLP (US)**

By:  /s/ Harout J. Samra
         Harout J. Samra

200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Tel: 305.423.8534
Email: harout.samra@dlapiper.com

John M. Hillebrecht*
Kevin Walsh*
Jessica A. Masella*
Michael G. Lewis*
      *Pro Hac Vice*

1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel: 212.335.4500
Email: john.hillebrecht@us.dlapiper.com
kevin.walsh@us.dlapiper.com
jessica.masella@us.dlapiper.com
michael.lewis@us.dlapiper.com

*Counsel for Defendant Qatar Charity*