IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,

*Plaintiffs*,

v.

QATAR CHARITY and QATAR NATIONAL BANK (Q.P.S.C.),

*Defendants*.

Case No. 9:22-cv-80726

**[PROPOSED] ORDER GRANTING QATAR NATIONAL BANK (Q.P.S.C.)'S AND QATAR CHARITY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

THIS MATTER is before the Court upon Defendants Qatar National Bank (Q.P.S.C.)'s ("QNB") and Qatar Charity's ("QC") Unopposed Motion for Extension of Time to Respond to the Complaint, filed on July 10, 2023.

The Court, having review the Motion and being advised fully in the premises, hereby ORDERS AND ADJUDGES as follows:

Defendants QNB's and QC's Unopposed Motion for Extension of Time to Respond to the Complaint is granted. Defendants QNB and QC shall file their responses to the Complaint on or before July 14, 2023.

DONE and ORDERED in chambers, West Palm Beach, Florida, this ___ day of _____, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

1

Copies furnished to:
*William Matthewman, U.S. Magistrate Judge*
*All counsel of record*