# EXHIBIT A

CONFIDENTIAL TREATMENT
SUBJECT TO  CONFIDENTIALITY ORDER
22-CV-80726

 **Ziraat Bankası**

| | |
|---|---|
| **QNB QATAR NATIONAL BANK** | **SAYIN** |
| **ŞUBA KODU/ADI : QNBAQAQAFTD/DOHA** | **JASSEM ABDULLAH** |
| | |
| **İŞLEM TARİHİ** : 16/10/2013 - 11:25:43 | **STREET NO. 599** |
| **VALÖR** : 16.10.2013 | **3263 AL WAKRA** |
| **İŞLEM YERİ** : QNB / DOHA ŞUBESİ | **DOHA** |

**Açıklama : HAVALE**
**Alacaklı Şube : 2162-TCZBTR2A/ BEŞYOL ŞUBASI**
**Alacaklı Hesap : 7120403 2013 KARTSIZ**
**IBAN:**
**Alacaklı Adı Soyadı : FADHEL ALSALIM**
**Alacaklı Vergi No :**
**Komisyon : 0,00 USD**
**Havale Tutarı: 800,000 USD**

**Tutarı: 800,000 USD (Yalnız SEKİZYÜZBİNUSD)**
16/10/2013 - 11:25:43 TCZBTR2A/ BEŞYOL ŞUBASI

saygılarımızla
T.C ZİRAAT BANKASI A.Ş
BEŞYOL ŞUBASI

**Alacaklı Adı Soyadı : FADHEL ALSALIM / MERKEZEFENDI MAH. MEVLANA CD. KURCİMAN SITISI. NO: B4 ZEYTINBURNU 3401!**
**İKAMET TEZKERESİ NO. A021829**
16.10.2013

CONFIDENTIAL

أنا الموقع أدناه فاضل سليم / إقامتي / A021829 /
المقيم في مركز الرجبية السكني شارع مولانا ستي بورنو
أقر باستلامي مبلغ وقدره ٨٠٠,٠٠٠ ثمانمائة ألف دولار أمريكي
منطقة لا غير مسلمير جاسم عبدالله منسوب موكت عطر الخيرية
بصفتي عضو المجلس الأعلى لقيادة الثورية مثل عند اصلاحين محافظة
الحكمت - المشروع الإجراءات

Sotloff 00007

CONFIDENTIAL
SUBJECT TO  CONFIDENTIALITY ORDER
22-CV-80726

# 🌾 **Ziraat Bank**

QNB QATAR NATIONAL BANK

BRANCH CODE/NAME: QNBAQAQAFTD/DOHA

TRANSACTION DATE: October 16th, 2013    11:25:43

VALUE DATE: October 16th, 2013

TRANSACTION PLACE: QNB/DOHA BRANCH

HONORABLE

JASSEM ABDULLAH

STREET NO. 599

3263 AL WAKRA

DOHA

Explanation: TRANSFER

Creditor Branch: 2162.TCZBTR2A/BEŞYOL BRANCH

Account Payee: 7120403 2013 BLANK

IBAN:

Full Name of Creditor: FADHEL ALSALIM

Creditor Tax No.:

Commission: 0.00 USD

Amount of Transfer: 800.000 USD

Amount: 800.000 USD (EIGHT HUNDRED THOUSAND USD only)

October 16th, 2013    11:25:43   TCZBTR2A/BEŞYOL BRANCH

Best regards

TC ZIRAAT BANK LTD

BEŞYOL BRANCH

[Handwritten signature]

Full Name of Creditor: FADHEL ALSALIM / MERKEZEFENDI QUARTER, MEVLANA STREET, TÜRCUMAN CITY, NO: B4 ZEYTINBURNU 34015

RESIDENCE PERMIT NO. A021829

October 16th 2013

CONFIDENTIAL

Sotloff 00008

CONFIDENTIAL DOCUMENT
SUBJECT TO CONFIDENTIALITY ORDER
22-CV-80726

I, the undersigned, Fadil Al-Salim, whose address is A021829, A-Turjuman Residential Complex, Moulana Street, Zeytinburnu, hereby confirm that I have received a sum of 800,000 eight hundred thousand US dollars only, from Mr. Jasim Abdallah, the representative of Qatar Charity, in my capacity as a member of the Supreme Council of the Leadership of the Revolution, and as the representative of the families of Al-Hasaka Governorate – the Aid Project.



Sotloff 00009