# EXHIBIT B

| | |
|---|---|
| From: | online.ordering@swift.com |
| To: | Hussein Nayef Safarini |
| Subject: | QNBAQAQA Order a Branch Identifier (11-char BIC) EREF=485007 |
| Date: | Wednesday, October 25, 2017 4:19:33 AM |

Dear Sir, Dear Madam,

Thank you for your order Ordera Branch Identifier (11-char BIC) with reference 485007.
We are pleased to communicate to you the details of your branch code activation.

Below**connected**branch code(s) were created on the FIN BIC QNBAQAQA.
COD; TRO; FTD;
T&T addresses are free of charge.

New branch code(s) on therelatedtest FIN (TFIN):
New Branch code(s) CODcreatedunder BIC QNBAQAQ0
New Branch code(s) TRO created under BIC QNBAQAQ0
New Branch code(s) FTD created under BIC QNBAQAQ0

Branchcode(s) activation date: 04.11.2017
As from the activation date, your new branch code(s) can be used in FIN messages.

Publication information
**Branchcode(s):** COD; TRO; FTD;.
Publication date in theBIC online free search and Bankers World online: 04.11.2017
The Branch code(s) will be published in the next possible BIC Online Download and BIC Directory paper?s version.

Please find here below the link with the publication deadlines and planning.
http://www.swift.com/solutions/messaging/information_products/bic_directory_publication_schedule.page?lang=en

Should you have any further query, do not hesitate to contact us by using the Case Manager, which you can find in the Support section on www.swift.com. The Case Manager allows you to report, to monitor and to update cases online.

If youwouldliketocheck the details of your order please use the link below.
https://www2.swift.com/omt/orderdetails.faces?eorderid=485007

Do you need further assistance with your order?
If you have further questions or if you need further assistance, please consult our Support page:
http://www.swift.com/support.

Yours sincerely,
SWIFTOrderingDepartment
-------------------------------------------------------------------------------------------------------
Pleasedo not reply to this email - this mailbox is not monitored. For additional questions please consult our Support page: http://www.swift.com/support.

CONFIDENTIAL
QNB00000001