# EXHIBIT C

**From:** prvs=585d8718f=david.sullivan@qnb.com
**To:** McGovern, Michael; Hallward-Driemeier, Douglas H.
**Subject:** FW: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***
**Date:** Wednesday, August 16, 2023 2:38:21 AM
**Attachments:** ATT00001.txt
ATT00002.htm
totemomail_info.html

**[EXTERNAL]**

Sent with BlackBerry Work
(www.blackberry.com)

**From:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>
**Date:** Wednesday, 16 Aug 2023 at 7:32 AM
**To:** David O'Sullivan <david.sullivan@qnb.com>
**Cc:** Khalid Nobani <khalid.nobani@qnb.com>
**Subject:** RE: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***

This message originated outside of QNB Group. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear David,

I wish you a very good day ahead.

This is to inform you that your request for FTD was duly received and processed on 25.10.2017. The activation was implemented on 4.11.2017.

Best regards,

Can

**From:** David O'Sullivan <david.sullivan@qnb.com>
**Sent:** Monday, August 14, 2023 3:57 PM
**To:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>
**Cc:** Khalid Nobani <khalid.nobani@qnb.com>
**Subject:** RE: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***

You don't often get email from david.sullivan@qnb.com. Learn why this is important
Mail originates from outside SWIFT!
Be vigilant before you click on a link, open attachments or reply!

Message classified as External Non-Confidential

Hi Can

Just wondering if you can give me an update.
Many thanks

David



**David O'Sullivan**
Group General Counsel        Direct: +974 4453 4490        Qatar National Bank (Q.P.S.C.)
Legal Department             Fax:    +974 443 70326        P.O. Box 1000, Doha, Qatar
Group Risk                   Mobile: +974 5593 3916        qnb.com

ATTORNEY CLIENT COMMUNICATION - E-MAIL AND ANY ATTACHMENTS PRIVILEGED AND CONFIDENTIAL

**From:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>
**Sent:** Thursday, August 10, 2023 10:46 AM
**To:** David O'Sullivan <david.sullivan@qnb.com>
**Cc:** Khalid Nobani <khalid.nobani@qnb.com>
**Subject:** RE: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***

This message originated outside of QNB Group. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. O'Sullivan,

I hope this mail finds you very well.

I would appreciate if you could give some context for your inquiry, which might help my communication with internal teams.

Best regards,

Can

**From:** David O'Sullivan <david.sullivan@qnb.com>
**Sent:** Thursday, August 10, 2023 9:42 AM
**To:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>
**Cc:** Khalid Nobani <khalid.nobani@qnb.com>; McGovern, Michael <Michael.McGovern@ropesgray.com>
**Subject:** QNB Swift QNBAQAQAFTD

You don't often get email from david.sullivan@qnb.com. Learn why this is important
Mail originates from outside SWIFT!
Be vigilant before you click on a link, open attachments or reply!

Message classified as External Non-Confidential

Dear Mr. Can

I hope all is well.

My colleagues at QNB provided me your contact email as the account manager for QNB.

We would simply like to request a confirmation from SWIFT as to the date the branch code "FTD" was first authorized by SWIFT for QNB.

Many thanks

David



**David O'Sullivan**
Group General Counsel       Direct:   +974 4453 4490       Qatar National Bank (Q.P.S.C.)
Legal Department            Fax:      +974 443 70326       P.O. Box 1000, Doha, Qatar
Group Risk                  Mobile:   +974 5593 3916       qnb.com

ATTORNEY CLIENT COMMUNICATION - E-MAIL AND ANY ATTACHMENTS PRIVILEGED AND CONFIDENTIAL

"This email and its attachments are confidential unless specified otherwise. Any unauthorized transmission of this e-mail, or disclosure of its content or attachments to a third party is prohibited. If you are not the intended recipient of this e-mail, please notify the sender immediately and delete it...."

"This email and its attachments are confidential unless specified otherwise. Any unauthorized transmission of this e-mail, or disclosure of its content or attachments to a third party is prohibited. If you are not the intended recipient of this e-mail, please notify the sender immediately and delete it...."

"This email and its attachments are confidential unless specified otherwise. Any unauthorized transmission of this e-mail, or disclosure of its content or attachments to a third party is prohibited. If you are not the intended recipient of this e-mail, please notify the sender immediately and delete it...."