# EXHIBIT D

**From:** prvs=600db6597=david.sullivan@qnb.com
**To:** McGovern, Michael
**Cc:** Hallward-Driemeier, Douglas H.
**Subject:** FW: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***
**Date:** Thursday, August 31, 2023 5:42:31 AM
**Attachments:** ATT00001.txt
ATT00002.htm
totemomail_info.html

**[EXTERNAL]**
Message classified as External Non-Confidential

[redacted]

**David O'Sullivan**
Group General Counsel        Direct: +974 4453 4490        Qatar National Bank (Q P S C)
Legal Department             Fax:    +974 443 70326        P O Box 1000, Doha, Qatar
Group Risk                   Mobile: +974 5593 3916        qnb.com

ATTORNEY CLIENT COMMUNICATION - E-MAIL AND ANY ATTACHMENTS PRIVILEGED AND CONFIDENTIAL

**From:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>
**Sent:** Thursday, August 31, 2023 12:39 PM
**To:** David O'Sullivan <david.sullivan@qnb.com>
**Subject:** RE: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***

This message originated outside of QNB Group. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear David,

As communicated earlier, the branch code 'QNBAQAQAFTD' was activated on Swift's FIN service on 4 November 2017.

As per standard FIN message validation, and until that date, a FIN message from, to or referring that branch code would not have been successfully validated.

For more information about the validation of FIN messages, see the then current version of the Message Format Validation Rules available from the Knowledge Centre on Swift's website.

Best regards,

Can

**From:** David O'Sullivan <david.sullivan@qnb.com>
**Sent:** Wednesday, August 30, 2023 5:44 AM
**To:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>
**Subject:** RE: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***

Mail originates from outside SWIFT!
Be vigilant before you click on a link, open attachments or reply!

Dear Can.

One follow up question: Do you know how SWIFT would process a transaction if we use an 11-digit code with a proper 8-digit root but incorrect last 3 digits. Basically how would SWIFT have processed (if at all) a transaction described with the QNBAQAQAFTD BIC prior to 2017 /prior to the allocation of FTD code to QNB?

Many Thanks

David

Sent with BlackBerry Work
(www.blackberry.com)

**From:** David O'Sullivan <david.sullivan@qnb.com>
**Date:** Wednesday, 16 Aug 2023 at 9:36 AM
**To:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>

**Cc:** Khalid Nobani <khalid.nobani@qnb.com>
**Subject:** RE: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***

Thank you very much Can.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>
**Date:** Wednesday, 16 Aug 2023 at 7:32 AM
**To:** David O'Sullivan <david.sullivan@qnb.com>
**Cc:** Khalid Nobani <khalid.nobani@qnb.com>
**Subject:** RE: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***

> This message originated outside of QNB Group. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear David,

I wish you a very good day ahead.

This is to inform you that your request for FTD was duly received and processed on 25.10.2017. The activation was implemented on 4.11.2017.

Best regards,

Can

---

**From:** David O'Sullivan <david.sullivan@qnb.com>
**Sent:** Monday, August 14, 2023 3:57 PM
**To:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>
**Cc:** Khalid Nobani <khalid.nobani@qnb.com>
**Subject:** RE: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***

> You don't often get email from david.sullivan@qnb.com  Learn why this is important

Mail originates from outside SWIFT!
Be vigilant before you click on a link, open attachments or reply!

---

Message classified as External Non-Confidential

Hi Can

Just wondering if you can give me an update.
Many thanks

David



**David O'Sullivan**
Group General Counsel      Direct:  +974 4453 4490        Qatar National Bank (Q P S C)
Legal Department           Fax:     +974 443 70326        P O Box 1000, Doha, Qatar
Group Risk                 Mobile:  +974 5593 3916        qnb.com

ATTORNEY CLIENT COMMUNICATION - E-MAIL AND ANY ATTACHMENTS PRIVILEGED AND CONFIDENTIAL

---

**From:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>
**Sent:** Thursday, August 10, 2023 10:46 AM
**To:** David O'Sullivan <david.sullivan@qnb.com>
**Cc:** Khalid Nobani <khalid.nobani@qnb.com>
**Subject:** RE: QNB Swift QNBAQAQAFTD ***CAUTION_Invalid_Partial_Signature***

> This message originated outside of QNB Group. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. O'Sullivan,

I hope this mail finds you very well.

I would appreciate if you could give some context for your inquiry, which might help my communication with internal teams.

Best regards,

Can

**From:** David O'Sullivan <david.sullivan@qnb.com>
**Sent:** Thursday, August 10, 2023 9:42 AM
**To:** YILMAZSOY Hikmet Can <Can.YILMAZSOY@swift.com>
**Cc:** Khalid Nobani <khalid.nobani@qnb.com>; McGovern, Michael <Michael.McGovern@ropesgray.com>
**Subject:** QNB Swift QNBAQAQAFTD

You don't often get email from david.sullivan@qnb.com  Learn why this is important
Mail originates from outside SWIFT!
Be vigilant before you click on a link, open attachments or reply!

Message classified as External Non-Confidential

Dear Mr. Can

I hope all is well.

My colleagues at QNB provided me your contact email as the account manager for QNB.

We would simply like to request a confirmation from SWIFT as to the date the branch code "FTD" was first authorized by SWIFT for QNB.

Many thanks

David



**David O'Sullivan**
Group General Counsel
Legal Department
Group Risk

Direct:  +974 4453 4490
Fax:     +974 443 70326
Mobile:  +974 5593 3916

Qatar National Bank (Q P S C )
P O  Box 1000, Doha, Qatar

qnb.com

**ATTORNEY CLIENT COMMUNICATION - E-MAIL AND ANY ATTACHMENTS PRIVILEGED AND CONFIDENTIAL**

"This email and its attachments are confidential unless specified otherwise. Any unauthorized transmission of this e-mail, or disclosure of its content or attachments to a third party is prohibited. If you are not the intended recipient of this e-mail, please notify the sender immediately and delete it...."

"This email and its attachments are confidential unless specified otherwise. Any unauthorized transmission of this e-mail, or disclosure of its content or attachments to a third party is prohibited. If you are not the intended recipient of this e-mail, please notify the sender immediately and delete it...."

"This email and its attachments are confidential unless specified otherwise. Any unauthorized transmission of this e-mail, or disclosure of its content or attachments to a third party is prohibited. If you are not the intended recipient of this e-mail, please notify the sender immediately and delete it...."

"This email and its attachments are confidential unless specified otherwise. Any unauthorized transmission of this e-mail, or disclosure of its content or attachments to a third party is prohibited. If you are not the intended recipient of this e-mail, please notify the sender immediately and delete it...."