**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| ARTHUR BARRY SOTLOFF Individually and as the Administrator of the Estate of STEVEN JOEL SOTLOFF; SHIRLEY GOLDIE PULWER, and LAUREN SOTLOFF,<br><br>        *Plaintiffs*,<br><br>                v.<br><br>QATAR CHARITY and QATAR NATIONAL BANK (Q.P.S.C.),<br><br>        *Defendants*. | Case No. 9:22-cv-80726 (DMM) |

**[PROPOSED] ORDER**

This matter came before the Court upon the Plaintiffs and Defendants' Joint Motion to Vacate the Court's May 30, 2023 Opinion and Order [D.E. 70] and to Dismiss Plaintiffs' Complaint with Prejudice and Incorporated Memorandum of Law.  Having considered the motion and incorporated memorandum, the Court finds good cause exists for the requested relief and GRANTS the Motion:

(1) The Court's May 30, 2023 Opinion and Order are vacated; and

(2) Plaintiffs' Complaint is dismissed with prejudice.

Each party to bear their own costs.

DONE and ORDERED in Chambers, at Palm Beach County, Florida, on _____ ___, 2023.

_____
HON. DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE