# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cv-80726-MIDDLEBROOKS

ARTHUR BARRY SOTLOFF, individually
and as the Administrator of the Estate of
STEVEN JOEL SOTLOFF; SHIRLEY
GOLDIE PULWER, and LAUREN SOTLOFF,

      Plaintiffs,

v.

QATAR CHARITY,
and QATAR NATIONAL BANK (Q.P.S.C),

      Defendants.

_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION TO VACATE OPINION AND ORDER AND TO DISMISS COMPLAINT WITH PREJUDICE

THIS CAUSE comes before the Court on the Parties' Joint Motion to Vacate the Court's Opinion and Order and to Dismiss Plaintiff's Complaint with Prejudice (DE 97), filed September 22, 2023. On May 30, 2023, I denied Defendants' Motion to Dismiss Plaintiff's Complaint. (DE 70). The Parties now ask that I vacate that Order, due to newly discovered information bearing on the credibility of certain factual allegations that were central to my analysis. I have considered the record and the Parties' Motion, and I find good cause to grant it.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Parties' Joint Motion to Vacate the Court's May 30, 2023 Opinion and Order and to Dismiss Plaintiffs' Complaint with Prejudice (DE 97) is **GRANTED.**

2. This Court's May 30, 2023 Order (DE 70) is **VACATED.**

3. Plaintiff's Complaint (DE 1) is **DISMISSED WITH PREJUDICE.**

4. The Parties will bear their own costs.

5. The Clerk of Court shall **CLOSE THIS CASE.**

6. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of September, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record